HON. RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS, a foreign insurer,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN BECK, individually, SCOTT HOLLAND, individually, DANNA HOLLAND, individually, RHINE DEMOLITION LLC, a Washington corporation, RHINE GROUP INC., a Washington corporation, RON SPARKS INC., a foreign for-profit corporation, G.M NORTHRUP CORPORATION, a Minnesota corporation, O'REILLY AUTOMOTIVE ENTERPRISES, LLC, a foreign for-profit corporation, and RSI STORES, INC, a foreign for-profit corporation,<br><br>Defendant. | No. 3:22-cv-5565 RSM<br><br>**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL OF DEFENDANT RON SPARKS, INC.**<br><br>**NOTE ON MOTION CALENDAR: JANUARY 4, 2023** |

## I.     STIPULATION

American Hallmark Insurance Company of Texas (hereinafter "Hallmark") and Ron Sparks, Inc. (hereinafter "RSI") hereby agree and stipulate as follows:

1. RSI agrees to be bound by any decision or ruling regarding whether there is any coverage available for G.M. Northrup, Inc. ("G.M.") under the Hallmark Policy number 44-CL-

STIPULATION AND ORDER OF
VOLUNTARY DISMISSAL OF DEFENDANT
RON SPARKS, INC.– 1

Lether law group
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1. 000494289-02 for the claims made against G.M. in *Christian Beck v. Rhine Demolition, LLC et al.,* King County Superior Court Cause No. 20-2-07117-5 SEA (the "Underlying Lawsuit") regardless of whether any decision or ruling is made by the Court or by the jury in this matter.

2. RSI acknowledges and agrees that it has been provided with the opportunity to consult with counsel and that its representatives have signed this Stipulation free from any duress or undue influence on the part of Hallmark.

3. In consideration of this agreement, Hallmark agrees to dismiss RSI as a party defendant from its Complaint, without prejudice, and without fees or costs to either party.

DATED this 4th day of January 2023.

| LETHER LAW GROUP | PREG O'DONNELL & GILLETT |
|---|---|
| */s/ Kevin Kay* | *s/ Christopher Roslaniec* |
| Thomas Lether, WSBA #18089 | William Cornell, WSBA #18867 |
| Eric J. Neal, WSBA #31863 | Christopher Roslaniec, WSBA #40568 |
| Kevin Kay, WSBA #34546 | 901 5th Avenue, Suite 3400 |
| 1848 Westlake Avenue N., Suite 100 | Seattle, WA 98164 |
| Seattle, WA 98109 | (206) 287-1775 |
| P: (206) 467-5444/F: (206) 467-5544 | wcornell@pregodonnell.com |
| tlether@letherlaw.com | croslaniec@pregodonnell.com |
| eneal@letherlaw.com | *Attorneys for Defendant, Ron Sparks, Inc.* |
| kkay@letherlaw.com | |
| *Attorneys for Plaintiff, American Hallmark Insurance Company of Texas* | |

## II. ORDER

Based on the foregoing Stipulation, it is hereby ORDERED as follows:

1. Defendant Ron Sparks, Inc. will be bound by any decision or ruling regarding whether there is any coverage available for G.M. Northrup, Inc. ("G.M.") under the Hallmark Policy number 44-CL-000494289-02 for the claims made against G.M. in *Christian Beck v. Rhine Demolition, LLC et al.,* King County Superior Court Cause No. 20-2-07117-5 SEA (the "Underlying Lawsuit") regardless of whether any decision or ruling is made by the Court or by the jury in this matter.

2. Defendant Ron Sparks Inc. is hereby DISMISSED as a party defendant from Plaintiff's Complaint, without prejudice, and without fees or costs to either party.

DATED this 6th day of January, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented By:

LETHER LAW GROUP

*/s/ Kevin Kay*
Thomas Lether, WSBA #18089
Eric J. Neal, WSBA #31863
Kevin Kay, WSBA #34546
1848 Westlake Avenue N., Suite 100
Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544
tlether@letherlaw.com
eneal@letherlaw.com
kkay@letherlaw.com
*Attorneys for Plaintiff, American Hallmark Insurance Company of Texas*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the parties mentioned below as indicated:

Todd C. Hayes
Harper Hayes PLLC
600 University St., Suite 2420
Seattle, WA 98101
(206) 340-8010
todd@harperhayes.com
*Counsel for GM Northrup*

William Cornell
Christopher Roslaniec
901 5th Avenue, Suite 3400
Seattle, WA  98164
(206) 287-1775
wcornell@pregodonnell.com
croslaniec@pregodonnell.com
*Attorneys for Ron Sparks, Inc*

Jack Connelly
Evan Fuller
Marta L. O'Brien
Micah R. Lebank
Matthew Wurdeman
Connelly Law Offices, PLLC
506 2nd Ave. Suite 330
Seattle, WA 98104
P: (253)593-5100/ F: (253)593-0380
jconnelly@connelly-law.com
efuller@connelly-law.com
mobrien@connelly-law.com
mlebank@connelly-law.com
mwurdeman@connelly-law.com
*Attorneys for Scott Holland, Danna Holland and Christian Beck*

Kyle Riley
Brian Schiewe
Jeremy Miller
Smith Freed Eberhard

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL OF DEFENDANT RON SPARKS, INC.** – 4

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1215 4th Ave, Suite 900
Seattle, WA 98161
P: (206) 567-7569
kdr@smithfreed.com
bschiewe@smithfreed.ccom
jmiller@smithfreed.com
*Attorneys for O'Reilly Automotive Enterprises, LLC and O'Reilly Auto Pats Stores, Inc.*

Scott Wood
Christopher Furman
Duncan Lemmon
Sinars Slowikowski Tomaska LLC
1000 2nd Ave. Suite 1950
Seattle, WA 98104-3616
P: (206) 452-8932
swood@sinarslaw.com
*Attorneys for Rhine Group, Inc. and Rhine Demolition, LLC.*

**By:**       ☒ **ECF**

   Dated this 4th day of January 2023 at Seattle, Washington.

                                         */s/ Devon Sheehan*
                                         Devon Sheehan | Paralegal

---

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL OF DEFENDANT RON SPARKS, INC.**– 5

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544