UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS, a foreign insurer,<br><br>          Plaintiff,<br>     v.<br><br>CHRISTIAN BECK, individually, SCOTT HOLLAND, individually, DANNA HOLLAND, individually, RHINE DEMOLITION LLC, a Washington corporation; RHINE GROUP INC., a Washington Corporation, RON SPARKS INC., a foreign for-profit corporation, G.M. NORTHRUP CORPORATION, a Minnesota Corporation, O'REILLY AUTOMOTIVE ENTERPRISES, LLC, a foreign for-profit corporation, and O'REILLY AUTO PARTS STORES, INC., a foreign for-profit corporation, and RSI STORES, INC. a foreign for-profit corporation,<br><br>          Defendants. | CASE NO. 3:22-cv-5565-RSM<br><br>**STIPULATED MOTION AND ORDER TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT**<br><br>NOTE ON MOTION CALENDAR: FEBRUARY 10, 2023 |

    Plaintiff American Hallmark Insurance Company of Texas ("Hallmark"), and Defendants O'Reilly Automotive Enterprises, LLC and O'Reilly Auto Parts Stores, Inc. (collectively, "O'Reilly"), by and through their respective counsel, hereby stipulate:

Page 1 – **STIPULATED MOTION AND ORDER TO EXTEND TIME TO ANWER FIRST AMENDED COMPLAINT**

1.     O'Reilly's deadline to answer the First Amended Complaint in the above-captioned action is extended for thirty (30) days, to March 2, 2023.

Dated: January 31, 2023

| LETHER LAW GROUP | PARSONS FARNELL & GREIN, LLP |
|---|---|
| *s/Kevin J. Kay*<br>Thomas Lether, WSBA #18089<br>Eric J. Neal, WSBA #31861<br>Kevin J. Kay, WSBA #34546<br>1808 Westlake Avenue N., Suite 100<br>Seattle, WA 98109<br>Telephone: (206) 467-5444<br>tlether@letherlaw.com<br>eneal@letherlaw.com<br>kkay@letherlaw.com<br>*Attorneys for Plaintiff*<br>*American Hallmark Insurance*<br>*Company of Texas* | By: *s/Michael E. Farnell*<br>Michael E. Farnell, WSBA #23735<br>1030 SW Morrison Street<br>Portland, OR 97205<br>Telephone: (503) 222-1812<br>mfarnell@pfglaw.com<br>*Attorney for Defendants*<br>*O'Reilly Automotive Enterprises, LLC and*<br>*O'Reilly Auto Parts Stores, Inc.* |

Page 2 – **STIPULATED MOTION AND ORDER TO EXTEND TIME TO ANWER FIRST AMENDED COMPLAINT**

PARSONS FARNELL & GREIN, LLP
Attorneys at Law
1030 SW Morrison Street
Portland, Oregon 97205
Telephone (503) 222-1812  FAX: (503) 274-7979

## ORDER

Based on the foregoing Stipulation, it is hereby ORDERED as follows:

O'Reilly's deadline to answer the First Amended Complaint in the above-captioned action is extended for thirty (30) days, to March 2, 2023.

DATED this 1st day of February, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

PARSONS FARNELL & GREIN, LLP

By: *s/Michael E. Farnell*
Michael E. Farnell, WSBA #23735
1030 SW Morrison Street
Portland, OR 97205
Telephone: (503) 222-1812
E-mail: mfarnell@pfglaw.com

*Attorney for Defendants,*
*O'Reilly Automotive Enterprises, LLC*
*and O'Reilly Auto Parts Stores, Inc.*

Page 3 – **STIPULATED MOTION AND ORDER TO EXTEND TIME TO ANWER FIRST AMENDED COMPLAINT**

PARSONS FARNELL & GREIN, LLP
Attorneys at Law
1030 SW Morrison Street
Portland, Oregon 97205
Telephone (503) 222-1812  FAX: (503) 274-7979

# CERTIFICATE OF SEVICE

I hereby certify that on January 31, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following registered participants:

Thomas Lether, WSBA #18089
Eric J. Neal, WSBA #31861
Kevin J. Kay, WSBA #34546
LETHER LAW GROUP
1808 Westlake Avenue N., Suite 100
Seattle, WA 98109
tlether@letherlaw.com
eneal@letherlaw.com
kkay@letherlaw.com
*Attorneys for Plaintiff American Hallmark Insurance Company of Texas*

William Cornell
Christopher Roslaniec
PREG O'DONNELL & GILLETT
901 5th Avenue, Suite 3400
Seattle, WA 98164
wcornell@pregodonnell.com
croslaniec@pregodonnell.com
*Attorneys for Defendant Ron Sparks, Inc*

Charles K. Davis
Todd C. Hayes
HARPER HAYES PLLC
1200 Fifth Ave.. Ste. 1208
Seattle, WA 98101
(206) 340-8853
cdavis@harperhayes.com
todd@harperhayes.com
*Attorneys for Defendant GM Northrup*

Page 1 – **CERTIFICATE OF SERVICE**

| | |
|---|---|
| 1 | Evan T. Fuller |
| | Marta Lynn O'Brien |
| 2 | CONNELLY LAW OFFICES PLLC |
| | 2301 N 30th St. |
| 3 | Tacoma, WA 98403 |
| | (253) 593-5100 |
| 4 | efuller@connelly-law.com |
| | mobrien@connelly-law.com |
| 5 | *Attorneys for Defendants Christian Beck,* |
| | *Scott Holland and Danna Holland* |
| 6 | |
| 7 | Scott Wood |
| | Christopher Furman |
| | Duncan Lemmon |
| 8 | SINARS SLOWIKOWSKI TOMASKA LLC |
| | 1000 2nd Ave. Suite 1950 |
| 9 | Seattle, WA 98104-3616 |
| | (206) 452-8932 |
| 10 | swood@sinarslaw.com |
| | *Attorneys for Defendants Rhine Group, Inc.* |
| 11 | *and Rhine Demolition, LLC* |

Dated: January 31, 2023

PARSONS FARNELL & GREIN, LLP

*s/Michael E. Farnell*
Michael E. Farnell, WSBA #23735
1030 SW Morrison Street
Portland, OR  97205
Telephone:  (503) 222-1812
Email:  mfarnell@pfglaw.com
*Attorney for Defendants O'Reilly Automotive Enterprises, LLC and O'Reilly Auto Parts Stores, Inc.*

Page 2 – **CERTIFICATE OF SERVICE**

PARSONS FARNELL & GREIN, LLP
Attorneys at Law
1030 SW Morrison Street
Portland, Oregon 97205
Telephone (503) 222-1812  FAX: (503) 274-7979