The Honorable Ricardo S. Martinez

UNITED STATE DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS, a foreign insurer;<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIAN BECK; individually, SCOTT HOLLAND; individually, DANNA HOLLAND, individually; RHINE DEMOLITION LLC, a Washington corporation; RHINE GROUP, INC., a Washington corporation; RON SPARKS, INC., a foreign for-profit corporation; G.M. NORTHRUP CORPORATION, a Minnesota corporation; O'REILLY AUTOMOTIVE ENTERPRISES, LLC, a foreign for-profit corporation and O'REILLY AUTO PARTS STORES, INC,, a foreign for-profit corporation, and RSI Stores, Inc, a foreign for-profit corporation;<br><br>Defendants. | Case No. 3:22-CV-5565-RSM<br><br>**DECLARATION OF CINDY BUCKHOLZ IN SUPPORT OF AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS' MOTION FOR SUMMARY JUDGMENT** |

I, Cindy Buckholz declare as follows:

1. I am over the age of eighteen (18) years of age. I am competent to testify in this matter. I make this declaration based on my direct personal knowledge and on the records and

DECLARATION OF CINDY BUCKHOLZ IN SUPPORT OF AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS' MOTION FOR SUMMARY JUDGMENT – 1

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1  files maintained by Hallmark in the ordinary course of business.

2  2. I am a Claims Professional employed by Plaintiff American Hallmark Insurance Company of Texas (Hallmark) and was assigned to G.M. Northrup Corporation's ("G.M.") tender for defense and indemnity of the claims alleged against it in *Christian Beck et al. v. Rhine Demolition LLC, et al.*, Pierce County Superior Court Cause No. 20-2-07117-5 (the "Underlying Lawsuit").

3. On or about April 7, 2022, G.M. verified that it was tendering the Underlying Lawsuit to Hallmark for defense and indemnity and asserting that it was entitled to coverage as an additional insured under a Hallmark policy of insurance issued to Black Hills Excavating, LLC. ("Black Hills").

4. Attached as **Exhibit A** is the true and correct copy of the policy of insurance issued by Hallmark to Black Hills under policy number 44-CL-000494289-02, which was in effect from May 5, 2019 to May 5, 2020 (the "Policy").

5. The tender to Hallmark included a copy of the October 1, 2012 subcontract between G.M. and Black Hills for work at the O'Reilly Auto Parts store located at 23030 NE State Route 3, Belfair, Washington

6. Attached as **Exhibit B** is the true and correct copy of the Subcontract Agreement between G.M. Northrup Corporation and Black Hills Excavating dated October 1, 2012.

7. As part of its adjustment and investigation into the tender, Hallmark obtained a copy of a lien waiver reflecting that all of Black Hills' work was completed under the subcontract and had released its lien rights as of June 12, 2013.

8. Attached as **Exhibit C** is the true and correct copy of The Final Unconditional Waiver of Lien between G. M. Northrup Corporation to perform excavation work at O'Reilly

**DECLARATION OF CINDY BUCKHOLZ IN SUPPORT OF AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS' MOTION FOR SUMMARY JUDGMENT** – 2

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

Auto Parts dated June 12, 2013.

9. On or about May 2, 2022, Hallmark accepted the tender for defense pursuant to a full reservation of rights and issued a reservation of rights letter. A supplemental reservation of rights letter was issued on or about July 7, 2022.

I declare under the laws of perjury of the State of Washington that the foregoing is true and correct.

DATED this 15th day of March (month) 2023, at Granbury (city), tx (state).

*Cynthia Buckholz*
Cindy Buckholz
Senior Claims Adjuster
Hallmark Insurance Company of Texas

DECLARATION OF CINDY BUCKHOLZ IN SUPPORT OF AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS' MOTION FOR SUMMARY JUDGMENT – 3

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the following party(ies):

| | |
|---|---|
| Todd C. Hayes<br>Charles Davis<br>Harper Hayes PLLC - Appeared<br>1200 Fifth Ave., Suite 1208<br>Seattle, WA 98101<br>(206) 340-8010<br>todd@harperhayes.com<br>cdavis@harperhayes.com<br>*Counsel for GM Northrup* | Jack Connelly<br>Evan Fuller<br>Marta L. O'Brien<br>Micah R. Lebank<br>Matthew Wurdeman<br>Connelly Law Offices, PLLC - Appeared<br>506 2nd Ave. Suite 330<br>Seattle, WA 98104<br>P: (253)593-5100/ F: (253)593-0380<br>jconnelly@connelly-law.com<br>efuller@connelly-law.com<br>mobrien@connelly-law.com<br>mlebank@connelly-law.com<br>mwurdeman@connelly-law.com<br>*Attorneys for Scott Holland, Danna Holland and Christian Beck* |
| | Kyle Riley<br>Brian Schiewe<br>Jeremy Miller<br>Smith Freed Eberhard<br>1215 4th Ave, Suite 900<br>Seattle, WA 98161<br>P: (206) 567-7569<br>kdr@smithfreed.com<br>bschiewe@smithfreed.ccom<br>jmiller@smithfreed.com<br>*Attorneys for O'Reilly Automotive Stores, Inc and O'Reilly Auto Enterprises, LLC* |

**By:**      [X] First Class Mail      [X] E-Service/Email      [ ] Legal Messenger

DATED this 15th day of March 2023 at Seattle, Washington.

*s/ Nico Schulz*_____
Nico Schulz | Paralegal

---

**DECLARATION OF CINDY BUCKHOLZ IN SUPPORT OF AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS' MOTION FOR SUMMARY JUDGMENT** – 4

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544