# EXHIBIT A

COPY CERTIFICATION

I HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL DOCUMENT FOR

POLICY NUMBER:    44CL494289

CERTIFIED BY:   Laurie Collins

DATE:  8/9/2022

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

777 Main Street, Suite 1000, Fort Worth, TX 76102

## COMMON POLICY DECLARATIONS

RENEWAL DECLARATION

**POLICY NO: 44-CL-000494289-02/000**

RENEWAL OF: 44-CL-000494289-01

**NAMED INSURED AND MAILING ADDRESS**

BLACK HILLS EXCAVATING INC
7216 187TH AVE SW
ROCHESTER, WA 98579

**AGENCY AND MAILING ADDRESS**      4654

RICE INSURANCE, LLC
P O BOX 639
BELLINGHAM, WA 98227-0639

**POLICY PERIOD**: FROM 05/05/2019 TO 05/05/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**THE NAMED INSURED IS:** Corporation      **BUSINESS DESCRIPTION:** EXCAVATION CONTRACTOR

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**THIS POLICY CONSISTS OF THE COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED.**

| | | PREMIUM |
|---|---|---|
| COMMERCIAL PROPERTY | $ | 377 |
| COMMERCIAL GENERAL LIABILITY | $ | 12,972 |
| COMMERCIAL CRIME AND FIDELITY | $ | Not Covered |
| COMMERCIAL INLAND MARINE | $ | 8,302 |
| COMMERCIAL AUTO | $ | 9,215 |
| TOTAL PREMIUM | $ | 30,866 |
| COMMERCIAL UMBRELLA | $ | 6,687 |
| POLICY PREMIUM | $ | 37,553.00 |

**FORMS AND ENDORSEMENTS APPLICABLE TO ALL COVERAGE PARTS**
See Forms Schedule

**THESE DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS, AND SUPPLEMENTAL FORM DECLARATION(S), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.**

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

777 Main Street, Suite 1000, Fort Worth, TX 76102

## COMMERCIAL PROPERTY

RENEWAL DECLARATION

| | |
|---|---|
| **POLICY NO:** 44-CL-000494289-02/000 | |
| RENEWAL OF: 44-CL-000494289-01 | |

| NAMED INSURED AND MAILING ADDRESS | AGENCY AND MAILING ADDRESS 4654 |
|---|---|
| BLACK HILLS EXCAVATING INC<br>7216 187TH AVE SW<br>ROCHESTER, WA 98579 | RICE INSURANCE, LLC<br>P O BOX 639<br>BELLINGHAM, WA 98227-0639 |

**POLICY PERIOD:** FROM 05/05/2019 TO 05/05/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**THE NAMED INSURED IS :** Corporation

**BUSINESS DESCRIPTION :** EXCAVATION CONTRACTOR

**LOCATION:** 1  **BUILDING:** 1

PROPERTY AT YOUR PREMISES
ADDRESS: **7216 187TH AVE SW, ROCHESTER, WA 98579**
BUILDING DESCRIPTION: **EXCAVATION CONTRACTOR**
PROTECTION CLASS: **9**   CONSTRUCTION: **FRAME**

COVERAGES PROVIDED
INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES FOR WHICH AN AMOUNT OF INSURANCE IS SHOWN

| COVERAGE | CAUSE OF LOSS | DED | COINSURANCE | AMOUNT OF INSURANCE |
|---|---|---|---|---|
| | | | | |
| PERSONAL PROPERTY COVERAGE(S) | | | | |
| **Business Personal Property**<br><br>Replacement Cost | **Special Including Theft** | $1,000 | 80% | $10,000 |

| OPTIONAL COVERAGES | | | |
|---|---|---|---|
| Equipment Breakdown | | **View Form** | CF 10 50 |

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

777 Main Street, Suite 1000, Fort Worth, TX 76102

## COMMERCIAL PROPERTY

RENEWAL DECLARATION

| | |
|---|---|
| **POLICY NO:** 44-CL-000494289-02/000<br>**INSURED:** BLACK HILLS EXCAVATING INC | **EFFECTIVE DATE:** 05/05/2019<br>**AGENT:** RICE INSURANCE, LLC |

| MISCELLANEOUS COVERAGE - POLICY | | |
|---|---|---|
| COVERAGE | FORM | PREMIUM |
| ARTISANS ADVANTAGE ENHANCED COVERAGE ENDORSEMENT | MP 97 67 | $260 |

TERRORISM RISK INSURANCE ACT CHARGE IS                                                    $11

| TOTAL COMMERCIAL PROPERTY PREMIUM | $377 |
|---|---|

**FORMS AND ENDORSEMENTS**
**APPLYING TO COMMERCIAL PROPERTY AND MADE PART OF THIS POLICY AT TIME OF ISSUE:**
See Forms Schedule
**NOTE: IF NO ENTRY APPEARS ON THE ABOVE ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

**THESE DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS, AND SUPPLEMENTAL FORM DECLARATION(S), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY**

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

777 Main Street, Suite 1000, Fort Worth, TX 76102

## GENERAL LIABILITY

RENEWAL DECLARATION

---

**POLICY NO:** 44-CL-000494289-02/000

RENEWAL OF: 44-CL-000494289-01

---

| **NAMED INSURED AND MAILING ADDRESS** | **AGENCY AND MAILING ADDRESS**          4654 |
|---|---|
| BLACK HILLS EXCAVATING INC<br>7216 187TH AVE SW<br>ROCHESTER, WA 98579 | RICE INSURANCE, LLC<br>P O BOX 639<br>BELLINGHAM, WA 98227-0639 |

**POLICY PERIOD**: FROM 05/05/2019 TO 05/05/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

### COMMERCIAL GENERAL LIABILITY COVERAGE

| LIMITS OF INSURANCE | | |
|---|---|---|
| GENERAL AGGREGATE | $2,000,000 | |
| PRODUCTS – COMPLETED OPERATIONS AGGREGATE | $2,000,000 | |
| PERSONAL INJURY & ADVERTISING INJURY | $1,000,000 | |
| EACH OCCURRENCE | $1,000,000 | |
| DAMAGE TO PREMISES RENTED TO YOU | $100,000 | ANY ONE PREMISES |
| MEDICAL EXPENSE | $5,000 | ANY ONE PERSON |

**LOCATION OF ALL PREMISES YOU OWN, RENT OR OCCUPY:**
1   7216 187TH AVE SW, Rochester, WA 98579

### DESCRIPTION OF BUSINESS

FORM OF BUSINESS:

☐ INDIVIDUAL          ☐ PARTNERSHIP          ☐ JOINT VENTURE          ☐ TRUST

☐ LIMITED LIABILITY COMPANY     ☑ ORGANIZATION, INCLUDING A CORPORATION (BUT NOT INCLUDING A PARTNERSHIP, JOINT VENTURE OR LIMITED LIABILITY COMPANY)

☐ OTHER

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

777 Main Street, Suite 1000, Fort Worth, TX 76102

## GENERAL LIABILITY

RENEWAL DECLARATION

| | |
|---|---|
| **POLICY NO:** 44-CL-000494289-02/000 | **EFFECTIVE DATE:** 05/05/2019 |
| **INSURED:** BLACK HILLS EXCAVATING INC | **AGENT:** RICE INSURANCE, LLC |

### DESCRIPTION OF BUSINESS

BUSINESS DESCRIPTION:   EXCAVATION CONTRACTOR

| LOC | CLASSIFICATION | CODE | PREMIUM BASIS | EXPOSURE | PMS RATE | PDTS RATE | OTHER RATE |
|---|---|---|---|---|---|---|---|
| 1 | Contractors - subcontracted work - in connection with construction, reconstruction, erection or repair - not buildings - Not Otherwise Classified | 91581 | Total Cost | 300,000 | 2.226 | 1.72 | |
| 1 | Excavation | 94007 | Payroll | 270,000 | 23.25 | 14.693 | |

| ADDITIONAL INTEREST(S) | | |
|---|---|---|
| Owners Lessees Contractors Scheduled | CG 20 10 | $50 |
| Blanket Additional Insured - Completed Operations | GC 10 24 | $1,000 |

STOP GAP COVERAGE (CG0442)                                                    $115

TERRORISM RISK INSURANCE ACT CHARGE IS                    $378

| | |
|---|---|
| TOTAL GENERAL LIABILITY PREMIUM | $12,972 |

**FORMS AND ENDORSEMENTS**
**APPLYING TO THIS COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:**

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

777 Main Street, Suite 1000, Fort Worth, TX 76102

## GENERAL LIABILITY

RENEWAL DECLARATION

---

**POLICY NO:** 44-CL-000494289-02/000

**INSURED:** BLACK HILLS EXCAVATING INC

**EFFECTIVE DATE:** 05/05/2019

**AGENT:** RICE INSURANCE, LLC

---

**FORMS AND ENDORSEMENTS**
**APPLYING TO THIS COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:**
See Forms Schedule

**NOTE:  IF NO ENTRY APPEARS ON THE ABOVE ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

---

**THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS, AND SUPPLEMENTAL FORM DECLARATIONS), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.**

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

777 Main Street, Suite 1000, Fort Worth, TX 76102

## COMMERCIAL INLAND MARINE
RENEWAL DECLARATION

| | |
|---|---|
| **POLICY NO:** 44-CL-000494289-02/000 | |
| **RENEWAL OF:** 44-CL-000494289-1 | |

**NAMED INSURED AND MAILING ADDRESS**

BLACK HILLS EXCAVATING INC
7216 187TH AVE SW
ROCHESTER, WA 98579

**AGENCY AND MAILING ADDRESS**                4654

RICE INSURANCE, LLC
P O BOX 639
BELLINGHAM, WA 98227-0639

**POLICY PERIOD:** FROM 05/05/2019 TO 05/05/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**THE NAMED INSURED IS :**   Corporation   **BUSINESS DESCRIPTION :**   EXCAVATION CONTRACTOR

| AAIS COVERAGE | Premium |
|---|---|
| **CONTRACTORS EQUIPMENT COVERAGE** | |
| **CONTRACTORS EQUIPMENT – SCHEDULED EQUIPMENT – LIMITED COVERAGE (IM7001)** | |
| SCHEDULE OF COVERAGES - CONTRACTORS EQUIPMENT COVERAGE (IM7006) | $5,540 |
| EQUIPMENT LEASED OR RENTED FROM OTHERS ENDORSEMENT (IM7012) | $2,345 |
| **INSTALLATION FLOATER COVERAGE** | |
| **INSTALLATION FLOATER COVERAGE (IM7100)** | $335 |
| SCHEDULE OF COVERAGES - INSTALLATION FLOATER COVERAGE (IM7105) | |

TERRORISM RISK INSURANCE ACT CHARGE IS                $82

| TOTAL COMMERCIAL INLAND MARINE PREMIUM | $8,302 |
|---|---|

**FORMS AND ENDORSEMENTS**
**APPLYING TO COMMERCIAL INLAND MARINE COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:**
See Forms Schedule

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

777 Main Street, Suite 1000, Fort Worth, TX 76102

## COMMERCIAL INLAND MARINE

RENEWAL DECLARATION

| | |
|---|---|
| **POLICY NO:** 44-CL-000494289-02/000 | **EFFECTIVE DATE:** 05/05/2019 |
| **INSURED:** BLACK HILLS EXCAVATING INC | **AGENT:** RICE INSURANCE, LLC |

**NOTE:  IF NO ENTRY APPEARS ON THE ABOVE ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

**THESE DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS, AND SUPPLEMENTAL FORM DECLARATION(S), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY**

05-15-19
CL 01 09 16

# American Hallmark Insurance Company of Texas

777 Main Street, Suite 1000, FORT WORTH, TX 76102

## COMMERCIAL AUTOMOBILE POLICY

RENEWAL DECLARATION

| |
|---|
| **POLICY NO:** 44-CL-000494289-02/000 |
| **RENEWAL OF:** 44-CL-000494289-1 |

**NAMED INSURED AND MAILING ADDRESS**

BLACK HILLS EXCAVATING INC
7216 187TH AVE SW
ROCHESTER, WA 98579

**AGENCY AND MAILING ADDRESS**          4654

RICE INSURANCE, LLC
P O BOX 639
BELLINGHAM, WA 98227-0639

**POLICY PERIOD:** FROM 05/05/2019 TO 05/05/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE

## ITEM ONE

**THE NAMED INSURED IS:**   Corporation        **BUSINESS DESCRIPTION:**   EXCAVATION CONTRACTOR

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

## ITEM TWO – SCHEDULE OF COVERAGES AND COVERED AUTOS

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". **"Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the Covered Autos Section of the Business Auto Coverage Form next to the name of the coverage.**

| COVERED AUTOS SYMBOLS | COVERAGES | LIMITS | PREMIUM |
|:---:|---|---|---|
| 1 | Liability | $1,000,000 Each Accident<br>See Item Four For Hired Borrowed Auto<br>See Item Five For Non Owned Liability | $        7,308 |
| | Personal Injury Protection - PIP (Or Equivalent No-Fault Coverage) | Separately Stated In Each PIP Endorsement | $ |
| 7 | Auto Medical Payments | See Item Three | $          273 |
| 7 | Uninsured Motorists - UM | Included In Underinsured Motorist Coverage | $ |
| 7 | Underinsured Motorists - UIM | $1,000,000 Each Accident | $          602 |

# American Hallmark Insurance Company of Texas
777 Main Street, Suite 1000, FORT WORTH, TX 76102
## COMMERCIAL AUTOMOBILE POLICY
RENEWAL DECLARATION

| POLICY NO: 44-CL-000494289-02/000 | EFFECTIVE DATE: 05/05/2019 |
|---|---|
| INSURED: BLACK HILLS EXCAVATING INC | AGENT: RICE INSURANCE, LLC |

| COVERED AUTOS SYMBOLS | COVERAGES | LIMITS | PREMIUM |
|---|---|---|---|
| 7 | Physical Damage:  Comprehensive Coverage | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus Deductible For Each Covered Auto (See Item Three), But No Deductible Applies To Loss Caused By Fire Or Lightning.<br><br>See Item Four For Hired Or Borrowed Autos. | $                  270 |
| | Physical Damage: Specified Causes Of Loss Coverage | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus Deductible For Each Covered Auto (See Item Three) For Loss Caused By Mischief Or Vandalism.<br><br>See Item Four for Hired or Borrowed Autos. | $ |
| 7 | Physical Damage: Collision Coverage | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus Deductible For Each Covered Auto (See Item Three).<br><br>See Item Four for Hired or Borrowed Autos. | $                  612 |
| | Physical Damage: Towing And Labor | $      For Each Disablement Of A Private Passenger Auto | $ |
| | | PREMIUM FOR ENDORSEMENTS | $                  150 |
| | | ESTIMATED POLICY PREMIUM | $        9,215.00 |
| | | *This policy may be subject to final audit | |

**FORMS AND ENDORSEMENTS**
**APPLYING TO THIS COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:**
See Forms Schedule

**NOTE:  IF NO ENTRY APPEARS ON THE ABOVE ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

05-15-19
CL 01 09 16

# American Hallmark Insurance Company of Texas

777 Main Street, Suite 1000, FORT WORTH, TX 76102

## COMMERCIAL AUTOMOBILE POLICY

RENEWAL DECLARATION

| | |
|---|---|
| **POLICY NO:** 44-CL-000494289-02/000 | **EFFECTIVE DATE:** 05/05/2019 |
| **INSURED:** BLACK HILLS EXCAVATING INC | **AGENT:** RICE INSURANCE, LLC |

## ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

| NO | *KEY | TYPE | YEAR/MAKE/MODEL | VIN/SERIAL | ST | TERR |
|---|---|---|---|---|---|---|
| 1 | | Trucks, Tractors and Trailers | 2007 Olympic TRAILER | 1C9TF20207T997271 | WA | 035 |
| 2 | | Trucks, Tractors and Trailers | 2007 Ford F150 TRUCK | 1FTRG14W07HA15893 | WA | 035 |
| 3 | | Trucks, Tractors and Trailers | 2014 Ford F350 TRUCK | 1FR8W3BTXEEA04206 | WA | 035 |
| 4 | | Trucks, Tractors and Trailers | 2008 Ford F550 TRUCK | 1FDAF56RX8EA19235 | WA | 035 |
| 5 | | Trucks, Tractors and Trailers | 2015 Olympic FLATBED TRAILER | 1C9TF3639F2997046 | WA | 035 |

| NO | ZONE ORG | ZONE DEST | CLASS | SIZE/SEAT | RADIUS | USE | INDUSTRY |
|---|---|---|---|---|---|---|---|
| 1 | | | 68499 | Trailers | Local(Up To 50 Miles) | | Not Otherwise Specified |
| 2 | | | 01484 | Light Trucks | Local(Up To 50 Miles) | Service | Contractors |
| 3 | | | 21484 | Medium Trucks | Local(Up To 50 Miles) | Service | Contractors |
| 4 | | | 21484 | Medium Trucks | Local(Up To 50 Miles) | Service | Contractors |
| 5 | | | 68499 | Trailers | Local(Up To 50 Miles) | | Not Otherwise Specified |

| NO | LIABILITY LIMIT | DED | DED TYPE | PREM | PIP LIMIT | PREM | DED | ADDED PIP LIMIT | PREM | PEDESTRIAN PIP PREM |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $1,000,000 | $0 | CSL | $73 | N/A | $0 | N/A | N/A | $0 | $0 |
| 2 | $1,000,000 | $0 | CSL | $688 | N/A | $0 | N/A | N/A | $0 | $0 |
| 3 | $1,000,000 | $0 | CSL | $724 | N/A | $0 | N/A | N/A | $0 | $0 |
| 4 | $1,000,000 | $0 | CSL | $724 | N/A | $0 | N/A | N/A | $0 | $0 |
| 5 | $1,000,000 | $0 | CSL | $73 | N/A | $0 | N/A | N/A | $0 | $0 |

| NO | **MED PAY LIMIT | PREM | UM LIMIT | PREM | UMPD LIMIT | PREM | UIM LIMIT | PREM | UIMPD LIMIT | PREM |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $0 | $0 | Incl in UIM | Incl in UIM | $0 | $0 | $0 | $0 | $0 | $0 |
| 2 | $5,000 | $39 | Incl in UIM | Incl in UIM | $0 | $0 | $1,000,000 | $86 | $0 | $0 |
| 3 | $5,000 | $39 | Incl in UIM | Incl in UIM | $0 | $0 | $1,000,000 | $86 | $0 | $0 |
| 4 | $5,000 | $39 | Incl in UIM | Incl in UIM | $0 | $0 | $1,000,000 | $86 | $0 | $0 |
| 5 | $0 | $0 | Incl in UIM | Incl in UIM | $0 | $0 | $0 | $0 | $0 | $0 |

| NO | COST NEW | STATED AMT | OTC COVERAGE | OTC DED | OTC PREM | COLLISION DED | COLLISION PREM | TOWING LIMIT | TOWING PREM | AUDIO LIMIT | AUDIO PREM | TAPE PREM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $6,000 | $0 | Comprehensive | $1,000 | $7 | $1,000 | $7 | $0 | $0 | $0 | $0 | $0 |
| 2 | $23,725 | $0 | Comprehensive | $1,000 | $26 | $1,000 | $50 | $0 | $0 | $0 | $0 | $0 |
| 3 | $45,535 | $0 | Comprehensive | $500 | $50 | $1,000 | $138 | $0 | $0 | $0 | $0 | $0 |
| 4 | $30,215 | $0 | Comprehensive | $500 | $26 | $1,000 | $48 | $0 | $0 | $0 | $0 | $0 |
| 5 | $30,913 | $0 | Comprehensive | $500 | $30 | $1,000 | $69 | $0 | $0 | $0 | $0 | $0 |

| NO | UNIT PREM | STATE FEES | TOTAL AMOUNT |
|---|---|---|---|
| 1 | $87 | $0.00 | $87.00 |
| 2 | $889 | $0.00 | $889.00 |
| 3 | $1,037 | $0.00 | $1,037.00 |
| 4 | $923 | $0.00 | $923.00 |
| 5 | $172 | $0.00 | $172.00 |

*KEY: "A" = Add, "D" = Delete, "M" = Modify.  **MED PAY = Extraordinary Medical Benefits in Pennsylvania

05-15-19
CL 01 09 16

# American Hallmark Insurance Company of Texas

777 Main Street, Suite 1000, FORT WORTH, TX 76102

## COMMERCIAL AUTOMOBILE POLICY

RENEWAL DECLARATION

| | |
|---|---|
| **POLICY NO:** 44-CL-000494289-02/000 | **EFFECTIVE DATE:** 05/05/2019 |
| **INSURED:** BLACK HILLS EXCAVATING INC | **AGENT:** RICE INSURANCE, LLC |

| NO | *KEY | TYPE | YEAR/MAKE/MODEL | VIN/SERIAL | ST | TERR |
|---|---|---|---|---|---|---|
| 6 | | Trucks, Tractors and Trailers | 1987 Freightliner TRUCK | 1FUYZCYB4HH404327 | WA | 035 |
| 7 | | Trucks, Tractors and Trailers | 1985 Chevrolet PICKUP | GDK6D1F8FV628008 | WA | 035 |
| 8 | | Trucks, Tractors and Trailers | 2006 Ford F250 PICKUP | 1FTSF21936EB58343 | WA | 035 |
| 9 | | Trucks, Tractors and Trailers | 1992 International 8000 | 1HSHBAYN5NH457132 | WA | 035 |

| NO | ZONE ORG | ZONE DEST | CLASS | SIZE/SEAT | RADIUS | USE | INDUSTRY |
|---|---|---|---|---|---|---|---|
| 6 | | | 40484 | Extra-Heavy Trucks | Local(Up To 50 Miles) | | Contractors |
| 7 | | | 33484 | Heavy Trucks | Local(Up To 50 Miles) | Commercial | Contractors |
| 8 | | | 01484 | Light Trucks | Local(Up To 50 Miles) | Service | Contractors |
| 9 | | | 33484 | Heavy Trucks | Local(Up To 50 Miles) | Commercial | Contractors |

| NO | LIABILITY LIMIT | DED | DED TYPE | PREM | PIP LIMIT | PREM | DED | ADDED PIP LIMIT | PREM | PEDESTRIAN PIP PREM |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | $1,000,000 | $0 | CSL | $1,827 | N/A | $0 | N/A | N/A | $0 | $0 |
| 7 | $1,000,000 | $0 | CSL | $1,119 | N/A | $0 | N/A | N/A | $0 | $0 |
| 8 | $1,000,000 | $0 | CSL | $688 | N/A | $0 | N/A | N/A | $0 | $0 |
| 9 | $1,000,000 | $0 | CSL | $1,119 | N/A | $0 | N/A | N/A | $0 | $0 |

| NO | **MED PAY LIMIT | PREM | UM | PREM | UMPD LIMIT | PREM | UIM LIMIT | PREM | UIMPD LIMIT | PREM |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | $5,000 | $39 | Incl in UIM | Incl in UIM | $0 | $0 | $1,000,000 | $86 | $0 | $0 |
| 7 | $5,000 | $39 | Incl in UIM | Incl in UIM | $0 | $0 | $1,000,000 | $86 | $0 | $0 |
| 8 | $5,000 | $39 | Incl in UIM | Incl in UIM | $0 | $0 | $1,000,000 | $86 | $0 | $0 |
| 9 | $5,000 | $39 | Incl in UIM | Incl in UIM | $0 | $0 | $1,000,000 | $86 | $0 | $0 |

| NO | COST NEW | STATED AMT | OTC COVERAGE | DED | PREM | COLLISION DED | PREM | TOWING LIMIT | PREM | AUDIO LIMIT | PREM | TAPE PREM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | $77,520 | $0 | Comprehensive | $1,000 | $46 | $1,000 | $138 | $0 | $0 | $0 | $0 | $0 |
| 7 | $24,670 | $0 | Comprehensive | $1,000 | $22 | $1,000 | $42 | $0 | $0 | $0 | $0 | $0 |
| 8 | $26,305 | $0 | Comprehensive | $500 | $36 | $1,000 | $65 | $0 | $0 | $0 | $0 | $0 |
| 9 | $32,000 | $0 | Comprehensive | $1,000 | $27 | $1,000 | $55 | $0 | $0 | $0 | $0 | $0 |

| NO | UNIT PREM | STATE FEES | TOTAL AMOUNT |
|---|---|---|---|
| 6 | $2,136 | $0.00 | $2,136.00 |
| 7 | $1,308 | $0.00 | $1,308.00 |
| 8 | $914 | $0.00 | $914.00 |
| 9 | $1,326 | $0.00 | $1,326.00 |

*KEY: "A" = Add, "D" = Delete, "M" = Modify.   **MED PAY = Extraordinary Medical Benefits in Pennsylvania

05-15-19
CL 01 09 16

# American Hallmark Insurance Company of Texas

777 Main Street, Suite 1000, FORT WORTH, TX 76102

## COMMERCIAL AUTOMOBILE POLICY

RENEWAL DECLARATION

| | |
|---|---|
| **POLICY NO:** 44-CL-000494289-02/000 | **EFFECTIVE DATE:** 05/05/2019 |
| **INSURED:** BLACK HILLS EXCAVATING INC | **AGENT:** RICE INSURANCE, LLC |

**ITEM FOUR – SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS.**

**LIABILITY COVERAGE – COST OF HIRE RATING BASIS FOR AUTOS NOT USED IN YOUR MOTOR CARRIER OPERATIONS (OTHER THAN MOBILE OR FARM EQUIPMENT)**

| STATE | LIABILITY COVERAGE | ESTIMATED ANNUAL COST OF HIRE FOR EACH STATE | LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|---|---|
| WA | Excess Liability | $          IF ANY | $     1,000,000 | $ | $          0 |
| | | | | Total Premium | $          0 |
| For "autos" **NOT** used in your motor carrier operations, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers. | | | | | |

| COVERAGE TYPE | BALANCE TO MINIMUM PREMIUM |
|---|---|
| Cost Of Hire Rating Basis For Autos Not Used In Your Motor Carrier Operations (Other Than Mobile Or Farm Equipment) | $          133 |
| Total Balance to Minimum Premium | $          133 |

**ITEM FIVE – SCHEDULE FOR NON-OWNERSHIP LIABILITY**

**STATE:** WA

| NAMED INSURED'S BUSINESS | RATING BASIS | NUMBER | LIMIT | DEDUCTIBLE | PREMIUM |
|---|---|---|---|---|---|
| Other than Garage Service Operations, Social Service Agencies and Educational Institutions and Commercial Driving Schools | Number of Employees | 7 | $     1,000,000 | $ | $          140 |
| | | | | Total Premium | $          140 |

# American Hallmark Insurance Company of Texas

777 Main Street, Suite 1000, FORT WORTH, TX 76102

## COMMERCIAL AUTOMOBILE POLICY

RENEWAL DECLARATION

| | |
|---|---|
| **POLICY NO:** 44-CL-000494289-02/000 | **EFFECTIVE DATE:** 05/05/2019 |
| **INSURED:** BLACK HILLS EXCAVATING INC | **AGENT:** RICE INSURANCE, LLC |

**OPTIONAL FORMS AND ENDORSEMENTS - POLICY**

| COVERAGE | FORM NUMBER | PREMIUM |
|---|---|---|
| Auto Enhancement Endorsement | BA2060 | $150.00 |

**THESE DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS, AND SUPPLEMENTAL FORM DECLARATION(S), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.**

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

777 Main Street, Suite 1000, FORT WORTH, TX 76102

## Commercial Umbrella Liability
RENEWAL DECLARATION

---

**POLICY NO:** `44-CL-000494289-02/000`

**RENEWAL OF:** `44-CL-000494289-1`

---

| **NAMED INSURED AND MAILING ADDRESS** | **AGENCY AND MAILING ADDRESS**   0000004654 |
|---|---|
| BLACK HILLS EXCAVATING INC<br>7216 187TH AVE SW<br>ROCHESTER, WA 98579 | RICE INSURANCE, LLC<br>P O BOX 639<br>BELLINGHAM, WA 98227-0639 |

**POLICY PERIOD**: FROM 05/05/2019 TO 05/05/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

| LIMITS OF INSURANCE | |
|---|---|
| LIMIT – PER INCIDENT | $5,000,000 |
| GENERAL AGGREGATE LIMIT | $5,000,000 |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $5,000,000 |

| | |
|---|---|
| MINIMUM RETENTION COVERAGE A | $0 |
| DEDUCTIBLE COVERAGE B | $10,000 |

---

| DESCRIPTION OF BUSINESS | | | |
|---|---|---|---|
| FORM OF BUSINESS: | | | |
| ☐ INDIVIDUAL | ☐ PARTNERSHIP | ☐ JOINT VENTURE | ☐ TRUST |
| ☐ LIMITED LIABILITY COMPANY | ☑ ORGANIZATION, INCLUDING A CORPORATION (BUT NOT INCLUDING A PARTNERSHIP, JOINT VENTURE OR LIMITED LIABILITY COMPANY) | | |
| ☐ OTHER | | | |

BUSINESS DESCRIPTION:   `EXCAVATION CONTRACTOR`

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

777 Main Street, Suite 1000, FORT WORTH, TX 76102

## Commercial Umbrella Liability

RENEWAL DECLARATION

| | |
|---|---|
| **POLICY NO:** 44-CL-000494289-02/000 | **EFFECTIVE DATE:** 05/05/2019 |
| **INSURED:** BLACK HILLS EXCAVATING INC | **AGENT:** RICE INSURANCE, LLC |

| SCHEDULE OF UNDERLYING INSURANCE | | |
|---|---|---|
| **TYPE OF INSURANCE** | **CARRIER**<br>**POLICY NUMBER**<br>**POLICY PERIOD** | **LIMITS OF INSURANCE** |
| *General Liability* | *American Hallmark Insurance Company of Texas*<br>*44-CL-000494289-2*<br>*05/05/2019 to 05/05/2020* | $2,000,000 GENERAL AGGREGATE<br>$2,000,000 PROD/COMP OPS AGGREGATE<br>$1,000,000 EACH OCCURRENCE |
| *Commercial Auto* | *American Hallmark Insurance Company of Texas*<br>*44-CL-000494289-2*<br>*05/05/2019 to 05/05/2020* | $1,000,000 EACH ACCIDENT / OCCURRENCE |
| *Employers Liability* | *AMERICAN HALLMARK INSURANCE CO OF TEXAS*<br>*44-CL-000494289-2*<br>*05/05/2019 to 05/05/2020* | BODILY INJURY /<br>$1,000,000 EACH ACCIDENT<br>$1,000,000 DISEASE POLICY LIMIT<br>$1,000,000 DISEASE EACH EMPLOYEE |

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

777 Main Street, Suite 1000, FORT WORTH, TX 76102

**Commercial Umbrella Liability**

RENEWAL DECLARATION

| | |
|---|---|
| **POLICY NO:** 44-CL-000494289-02/000<br>**INSURED:** BLACK HILLS EXCAVATING INC | **EFFECTIVE DATE:** 05/05/2019<br>**AGENT:** RICE INSURANCE, LLC |

TERRORISM RISK INSURANCE ACT CHARGE IS $195

| | |
|---|---|
| TOTAL COMMERCIAL UMBRELLA LIABILITY PREMIUM | $ 6,687 |

**FORMS AND ENDORSEMENTS**
**APPLYING TO THIS COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:**
See Forms Schedule

**THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS, AND SUPPLEMENTAL FORM DECLARATIONS), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.**

05-15-19
CL 01 09 16

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS
### 777 Main Street, Suite 1000, FORT WORTH, TX 76102
## FORMS SCHEDULE

| POLICY NO: 44-CL-000494289-2 |
|---|
| RENEWAL OF   44-CL-000494289-1 |

**ACCOUNT NUMBER:**

| NAMED INSURED AND MAILING ADDRESS | AGENCY AND MAILING ADDRESS          4654 |
|---|---|
| BLACK HILLS EXCAVATING INC<br>7216 187TH AVE SW<br>ROCHESTER, WA 98579 | RICE INSURANCE, LLC<br>P O BOX 639<br>BELLINGHAM, WA 98227-0639 |

**POLICY PERIOD:**   FROM 05/05/2019 TO 05/05/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**NOTE:  IF NO ENTRY APPEARS ON THE FOLLOWING ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION  IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

| INTERLINE FORMS | | APPLICABLE COVERAGE PARTS |
|---|---|---|
| AH0017 01-16 | SIGNATURE PAGE | Commercial Auto, Commercial Umbrella, General Liability, Commercial Inland Marine, Commercial Property |
| AH0018 01-15 | Disclosure and Offer of Terrorism | Commercial Umbrella, General Liability, Commercial Inland Marine, Commercial Property |
| AH0022 03-05 | PRIVACY NOTICE | Commercial Auto, Commercial Umbrella, General Liability, Commercial Inland Marine, Commercial Property |
| AH0050 06-15 | POLICYHOLDER NOTICE OF CLAIM REPORTING PROCEDURES | Commercial Auto, Commercial Umbrella, General Liability, Commercial Inland Marine, Commercial Property |
| IL0146 08-10 | Washington Common Policy Conditions | Commercial Auto, Commercial Umbrella, General Liability, Commercial Property |
| IL0157 07-02 | Washington Changes - Actual Cash Value | Commercial Property |
| IL0198 09-08 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) | Commercial Auto, General Liability |

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

777 Main Street, Suite 1000, FORT WORTH, TX 76102

## FORMS SCHEDULE

**POLICY NO:** 44-CL-000494289-2

RENEWAL OF   44-CL-000494289-1

**ACCOUNT NUMBER:**

| NAMED INSURED AND MAILING ADDRESS | AGENCY AND MAILING ADDRESS     4654 |
|---|---|
| BLACK HILLS EXCAVATING INC<br>7216 187TH AVE SW<br>ROCHESTER, WA 98579 | RICE INSURANCE, LLC<br>P O BOX 639<br>BELLINGHAM, WA 98227-0639 |

**POLICY PERIOD:**   FROM 05/05/2019 TO 05/05/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

| INTERLINE FORMS | | APPLICABLE COVERAGE PARTS |
|---|---|---|
| IL0952 01-15 | Cap On Losses From Certified Acts Of Terrorism | Commercial Inland Marine, Commercial Property |
| ILP001 01-04 | U.S. TREASURY "OFAC" DISCLOSURE | Commercial Auto, Commercial Umbrella, General Liability, Commercial Inland Marine, Commercial Property |
| NP0014 01-15 | ADVISORY NOTICE TO POLICYHOLDERS | Commercial Umbrella, General Liability, Commercial Inland Marine, Commercial Property |

| COMMERCIAL PROPERTY FORMS | |
|---|---|
| CF1050 01-18 | Equipment Breakdown Enhancement Endorsement |
| CP0010 06-07 | Building And Personal Property Coverage Form |
| CP0090 07-88 | Commercial Property Conditions |
| CP0126 08-08 | Washington Changes |
| CP0160 12-98 | Washington Changes - Domestic Abuse |
| CP0179 08-08 | Washington Changes - Excluded Causes Of Loss |
| CP1030 06-07 | Causes Of Loss - Special Form |
| CF1022 01-07 | Exclusion Of Loss Due To Virus Or Bacteria (Including Food Contamination Business Income Exception) |
| MP9767 10-10 | Artisans Advantage Enhanced Coverage Endorsement |
| CF1052 01-12 | Washington Changes - Equipment Breakdown |

| COMMERCIAL GENERAL LIABILITY FORMS | |
|---|---|
| CG0001 12-07 | Commercial General Liability Coverage Form |
| CG0068 05-09 | Recording And Distribution Of Material Or Information In Violation Of Law Exclusion |
| CG0181 05-08 | Washington Changes |
| CG0197 12-07 | Washington Changes - Employment-Related Practices Exclusion |

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

777 Main Street, Suite 1000, FORT WORTH, TX 76102

## FORMS SCHEDULE

> **POLICY NO:** 44-CL-000494289-2
>
> **RENEWAL OF** 44-CL-000494289-1

**ACCOUNT NUMBER:**

| NAMED INSURED AND MAILING ADDRESS | AGENCY AND MAILING ADDRESS          4654 |
|---|---|
| BLACK HILLS EXCAVATING INC<br>7216 187TH AVE SW<br>ROCHESTER, WA 98579 | RICE INSURANCE, LLC<br>P O BOX 639<br>BELLINGHAM, WA 98227-0639 |

**POLICY PERIOD:** FROM 05/05/2019 TO 05/05/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

## COMMERCIAL GENERAL LIABILITY FORMS

| | |
|---|---|
| CG0442 11-03 | Stop Gap - Employers Liability Coverage Endorsement - Washington |
| CG0450 05-08 | Washington Changes - Who Is An Insured |
| CG2010 07-04 | Additional Insured - Owners, Lessees Or Contractors - Scheduled Person Or Organization |
| CG2107 05-14 | Exclusion - Access or Disclosure of Confidential or Personal Information and Data-Related Liability - Limited Bodily Injury Exception not Included |
| CG2132 05-09 | Communicable Disease Exclusion |
| CG2146 07-98 | Abuse Or Molestation Exclusion |
| CG2149 09-99 | Total Pollution Exclusion Endorsement |
| CG2170 01-15 | Cap On Losses From Certified Acts Of Terrorism |
| CG2176 01-15 | Exclusion Of Punitive Damages Related To A Certified Act Of Terrorism |
| CG2186 12-04 | Exclusion - Exterior Insulation And Finish Systems |
| CG2279 07-98 | Exclusion - Contractors - Professional Liability |
| CG2677 12-04 | Washington - Fungi Or Bacteria Exclusion |
| GC1003 04-08 | Exclusion - Multi-Unit Residential Construction |
| GC1013 07-09 | Contractual Liability Redefined |
| GC1024 07-09 | Blanket Additional Insured & Completed Operations |
| GC1030 10-10 | Washington Disease Exclusion |
| MP9540 03-05 | Exclusion - Asbestos |

## COMMERCIAL INLAND MARINE FORMS

| | |
|---|---|
| CL0103 03-10 | Common Policy Conditions - Washington |
| IM7105 12-01 | Schedule of Coverages - Installation Floater Coverage |
| IM7012 07-99 | Equipment Leased or Rented From Others Endorsement |
| IM7030 07-99 | Equipment Schedule |
| IM7100 12-01 | Installation Floater Coverage |
| IM7001 12-01 | Contractors' Equipment Scheduled Equipment Form |
| IM3016 12-99 | Amendatory Endorsement - Washington |
| IM7006 08-99 | Schedule of Coverages - Contractors' Equipment Coverage |

## COMMERCIAL AUTO FORMS

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS
777 Main Street, Suite 1000, FORT WORTH, TX 76102
## FORMS SCHEDULE

**POLICY NO:** 44-CL-000494289-2

**RENEWAL OF**   44-CL-000494289-1

ACCOUNT NUMBER:
**NAMED INSURED AND MAILING ADDRESS**

BLACK HILLS EXCAVATING INC
7216 187TH AVE SW
ROCHESTER, WA 98579

**AGENCY AND MAILING ADDRESS**          4654

RICE INSURANCE, LLC
P O BOX 639
BELLINGHAM, WA 98227-0639

**POLICY PERIOD:**   FROM 05/05/2019 TO 05/05/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

| COMMERCIAL AUTO FORMS | |
|---|---|
| CA0001 03-10 | Business Auto Coverage Form |
| CA0135 01-08 | Washington Changes |
| CA2134 01-08 | Washington Underinsured Motorists Coverage |
| CA2392 01-06 | Washington Exclusion Of Terrorism |
| CA9903 03-06 | Auto Medical Payments Coverage |
| CA9989 05-01 | Washington Loss Payable Form Reg-335 |
| BA2060 04-11 | Commercial Auto Coverage Part Enhancement Endorsement |
| A2107 10-05 | Washington Underinsured Motorists Coverage Selection/Rejection Form |
| A2108 10-05 | Washington Personal Injury Protection Coverage Rejection Form |

| COMMERCIAL UMBRELLA FORMS | |
|---|---|
| AG0045 11-87 | AMENDMENT OF MAINTENANCE OF UNDERLYING INSURANCE |
| AG0046 11-87 | NUCLEAR EXCLUSION ENDORSEMENT |
| AG0100 06-17 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY - LIMITED BODILY INJURY EXCEPTION NOT INCLUDED |
| AG0060 04-93 | EXCLUSION OF COVERAGE SUBJECT AMENDED LIMITS |
| AG0061 04-93 | EXCLUSION OF UNDERLYING POLICIES APPLICABLE |
| GC7021 11-87 | Commercial Umbrella Liability Occurrence Coverage Form |
| AG0076 01-98 | AMENDATORY ENDORSEMENT - WASHINGTON |
| AG0081 05-02 | WASHINGTON - FUNGI OR BACTERIA EXCLUSION |
| AG0082 05-03 | WAR LIABILITY EXCLUSION |
| CU2130 01-15 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| CU2136 01-15 | EXCLUSION OF PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT OF TERRORISM |
| AG0058 11-87 | POLLUTION EXCLUSION |
| AG0056 11-87 | CHILD MOLESTATION EXCLUSION |
| AG0055 11-87 | WATERCRAFT EXCLUSION |
| AG0074 01-98 | ASBESTOS EXCLUSION - WASHINGTON |

**AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS**

**In Witness Whereof, the Company has caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by a duly authorized representative of the Company.**

**Naveen Anand, President**                              **Jeffrey R. Passmore, Secretary**

AH 00 18 01 15

**American Hallmark Insurance Company of Texas**

**Commercial Advantage Policy**
**Commercial Advantage Excess Policy**
**General Liability**
**Inland Marine**
**Commercial Property**
**Umbrella**

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE AND OFFER OF COVERAGE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

BLACK HILLS EXCAVATING INC

Insured's Name

7216 187TH AVE SW

ROCHESTER, WA 98579

Insured's Mailing Address

44-CL-000494289-2

Policy Number

**PREMIUM DUE DATE:**
Billing Notice Sent Separately

**NOTICE OF**
**DISCLOSURE OF PREMIUM AND OFFER OF COVERAGE**
**FOR CERTIFIED ACTS OF TERRORISM**

You are hereby notified that under the Terrorism Risk Insurance Act, as amended, that you have a right to purchase insurance coverage for losses resulting from acts of terrorism, as defined in Section 102(1) of the Act: The term "act of terrorism" meansany act that iscertified by the Secretary of the Treasury, inconsultation with the Secretary of Homeland Security, and the Attorney General of the United States)to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion. The premium charge to purchase this coverage is set forth below.  If you wish to purchase this coverage, please indicate that choice by marking the appropriate box below and returning this notice to us.

In accordance with the Act, you alsohave the right to reject coverage for losses resulting from acts of terrorism.  If you do not wish to purchase this coverage, you may reject the coverage by marking the appropriate box below and signing and returning this form to us. Your policy will then be written to exclude such coverage.  Please note, even if you wish to reject the coverage for losses resulting from acts of terrorism, in some states (known as Standard Fire Policy States) we are required by law to provide you with coverage for fire losses resulting from any such act of terrorism. Therefore, if a state regulation applies, the additional premium due for this limited fire coverage is stated below.

**DISCLOSURE OF FEDERAL PARTICIPATION IN PAYMENT OF TERRORISM LOSSES**

You should know that where coverage is provided by this policy for losses resulting from certified acts of terrorism, such losses may be partially reimbursed by the United States Government under a formula established by federal law.  However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events.  Under the formula, the United States Government generally reimburses 85% through 2015; 84% beginning on January 1, 2016, 83% beginning on January 1, 2017; 82% beginning on January 1, 2018; 81% beginning on January 1, 2019 and 80% beginning on January 1, 2020, of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage.

You should also know that the Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses in any one calendar year exceeds $100 billion.  If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

The premium set forth below for coverage for losses arising from acts of terrorism does not include any charges for the portion of loss covered by the Government under the Act.

**DISCLOSURE OF PREMIUM AND SELECTION OR REJECTION OF COVERAGE**

_____        I hereby elect to purchase coverage for losses arising from certified acts of terrorism.  I understand that the premium due for this coverage is $666

_____        I hereby reject coverage for losses arising from certified acts of terrorism.  I understand that an **exclusion** for losses resulting from certified acts of terrorism will be made part of this policy.
**If a premium is indicated below, this policy includes coverage in a StandardFirePolicyState.**
I understand that I must still pay an additional premium for coverage for fire losses arising from certified acts of terrorism.  I further understand that the premium due for this limited fire loss coverage is $7

_____
Policyholder's Signature

_____
Date

## Privacy Policy Disclosure Notice

The Gramm-Leach-Bliley Act (GLBA) and various other federal and state privacy regulations generally prohibit any financial institution, directly or through its affiliates, from sharing nonpublic personal information about you with a non-affiliated third party unless the institution provides you with a notice of its privacy policies and practices, such as the type of information that it collects about you and the categories of persons or entities to whom it may be disclosed.

Hallmark Financial Services, Inc. ("HFS"), through its subsidiaries, provides insurance products and services and is firmly committed to its affirmative and continuing obligation to respect the privacy of its current, former and prospective policyholders and to protect the security and confidentiality of their nonpublic personal information. Therefore, proper handling of your personal information is one of our highest priorities. We collect and utilize information we believe is necessary to efficiently administer our business, to advise you about our products, and provide you with outstanding customer service. We want you to know why we collect personal information about you, what we do with that information and explain to you our commitment to protect the information collected.

In order to provide you with quality insurance products and the service you deserve, it is necessary for us to collect nonpublic personal information about you and, in certain situations, to share that information with others. The following notice describes our policies and practices with regard to your nonpublic personal information.

### PROTECTION OF YOUR PERSONAL INFORMATION

Not only is the protection of nonpublic personal information a legal requirement, it is also a good business practice. We maintain appropriate physical, electronic and procedural safeguards to maintain the confidentiality and security of your nonpublic personal information. We restrict access to nonpublic personal information about you to those employees who need access to that information to provide products or services to you. When information is shared with companies performing work on Hallmark's behalf, we protect your personal information where required by law with contractual confidentiality agreements that obligate those companies to keep confidential any information about you furnished to them.

We provide training to our employees on the importance of maintaining the confidentiality and security of your nonpublic personal information. Employees who violate our privacy policies are appropriately disciplined.

### CATEGORIES OF INFORMATION THAT WE COLLECT

We collect and use only that nonpublic personal information required for us to provide services and products requested by you and to administer your business with us such as underwriting and processing your policies and the administration and handling of claims.

We may collect nonpublic personal information about you from the following sources:

- Information that we receive from you on applications and other related forms such as your name, address, telephone number, and social security number;
- Information about your transactions with us, our affiliates or others such as your underwriting information, driving record, claim history, policy number, premium, payment history, and claim information;
- Information that we receive from consumer credit reporting agencies such as your credit history.

The nonpublic personal information collected may come from persons such as independent insurance agents, brokers, policyholders, or persons involved in the claim adjustment process such as claimants, witnesses to an accident, repair facilities, hospitals, doctors and attorneys.

If you visit our corporate website, at www.hallmarkgrp.com, or any website of a subsidiary company to which we provide a link, we may automatically track and collect information regarding your visit including your IP address; domain server, type of computer, type of web browser and the pages you viewed on our corporate or subsidiary's website. This information (Traffic Data) is information that unless you have specifically entered identifying information somewhere in the site, does not personally identify you, but rather is helpful for marketing purposes or for improving your experience on the site. We currently do not collect nonpublic personal information through your use of our websites. You may view our website privacy statement by clicking the "Privacy Policy" option on the corporate site.

## CATEGORIES OF INFORMATION THAT WE DISCLOSE AND PARTIES TO WHOM WE MAY DISCLOSE INFORMATION

We do not disclose any nonpublic personal information about our customers or former customers to anyone, except as required or permitted by law. Hallmark does not sell or distribute for sale any nonpublic personal information. Nor do we disclose your personal information to any person, company or organization not affiliated with us for their own marketing purposes.

However, we may disclose nonpublic personal information about our policyholders (current, former and prospective) with affiliated and non-affiliated third parties as necessary to service an insurance policy or claim or as permitted or required by law. We may disclose nonpublic personal information we collect about you to third parties with whom we contract to perform business functions such as record keeping, policy administration, claim administration, billing, computer related services, distribution of materials, and joint marketing of our products and services.

We understand the importance and seriousness of protecting the confidentiality and security of your nonpublic personal information. We respect and appreciate the trust that you, as a valued policyholder, have placed with us and we continuously strive to earn and maintain that trust.

## ACCESS TO AND CORRECTION OF YOUR INFORMATION

You have a right to know the nature and substance of the recorded personal information contained in our files about you. You may review and/or for a reasonable fee, receive a copy of the information upon written request at the address shown below. You must properly identify yourself and reasonably describe the information you seek. Your request should contain your name, address, all policy and claim numbers issued to you by us and a copy of your drivers license or other personal identification. Upon receipt of your request, we will furnish to you within thirty (30) business days the nature and substance of locatable, retrievable and available recorded personal information. We will also furnish you with a list of all persons or organizations to whom the information has been disclosed within the past two years. If the source of information about you was a consumer credit reporting agency or other institution, we will identify those sources so you can contact them if you so desire. You may also request that we correct, amend or delete any recorded personal information. If we do not make the requested change(s), you have the right to provide, for insertion in our file, a concise written statement setting forth what you think is the correct, relevant or fair information and a concise statement of the reasons why you disagree with our decision not to correct, amend or delete recorded personal information. Your statement will become a part of our file and included with any future disclosures.

## CHANGES TO OUR NOTICE OF PRIVACY POLICY AND INSURANCE INFORMATION PRACTICES

We reserve the right to change our privacy policies and insurance information practices. If we make any material changes to our policies or practices, we will provide you with a copy of a revised notice.

## OPT OUT STATEMENT

If you prefer we do not disclose personal identifying information or personal financial information about you to nonaffiliated third parties, you may opt out of those disclosures (other than disclosures allowed by law). You may do so by sending us a letter informing us of your election to opt out at the address shown below.  Your letter should include the name of your insurance company and your policy number.

If you have any questions regarding the content of this notice, you may call us at (817)348-1600 or you may write to us at:

**Hallmark Financial Services, Inc.**
**Attention: Compliance**
**777 Main Street, Suite 1000**
**Fort Worth, Texas 76102**

This notice is being provided on behalf of:
**Hallmark Financial Services, Inc., and its subsidiaries**

**AH 00 50 06 15**

# POLICYHOLDER NOTICE OF
# CLAIM REPORTING PROCEDURES

You should contact your local insurance agent to report a claim.  Your agency's name and address are located at the upper right of your policy's declaration pages.

If you are unable to contact your agent and want to make a claim involving a fatality, serious injury, large property loss or a catastrophic claim, you may call and report the claim directly to Effective Claims Management, Inc. Effective Claims Management, Inc. handles claims for the American Hallmark Insurance Company of Texas policy on which this notice is attached.

- To report a serious claim during normal business hours (Monday through Friday 8:00 a.m. to 5:00 p.m. CST), please call 800-426-5119 ext. 1780.
- To report a serous claim after normal business hours, call 817-888-5664 for Casualty (Auto and GL), or 817-888-1955 for Property.

---

This Notice does **not** form a part of your insurance contract.  The Notice is designed to provide helpful information for you to report a claim.  If there is any conflict between this Notice and the policy (including its endorsements), the provisions of the policy (including its endorsements) apply.   Please read your policy and the endorsements attached to your policy carefully.

---

IL 01 46 08 10

# WASHINGTON COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

The conditions in this endorsement replace any similar conditions in the policy that are less favorable to the insured.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by notifying us or the insurance producer in one of the following ways:

   **a.** Written notice by mail, fax or e-mail;

   **b.** Surrender of the policy or binder; or

   **c.** Verbal notice.

   Upon receipt of such notice, we will cancel this policy or any binder issued as evidence of coverage, effective on the later of the following:

   **a.** The date on which notice is received or the policy or binder is surrendered; or

   **b.** The date of cancellation requested by the first Named Insured.

2. We may cancel this policy by mailing or delivering to the first Named Insured and the first Named Insured's agent or broker written notice of cancellation, including the actual reason for the cancellation, to the last mailing address known to us, at least:

   **a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   **b.** 45 days before the effective date of cancellation if we cancel for any other reason;

   except as provided in Paragraphs **3.** and **4.** below.

3. We may cancel the Commercial Property Coverage Part and the Capital Assets Program (Output Policy) Coverage Part, if made a part of this policy, by mailing or delivering to the first Named Insured and the first Named Insured's agent or broker written notice of cancellation at least five days before the effective date of cancellation for any structure where two or more of the following conditions exist:

   **a.** Without reasonable explanation, the structure is unoccupied for more than 60 consecutive days, or at least 65% of the rental units are unoccupied for more than 120 consecutive days, unless the structure is maintained for seasonal occupancy or is under construction or repair;

   **b.** Without reasonable explanation, progress toward completion of permanent repairs to the structure has not occurred within 60 days after receipt of funds following satisfactory adjustment or adjudication of loss resulting from a fire;

   **c.** Because of its physical condition, the structure is in danger of collapse;

   **d.** Because of its physical condition, a vacation or demolition order has been issued for the structure, or it has been declared unsafe in accordance with applicable law;

   **e.** Fixed and salvageable items have been removed from the structure, indicating an intent to vacate the structure;

   **f.** Without reasonable explanation, heat, water, sewer and electricity are not furnished for the structure for 60 consecutive days; or

   **g.** The structure is not maintained in substantial compliance with fire, safety and building codes.

© Insurance Services Office, Inc., 2010 □

**4.** If:

   **a.** You are an individual;

   **b.** A covered auto you own is of the "private passenger type"; and

   **c.** The policy does not cover garage, automobile sales agency, repair shop, service station or public parking place operations hazards;

we may cancel the Commercial Automobile Coverage Part by mailing or delivering to the first Named Insured and the first Named Insured's agent or broker written notice of cancellation, including the actual reason for cancellation, to the last mailing address known to us:

   **a.** At least 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   **b.** At least 10 days before the effective date of cancellation for any other reason if the policy is in effect less than 30 days; or

   **c.** At least 20 days before the effective date of cancellation for other than nonpayment if the policy is in effect 30 days or more; or

   **d.** At least 20 days before the effective date of cancellation if the policy is in effect for 60 days or more or is a renewal or continuation policy, and the reason for cancellation is that your driver's license or that of any driver who customarily uses a covered "auto" has been suspended or revoked during policy period.

**5.** We will also mail or deliver to any mortgage holder, pledgee or other person shown in this policy to have an interest in any loss which may occur under this policy, at their last mailing address known to us, written notice of cancellation, prior to the effective date of cancellation. If cancellation is for reasons other than those contained in Paragraph **A.3.** above, this notice will be the same as that mailed or delivered to the first Named Insured. If cancellation is for a reason contained in Paragraph **A.3.** above, we will mail or deliver this notice at least 20 days prior to the effective date of cancellation.

**6.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**7.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be at least 90% of the pro rata refund unless the following applies:

   **a.** For Division Two – Equipment Breakdown, if the first Named Insured cancels, the refund will be at least 75% of the pro rata refund.

   **b.** If:

     **(1)** You are an individual;

     **(2)** A covered auto you own is of the "private passenger type";

     **(3)** The policy does not cover garage, automobile sales agency, repair shop, service station or public parking place operations hazards; and

     **(4)** The first Named Insured cancels;

     the refund will be not less than 90% of any unearned portion not exceeding $100, plus 95% of any unearned portion over $100 but not exceeding $500, and not less than 97% of any unearned portion in excess of $500.

The cancellation will be effective even if we have not made or offered a refund.

**8.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

The policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspection And Surveys**

**1.** We have the right to:

   **a.** Make inspections and surveys at any time;

   **b.** Give you reports on the conditions we find; and

   **c.** Recommend changes.

 © Insurance Services Office, Inc., 2010 IL 01 46 08 10

2. We are not obligated to make any inspections, surveys, reports or recommendations, and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

## G. Nonrenewal

1. We may elect not to renew this policy by mailing or delivering written notice of nonrenewal, stating the reasons for nonrenewal, to the first Named Insured and the first Named Insured's agent or broker, at their last mailing addresses known to us. We will also mail to any mortgage holder, pledgee or other person shown in this policy to have an interest in any loss which may occur under this policy, at their last mailing address known to us, written notice of nonrenewal. We will mail or deliver these notices at least 45 days before the:

   a. Expiration of the policy; or

   b. Anniversary date of this policy if this policy has been written for a term of more than one year.

   Otherwise, we will renew this policy unless:

   a. The first Named Insured fails to pay the renewal premium after we have expressed our willingness to renew, including a statement of the renewal premium, to the first Named Insured and the first Named Insured's insurance agent or broker, at least 20 days before the expiration date;

   b. Other coverage acceptable to the insured has been procured prior to the expiration date of the policy; or

   c. The policy clearly states that it is not renewable and is for a specific line, subclassification, or type of coverage that is not offered on a renewable basis.

2. If:

   a. You are an individual;

   b. A covered auto you own is of the "private passenger type"; and

   c. The policy does not cover garage, automobile sales agency, repair shop, service station or public parking place operations hazards;

the following applies to nonrenewal of the Commercial Automobile Coverage Part in place of **G.1.:**

**a.** We may elect not to renew or continue this policy by mailing or delivering to you and your agent or broker written notice at least 20 days before the end of the policy period, including the actual reason for nonrenewal. If the policy period is more than one year, we will have the right not to renew or continue it only at an anniversary of its original effective date. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

**b.** We will not refuse to renew Liability Coverage or Collision Coverage solely because an "insured" has submitted claims under Comprehensive Coverage or Towing And Labor Coverage.

**c.** If we fail to mail or deliver proper notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

© Insurance Services Office, Inc., 2010

IL 01 57 07 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WASHINGTON CHANGES – ACTUAL CASH VALUE

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART

The following is added:

The term actual cash value means:

**a.** When the damage to property is economically repairable, actual cash value means the cost of repairing the damage, less reasonable deduction for wear and tear, deterioration and obsolescence.

**b.** When the loss or damage to property creates a total loss, actual cash value means the market value of property in a used condition equal to that of the destroyed property, if reasonably available on the used market.

**c.** Otherwise, actual cash value means the market value of new, identical or nearly identical property less reasonable deduction for wear and tear, deterioration and obsolescence.

IL 01 98 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments Coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this Exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

 ©ISO Properties, Inc., 2007  ☐

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties;

"Nuclear material" means "source material", "Special nuclear material" or "by-product material";

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"Property damage" includes all forms of radioactive contamination of property.

IL 09 52 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A. Cap On Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

© Insurance Services Office, Inc., 2015

IL P 001 01 04

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

# Advisory Notice To Policyholders
# 2015 Reauthorization of the
# Federal Terrorism Risk Insurance Act

This Notice does **not** form a part of your insurance contract.  The Notice is designed to alert you to actions that you may want to take when reviewing the Notice of Disclosure of Premium and Offer of Coverage for Certified Acts of Terrorism, AH0018.  If there is any conflict between this Notice and the policy (including its endorsements), the provisions of the policy (including its endorsements) apply.  Please read your policy and the endorsements attached to your policy carefully.

On January 12, 2015, President Obama signed into law the Terrorism Risk Insurance Program Reauthorization Act of 2015 .  The reauthorization of this program means we are required to offer coverage for terrorism as defined by the act.  The following are noted changes in the reauthorization act:

- Extends the Terrorism Risk Insurance Program for six years, until December 31, 2020;
- Removes the Secretary of State from the certification decision process and provides that the Secretary of the Treasury will consult with the Secretary of Homeland Security (in addition to the United States Attorney General);
- Reduces the federal share in terrorism losses by increasing insurers' co-pay from 15% to 20% over the course of five years, in one-percent increments beginning on January 1, 2016;
- Increases the threshold for federal participation in losses from $100 million to $200 million  in $20 million annual increments over five years beginning in calendar year 2016;
- Increases the mandatory recoupment amount from $27.5 billion to $37.5 billion in $2 billion increments annually, beginning in calendar year 2015 and reaching $37.5 billion in calendar year 2019;
- Beginning in calendar year 2020, revises the mandatory recoupment amount to be the amount equal to the annual average of the sum of insurer deductibles for all insurers participating in the program for the prior three calendar years, with such amount to be determined annually by the Secretary of the Treasury;
- Replaces references to Program Year with the term calendar year;
- Requires insurers to issue disclosure notices to policyholders only at the times of offer and renewal of the policy, instead of at the times of offer, purchase and renewal;
- Requires various studies to be undertaken, such as: study of potential improvements to the certification process; study of the viability of collecting upfront premiums from insurers that participate in the program, the effect of such on the private market terrorism reinsurance coverage or requiring insurers to participate in a capital reserve fund for terrorism-related risks; beginning June 30, 2017, conduct a biennial study of market competitiveness of small insurers participating in the program;
- Requires the Secretary of the Treasury to establish an advisory committee to provide recommendations on encouraging the growth of private market reinsurance capacity for terrorism losses; and
- Directs the Secretary of the Treasury to require insurers participating in the program to submit data concerning coverage for terrorism losses beginning on January 1, 2016.

The Terrorism Risk Insurance Act (TRIA) EXCLUDES Commercial Auto and Crime.  Therefore, if your policy includes Commercial Auto or Crime, a terrorism exclusion applies to these lines of coverage.

For policies other than Commercial Auto and Crime, your policy contains coverage for Certified Acts of Terrorism.

- If you choose to keep this coverage, no further action is required.
- If you choose NOT to keep this coverage, you must indicate your rejection on the enclosed notice and return it to our office within 30 days.  Once we have received this rejection, we will remove the coverage and the premium from your policy.

**SPECIAL NOTES:**

Disregard any premium due information that may show in your notice.  The premium due for this coverage is payable according to the terms of your billing notice.

If your policy has been issued with a policy minimum premium, the rejection of this coverage may result in no premium change.

   Includes copyrighted material of Insurance Services Office, Inc. with its permission

**NP 00 14 01 15**

In states designated as Standard Fire Policy States, we are required by law to provide you with coverage for any fire losses resulting from terrorism and to charge you for that coverage.

**UMBRELLA AND COMMERCIAL ADVANTAGE EXCESS POLICIES:**

If you have elected to reject Certified Acts of Terrorism coverage on your underlying policies, you must also reject the coverage on this policy.

**REMINDER:**

To reject this coverage for lines other than Commercial Auto and Crime (it is already excluded on these lines), you must properly fill out the enclosed notice, sign, date and return it within 30 days to:

American Hallmark Insurance Services, Inc.

777 Main Street, Suite 1000

Fort Worth, TX  76102

If the notice is not received within 30 days, this coverage will be removed as of the date of your signature and earned premium may be charged.

**REJECTION OF TERRORISM COVERAGE ON RENEWAL POLICIES:**

By signing the written rejection, you are authorizing the attachment of terrorism exclusion(s) to your policy.  These exclusions will continue to attach to all subsequent renewals until you notify us of a change in your election. Refer to the Notice of Disclosure of Premium and Offer of Coverage for Certified Acts of Terrorism, AH 00 18, for the cost of this insurance.

If you have questions, please contact your agent.

COMMERCIAL AUTO
CA 00 01 03 10

# BUSINESS AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

**A. Description Of Covered Auto Designation Symbols**

| Symbol | Description Of Covered Auto Designation Symbols | |
|---|---|---|
| **1** | Any "Auto" | |
| **2** | Owned "Autos" Only | Only those "autos" you own (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| **3** | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| **4** | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| **5** | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| **6** | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| **7** | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| **8** | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| **9** | Non-owned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households but only while used in your business or your personal affairs. |

| 19 | Mobile Equipment Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols **1, 2, 3, 4, 5, 6** or **19** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **7** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   **a.** We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   **b.** You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos**

If Liability Coverage is provided by this coverage form, the following types of vehicles are also covered "autos" for Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. "Mobile equipment" while being carried or towed by a covered "auto".

3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   **a.** Breakdown;

   **b.** Repair;

   **c.** Servicing;

   **d.** "Loss"; or

   **e.** Destruction.

**SECTION II – LIABILITY COVERAGE**

**A. Coverage**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

1. **Who Is An Insured**

   The following are "insureds":

   **a.** You for any covered "auto".

   **b.** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

   **(1)** The owner or anyone else from whom you hire or borrow a covered "auto".

   This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

**(2)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

**(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

**(4)** Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company) or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

**(5)** A partner (if you are a partnership) or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**2. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed we will:

**(1)** Increase the Limit of Insurance for Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**B. Exclusions**

This insurance does not apply to any of the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**2. Contractual**

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**b.** That the "insured" would have in the absence of the contract or agreement.

**3. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

 © Insurance Services Office, Inc., 2009   □

4. **Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**a.** An "employee" of the "insured" arising out of and in the course of:

    **(1)** Employment by the "insured"; or

    **(2)** Performing the duties related to the conduct of the "insured's" business; or

**b.** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

    **(1)** Whether the "insured" may be liable as an employer or in any other capacity; and

    **(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the coverage form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. **Fellow Employee**

"Bodily injury" to:

**a.** Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

**b.** The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **a.** above.

6. **Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

7. **Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**a.** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

**b.** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

8. **Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

9. **Operations**

"Bodily injury" or "property damage" arising out of the operation of:

**a.** Any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment"; or

**b.** Machinery or equipment that is on, attached to or part of a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

10. **Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraph **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

    **(1)** When all of the work called for in your contract has been completed.

    **(2)** When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

    **(3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

© Insurance Services Office, Inc., 2009

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

    **(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

    **(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

    **(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

    **(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

    **(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

    **(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

    **(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**C. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" is the Limit of Insurance for Liability Coverage shown in the Declarations.

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

## SECTION III – PHYSICAL DAMAGE COVERAGE

### A. Coverage

1. We will pay for "loss" to a covered "auto" or its equipment under:

   **a. Comprehensive Coverage**

   From any cause except:

   **(1)** The covered "auto's" collision with another object; or

   **(2)** The covered "auto's" overturn.

   **b. Specified Causes Of Loss Coverage**

   Caused by:

   **(1)** Fire, lightning or explosion;

   **(2)** Theft;

   **(3)** Windstorm, hail or earthquake;

   **(4)** Flood;

   **(5)** Mischief or vandalism; or

   **(6)** The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

   **c. Collision Coverage**

   Caused by:

   **(1)** The covered "auto's" collision with another object; or

   **(2)** The covered "auto's" overturn.

2. **Towing**

   We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

3. **Glass Breakage – Hitting A Bird Or Animal – Falling Objects Or Missiles**

   If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

   **a.** Glass breakage;

   **b.** "Loss" caused by hitting a bird or animal; and

   **c.** "Loss" caused by falling objects or missiles.

   However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

4. **Coverage Extensions**

   **a. Transportation Expenses**

   We will pay up to $20 per day to a maximum of $600 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

   **b. Loss Of Use Expenses**

   For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

   **(1)** Other than collision only if the Declarations indicate that Comprehensive Coverage is provided for any covered "auto";

   **(2)** Specified Causes Of Loss only if the Declarations indicate that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

   **(3)** Collision only if the Declarations indicate that Collision Coverage is provided for any covered "auto".

   However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

### B. Exclusions

1. We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

   **a. Nuclear Hazard**

   **(1)** The explosion of any weapon employing atomic fission or fusion; or

   **(2)** Nuclear reaction or radiation, or radioactive contamination, however caused.

**b. War Or Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

**3.** We will not pay for "loss" due and confined to:

**a.** Wear and tear, freezing, mechanical or electrical breakdown.

**b.** Blowouts, punctures or other road damage to tires.

This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

**4.** We will not pay for "loss" to any of the following:

**a.** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

**b.** Any device designed or used to detect speed-measuring equipment such as radar or laser detectors and any jamming apparatus intended to elude or disrupt speed-measurement equipment.

**c.** Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

**d.** Any accessories used with the electronic equipment described in Paragraph **c.** above.

**5.** Exclusions **4.c.** and **4.d.** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

**a.** Permanently installed in or upon the covered "auto";

**b.** Removable from a housing unit which is permanently installed in or upon the covered "auto";

**c.** An integral part of the same unit housing any electronic equipment described in Paragraphs **a.** and **b.** above; or

**d.** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

**6.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

**C. Limit Of Insurance**

**1.** The most we will pay for "loss" in any one "accident" is the lesser of:

**a.** The actual cash value of the damaged or stolen property as of the time of the "loss"; or

**b.** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

**2.** $1,000 is the most we will pay for "loss" in any one "accident" to all electronic equipment that reproduces, receives or transmits audio, visual or data signals which, at the time of "loss", is:

**a.** Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

**b.** Removable from a permanently installed housing unit as described in Paragraph **2.a.** above or is an integral part of that equipment; or

**c.** An integral part of such equipment.

**3.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**4.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**D. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

## SECTION IV – BUSINESS AUTO CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

### A. Loss Conditions

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

**(1)** How, when and where the "accident" or "loss" occurred;

**(2)** The "insured's" name and address; and

**(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

**c.** If there is "loss" to a covered "auto" or its equipment you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this coverage form until:

**a.** There has been full compliance with all the terms of this coverage form; and

**b.** Under Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

**4. Loss Payment – Physical Damage Coverages**

At our option we may:

**a.** Pay for, repair or replace damaged or stolen property;

**b.** Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this coverage form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

© Insurance Services Office, Inc., 2009

## B. General Conditions

### 1. Bankruptcy

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this coverage form.

### 2. Concealment, Misrepresentation Or Fraud

This coverage form is void in any case of fraud by you at any time as it relates to this coverage form. It is also void if you or any other "insured", at any time, intentionally conceal or misrepresent a material fact concerning:

**a.** This coverage form;

**b.** The covered "auto";

**c.** Your interest in the covered "auto"; or

**d.** A claim under this coverage form.

### 3. Liberalization

If we revise this coverage form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

### 4. No Benefit To Bailee – Physical Damage Coverages

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this coverage form.

### 5. Other Insurance

**a.** For any covered "auto" you own, this coverage form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this coverage form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Liability Coverage this coverage form provides for the "trailer" is:

**(1)** Excess while it is connected to a motor vehicle you do not own.

**(2)** Primary while it is connected to a covered "auto" you own.

**b.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**c.** Regardless of the provisions of Paragraph **a.** above, this coverage form's Liability Coverage is primary for any liability assumed under an "insured contract".

**d.** When this coverage form and any other coverage form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our coverage form bears to the total of the limits of all the coverage forms and policies covering on the same basis.

### 6. Premium Audit

**a.** The estimated premium for this coverage form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this coverage form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

### 7. Policy Period, Coverage Territory

Under this coverage form, we cover "accidents" and "losses" occurring:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

The coverage territory is:

**(1)** The United States of America;

**(2)** The territories and possessions of the United States of America;

**(3)** Puerto Rico;

**(4)** Canada; and

**(5)** Anywhere in the world if:

**(a)** A covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less; and

**(b)** The "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this coverage form and any other coverage form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the coverage forms or policies shall not exceed the highest applicable Limit of Insurance under any one coverage form or policy. This condition does not apply to any coverage form or policy issued by us or an affiliated company specifically to apply as excess insurance over this coverage form.

## SECTION V – DEFINITIONS

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means:

**1.** A land motor vehicle, "trailer" or semitrailer designed for travel on public roads; or

**2.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraph **6.b.** or **6.c.** of the definition of "mobile equipment".

© Insurance Services Office, Inc., 2009

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

    **(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

    **(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**F.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**G.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**H.** "Insured contract" means:

**1.** A lease of premises;

**2.** A sidetrack agreement;

**3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**5.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement;

**6.** That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

    **a.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

    **b.** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

    **c.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**I.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**J.** "Loss" means direct and accidental loss or damage.

**K.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**1.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**2.** Vehicles maintained for use solely on or next to premises you own or rent;

**3.** Vehicles that travel on crawler treads;

**4.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

    **a.** Power cranes, shovels, loaders, diggers or drills; or

    **b.** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**5.** Vehicles not described in Paragraph **1., 2., 3.** or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    **a.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well-servicing equipment; or

    **b.** Cherry pickers and similar devices used to raise or lower workers; or

**6.** Vehicles not described in Paragraph **1., 2., 3.** or **4.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

  **a.** Equipment designed primarily for:

  **(1)** Snow removal;

  **(2)** Road maintenance, but not construction or resurfacing; or

  **(3)** Street cleaning;

  **b.** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

  **c.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well-servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**L.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**M.** "Property damage" means damage to or loss of use of tangible property.

**N.** "Suit" means a civil proceeding in which:

  **1.** Damages because of "bodily injury" or "property damage"; or

  **2.** A "covered pollution cost or expense";

to which this insurance applies, are alleged.

"Suit" includes:

  **a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

  **b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

**O.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**P.** "Trailer" includes semitrailer.

© Insurance Services Office, Inc., 2009

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WASHINGTON CHANGES

For a covered "auto" licensed or principally garaged in, or for "garage operations" conducted in, Washington, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Liability Coverage**

The Employee Indemnification And Employer's Liability Exclusion applies only to "bodily injury" to any "employee" of the insured whose employment is not subject to the Industrial Insurance Act of Washington (Washington Revised Code Title 51).

With respect to "bodily injury" to "employees" of the insured whose employment is subject to the Industrial Insurance Act of Washington, the **Employee Indemnification And Employer's Liability** Exclusion is replaced with the following:

This insurance does not apply to "bodily injury" to:

**a.** An "employee" of the insured arising out of and in the course of:

**(1)** Employment by the "insured"; or

**(2)** Performing duties related to the conduct of the "insured's" business; or

**b.** Any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the insured under an "insured contract". A domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**B. Changes In Physical Damage Coverage**

**1.** The lead-in to Paragraph **B.1.** is replaced by the following:

We will not pay for "loss" caused directly or indirectly by any of the following:

**2.** The Limit of Insurance Provision with respect to repair or replacement resulting in better than like kind or quality is replaced by the following, and supersedes any provision to the contrary:

**3.** We may deduct for betterment for parts normally subject to repair and replacement during the useful life of the "auto". In this event, deductions shall be limited to the lesser of:

**a.** An amount equal to the proportion that the expired life of the part to be repaired or replaced bears to the normal useful life of that part; or

**b.** The amount which the resale value of the "auto" is increased from the repair or replacement.

**3.** The following is added to Paragraph **C. Limit Of Insurance:**

We will not pay for a loss which is paid under Underinsured Motorists Coverage.

 © ISO Properties, Inc., 2007   □

## C. Changes In Garagekeepers Coverage

If Garagekeepers Coverage in the Garage Coverage Form is selected or if the Garagekeepers Coverage endorsement or the Garagekeepers Coverage – Customers' Sound Receiving Equipment endorsement is attached, then Exclusion **3.** is replaced by the following:

**3.** We will not pay for "loss" arising directly or indirectly out of the following:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## D. Changes In Conditions

**1.** The **Appraisal For Physical Damage Loss** Condition is replaced by the following:

**APPRAISAL FOR PHYSICAL DAMAGE LOSS**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

Neither we nor you shall be held to have waived any rights by any act relating to appraisal.

**2.** The **Transfer Of Rights Of Recovery Against Others To Us** Condition is replaced by the following:

**a.** If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us for that payment. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**b.** We are entitled to a recovery only after the person or organization has been fully compensated for damages by another party.

**3.** The following is added to the **Legal Action Against Us** Condition:

If this action is brought pursuant to Sec. 3 of RCW 48.30 then 20 days prior to filing such an action, you are required to provide written notice of the basis for the cause of action to us and the Office of the Insurance Commissioner. Such notice may be sent by regular mail, registered mail, or certified mail with return receipt requested.

POLICY NUMBER: 44-CL-000494289-2

COMMERCIAL AUTO
CA 21 34 01 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WASHINGTON UNDERINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or for "garage operations" conducted in, Washington, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

| |
|---|
| **Named Insured:**  BLACK HILLS EXCAVATING INC |
| **Endorsement Effective Date:**  05/05/2019 |

## SCHEDULE

| | | |
|---|---|---|
| "Bodily Injury" And "Property Damage":  $ | | Each "Accident" |
| Or | | |
| "Bodily Injury":  $ | | Each "Accident" |

This endorsement provides "bodily injury" and "property damage" underinsured motorists coverage unless an "X" is entered below:

☐ If an "X" is entered in this box, this endorsement provides "bodily injury" underinsured motorists coverage only for the following "autos":

**Description Of "Autos":**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "underinsured motor vehicle". The damages must result from "bodily injury" or "property damage" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "underinsured motor vehicle".

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

   b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

© ISO Properties, Inc., 2007 ☐

**2.** A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   **a.** Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   **b.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

   **c.** The Named Insured for "property damage" only.

## C. Exclusions

This insurance does not apply to:

**1.** The benefit of any insurer or self-insurer under any workers' compensation law or any similar disability benefits law.

**2.** The benefit of any insurer of property.

**3.** "Bodily injury" sustained by:

   **a.** An individual Named Insured while "occupying" any vehicle owned by that Named Insured or made available for that Named Insured's regular use that is not a covered "auto" for Liability Coverage under this Coverage Form;

   **b.** Any "family member" while "occupying" any vehicle owned by that "family member" or available for that "family member's" regular use that is not a covered "auto" for Liability Coverage under this Coverage Form; or

   **c.** Any "family member" while "occupying" any vehicle owned by the Named Insured or made available for the Named Insured's regular use that is insured for Liability Coverage on a primary basis under any other Coverage Form or policy.

**4.** Property contained in or struck by any vehicle owned by or available for the regular use of the Named Insured or any "family member", if the Named Insured is an individual, which is not a covered "auto" for Liability Coverage under this Coverage Form.

**5.** The first $300 of the amount of "property damage" to the property of each "insured" as the result of any one "accident" caused by a hit-and-run vehicle as described in Paragraph **5.d.** of the definition of "underinsured motor vehicle". In all other cases, this insurance does not apply to the first $100 of the amount of "property damage" to the property of each "insured" as the result of any one "accident".

**6.** Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**7.** "Bodily injury" or "property damage" to an "insured" while operating or "occupying" a motorcycle or motor driven cycle which is not a covered "auto" for Liability Coverage under this Coverage Form.

**8.** Punitive or exemplary damages.

**9.** "Bodily injury" or "property damage" arising directly or indirectly out of:

   **a.** War, including undeclared or civil war;

   **b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   **c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## D. Limit Of Insurance

**1.** Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the limit shown in the Schedule or in the Declarations.

**2.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage Form, Medical Payments Coverage Endorsement or Personal Injury Protection Coverage Endorsement attached to this Coverage Part.

We will not make a duplicate payment under this Coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

## E. Changes In Conditions

The conditions are changed for Washington Underinsured Motorists Coverage as follows:

**1.** **Other Insurance** in the Business Auto and Garage Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Truckers and Motor Carrier Coverage Forms are replaced by the following:

If there is other applicable insurance available under one or more policies or provisions of coverage:

   **a.** The maximum recovery under all coverage forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any coverage form or policy providing coverage on either a primary or excess basis.

 © ISO Properties, Inc., 2007   □

**b.** Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible underinsured motorists insurance providing coverage on a primary basis.

**c.** If the coverage under this Coverage Form is provided:

**(1)** On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

**(2)** On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss** is changed by adding the following:

**a.** A person seeking Underinsured Motorists Coverage must also promptly notify us in writing of a tentative settlement between the "insured" and the insurer of an "underinsured motor vehicle", and allow us 30 days to advance payment to that "insured" in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such "underinsured motor vehicle". However, this provision does not apply if failure to notify us does not prejudice our right to recover payment from the person legally responsible for the "accident".

**3. Legal Action Against Us** is replaced by the following:

**a.** No one may bring a legal action against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form.

**b.** Any legal action against us under this Coverage Form must be brought within one year after the date on which the cause of action accrues.

If this action is brought pursuant to Sec. 3 of RCW 48.30 then 20 days prior to filing such an action, you are required to provide written notice of the basis for the cause of action to us and the Office of the Insurance Commissioner. Such notice may be sent by regular mail, registered mail or certified mail with return receipt requested.

**4. Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid. We shall be entitled to recovery only after the "insured" has been fully compensated for damages.

Our rights do not apply under this provision with respect to damages caused by an "accident" with an "underinsured motor vehicle" if we:

**a.** Have been given prompt notice of a tentative settlement between an "insured" and the insurer of an "underinsured motor vehicle"; and

**b.** Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification:

**(1)** That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Underinsured Motorists Coverage; and

**(2)** We also have a right to recover the advanced payment.

**5.** The following condition is added:

**ARBITRATION**

**a.** If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "underinsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. We will pay all arbitration expenses. Arbitration expenses will not include the "insured's" attorney's fees or any expenses incurred in producing evidence or witnesses.

**b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Property damage" means injury to or destruction of the property of an "insured".

**2.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

**3.** "Occupying" means in, upon, getting in, on, out or off.

**4.** "Suit" means a civil proceeding in which:

**a.** Damages because of "bodily injury" or "property damage"; or

**b.** A "covered pollution cost or expense" to which this insurance applies, are alleged.

"Suit" includes:

**(1)** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed; or

**(2)** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed.

**5.** "Underinsured motor vehicle" means a land motor vehicle or "trailer":

**a.** For which no liability bond or policy applies at the time of an "accident"; or

**b.** For which liability bonds or policies apply at the time of the "accident", but the amount paid under all of the bonds or policies to an "insured" is not enough to pay the full amount an "insured" is legally entitled to recover as damages caused by the "accident"; or

**c.** For which all insuring or bonding companies deny coverage or are or become insolvent; or

**d.** That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must either:

**(1)** Hit an "insured", a covered "auto" or a vehicle an "insured" is "occupying"; or

**(2)** Cause "bodily injury" or "property damage" with no physical contact with the "insured" or the vehicle the "insured" was "occupying" at the time of the "accident" provided:

**(a)** The facts of the "accident" can be corroborated by competent evidence other than the testimony of any person having an underinsured motorists coverage claim as a result of such "accident"; and

**(b)** Someone reports the "accident" to the police within 72 hours of the "accident".

However, "underinsured motor vehicle" does not include any vehicle:

**a.** For which the Liability Coverage of this Coverage Form applies. However, if the Named Insured is an individual and that Named Insured or any "family member" sustains damages while "occupying", or when struck by, an "auto" which is a covered "auto" for Liability Coverage under this Coverage Form, this exception to this definition of an "underinsured motor vehicle" does not apply to that Named Insured or any such "family member".

**b.** Owned by a governmental unit or agency. This provision does not apply if the governmental unit or agency is unable to pay damages because of financial inability or insolvency.

**6.** Whenever the terms "uninsured motorists coverage" or "uninsured motor vehicle" appear in the Coverage Form or any endorsements attached to the Coverage Form, they are replaced by the terms "underinsured motorists coverage" and "underinsured motor vehicle" for covered "autos" licensed in or "garage operations" conducted in Washington.

POLICY NUMBER: **44-CL-000494289-2**                                                    SD0001 0110

## SUPPLEMENTAL FORM DECLARATION FOR CA2134 0108

## WASHINGTON UNDERINSURED MOTORISTS COVERAGE

| |
|---|
| Endorsement Effective: **05/05/2019** |
| Named Insured: **BLACK HILLS EXCAVATING INC** |

### SCHEDULE

| Vehicles |
|---|

| | | |
|---|---|---|
| **"Bodily Injury" And "Property Damage":** | $ | **Each "Accident"** |
| **Or** | | |
| **"Bodily Injury":** | $ | **1,000,000 Each "Accident"** |

This endorsement provides "bodily injury" and "property damage" underinsured motorists coverage unless an "X" is entered below:

[X] If an "X" is entered in this box, this endorsement provides "bodily injury" underinsured motorists coverage only for the following "autos":

**Description Of "Autos":** **Vehicle 2, 2007 Ford F150 TRUCK, VIN-1FTRG14W07HA15893**
**Vehicle 3, 2014 Ford F350 TRUCK, VIN-1FR8W3BTXEEA04206**
**Vehicle 4, 2008 Ford F550 TRUCK, VIN-1FDAF56RX8EA19235**
**Vehicle 6, 1987 Freightliner TRUCK, VIN-1FUYZCYB4HH404327**
**Vehicle 7, 1985 Chevrolet PICKUP, VIN-GDK6D1F8FV628008**
**Vehicle 8, 2006 Ford F250 PICKUP, VIN-1FTSF21936EB58343**
**Vehicle 9, 1992 International 8000, VIN-1HSHBAYN5NH457132**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WASHINGTON EXCLUSION OF TERRORISM

This endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
> BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
> GARAGE COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY
> TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, are enclosed in quotation marks:

  **1.** "Terrorism" means activities against persons, organizations or property of any nature:

   **a.** That involve the following or preparation for the following:

    **(1)** Use or threat of force or violence; or

    **(2)** Commission or threat of a dangerous act; or

    **(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

   **b.** When one or both of the following applies:

    **(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

    **(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

  **2.** "Any injury, damage, loss or expense" means any injury, damage, loss or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal injury", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

**B.** Except with respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage – Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

  **1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

© ISO Properties, Inc., 2004

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**5.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**6.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

**a.** Physical injury that involves a substantial risk of death; or

**b.** Protracted and obvious physical disfigurement; or

**c.** Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs **B.5.** and **B.6.** are exceeded.

With respect to this Exclusion, Paragraphs **B.5.** and **B.6.** describe the thresholds used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

**C.** With respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage – Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for any "loss", loss of use or rental reimbursement after "loss" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**5.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold in Paragraph **C.5.** is exceeded.

© ISO Properties, Inc., 2004 **CA 23 92 01 06** ☐

With respect to this Exclusion, Paragraph **C.5.** describes the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

**D.** In the event of any incident of "terrorism" that is not subject to the Exclusion in Paragraphs **B.** or **C.,** coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

© ISO Properties, Inc., 2004

COMMERCIAL AUTO
CA 99 03 03 06

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AUTO MEDICAL PAYMENTS COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Coverage**

We will pay reasonable expenses incurred for necessary medical and funeral services to or for an "insured" who sustains "bodily injury" caused by "accident". We will pay only those expenses incurred, for services rendered within three years from the date of the "accident".

**B. Who Is An Insured**

**1.** You while "occupying" or, while a pedestrian, when struck by any "auto".

**2.** If you are an individual, any "family member" while "occupying" or, while a pedestrian, when struck by any "auto".

**3.** Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.

**C. Exclusions**

This insurance does not apply to any of the following:

**1.** "Bodily injury" sustained by an "insured" while "occupying" a vehicle located for use as a premises.

**2.** "Bodily injury" sustained by you or any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by you or furnished or available for your regular use.

**3.** "Bodily injury" sustained by any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by or furnished or available for the regular use of any "family member".

**4.** "Bodily injury" to your "employee" arising out of and in the course of employment by you. However, we will cover "bodily injury" to your domestic "employees" if not entitled to workers' compensation benefits. For the purposes of this endorsement, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5.** "Bodily injury" to an "insured" while working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.

**6.** "Bodily injury" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

© ISO Properties, Inc., 2005

**7.** "Bodily injury" to anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**8.** "Bodily Injury" sustained by an "insured" while "occupying" any covered "auto" while used in any professional racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply to any "bodily injury" sustained by an "insured" while the "auto" is being prepared for such a contest or activity.

**D. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for "bodily injury" for each "insured" injured in any one "accident" is the Limit Of Insurance for Auto Medical Payments Coverage shown in the Declarations.

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage Form, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

**E. Changes In Conditions**

The Conditions are changed for Auto Medical Payments Coverage as follows:

**1.** The Transfer Of Rights Of Recovery Against Others To Us Condition does not apply.

**2.** The reference in Other Insurance in the Business Auto and Garage Coverage Forms and Other Insurance – Primary And Excess Insurance Provisions in the Truckers and Motor Carrier Coverage Forms to "other collectible insurance" applies only to other collectible auto medical payments insurance.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

© ISO Properties, Inc., 2005

POLICY NUMBER:

**COMMERCIAL AUTO**
**CA 99 89 05 01**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**
# WASHINGTON LOSS PAYABLE FORM REG-335

This endorsement reflects the text of the form promulgated in Washington State Insurance Commissioner's Regulation No. 335, as reproduced in Section 284-21-990 of the Washington Administrative Code.

**SCHEDULE**

| | |
|---|---|
| Insurance Company | American Hallmark Insurance Company of Texas |
| Policy Number | 44-CL-000494289-2 |
| Endorsement Effective Date | 05/05/2019 |
| Issued To | WSECU |
| Secured Party Address | PO BOX 692429 SAN ANTONIO,TX 78269 |
| Additional Secured Party Address | |
| By Agent | RICE INSURANCE, LLC |

**A.** Loss or damage, if any, under this policy shall be payable first to the loss payee or mortgagee (hereinafter called secured party), and, second, to the insured, as their interests may appear; provided, that, upon demand for separate settlement by the secured party, the amount of said loss shall be paid directly to the secured party to the extent of its interest.

**B.** This insurance as to the interest of the secured party shall not be invalidated by any act or neglect of the insured named in said policy or his agents, employees or representatives, nor by any change in the title or ownership of the insured property: provided, however, that, the conversion, embezzlement or secretion by the named insured or his agents, employees or representatives is not covered under said policy unless specifically insured against and premiums paid therefor.

**C.** In applying the pro rata provisions of the policy, the amount payable to the secured party shall be reduced only to the extent of pro rata payments receivable by the secured party under other policies.

**D.** The company reserves the right to cancel the policy at any time as provided by its terms, but in such case the company shall mail to the secured party a notice stating when such cancellation shall become effective as to the interest of said secured party. The amount and form of such notice shall not be less than that required to be given the named insured, by law or by the policy provisions, whichever is more favorable to the secured party.

**E.** If the insured fails to render proof of loss within the time granted in the policy conditions, such secured party shall do so within sixty days after having knowledge of a loss, in form and manner as provided by the policy, and, further, shall be subject to the provisions of the policy relating to appraisal and the time of payment and bringing suit.

**F.** Whenever the company shall pay the secured party any sum for loss or damage under policy and shall claim that, as to the insured, no liability exists, the company shall, to the extent of such payment, be thereupon legally subrogated to all the rights of the party to whom such payment shall be made, under all collateral held to secure the debt, or may, at its option, pay to the secured party the whole principal due or to grow due on the mortgage or other security agreement, with interest, and shall thereupon receive a full assignment and transfer of the mortgage or other security agreement and of all collateral held to secure it; but no subrogation shall impair the right of the secured party to recover the full amount due it.

**G.** All terms and conditions of the policy remain unchanged except as herein specifically provided.

**H.** All notices sent to the secured party shall be sent to its last reported address, which must be stated in the policy or in this endorsement.

© ISO Properties, Inc., 2000

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF MAINTENANCE OF
# UNDERLYING INSURANCE

Subparagraph **b. 2)** of Paragraph **5.,** SECTION **V**- CONDITIONS, Maintenance of Underlying Insurance, is replaced by the following:

2)   In the event that any "underlying insurance" is cancelled or not renewed and not replaced, you must notify us immediately.  We will not be liable under this insurance for more than we would have been liable if that "underlying insurance" had not terminated.

AG 0045 (11-87)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR EXCLUSION ENDORSEMENT

This insurance does not apply to "injury":

1.  With respect to which an insured under this policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limits of liability; or

2.  Resulting from the hazardous properties of nuclear material and with respect to which:

    a.  any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or

    b.  the insured is, or had this policy not been issued would be, entitled to indemnify from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

3.  Resulting from the hazardous properties of nuclear material, if:

    a.  The nuclear material:

        (1)  is at any nuclear facility owned by, or operated by or on behalf of, an insured or

        (2)  has been discharged or dispersed therefrom;

    b.  The nuclear material is contained in spent fuel or waste at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

    c.  The bodily injury or property damage arise out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any nuclear facility, but if such facility is located within the United States of America, its territories or possessions or Canada, this subparagraph c. applies only to property damage to such nuclear facility and any property thereat.

As used in this exclusion:

1.  Hazardous Properties include radioactive, toxic or explosive properties;

2.  Nuclear material means source material, special nuclear material or by-product material;

3.  Source material, special nuclear material, and byproduct material have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

4.  Spent fuel means fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a nuclear reactor;

5.  Waste means any waste material:

    a.  containing by-product material other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its source material content, and

    b.  resulting from the operation by any person or organization of any nuclear facility included under the first two paragraphs of the definition of nuclear facility.

6.  Nuclear facility means:

    a.  Any nuclear reactor;

    b.  Any equipment or device designed or used for:

        (1)  separating the isotopes of uranium or plutonium,

        (2)  processing or utilizing spent fuel, or

        (3)  handling, processing or packaging waste;

    c.  Any equipment or device used for the processing, fabrication or alloying of special nuclear material if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

    d.  Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of waste;

    and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

7.  Nuclear reactor means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

8.  Property damage includes all forms of radioactive contamination of property.

AG 0046 (11-87)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – LIMITED BODILY INJURY EXCEPTION NOT INCLUDED

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY POLICY

The following exclusion is added to **Paragraph 2. Exclusions** of **Section I – Coverage A – Excess Liability Coverage** and **Paragraph 2. Exclusion** of **Section I – Coverage B – Extended Liability Coverage:**

This insurance does not apply to "injury" or damages arising out of:

**1.** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**2.** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **1.** or **2.** above.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

COMMERCIAL GENERAL LIABILITY
CG 00 01 12 07

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERAGES

## COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

© ISO Properties, Inc., 2006

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

**(b)** the operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

© ISO Properties, Inc., 2006

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Distribution Of Material In Violation Of Statutes**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**(3)** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

 © ISO Properties, Inc., 2006   □

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of websites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Distribution Of Material In Violation Of Statutes**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**(3)** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

**COVERAGE C MEDICAL PAYMENTS**

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

 © ISO Properties, Inc., 2006

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A.**

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by,

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

 © ISO Properties, Inc., 2006 □

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C;**

**b.** Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B.**

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A;** and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

© ISO Properties, Inc., 2006

□

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

    **(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

    **(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

© ISO Properties, Inc., 2006

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

   **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   **b.** While it is in or on an aircraft, watercraft or "auto"; or

   **c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

   but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   **a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   **b.** Vehicles maintained for use solely on or next to premises you own or rent;

   **c.** Vehicles that travel on crawler treads;

   **d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   **(1)** Power cranes, shovels, loaders, diggers or drills; or

   **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

   **e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

   **(2)** Cherry pickers and similar devices used to raise or lower workers;

   **f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   **(1)** Equipment designed primarily for:

   **(a)** Snow removal;

   **(b)** Road maintenance, but not construction or resurfacing; or

   **(c)** Street cleaning;

   **(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   **a.** False arrest, detention or imprisonment;

   **b.** Malicious prosecution;

   **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

   **f.** The use of another's advertising idea in your "advertisement"; or

   **g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

    **(2)** The providing of or failure to provide warnings or instructions.

  **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

  **a.** Means:

    **(1)** Work or operations performed by you or on your behalf; and

    **(2)** Materials, parts or equipment furnished in connection with such work or operations.

  **b.** Includes:

    **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

    **(2)** The providing of or failure to provide warnings or instructions.

© ISO Properties, Inc., 2006      **CG 00 01 12 07**    □

COMMERCIAL GENERAL LIABILITY
CG 00 68 05 09

# RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **q.** of Paragraph **2. Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**B.** Exclusion **p.** of Paragraph **2. Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

COMMERCIAL GENERAL LIABILITY
CG 01 81 05 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WASHINGTON CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **e.** of Coverage **A** – Bodily Injury And Property Damage Liability (Section **I** – Coverages) applies only to "bodily injury" to any "employee" of the insured whose employment is not subject to the Industrial Insurance Act of Washington (Washington Revised Code Title 51).

With respect to "bodily injury" to "employees" of the insured whose employment is subject to the Industrial Insurance Act of Washington, Exclusion **e.** is replaced with the following:

This insurance does not apply to:

**1.** "Bodily injury" to an "employee" of the insured arising out of and in the course of:

    **a.** Employment by the insured; or

    **b.** Performing duties related to the conduct of the insured's business; or

**2.** Any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**B.** Paragraphs **2.a.(1)(a)**, **(b)** and **(c)** of Section **II** – Who Is An Insured apply only to "employees" of the insured whose employment is not subject to the Industrial Insurance Act of Washington (Washington Revised Code Title 51).

With respect to "employees" of the insured whose employment is subject to the Industrial Insurance Act of Washington, the reference to "volunteer workers" is removed from Paragraph **2.(a)** of **Section II – Who Is An Insured** and Paragraph **2.a.(1)** of **Section II** is replaced with the following:

**2.** Each of the following is also an insured:

    **a.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

    **(1)** "Bodily injury" or "personal and advertising injury":

        **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

        **(b)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** above; or

        **(c)** Arising out of his or her providing or failing to provide professional health care services.

© ISO Properties, Inc., 2007

COMMERCIAL GENERAL LIABILITY
CG 01 97 12 07

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WASHINGTON CHANGES – EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Coverage A – Bodily Injury And Property Damage Liability (Section I – Coverages):**

This insurance does not apply to:

"Bodily injury" to:

**1.** A person arising out of any:

  **a.** Refusal to employ that person;

  **b.** Termination of that person's employment; or

  **c.** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**2.** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **a., b.** and **c.** above is directed.

This exclusion applies:

**1.** Whether the injury-causing event described in Paragraphs **a., b.** or **c.** above occurs before employment, during employment or after employment of that person;

**2.** Whether the insured may be liable as an employer or in any other capacity; and

**3.** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

However, Paragraphs **1.a.** and **2.** of this exclusion do not apply if such "bodily injury" is sustained by any "employee" of the insured whose employment is subject to the Industrial Insurance Act of Washington (Washington Revised Code Title 51).

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Coverage B – Personal And Advertising Injury Liability (Section I – Coverages):**

This insurance does not apply to:

"Personal and advertising injury" to:

**1.** A person arising out of any:

  **a.** Refusal to employ that person;

  **b.** Termination of that person's employment; or

  **c.** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**2.** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **a., b.** and **c.** above is directed.

This exclusion applies:

**1.** Whether the injury-causing event described in Paragraphs **a., b.** or **c.** above occurs before employment, during employment or after employment of that person;

**2.** Whether the insured may be liable as an employer or in any other capacity; and

**3.** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

However, Paragraphs **1.a.** and **2.** of this exclusion do not apply if such "personal and advertising injury" is sustained by any "employee" of the insured whose employment is subject to the Industrial Insurance Act of Washington (Washington Revised Code Title 51).

© ISO Properties, Inc., 2006

POLICY NUMBER: 44-CL-000494289-2

COMMERCIAL GENERAL LIABILITY
CG 04 42 11 03

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# STOP GAP – EMPLOYERS LIABILITY COVERAGE ENDORSEMENT – WASHINGTON

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**SCHEDULE**

| Limits Of Insurance | | | |
|---|---|---|---|
| Bodily Injury By Accident | $ | 1,000,000 | Each Accident |
| Bodily Injury By Disease | $ | 1,000,000 | Aggregate Limit |
| Bodily Injury By Disease | $ | 1,000,000 | Each Employee |
| | | | |
| | | | |

(If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**A.** The following is added to **Section I – Coverages:**

**COVERAGE – STOP GAP – EMPLOYERS LIABILITY**

**1. Insuring Agreement**

   **a.** We will pay those sums that the insured becomes legally obligated by Washington Law to pay as damages because of "bodily injury by accident" or "bodily injury by disease" to your "employee" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any accident and settle any claim or "suit" that may result. But:

   **(1)** The amount we will pay for damages is limited as described in **Section III – Limits Of Insurance;** and

   **(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under this coverage.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

   **b.** This insurance applies to "bodily injury by accident" or "bodily injury by disease" only if:

   **(1)** The:

     **(a)** "Bodily injury by accident" or "bodily injury by disease" takes place in the "coverage territory";

     **(b)** "Bodily injury by accident" or "bodily injury by disease" arises out of and in the course of the injured "employee's" employment by you; and

     **(c)** "Employee", at the time of the injury, was covered under a worker's compensation policy and subject to a "workers compensation law" of Washington; and

   **(2)** The:

     **(a)** "Bodily injury by accident" is caused by an accident that occurs during the policy period; or

© ISO Properties, Inc., 2003

**(b)** "Bodily injury by disease" is caused by or aggravated by conditions of employment by you and the injured "employee's" last day of last exposure to the conditions causing or aggravating such "bodily injury by disease" occurs during the policy period.

**c.** The damages we will pay, where recovery is permitted by law, include damages:

**(1)** For:

**(a)** Which you are liable to a third party by reason of a claim or "suit" against you by that third party to recover the damages claimed against such third party as a result of injury to your "employee";

**(b)** Care and loss of services; and

**(c)** Consequential "bodily injury by accident" or "bodily injury by disease" to a spouse, child, parent, brother or sister of the injured "employee";

provided that these damages are the direct consequence of "bodily injury by accident" or "bodily injury by disease" that arises out of and in the course of the injured "employee's" employment by you; and

**(2)** Because of "bodily injury by accident" or "bodily injury by disease" to your "employee" that arises out of and in the course of employment, claimed against you in a capacity other than as employer.

**2. Exclusions**

This insurance does not apply to:

**a. Intentional Injury**

"Bodily injury by accident" or "bodily injury by disease" intentionally caused or aggravated by you, or "bodily injury by accident" or "bodily injury by disease" resulting from an act which is determined to have been committed by you if it was reasonable to believe that an injury is substantially certain to occur.

**b. Fines Or Penalties**

Any assessment, penalty, or fine levied by any regulatory inspection agency or authority.

**c. Statutory Obligations**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**d. Contractual Liability**

Liability assumed by you under any contract or agreement.

**e. Violation Of Law**

"Bodily injury by accident" or "bodily injury by disease" suffered or caused by any employee while employed in violation of law with your actual knowledge or the actual knowledge of any of your "executive officers".

**f. Termination, Coercion Or Discrimination**

Damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any "employee", or arising out of other employment or personnel decisions concerning the insured.

**g. Failure To Comply With "Workers Compensation Law"**

"Bodily injury by accident" or "bodily injury by disease" to an "employee" when you are:

**(1)** Deprived of common law defenses; or

**(2)** Otherwise subject to penalty;

because of your failure to secure your obligations or other failure to comply with any "workers compensation law".

**h. Violation Of Age Laws Or Employment Of Minors**

"Bodily injury by accident" or "bodily injury by disease" suffered or caused by any person:

**(1)** Knowingly employed by you in violation of any law as to age; or

**(2)** Under the age of 14 years, regardless of any such law.

**i. Federal Laws**

Any premium, assessment, penalty, fine, benefit, liability or other obligation imposed by or granted pursuant to:

**(1)** The Federal Employer's Liability Act (45 USC Section 51-60);

**(2)** The Non-appropriated Fund Instrumentalities Act (5 USC Sections 8171-8173);

© ISO Properties, Inc.,  2003                              ☐

**(3)** The Longshore and Harbor Workers' Compensation Act (33 USC Sections 910-950);

**(4)** The Outer Continental Shelf Lands Act (43 USC Section 1331-1356);

**(5)** The Defense Base Act (42 USC Sections 1651-1654);

**(6)** The Federal Coal Mine Health and Safety Act of 1969 (30 USC Sections 901-942);

**(7)** The Migrant and Seasonal Agricultural Worker Protection Act (29 USC Sections 1801-1872);

**(8)** Any other workers compensation, unemployment compensation or disability laws or any similar law; or

**(9)** Any subsequent amendments to the laws listed above.

**j. Punitive Damages**

Multiple, exemplary or punitive damages.

**k. Crew Members**

"Bodily injury by accident" or "bodily injury by disease" to a master or member of the crew of any vessel or any member of the flying crew of an aircraft.

**B.** The **Supplementary Payments** provisions apply to Coverage – Stop Gap Employers Liability as well as to Coverages **A** and **B.**

**C.** For the purposes of this endorsement, **Section II – Who Is An Insured,** is replaced by the following:

If you are designated in the Declarations as:

**1.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**2.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**3.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**4.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**D.** For the purposes of this endorsement, **Section III – Limits Of Insurance,** is replaced by the following:

**1.** The Limits of Insurance shown in the Schedule of this endorsement and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The "Bodily Injury By Accident" – Each Accident Limit shown in the Schedule of this endorsement is the most we will pay for all damages covered by this insurance because of "bodily injury by accident" to one or more "employees" in any one accident.

**3.** The "Bodily Injury By Disease" – Aggregate Limit shown in the Schedule of this endorsement is the most we will pay for all damages covered by this insurance and arising out of "bodily injury by disease", regardless of the number of "employees" who sustain "bodily injury by disease".

**4.** Subject to Paragraph **D.3.** of this endorsement, the "Bodily Injury By Disease" – Each "Employee" Limit shown in the Schedule of this endorsement is the most we will pay for all damages because of "bodily injury by disease" to any one "employee".

The limits of the coverage apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**E.** For the purposes of this endorsement, Condition **2. – Duties In The Event Of Occurrence, Claim Or Suit** of the Conditions Section **IV** is deleted and replaced by the following:

**2. Duties In The Event Of Injury, Claim Or Suit**

**a.** You must see to it that we or our agent are notified as soon as practicable of a "bodily injury by accident" or "bodily injury by disease" which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "bodily injury by accident" or "bodily injury by disease" took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the injury, claim, proceeding or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us and assist us, as we may request, in the investigation or settlement of the claim or defense against the "suit";

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury to which this insurance may also apply; and

**(5)** Do nothing after an injury occurs that would interfere with our right to recover from others.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**F.** For the purposes of this endorsement, Paragraph **4.** of the **Definitions** Section is replaced by the following:

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of the activities of a person whose home is in the territory described in **a.** above, but who is away for a short time on your business;

provided the insured's responsibility to pay damages is determined in the United States (including its territories and possessions), Puerto Rico, or Canada, in a suit on the merits according to the substantive law in such territory, or in a settlement we agree to.

**G.** The following are added to the **Definitions** Section:

**1.** "Workers Compensation Law" means the Workers Compensation Law and any Occupational Disease Law of Washington. This does not include provisions of any law providing non-occupational disability benefits.

**2.** "Bodily injury by accident" means bodily injury, sickness or disease sustained by a person, including death, resulting from an accident. A disease is not "bodily injury by accident" unless it results directly from "bodily injury by accident".

**3.** "Bodily injury by disease" means a disease sustained by a person, including death. "Bodily injury by disease" does not include a disease that results directly from an accident.

**H.** For the purposes of this endorsement, the definition of "bodily injury" does not apply.

© ISO Properties, Inc., 2003

COMMERCIAL GENERAL LIABILITY
CG 04 50 05 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WASHINGTON CHANGES – WHO IS AN INSURED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraphs **2.a.(1)(a), (b)** and **(c)** of **Section II – Who Is An Insured** apply only to "employees" of the insured whose employment is not subject to the Industrial Insurance Act of Washington (Washington Revised Code Title 51).

With respect to "employees" of the insured whose employment is subject to the Industrial Insurance Act of Washington, the reference to "volunteer workers" is removed from Paragraph **2.(a)** of **Section II – Who Is An Insured** and Paragraph **2.a.(1)** of **Section II – Who Is An Insured** is replaced with the following:

**2.** Each of the following is also an insured:

**a.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

**(b)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** above; or

**(c)** Arising out of his or her providing or failing to provide professional health care services.

© ISO Properties, Inc., 2007

POLICY NUMBER: **44-CL-000494289-2**

**COMMERCIAL GENERAL LIABILITY**
**CG 20 10 07 04**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s): | Location(s) Of Covered Operations |
|---|---|
| BN BUILDERS INC<br>2601 4TH AVE SUITE 350, SEATTLE, WA 98121 | 3900 CAPITAL MALL DR SW, Olympia, WA 98502 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. ||

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

© ISO Properties, Inc., 2004

**COMMERCIAL GENERAL LIABILITY**

**CG 21 07 05 14**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – LIMITED BODILY INJURY EXCEPTION NOT INCLUDED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

 © Insurance Services Office, Inc., 2013 CG 21 07 05 14

**COMMERCIAL GENERAL LIABILITY**
**CG 21 32 05 09**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# COMMUNICABLE DISEASE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Communicable Disease**

"Bodily injury" or "property damage" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

**a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**b.** Testing for a communicable disease;

**c.** Failure to prevent the spread of the disease; or

**d.** Failure to report the disease to authorities.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Communicable Disease**

"Personal and advertising injury" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

**a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**b.** Testing for a communicable disease;

**c.** Failure to prevent the spread of the disease; or

**d.** Failure to report the disease to authorities.

**COMMERCIAL GENERAL LIABILITY**
**CG 21 46 07 98**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ABUSE OR MOLESTATION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

**1.** The actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured, or

**2.** The negligent:

  **a.** Employment;

  **b.** Investigation;

  **c.** Supervision;

  **d.** Reporting to the proper authorities, or failure to so report; or

  **e.** Retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph **1.** above.

     Copyright, Insurance Services Office, Inc.,  1997

**COMMERCIAL GENERAL LIABILITY**
**CG 21 49 09 99**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f. Pollution**

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of,  "pollutants".

COMMERCIAL GENERAL LIABILITY
CG 21 70 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

 © Insurance Services Office, Inc., 2015

COMMERCIAL GENERAL LIABILITY
CG 21 76 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF PUNITIVE DAMAGES
# RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM PUNITIVE DAMAGES**

Damages arising, directly or indirectly, out of a "certified act of terrorism" that are awarded as punitive damages.

**B.** The following definition is added:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

COMMERCIAL GENERAL LIABILITY
CG 21 86 12 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – EXTERIOR INSULATION AND FINISH SYSTEMS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of, caused by, or attributable to, whether in whole or in part, the following:

**1.** The design, manufacture, construction, fabrication, preparation, distribution and sale, installation, application, maintenance or repair, including remodeling, service, correction or replacement, of any "exterior insulation and finish system" or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulking or sealants in connection with such a system; or

**2.** "Your product" or "your work" with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish system", or any substantially similar system, is used on the part of that structure containing that component, fixture or feature.

**B.** The following definition is added to the **Definitions** Section:

"Exterior insulation and finish system" means a non-load bearing exterior cladding or finish system, and all component parts therein, used on any part of any structure, and consisting of:

**1.** A rigid or semi-rigid insulation board made of expanded polystyrene and other materials;

**2.** The adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

**3.** A reinforced or unreinforced base coat;

**4.** A finish coat providing surface texture to which color may be added; and

**5.** Any flashing, caulking or sealant used with the system for any purpose.

© ISO Properties, Inc., 2003

COMMERCIAL GENERAL LIABILITY
CG 22 79 07 98

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – CONTRACTORS – PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**1.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you or on your behalf, but only with respect to either or both of the following operations:

**a.** Providing engineering, architectural or surveying services to others in your capacity as an engineer, architect or surveyor; and

**b.** Providing, or hiring independent professionals to provide, engineering, architectural or surveying services in connection with construction work you perform.

**2.** Subject to Paragraph **3.** below, professional services include:

**a.** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; and

**b.** Supervisory or inspection activities performed as part of any related architectural or engineering activities.

**3.** Professional services do not include services within construction means, methods, techniques, sequences and procedures employed by you in connection with your operations in your capacity as a construction contractor.

COMMERCIAL GENERAL LIABILITY
CG 26 77 12 04

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WASHINGTON – FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

© ISO Properties, Inc., 2003

☐

AAIS
CL 0103 03 10
Page 1 of 3

# COMMON POLICY CONDITIONS
## WASHINGTON

1. Assignment -- This policy is void if it is assigned without "our" written consent.

2. Cancellation or Nonrenewal

   a. "You" may cancel this policy by returning the policy to "us" or by giving "us" notice requesting cancellation. If notice is not in writing, "we" may request written confirmation. "Your" notice must state at what date coverage is to stop. "We" will cancel the policy on the later of the date notice is received or the date "you" request cancellation. "Our" request for "your" written confirmation will not delay the requested effective date.

   b. "We" may cancel or not renew this policy, or one or more of its parts, by delivering or mailing written notice of cancellation or nonrenewal to "you" at "your" last mailing address known to "us", and to "your" agent or broker of record. If notice is mailed, proof of mailing will be sufficient proof of notice. The notice will include the reasons for cancellation or nonrenewal and will state the time that the cancellation is to take effect.

   c. Except as provided in d. below, if "we" cancel this policy for:

      1) nonpayment of premium, "we" will give notice at least ten days before the cancellation is effective.
      2) any other reason, "we" will give notice at least 45 days before the cancellation is effective.

      Except as provided in d. below, "we" will also deliver or mail like notice of cancellation to each mortgagee, pledgee, or other person shown by the policy to have an interest in any loss.

   d. This section applies to policies providing coverage for fire damage to a structure except it does not apply to an Inland Marine policy.

      If "we" cancel this policy because two or more of the following conditions exist at any structure that is covered under this policy, "we" will give "you" notice at least five days before cancellation is effective.

      1) Without reasonable explanation, the building is unoccupied for more than 60 consecutive days, or at least 65% of the rental units are unoccupied for more than 120 consecutive days unless the structure is maintained for seasonal occupancy or is under construction or repair;
      2) without reasonable explanation, progress toward completion of permanent repairs to the structure has not occurred within 60 days after receipt of funds following satisfactory adjustment or adjudication of loss resulting from a fire;
      3) because of its physical condition, the building is in danger of collapse;
      4) because of its physical condition, a vacation or demolition order has been issued for the building, or it has been declared unsafe in accordance with applicable law;
      5) fixed and salvageable items have been removed from the building, indicating an intent to vacate the building;
      6) without reasonable explanation, heat, water, sewer, and electricity are not furnished for the building for 60 consecutive days; or
      7) the structure is not maintained in substantial compliance with fire, safety and building codes.

Copyright, American Association of Insurance Services, Inc., 2010

The notice to "you" will be delivered or mailed by certified mail, return receipt requested, and by first class mail. A copy of the notice will also be mailed to the insurance commissioner. Coverage will remain in force solely for the benefit of each mortgagee, pledgee, or other person shown by the policy to have an interest in any covered loss until 20 days after "we" notify such mortgagee, pledgee, or other person of cancellation.

e. If "we" decide not to renew this policy, "we" will give notice at least 45 days before the policy expiration or anniversary date. However, a nonrenewal notice is not required if:

1) "you" have procured equivalent coverage prior to the expiration of the policy period; or
2) at least 20 days prior to the expiration of the policy period:

   a) "we" have expressed to "you" in writing, either directly or through "our" agent, "our" willingness to renew the policy;
   b) "we" have included with "our" written offer of renewal a statement of the amount of the premium, or portion thereof, which "you" are required to pay in order to renew the policy; and
   c) "you" have failed to pay that required premium when due.

In the event of 1) or 2) above, the policy will terminate on its expiration date without further notice.

f. If "you" cancel this policy, "we" will refund "your" return premium, if any, as soon as possible after receiving "your" policy or "your" written notice of cancellation.

If "we" cancel this policy, "your" return premium, if any, will be refunded:

1) no more than 30 days after the date of "our" notice of cancellation to "you" if "we" cancel for two or more of the conditions described in d.1) through d.7); and
2) as soon as possible if "we" cancel for any other reason.

Any return premium will be computed on a pro rata basis. Payment or tender of the unearned premium is not a condition of cancellation.

3. Change, Modification, or Waiver of Policy Terms -- A change or waiver of "terms" of this policy must be issued by "us" in writing to be valid.

4. Inspections --

   a. "We" have the right, but are not obligated, to inspect "your" property and operations. This inspection may be made by "us" or may be made on "our" behalf.

   b. An inspection or its resulting advice or report does not warrant that "your" property or operations are safe, healthful, or in compliance with laws, rules, or regulations. Inspections or reports are for "our" benefit only.

   However, this does not apply to an inspection, or its resulting advice or report, that "we" make relating to the certification, under state or local statutes, ordinances, or regulations, of boilers, pressure vessels, or elevators.

5. Examination of Books and Records -- "We" may examine and audit "your" books and records that relate to this policy during the policy period and within three years after the policy has expired.

Copyright, American Association of Insurance Services, Inc., 2010

**AAIS**
**CL 0103 03 10**
**Page 3 of 3**

6.  Renewal -- If "we" decide to renew this
    policy, "we" will give "you" and "your" agent
    on the account or broker of record written
    notice of "our" intent to renew and any
    changes in rates or contract provisions at
    least 20 days before the policy expiration or
    anniversary date. The renewal notice is not
    necessary if "you" have procured equivalent
    coverage prior to the expiration of the policy
    period.

**CL 0103 03 10**

Copyright, American Association of Insurance Services, Inc., 2010

**AAIS**
**IM 7105 12 01**
**Page 1 of 3**

# SCHEDULE OF COVERAGES
# INSTALLATION FLOATER COVERAGE

(The information required below may be indicated on
a separate schedule or supplemental declarations.)

**PROPERTY COVERED**

(check one)

[]  Blanket Coverage

                                                            Limit

    Jobsite Limit -- The most "we" pay for
    loss to any one "jobsite" is:

[X]  Scheduled Locations Coverage

| Loc. No. | Location | Limit |
|---|---|---|
| 1 | 7216 187th Ave SW, Rochester, WA 98579 | $50,000 |

**LIMITS**                                                  Limit

**Catastrophe Limit** -- The most "we" pay for                $50,000
loss in any one occurrence is:

Additional Debris Removal Expenses

Pollutant Cleanup and Removal

Emergency Removal

Contract Penalty

Storage Locations

Transit

Testing

**IM 7105 12 01**

Copyright, American Association of Insurance Services, 2001

**FLOOD AND EARTHQUAKE LIMITS**

**Flood and Sewer Backup and Water Below the Surface Coverage** (check one)

[X]     Not covered

[]      Flood and Sewer Backup and Water Below the Surface coverage
        provided as described below:

**Flood and Sewer Backup and Water Below the
Surface Limit** -- The most "we" pay for loss
to any one building or structure is:

**Flood and Sewer Backup and Water Below the
Surface Catastrophe Limit** -- The most "we"
pay for loss in any one occurrence is:

**Sewer Backup and Water Below the Surface Coverage** (check one)

[X]     Not covered

[]      Covered under Flood and Sewer Backup and Water Below the Surface

[]      Sewer Backup and Water Below the Surface coverage
        provided as described below:

**Sewer Backup and Water Below the
Surface Limit** -- The most "we" pay for loss
to any one building or structure is:

**Sewer Backup and Water Below the
Surface Catastrophe Limit** -- The most "we"
pay for loss in any one occurrence is:

**Earthquake Coverage** (check one)

[X]     Not covered

[]      Earthquake coverage provided as described below:

**Earthquake Limit** -- The most "we" pay
for loss to any one building or
structure is:

**Earthquake Catastrophe Limit** -- The most
"we" pay for loss in any one occurrence is:

Copyright, American Association of Insurance Services, 2001

**AAIS**
**IM 7105 12 01**
**Page 3 of 3**

## DEDUCTIBLES

Deductible Amount                                           $1,000

If applicable:

(check one)

                                                            Deductible Amount

[]   Flood and Sewer Backup and Water
     Below the Surface Coverage

[]   Sewer Backup and Water
     Below the Surface Coverage

                                                            Deductible Amount

Earthquake Coverage

## COINSURANCE

(check one)

[] waived

[X] 80%          [] 90%          [] 100%          [] Other %

## OPTIONAL COVERAGES AND ENDORSEMENTS

Copyright, American Association of Insurance Services, 2001

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EQUIPMENT BREAKDOWN
# ENHANCEMENT ENDORSEMENT

This endorsement modifies insurance provided under the following:

    BUILDING AND PERSONAL PROPERTY COVERAGE FORM
    BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
    BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
    CONDOMINIUM ASSOCIATION COVERAGE FORM
    CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
    EXTRA EXPENSE COVERAGE FORM
    CAUSES OF LOSS – BASIC FORM
    CAUSES OF LOSS – BROAD FORM
    CAUSES OF LOSS – SPECIAL FORM

Read the entire endorsement carefully to determine rights, duties and what is and is not covered.

**A.  Coverage**

**Additional Coverages**

The following Additional Coverages are added as a part of and not in addition to the limit per loss:

**1.  Pollutant Clean Up and Removal**

We will pay for the Pollutant Clean Up and Removal for loss resulting from an "equipment breakdown". The most we will pay for the Pollutant Clean Up and Removal is $250,000 unless another limit is provided by the Deductible and Limits Exceptions Schedule to which this endorsement can be attached.  In that case, the limit provided by the Deductible and Limits Exceptions Schedule will apply.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

**2.  Expediting Expenses**

We will pay for the expediting expense loss resulting from an "equipment breakdown" with respect to your damaged Covered Property. We will pay the reasonable extra cost to:

**(1)**  Make temporary repairs;

**(2)**  Expedite permanent repairs; and

**(3)**  Expedite permanent replacement.

Reasonable extra cost means the extra cost of temporary repair and of expediting the repair of such damaged equipment of the insured, including overtime and the extra cost of express or other rapid means of transportation.

**3.  Refrigerant Contamination**

We will pay the loss from contamination by refrigerant used in refrigerating, cooling or humidity control equipment at the described premises as a result of an "equipment breakdown".

The most we will pay for Refrigerant Contamination is $250,000 unless another limit is provided by the Deductible and Limits Exceptions Schedule to which this endorsement can be attached.  In that case, the limit provided by the Deductible and Limits Exceptions Schedule will apply.

**4.  Spoilage**

We will pay for loss of "perishable goods" due to spoilage resulting from lack of power, light, heat, steam or refrigeration caused by an "equipment breakdown".

However, we will not pay for any loss, damage, cost or expense directly caused by, contributed to by, resulting from or arising out of the following causes of loss:

Fire, lightning, combustion explosion, windstorm or hail, weight of snow, ice or sleet, freezing, falling

objects, smoke, aircraft or vehicles, riot or civil commotion, vandalism, sinkhole collapse, volcanic action, leakage from fire extinguishing equipment, water, water damage, earth movement or flood.

The most we will pay for Spoilage is $250,000 unless another limit is provided by the Deductible and Limits Exceptions Schedule to which this endorsement can be attached. In that case, the limit provided by the Deductible and Limits Exceptions Schedule will apply.

**5.  CFC Refrigerants**

We will pay for the additional cost to repair or replace Covered Property because of the use or presence of a refrigerant containing CFC (chlorofluorocarbon) substances resulting from an "equipment breakdown".

Additional Costs mean those in excess of what would have been required to repair or replace covered property, had no CFC refrigerant been involved. We also pay for additional loss as described under the Spoilage or Loss of Income Coverages provided by this endorsement, caused by the presence of a refrigerant containing CFC substances.

We will pay no more than the least of the following:

**(1)** The cost to repair the damaged property and replace any lost CFC refrigerant;

**(2)** The cost to repair the damaged property, retrofit the system to accept a non-CFC refrigerant, and charge the system with a non-CFC refrigerant; or

**(3)** The cost to replace the system with one using a non-CFC refrigerant.

**6.  Computer Equipment**

We will pay for loss or damage to your computer equipment caused by an "equipment breakdown".

**7.  Service Interruption**

Any insurance provided for Business Income, Extra Expense, Spoilage or Data Restoration is extended to apply to your loss, damage or expense caused by an "equipment breakdown" to equipment that is owned by a utility, landlord or other supplier with whom you have a contract to supply you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, "cloud computing", wide area networks or data transmission. The equipment must meet the definition of "equipment breakdown" except that it is  not Covered Property.

**8.  Data Restoration**

We will pay for your reasonable and necessary cost to research, replace and restore the lost information on electronic media and records as a result of an "equipment breakdown".

The most we will pay for Data Restoration is $100,000.

**9.  Unauthorized Instruction**

We will pay for loss or damage to your "computer equipment" caused by an "unauthorized instruction" which results in an "equipment breakdown".

**10.  Risk Improvement**

If Covered Property suffers direct physical loss or damage due to an "equipment breakdown", we will pay for the insured to improve the "power quality" of the electrical system or equipment at the loss location where the "equipment breakdown" occurred.

We will pay the reasonable extra cost to improve "power quality" for the following electrical systems and/or equipment improvements:

**(1)** Installation of surge protection devices (SPD's) which are installed at the loss location's line disconnect, load disconnect, or on specific pieces of equipment and that are certified by Underwriter Laboratories (UL) or has an equivalent certification.

However SPD's do not include any SPD's which are cord-connected surge strips, direct plug-in SPD's or receptacle SPD's;

**(2)** An upgrade and/or replacement of; electrical panels, switchgear and/or circuit breakers; or

**(3)** Electrical wire and wiring improvements which include installation of; flexible conduit, junction boxes and/or ground wiring.

We will not pay more than 10%, to a maximum limit of $10,000, of the loss amount paid. An

invoice for implementation of this Additional Coverage must be sent to us within 180 days after the payment of the loss is received.

**11. Off-Premises Coverage**

We will pay for loss or damage to Covered Property resulting from a covered "equipment breakdown" while temporarily at a premises or location that is not a described premises.

The most we will pay for Off-Premises Coverage is $25,000.

**F.   Additional Conditions**

The following Additional Conditions are added:

**1.   Suspension**

Whenever Covered Property is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss to that Covered Property for the perils covered by this endorsement. Coverage can be suspended and possibly reinstated by delivering or mailing a written notice of suspension / coverage reinstatement to:

**a.**   Your last known address; or

**b.**   The address where the property is located.

**2.   Jurisdictional Inspections**

If any Covered Property under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

**3.   Environmental, Safety and Efficiency Improvements**

If Covered Property requires replacement due to an "equipment breakdown", we will pay your additional cost to replace with equipment that is better for the environment, safer, or more energy efficient than the equipment being replaced.

However, we will not pay more than 150% of what the cost would have been to repair or replace with like kind and quality. This Condition does not apply to any property to which Actual Cash Value applies.

**4.   Green Environmental and Efficiency Improvements**

If Covered Property requires repair or replacement due to an "equipment breakdown", we will pay;

**a.**   The lesser of the reasonable and necessary additional cost incurred by you to repair or replace physically damaged Covered Property with equipment of like kind and quality which qualifies as "green". Like kind and quality includes similar size and capacity.

**b.**   The additional reasonable and necessary fees incurred by you for an accredited professional certified by a "green authority" to participate in the repair or replacement of physically damaged Covered Property as "green".

**c.**   The additional reasonable and necessary cost incurred by you for certification or recertification of the repaired or replaced Covered Property as "green".

**d.**   The additional reasonable and necessary cost incurred by you for "green" in the removal, disposal or recycling of damaged Covered Property.

**e.**   The business interruption (if covered within the Policy to which this **Equipment Breakdown Enhancement Endorsement** is attached) loss during the additional time required for repair or replacement of Covered Property, consistent with "green", in the coverages above.

We will not pay more than 150%, to a maximum limit of $100,000, of what the cost would have been to repair or replace with equipment of like kind and quality inclusive of fees, costs, and any business interruption loss incurred as stated above.

**Green Environmental and Efficiency Improvements** does not cover any of the following:

**a.**   Covered Property does not include stock, raw materials, finished goods, "production machinery", merchandise, electronic data processing equipment not used in the functional support of the real property, process water, molds and dies, property in the open, property of others for which you are legally liable, or personal property of others.

**b.**   Any loss adjusted on any valuation basis other than a repair or replacement basis as per the Valuation section of this policy.

    **c.** Any loss covered under any other section of this policy.

    **d.** Any cost incurred due to any law or ordinance with which you were legally obligated to comply prior to the time of the "equipment breakdown".

## H. Definitions

The following **Definitions** are added:

**1.** "Cloud computing" means on-demand network access to a shared pool of computing resources via networks, servers, storage, applications and services provided by an organization with whom you have a contract with using the following service models: Software as a Service (SaaS), Platform as a Service (PaaS) and Infrastructure as a Service (IaaS) on the following deployment models: public cloud, community cloud, hybrid cloud and private cloud.

**2.** "Computer equipment" means Covered Property that is electronic computer or other data processing equipment, including peripherals used in conjunction with such equipment, and electronic media and records.

**3.** "Electronic equipment" means devices which operate using many small electrical parts such as, but not limited to, microchips, transistors or circuits.

**4.** "Electronic equipment deficiency" means the quality or condition inside of "electronic equipment" which renders this equipment unexpectedly inoperable and which is operable again once a piece of "electronic equipment" has been replaced.

However, "electronic equipment deficiency" will not include replacement of "electronic equipment" for any condition that could have been resolved without replacement of the "electronic equipment" including but not limited to "computer equipment" maintenance or the reinstallation or incompatibility of software.

**5.** "Equipment breakdown" as used herein means:

    **a.** Physical loss or damage both originating within:

      **(1)** Boilers, fired or unfired pressure vessels, vacuum vessels, and pressure piping, all normally subject to vacuum or internal pressure other than static pressure of contents, excluding:

        **(a)** waste disposal piping;

        **(b)** any piping forming part of a fire protective system;

        **(c)** furnaces; and

        **(d)** any water piping other than:

          **(i)** boiler feed water piping between the feed pump and the boiler;

          **(ii)** boiler condensate return piping; or

          **(iii)** water piping forming part of a refrigerating or air conditioning system used for cooling, humidifying or space heating purposes.

      **(2)** All mechanical, electrical, "electronic equipment" or fiber optic equipment; and

    **b.** Caused by, resulting from, or consisting of:

      **(1)** Mechanical breakdown;

      **(2)** Electrical or electronic breakdown and "electronic equipment deficiency"; or

      **(3)** Rupture, bursting, bulging, implosion, or steam explosion.

However, "equipment breakdown" will not mean:

    **a.** Physical loss or damage caused by or resulting from any of the following; however if loss or damage not otherwise excluded results, then we will pay for such resulting damage:

      **(1)** Wear and Tear;

      **(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect, mold or any other quality in property that causes it to damage or destroy itself;

      **(3)** Smog;

      **(4)** Settling, cracking, shrinking or expansion;

      **(5)** Nesting or infestation, or discharge or release of waste products or secretions, by birds, rodents or other animals;

**(6)** Any accident, loss, damage, cost, claim, or expense, whether preventative, remedial, or otherwise, directly or indirectly arising out of or relating to the recognition, interpretation, calculation, comparison, differentiation, sequencing, or processing of data by any computer system including any hardware, programs or software;

**(7)** Scratching and marring.

**b.** Loss, damage, cost or expense directly caused by, contributed to by, resulting from or arising out of the following causes of loss:

Fire, lightning, combustion explosion, windstorm or hail, weight of snow, ice or sleet, freezing, falling objects, smoke, aircraft or vehicles, riot or civil commotion, vandalism, sinkhole collapse, volcanic action, leakage from fire extinguishing equipment, water, water damage, earth movement or flood.

**6.** "Green" means products, materials, methods and processes certified by a "green authority" that conserve natural resources, reduce energy or water consumption, avoid toxic or other polluting emissions or otherwise minimize environmental impact.

**7.** "Green authority" means an authority on "green" buildings, products, materials, methods or processes certified and accepted by Leadership in Energy and Environmental Design (LEED®), "green" Building Initiative Green Globes®, Energy Star Rating System or any other recognized "green" rating system.

**8.** "Perishable goods" means stock preserved and maintained under controlled conditions and susceptible to loss or damage if the controlled conditions change.

**9.** "Power quality" means the conditions that allow electrical systems or equipment to operate as intended by limiting voltage fluctuations and other power influences that would adversely affect the operational performance and/or reduce the reliability, or the life-span of the electrical system.

**10.** "Production machinery" means any machine which processes, forms, shapes, or transports raw materials, materials in process, waste materials or finished products.

**11.** "Unauthorized instruction" means a virus, harmful code or similar instruction introduced into or enacted on a computer system or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation.

## CAUSES OF LOSS – BASIC FORM

### A. Covered Causes of Loss

The following Covered Causes of Loss is added: "Equipment Breakdown"

### B. Exclusions

**1.** The following Exclusions do not apply:

**B.2.d.** and **B.2.e.**

**2.** The following **Exclusion** is deleted and replaced with the following:

**B.2.a.** Magnetic or electromagnetic energy that disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, magnetic or electromagnetic energy includes but is not limited to:

**(a)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(b)** Pulse of electromagnetic energy; or

**(c)** Electromagnetic waves or microwaves.

However, if damage results causing an "equipment breakdown", we will pay for the loss or damage caused by that "equipment breakdown". But if fire results, we will pay for the loss or damage caused by that fire.

## CAUSES OF LOSS – BROAD FORM

### A. Covered Causes of Loss

The following **Covered Causes of Loss** is added:

"Equipment Breakdown"

**B. Exclusions**

    **1.** The following **Exclusions** do not apply:

        **B.2.d.** and **B.2.e.**

    **2.** The following **Exclusion** is deleted and replaced with the following:

        **B.2.a.** Magnetic or electromagnetic energy that disturbs, disrupts or otherwise interferes with any:

            **(1)** Electrical or electronic wire, device, appliance, system or network; or

            **(2)** Device, appliance, system or network utilizing cellular or satellite technology.

        For the purpose of this exclusion, magnetic or electromagnetic energy includes but is not limited to:

            **(a)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

            **(b)** Pulse of electromagnetic energy; or

            **(c)** Electromagnetic waves or microwaves.

        However, if damage results causing an "equipment breakdown", we will pay for the loss or damage caused by that "equipment breakdown". But if fire results, we will pay for the loss or damage caused by that fire.

**CAUSES OF LOSS - SPECIAL FORM**

**A. Covered Causes of Loss**

    **Covered Causes of Loss** also means "equipment breakdown".

**B. Exclusions**

    **1.** The following **Exclusions** do not apply:

        **B.2.d. (6)** and **B.2.e**

    **2.** The following **Exclusion** is deleted and replaced with the following:

        **B.2.a.** Magnetic or electromagnetic energy that disturbs, disrupts or otherwise interferes with any:

            **(1)** Electrical or electronic wire, device, appliance, system or network; or

            **(2)** Device, appliance, system or network utilizing cellular or satellite technology.

        For the purpose of this exclusion, magnetic or electromagnetic energy includes but is not limited to:

            **(a)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

            **(b)** Pulse of electromagnetic energy; or

            **(c)** Electromagnetic waves or microwaves.

        However, if damage results causing an "equipment breakdown", we will pay for the loss or damage caused by that "equipment breakdown". But if fire results, we will pay for the loss or damage caused by that fire.

**C. Limitations**

    The following **Limitations** do not apply:

    **C.1.a.** and **C.1.b.**

**G. Definitions**

    The following is added to the "Specified Causes of Loss" definition:

    "Specified Causes of Loss" also means "equipment breakdown".

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.,** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

**1. Covered Property**

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.,** and limited in **A.2.,** Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery and

**(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)** Fire-extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(5)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the building or structure;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property – Separation Of Coverage form:

**(1)** Furniture and fixtures;

**(2)** Machinery and equipment;

**(3)** "Stock";

**(4)** All other personal property owned by you and used in your business;

**(5)** Labor, materials or services furnished or arranged by you on personal property of others;

**(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

**(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

 © ISO Properties, Inc., 2007

**c.** **Personal Property Of Others** that is:

  **(1)** In your care, custody or control; and

  **(2)** Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

  However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2.** **Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

  **(1)** The lowest basement floor; or

  **(2)** The surface of the ground, if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns;

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.,** does not apply to your "stock" of prepackaged software;

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

  **(1)** Are licensed for use on public roads; or

  **(2)** Are operated principally away from the described premises.

  This paragraph does not apply to:

  **(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

  **(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

  **(c)** Rowboats or canoes out of water at the described premises; or

  **(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers;

© ISO Properties, Inc., 2007

**q.** The following property while outside of buildings:

**(1)** Grain, hay, straw or other crops;

**(2)** Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss Form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

**(1)** Subject to Paragraphs **(3)** and **(4)**, we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Extract "pollutants" from land or water; or

**(b)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4)**, the following provisions apply:

**(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

**(4)** We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000.

**(5) Examples**

The following examples assume that there is no Coinsurance penalty.

**EXAMPLE #1**

| | |
|---|---:|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $ 500 |
| Amount of Loss: | $ 50,000 |
| Amount of Loss Payable: | $ 49,500 |
| | ($50,000 − $500) |
| Debris Removal Expense: | $ 10,000 |
| Debris Removal Expense Payable: | $ 10,000 |

($10,000 is 20% of $50,000.)

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**EXAMPLE #2**

| | |
|---|---:|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $ 500 |
| Amount of Loss: | $ 80,000 |
| Amount of Loss Payable: | $ 79,500 |
| | ($80,000 − $500) |
| Debris Removal Expense: | $ 30,000 |
| Debris Removal Expense Payable | |
| Basic Amount: | $ 10,500 |
| Additional Amount: | $ 10,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4),** because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph **(4).** Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000, unless a higher limit is shown in the Declarations, for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

**d. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e. Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

© ISO Properties, Inc., 2007

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

    **(a)** You were required to comply with before the loss, even when the building was undamaged; and

    **(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

    **(a)** The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

    **(b)** Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of: $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

    **(a)** We will not pay for the Increased Cost of Construction:

        **(i)** Until the property is actually repaired or replaced, at the same or another premises; and

        **(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

    **(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

    **(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f. Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage, Electronic Data, is $2,500 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

**(iii)** Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes Of Loss – Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

**(3)** If the Causes Of Loss – Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

**d. Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

    **(a)** In or on a vehicle; or

    **(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**f. Non-owned Detached Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

    **(a)** The trailer is used in your business;

    **(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

    **(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

    **(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

    **(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss Form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) of Insurance shown in the Declarations for any other coverage:

**1.** Fire Department Service Charge;

**2.** Pollutant Clean-up And Removal;

**3.** Increased Cost Of Construction; and

**4.** Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

© ISO Properties, Inc., 2007

**D. Deductible**

In any one occurrence of loss or damage (herein-after referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deducti-ble, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be com-bined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**EXAMPLE #1**

(This example assumes there is no Coinsurance penalty.)

| | |
|---|---|
| Deductible: | $    250 |
| Limit of Insurance – Building #1: | $ 60,000 |
| Limit of Insurance – Building #2: | $ 80,000 |
| Loss to Building #1: | $ 60,100 |
| Loss to Building #2: | $ 90,000 |

The amount of loss to Building #1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance ap-plicable to Building #1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building #1:

$ 60,100
– 	 250
$ 59,850 Loss Payable – Building #1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building #2. Loss payable for Building #2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

**EXAMPLE #2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example #1.

| | |
|---|---|
| Loss to Building #1: | $   70,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss to Building #2: | $   90,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss Payable – Building #1: | $   60,000 |
| (Limit of Insurance) | |
| Loss Payable – Building #2: | $   80,000 |
| (Limit of Insurance) | |
| Total amount of loss payable: | $ 140,000 |

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

 © ISO Properties, Inc., 2007   □

**3.  Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4.  Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

   **a. Description Of Terms**

   **(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

   **(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

   **(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

   **(i)** Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

   **(ii)** Used by the building owner to conduct customary operations.

   **(2)** Buildings under construction or renovation are not considered vacant.

   **b. Vacancy Provisions**

   If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

   **(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

   **(a)** Vandalism;

   **(b)** Sprinkler leakage, unless you have protected the system against freezing;

   **(c)** Building glass breakage;

   **(d)** Water damage;

   **(e)** Theft; or

   **(f)** Attempted theft.

   **(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

   **a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

   **b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

© ISO Properties, Inc., 2007

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value even when attached to the building:

**(1)** Awnings or floor coverings;

**(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

**(3)** Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety-glazing material if required by law.

**e.** Tenants' Improvements and Betterments at:

**(1)** Actual cash value of the lost or damaged property if you make repairs promptly.

**(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)** Nothing if others pay for repairs or replacement.

## F. Additional Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

**(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)**; and

**(4)** Subtract the deductible from the figure determined in Step **(3)**.

We will pay the amount determined in Step **(4)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

## EXAMPLE #1 (UNDERINSURANCE)

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 100,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

Step **(1):** $250,000 x 80% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2):** $100,000 ÷ $200,000 = .50

Step **(3):** $40,000 x .50 = $20,000

Step **(4):** $20,000 − $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

© ISO Properties, Inc., 2007

**EXAMPLE #2 (ADEQUATE INSURANCE)**

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 200,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

The minimum amount of insurance to meet your Co-insurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**EXAMPLE #3**

| When: | The value of the property is: | |
|---|---|---|
| | Building at Location #1: | $ 75,000 |
| | Building at Location #2: | $ 100,000 |
| | Personal Property at Location #2: | $ 75,000 |
| | | $ 250,000 |
| | The Coinsurance percentage for it is: | 90% |
| | The Limit of Insurance for Buildings and Personal Property at Locations #1 and #2 is: | $ 180,000 |
| | The Deductible is: | $ 1,000 |
| | The amount of loss is: | |
| | Building at Location #2: | $ 30,000 |
| | Personal Property at Location #2: | $ 20,000 |
| | | $ 50,000 |

Step **(1):** $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step **(2):** $180,000 ÷ $225,000 = .80

Step **(3):** $50,000 x .80 = $40,000

Step **(4):** $40,000 − $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

## G. Optional Coverages

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

### 1. Agreed Value

a. The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

b. If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

c. The terms of this Optional Coverage apply only to loss or damage that occurs:

(1) On or after the effective date of this Optional Coverage; and

(2) Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

### 2. Inflation Guard

a. The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations.

b. The amount of increase will be:

(1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

(2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

(3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

## EXAMPLE

| If: | The applicable Limit of Insurance is: | $ 100,000 |
|---|---|---|
| | The annual percentage increase is: | 8% |
| | The number of days since the beginning of the policy year (or last policy change) is: | 146 |
| | The amount of increase is: $100,000 x .08 x 146 ÷ 365 = | $ 3,200 |

### 3. Replacement Cost

a. Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

b. This Optional Coverage does not apply to:

(1) Personal property of others;

(2) Contents of a residence;

(3) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

(4) "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

c. You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

d. We will not pay on a replacement cost basis for any loss or damage:

(1) Until the lost or damaged property is actually repaired or replaced; and

(2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

**(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

**(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject to **f.** below:

**(1)** The Limit of Insurance applicable to the lost or damaged property;

**(2)** The cost to replace the lost or damaged property with other property:

**(a)** Of comparable material and quality; and

**(b)** Used for the same purpose; or

**(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**4.** **Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

**COMMERCIAL PROPERTY**

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

**B. CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all of the terms of this Coverage Part; and

**2.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**E. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G. OTHER INSURANCE**

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**H. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

**1.** We cover loss or damage commencing:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

**2.** The coverage territory is:

**a.** The United States of America (including its territories and possessions);

**b.** Puerto Rico; and

**c.** Canada.

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance;

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you; or

   c. Your tenant.

This will not restrict your insurance.

Copyright, ISO Commercial Risk Services, Inc.,  1983, 1987     **CP 00 90 07 88**     □

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WASHINGTON CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

**A.** The following is added:

**Vehicles**

The word "vehicles" as used in this Coverage Part means vehicles running on land or tracks, but not aircraft.

**B.** In the **Appraisal** Condition, the following statement does not apply: If there is an appraisal, we will still retain our right to deny a claim.

**C. Loss Condition – Duties In The Event Of Loss Or Damage**

The duty to notify the police if a law may have been broken does not apply.

**D.** Subparagraph **e.** of the **Valuation** Loss Condition in the Building And Personal Property Coverage Form is replaced by the following:

**e.** We will determine the value of Tenant's Improvements and Betterments in the event of loss or damage at:

**(1)** Actual cash value of the lost or damaged property if you make repairs within a reasonable time after loss.

**(2)** A proportion of your original cost if you do not make repairs within a reasonable time after loss. We will determine the proportionate value as follows:

**(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)** Nothing if others pay for repairs or replacement.

**E.** The **Mortgageholders** Additional Condition is replaced by the following:

Insurance Commissioner's Regulation No. 335/WAC-284-21-010 requires that Form **372 (Ed. 11-50)** or Form **438 BFU (Ed. 5-42)** be endorsed on this policy to replace the **Mortgageholders** Additional Condition.

**F.** Subparagraph **e.** of the **Replacement Cost** Optional Coverage is replaced by the following:

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject to **f.** below:

**(1)** The Limit of Insurance applicable to the lost or damaged property;

**(2)** The amount it would cost to replace the damaged item at the time of the loss with new property of similar kind and quality to be used for the same purpose; or

**(3)** The amount actually spent in repairing the damage, or replacing the damaged property with new property of similar kind and quality.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**G.** Paragraph **A.11.**, Volcanic Action, of the Causes Of Loss – Basic Form and the Causes Of Loss – Broad Form;

The term Volcanic Action in Paragraph **B.1.b.(5)** and Paragraph **F.** of the Causes Of Loss – Special Form; and

The term Volcanic Action in Paragraphs **A.2.c.(9)**, **B.1.b.(5)** and **I.4.** of the Mortgageholders Errors And Omissions Coverage Form are replaced by the following:

**Volcanic Action**

**1.** Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

  **a.** Volcanic blast or airborne shock waves; or

  **b.** Ash, dust or particulate matter.

This endorsement does not provide coverage for damage to:

  **(1)** Land;

  **(2)** Property in the open or in open sheds; or

  **(3)** Portions of buildings not completely enclosed, or personal property contained within those buildings.

  All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

**2. Removal**

Direct loss includes the cost to:

  **a.** Remove the ash, dust or particulate matter from the interior and exterior surfaces of the covered building; and

  **b.** Clean equipment and "stock". If "stock" cannot be returned to its state before the volcanic eruption, the measure of loss will be the reduction in actual cash value.

Payment for removal applies only to the initial deposit of ash, dust or particulate matter following a volcanic eruption. Subsequent deposits arising from the movement of volcanic dust or ash by wind or other means are not covered.

The following provision applies only to:

  **(1)** Business Income (And Extra Expense) Coverage Form;

  **(2)** Business Income (Without Extra Expense) Coverage Form; and

  **(3)** Extra Expense Coverage Form:

The "period of restoration" arising from the need for removal is the time necessary to remove the matter described with reasonable speed from the Covered Property.

**3.** Volcanic Action does not include loss caused by, resulting from, contributed to or aggravated by:

  **a.** Fire;

**b.** Explosion;

**c.** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge); or

**d.** Earth movement, including but not limited to earthquake, volcanic eruption, landslide, mine subsidence, lava flow, mudflow, earth sinking, earth rising or shifting.

**H.** Exclusion **2.d.** of the Causes Of Loss – Special Form is replaced by the following:

**d.(1)** Wear and tear;

**(2)** Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision;

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss", building glass breakage or collapse, as provided in the Additional Coverage – Collapse, we will pay for the loss or damage caused by that "specified cause of loss", building glass breakage or collapse.

**I. Legal Action Against Us**

**1.** Paragraphs **2.** and **3.** do not apply to the Legal Liability Coverage Form or to Coverages **C** and **D** under the Mortgageholders Errors And Omissions Coverage Form.

**2.** The **Legal Action Against Us** Condition in the Commercial Property Conditions is replaced by the following:

**Legal Action Against Us**

No one may bring a legal action against us under this Coverage Part unless:

**a.** There has been full compliance with all of the terms of this Coverage Part; and

**b.** The action is brought within two years after the date on which the direct physical loss or damage occurred.

If this action is brought pursuant to Sec. 3 of RCW 48.30 then 20 days prior to filing such an action, you are required to provide written notice of the basis for the cause of action to us and the Office of the Insurance Commissioner. Such notice may be sent by regular mail, registered mail or certified mail with return receipt requested.

**3.** In the Mortgageholders Errors And Omissions Coverage Form, the **Legal Action Against Us** Condition applicable to Coverages **A** and **B** is replaced by the following:

No one may bring a legal action against us under Coverages **A** and **B** unless:

**a.** There has been full compliance with all of the terms of Coverages **A** and **B**; and

**b.** The action is brought within two years after you discover the error or accidental omission.

If this action is brought pursuant to Sec. 3 of RCW 48.30 then 20 days prior to filing such an action, you are required to provide written notice of the basis for the cause of action to us and the Office of the Insurance Commissioner. Such notice may be sent by regular mail, registered mail or certified mail with return receipt requested.

© Insurance Services Office, Inc., 2008

**CP 01 26 08 08**   □

**COMMERCIAL PROPERTY**
**CP 01 60 12 98**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WASHINGTON CHANGES – DOMESTIC ABUSE

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The following exclusion and related provisions are added to Paragraph **B.2. Exclusions** in the Causes Of Loss Forms and to any Coverage Form or policy to which a Causes Of Loss Form is not attached:

**1.** We will not pay for loss or damage arising out of any act committed:

**a.** By or at the direction of any insured; and

**b.** With the intent to cause a loss.

**2.** However, this exclusion or the Concealment, Misrepresentation Or Fraud Condition will not apply to deny an insured's claim for an otherwise covered property loss if such loss is caused by an act of "domestic abuse" by another insured under the policy, and the insured making claim:

**a.** Files a police report and cooperates with any law enforcement investigation relating to the act of "domestic abuse"; and

**b.** Did not cooperate in or contribute to the creation of the loss.

**3.** If we pay a claim pursuant to Paragraph **A.2.,** our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

**B.** The following is added to the **Transfer Of Rights Of Recovery Against Others To Us** Commercial Property Condition:

If we pay an insured, who is a victim of "domestic abuse", for a loss caused by an act of "domestic abuse", the rights of that insured to recover damages from the perpetrator of the abuse are transferred to us to the extent of our payment. That insured may not waive such rights to recover against the perpetrator of the "domestic abuse".

**C.** As used in this endorsement, "domestic abuse" means:

**1.** Physical harm, bodily injury, assault or the infliction of fear of imminent physical harm, bodily injury or assault between family or household members;

**2.** Sexual assault of one family or household member by another;

**3.** Stalking, as defined in RCW 9A.46.110 of one family or household member by another family or household member; or

**4.** Intentionally, knowingly or recklessly causing damage to property so as to intimidate or attempt to control the behavior of another family or household member.

Copyright, Insurance Services Office, Inc.,  1998

COMMERCIAL PROPERTY
CP 01 79 08 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WASHINGTON CHANGES – EXCLUDED CAUSES OF LOSS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** In each of the following Forms:

   **1.** Causes Of Loss – Basic Form

   **2.** Causes Of Loss – Broad Form

   **3.** Causes Of Loss – Special Form

   **4.** Mortgageholders Errors And Omissions Coverage Form

   **5.** Standard Property Policy

in the sections titled Covered Causes Of Loss or Exclusions, any introductory paragraph preceding an exclusion or list of exclusions is replaced by the following paragraph, which pertains to application of those exclusions:

We will not pay for loss or damage caused by any of the excluded events described below. Loss or damage will be considered to have been caused by an excluded event if the occurrence of that event:

   **a.** Directly and solely results in loss or damage; or

   **b.** Initiates a sequence of events that results in loss or damage, regardless of the nature of any intermediate or final event in that sequence.

**B.** The following exclusion replaces the **Water** Exclusion in this Coverage Part or Policy:

**Water**

   **1.** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

   **2.** Mudslide or mudflow;

   **3.** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

   **4.** Water under the ground surface pressing on, or flowing or seeping through:

      **a.** Foundations, walls, floors or paved surfaces;

      **b.** Basements, whether paved or not; or

      **c.** Doors, windows or other openings; or

   **5.** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **1., 3.** or **4.,** or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies if any of the above, in Paragraphs **1.** through **5.:**

   **(a)** Occurs independently;

   **(b)** Is caused by an act of nature;

   **(c)** Is caused by an act or omission of humans or animals; or

   **(d)** Is attributable to the failure, in whole or in part, of a dam, levee, seawall or other boundary or containment system.

But if any of the above, in Paragraphs **1.** through **5.,** results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

**C.** The **Weather Conditions** exclusions (Paragraph **B.3.a.** in the Causes Of Loss – Special Form; Paragraph **B.3.b.** in the Mortgageholders Errors And Omissions Coverage Form) are deleted and the introductory paragraph preceding such exclusions no longer applies to them. The following exclusion replaces the aforementioned exclusions:

**Weather Conditions**

We will not pay for loss or damage caused by or resulting from any of the following:

   **1.** A weather condition which results in:

      **a.** Landslide, mudslide or mudflow;

 © Insurance Services Office, Inc., 2008  ☐

**b.** Mine subsidence; earth sinking, rising or shifting (other than sinkhole collapse);

**c.** Water, as described in Paragraphs **B.1.** through **B.5.** of this endorsement;

But if loss or damage by fire, explosion or sprinkler leakage results, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

**2.** A weather condition which results in the failure of power, communication, water or other utility service supplied to the described premises, if the failure:

**a.** Originates away from the described premises; or

**b.** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

© Insurance Services Office, Inc., 2008

COMMERCIAL PROPERTY
CP 10 30 06 07

# CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.,** Definitions.

## A. Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:

**1.** Excluded in Section **B.,** Exclusions; or

**2.** Limited in Section **C.,** Limitations;

that follow.

## B. Exclusions

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

  **a. Ordinance Or Law**

    The enforcement of any ordinance or law:

    **(1)** Regulating the construction, use or repair of any property; or

    **(2)** Requiring the tearing down of any property, including the cost of removing its debris.

    This exclusion, Ordinance Or Law, applies whether the loss results from:

      **(a)** An ordinance or law that is enforced even if the property has not been damaged; or

      **(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

  **b. Earth Movement**

    **(1)** Earthquake, including any earth sinking, rising or shifting related to such event;

    **(2)** Landslide, including any earth sinking, rising or shifting related to such event;

    **(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

    **(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

    But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

    **(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

    Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

      **(a)** Airborne volcanic blast or airborne shock waves;

      **(b)** Ash, dust or particulate matter; or

      **(c)** Lava flow.

    All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

    Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

  **c. Governmental Action**

    Seizure or destruction of property by order of governmental authority.

    But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

 © ISO Properties, Inc., 2007 ☐

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows from a sewer, drain or sump; or

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings.

But if Water, as described in **g.(1)** through **g.(4)** above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**h. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**1.** When "fungus", wet or dry rot or bacteria results from fire or lightning; or

**2.** To the extent that coverage is provided in the Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

   **(a)** Electrical current, including arcing;

   **(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

   **(c)** Pulse of electromagnetic energy; or

   **(d)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d. (1)** Wear and tear;

   **(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

   **(3)** Smog;

   **(4)** Settling, cracking, shrinking or expansion;

   **(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

   **(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

   **(7)** The following causes of loss to personal property:

      **(a)** Dampness or dryness of atmosphere;

      **(b)** Changes in or extremes of temperature; or

      **(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

   **(1)** You do your best to maintain heat in the building or structure; or

   **(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

   **(1)** Acting alone or in collusion with others; or

   **(2)** Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

**k.** Collapse, including any of the following conditions of property or any part of the property:

  **(1)** An abrupt falling down or caving in;

  **(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

  **(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **k.,** does not apply:

  **(a)** To the extent that coverage is provided under the Additional Coverage – Collapse; or

  **(b)** To collapse caused by one or more of the following:

    **(i)** The "specified causes of loss";

    **(ii)** Breakage of building glass;

    **(iii)** Weight of rain that collects on a roof; or

    **(iv)** Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **l.,** does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

  **(1)** Planning, zoning, development, surveying, siting;

  **(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

  **(3)** Materials used in repair, construction, renovation or remodeling; or

  **(4)** Maintenance;

of part or all of any property on or off the described premises.

**4. Special Exclusions**

The following provisions apply only to the specified Coverage Forms.

**a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

  **(1)** Any loss caused by or resulting from:

    **(a)** Damage or destruction of "finished stock"; or

    **(b)** The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

  **(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

  **(3)** Any increase of loss caused by or resulting from:

    **(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

**(4)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(5)** Any other consequential loss.

**b. Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.,** Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c. Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.,** Ordinance Or Law;

**(b)** Paragraph **B.1.c.,** Governmental Action;

**(c)** Paragraph **B.1.d.,** Nuclear Hazard;

**(d)** Paragraph **B.1.e.,** Utility Services; and

**(e)** Paragraph **B.1.f.,** War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a) Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b) Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**5. Additional Exclusion**

The following provisions apply only to the specified property.

**LOSS OR DAMAGE TO PRODUCTS**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

## C. Limitations

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

**1.** We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

   **a.** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   **b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

   **c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

      **(1)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

      **(2)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

   **d.** Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

     However, this limitation does not apply to:

      **(1)** Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

      **(2)** Business Income Coverage or Extra Expense Coverage.

   **e.** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

   **f.** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**2.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

   **a.** Animals, and then only if they are killed or their destruction is made necessary.

   **b.** Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

      **(1)** Glass; or

      **(2)** Containers of property held for sale.

   **c.** Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

     However, this limitation does not apply:

      **(1)** If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

      **(2)** To Business Income Coverage or to Extra Expense Coverage.

**3.** The special limit shown for each category, **a.** through **d.,** is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

   **a.** $2,500 for furs, fur garments and garments trimmed with fur.

   **b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

   **c.** $2,500 for patterns, dies, molds and forms.

   **d.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.,** does not apply to Business Income Coverage or to Extra Expense Coverage.

© ISO Properties, Inc., 2007

**4.** We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

    **a.** Results in discharge of any substance from an automatic fire protection system; or

    **b.** Is directly caused by freezing.

However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

## D. Additional Coverage – Collapse

The coverage provided under this Additional Coverage – Collapse applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

**1.** For the purpose of this Additional Coverage – Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**2.** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

    **a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

    **b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

    **c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

    **d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

        **(1)** A cause of loss listed in **2.a.** or **2.b.;**

        **(2)** One or more of the "specified causes of loss";

        **(3)** Breakage of building glass;

        **(4)** Weight of people or personal property; or

        **(5)** Weight of rain that collects on a roof.

**3.** This **Additional Coverage – Collapse** does **not** apply to:

   **a.** A building or any part of a building that is in danger of falling down or caving in;

   **b.** A part of a building that is standing, even if it has separated from another part of the building; or

   **c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**4.** With respect to the following property:

   **a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

   **b.** Awnings, gutters and downspouts;

   **c.** Yard fixtures;

   **d.** Outdoor swimming pools;

   **e.** Fences;

   **f.** Piers, wharves and docks;

   **g.** Beach or diving platforms or appurtenances;

   **h.** Retaining walls; and

   **i.** Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.,** we will pay for loss or damage to that property only if:

   **(1)** Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

   **(2)** The property is Covered Property under this Coverage Form.

**5.** If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

   **a.** The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.;**

   **b.** The personal property which collapses is inside a building; and

   **c.** The property which collapses is not of a kind listed in **4.,** regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

© ISO Properties, Inc., 2007

6. This Additional Coverage – Collapse does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

7. This Additional Coverage – Collapse will not increase the Limits of Insurance provided in this Coverage Part.

8. The term Covered Cause of Loss includes the Additional Coverage – Collapse as described and limited in **D.1.** through **D.7.**

**E. Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

1. The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

   **a.** A "specified cause of loss" other than fire or lightning; or

   **b.** Flood, if the Flood Coverage Endorsement applies to the affected premises.

2. We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

   **a.** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

   **b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

   **c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

3. The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

4. The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

   If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss Form or under the Additional Coverage – Collapse.

6. The following, **6.a.** or **6.b.,** applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form.

**a.** If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

**b.** If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F. Additional Coverage Extensions**

**1. Property In Transit**

This Extension applies only to your personal property to which this form applies.

**a.** You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

**b.** Loss or damage must be caused by or result from one of the following causes of loss:

**(1)** Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

**(2)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

**(3)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

**c.** The most we will pay for loss or damage under this Extension is $5,000.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

**2. Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

**3. Glass**

**a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

**b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension, **F.3.,** does not increase the Limit of Insurance.

**G. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

**a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

**(1)** The cost of filling sinkholes; or

**(2)** Sinking or collapse of land into man-made underground cavities.

**b.** Falling objects does not include loss or damage to:

**(1)** Personal property in the open; or

**(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam.

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## EXCLUSION - ASBESTOS

This endorsement modifies the insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

This insurance does not apply to "bodily injury," "property damage" or "personal and advertising injury" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of asbestos, asbestos fibers or products containing asbestos, provided that the injury or damage is caused or contributed to by the hazardous properties of asbestos.

This includes:

**a.** Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with the above; and

**b.** Any obligation to share damages with or repay someone else who must pay damages because of such injury or damage.

**COMMERCIAL AUTOMOBILE**
**WASHINGTON**
**UNDERINSURED MOTORISTS COVERAGE**
**(includes uninsured)**
**SELECTION / REJECTION FORM**

This form of auto insurance must be provided with every auto liability policy issued, delivered, renewed or extended with respect to a motor vehicle registered or principally garaged in Washington, with limits equal to the liability limits of your policy.

You, as the Named Insured (or Spouse), have the right to select lower limits of Underinsured Motorists Bodily Injury Coverage in writing, but not lower than those required by the Washington Financial Responsibility Law.  You also have the right to reject this coverage in writing.  You may not select limits higher than the liability limits of your policy.

Underinsured Motorists Property Damage Coverage may be selected in amounts at least equal to the Washington Financial Responsibility Law.  Underinsured Motorists Property Damage Coverage is subject to a $300 deductible for accidents caused by a hit-and-run or phantom vehicle and to a $100 deductible for all other accidents.

**PLEASE SELECT ONE OF THE FOLLOWING OPTIONS:**

1. ☐   I want Underinsured Motorists Coverage at limits of:

    <u>    $25,000    </u> / <u>    $50,000    </u> or <u>        $50,000        </u>
    (per person)     (per accident) (combined single limits)

    which are the minimum limits required by the Washington Financial Responsibility Law for bodily injury.  I hereby reject only the Property Damage portion of Underinsured Motorists Coverage.

2. ☐ I want Underinsured Motorists Coverage at limits of:

    <u>    $25,000    </u> / <u>    $50,000    </u> / <u>    $10,000    </u> or <u>        $60,000        </u>
    (per person)     (per accident) (per accident)     (combined single limits)

    which are the minimum limits required by the Washington Financial Responsibility Law for bodily injury and property damage.

3. ☑ I want Underinsured Motorists Coverage at limits of:

    <u>0</u> / <u>0</u>   or <u>1,000,000</u>
    (per person)     (per accident) (combined single limits)

    I hereby reject only the Property Damage portion of Underinsured Motorists Coverage.

4. ☑ I want Underinsured Motorists Coverage at limits of:

    <u>0</u>  / <u>0</u> / <u>0</u>   or   <u>    1,000,000    </u>
    (per person) (per accident)  (per accident)     (combined single limits)

5. ☐   I hereby reject Underinsured Motorists Coverage in its entirety.

Policy Number: **44-CL-000494289-2**
(including any renewal policy, regardless of a change in policy number.)

Named Insured: **BLACK HILLS EXCAVATING INC**

_____          _____
(Signature of Named Insured or Spouse)                          Date

Signature(s) are not required under subsequent renewal, reinstatement, transferred, substituted, amended, altered, modified or replacement policies issued by the same company, unless change of rejection or selection is requested by the Named Insured or Spouse in writing.

A 2107 10 05

POLICY NUMBER: 44-CL-000494289-2

**COMMERCIAL GENERAL LIABILITY
GC 10 13 07 09**

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# CONTRACTUAL LIABILITY REDEFINED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The definition of "insured contract" in the **DEFINITIONS SECTION** is replaced by the following:

"Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage;

**(3)** Under which you, if you are an architect, engineer or surveyor, assumes liability for injury or damage arising out of your rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities; or

**(4)** That indemnifies any person or organization for "bodily injury" or "property damage" caused by "your work," whether ongoing or completed, unless that "bodily injury" or "property damage" is caused, in whole or in part, by your negligence or the negligence of those performing "your work,"  whether ongoing or completed, on your behalf.

**GC 10 13 07 09**

Includes copyrighted material of
Insurance Services Office, Inc., with its permission

**Page 1 of 1**

# INSTALLATION FLOATER COVERAGE

## AGREEMENT

In return for "your" payment of the required premium, "we" provide the coverage described herein subject to all the "terms" of the Installation Floater Coverage. This coverage is also subject to the "schedule of coverages" and additional policy conditions relating to assignment or transfer of rights or duties, cancellation, changes or modifications, inspections, and examination of books and records.

Endorsements and schedules may also apply. They are identified on the "schedule of coverages".

Refer to Definitions for words and phrases that have special meaning. These words and phrases are shown in quotation marks or bold type.

## DEFINITIONS

1. The words "you" and "your" mean the persons or organizations named as the insured on the "schedule of coverages".

2. The words "we", "us", and "our" mean the company providing this coverage.

3. "Earth movement" means any movement or vibration of the earth's surface (other than "sinkhole collapse") including but not limited to earthquake; landslide; mudflow; mudslide; mine subsidence; or sinking, rising, or shifting, of earth.

4. "Flood" means flood, surface water, waves, tidal water, or the overflow of a body of water whether driven by wind or not. This includes spray that results from these whether driven by wind or not.

5. "Jobsite" means any location, project, or work site where "you" are involved in an installation, construction, or rigging project.

6. "Limit" means the amount of coverage that applies.

7. "Pollutant" means:

   a. any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be recycled, reclaimed, or reconditioned, as well as disposed of; and

   b. electrical or magnetic emissions, whether visible or invisible, and sound emissions.

8. "Schedule of coverages" means:

   a. all pages labeled schedule of coverages or schedules that pertain to this coverage; and

   b. declarations or supplemental declarations that pertain to this coverage.

9. "Sinkhole collapse" means the sudden settlement or collapse of earth supporting the covered property into subterranean voids created by the action of water on a limestone or similar rock formation. It does not include the value of the land or the cost of filling sinkholes.

10. "Specified perils" means aircraft; civil commotion; explosion; falling objects; fire; hail; leakage from fire extinguishing equipment; lightning; riot; "sinkhole collapse"; smoke; sonic boom; vandalism; vehicles; "volcanic action"; water damage; weight of ice, snow, or sleet; and windstorm.

    Falling objects does not include loss to personal property in the open or to the interior of buildings or structures or to personal property inside buildings or structures unless the exterior of the roof or walls are first damaged by a falling object.

Water damage means the sudden or accidental discharge or leakage of water or steam as a direct result of breaking or cracking of a part of the system or appliance containing the water or steam.

11. "Terms" means all provisions, limitations, exclusions, conditions, and definitions that apply.

12. "Volcanic action" means airborne volcanic blast or airborne shock waves; ash, dust, or particulate matter; or lava flow. It does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss to the covered property.

## PROPERTY COVERED

"We" cover the following property unless the property is otherwise covered, excluded, or subject to limitations.

"We" cover direct physical loss caused by a covered peril to materials, supplies, machinery, fixtures, and equipment:

1. at "your" "jobsite" described on the "schedule of coverages"; and

2. that will become a permanent part of "your" installation, construction, or rigging project.

Materials, supplies, machinery, fixtures, and equipment means "your" materials, supplies, machinery, fixtures, and equipment and similar property of others that is in "your" care, custody, or control.

## PROPERTY NOT COVERED

1. **Airborne** -- "We" do not cover property while airborne except while in transit on a regularly scheduled airline flight.

2. **Buildings, Structures, and Land** -- "We" do not cover buildings, structures, or land. However, "we" do cover property that is part of "your" installation, construction, or rigging project and is in connection with any building or structure.

3. **Contraband** -- "We" do not cover contraband or property in the course of illegal transportation or trade.

4. **Machinery, Tools, Equipment** -- "We" do not cover machinery, tools, equipment, or similar property that will not become a permanent part of "your" installation, construction, or rigging project.

5. **Money and Securities** -- "We" do not cover accounts, bills, currency, food stamps, or other evidences of debt, lottery tickets not held for sale, money, notes, or securities.

6. **Trees, Shrubs, and Plants** -- "We" do not cover trees, shrubs, plants, and lawns.

7. **Waterborne Property** -- "We" do not cover property while waterborne except while in transit in the custody of a carrier for hire.

## COVERAGE EXTENSIONS

The following Coverage Extensions indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages". If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Coverage Extension, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, the coverages provided below are part of and not in addition to the applicable "limit" for coverage described under Property Covered.

The "limit" provided under a Coverage Extension cannot be combined or added to the "limit" for any other Coverage Extension or Supplemental Coverage.

The following coverage extensions are not subject to and not considered in applying coinsurance when coinsurance conditions are a part of this coverage.

1. **Debris Removal** -- "We" pay the cost to remove the debris of covered property that is caused by a covered peril. This coverage does not include costs to:

   a. extract "pollutants" from land or water; or

   b. remove, restore, or replace polluted land or water.

   "We" will not pay any more under this coverage than 25% of the amount "we" pay for the direct loss. "We" will not pay more for loss to property and debris removal combined than the "limit" for the damaged property.

   However, "we" pay up to an additional $5,000 for debris removal expense when the debris removal expense exceeds 25% of the amount "we" pay for direct loss or when the loss to property and debris removal combined exceeds the "limit" for the damaged property.

   "We" do not pay any expenses unless they are reported to "us" in writing within 180 days from the date of direct physical loss to covered property.

2. **Emergency Removal** -- "We" pay for any direct physical loss to covered property while it is being moved or being stored to prevent a loss caused by a covered peril. This coverage applies for up to ten days after the property is first moved, but does not extend past the date on which this policy expires.

## SUPPLEMENTAL COVERAGES

The following Supplemental Coverages indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages". If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Supplemental Coverage, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, a "limit" for a Supplemental Coverage provided below is separate from, and not part of, the applicable "limit" for coverage described under Property Covered. The "limit" available for coverage described under a Supplemental Coverage:

a. is the only "limit" available for the described coverage; and

b. is not the sum of the "limit" indicated for a Supplemental Coverage and the "limit" for coverage described under Property Covered.

The "limit" provided under a Supplemental Coverage cannot be combined or added to the "limit" for any other Supplemental Coverage or Coverage Extension.

The following supplemental coverages are not subject to and not considered in applying coinsurance when coinsurance conditions are a part of this coverage.

1. **Contract Penalty** -- "We" pay for the cost of contractual penalties for non-completion that "you" are assessed or are required to pay because "you" are unable to complete a covered installation, construction, or rigging project in accordance with contract terms or conditions.

"Your" inability to complete "your" installation project on time must be as a direct result of a loss by a covered peril to covered property.

The most "we" pay for all contractual penalties in any one occurrence is $5,000.

2. **Pollutant Cleanup and Removal** -- "We" pay "your" expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release, or escape of the "pollutants" is caused by a covered peril that occurs during the policy period. The expenses are paid only if they are reported to "us" in writing within 180 days from the date the covered peril occurs.

"We" do not pay the cost of testing, evaluating, observing, or recording the existence, level, or effects of "pollutants". However, "we" pay the cost of testing that is necessary for the extraction of "pollutants" from land or water.

The most "we" pay for any one "jobsite" or location is $10,000 for the sum of all such expenses arising out of a covered peril occurring during each separate 12-month period of this policy.

3. **Storage Locations** -- "We" cover direct physical loss caused by a covered peril to materials, supplies, machinery, fixtures, and equipment that will become a permanent part of "your" installation, construction, or rigging project while they are at a storage location.

The most "we" pay for loss to property at a storage location in any one occurrence is $5,000.

4. **Transit** -- "We" cover direct physical loss caused by a covered peril to materials, supplies, machinery, fixtures, and equipment that will become a permanent part of "your" installation, construction, or rigging project while they are in transit.

The most "we" pay for loss to property in transit in any one occurrence is $5,000.

5. **Testing** -- "We" cover direct physical loss to covered property caused by a covered peril that results from testing. Testing includes start-up, performance, stress, pressure, or overload testing of materials, supplies, machinery, fixtures, and equipment that will become a permanent part of a covered installation, construction, or rigging project.

The most "we" pay for loss resulting from testing in any one occurrence is $5,000.

## PERILS COVERED

"We" cover risks of direct physical loss unless the loss is limited or caused by a peril that is excluded.

## PERILS EXCLUDED

1. "We" do not pay for loss or damage caused directly or indirectly by one or more of the following excluded causes or events. Such loss or damage is excluded regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events.

   a. **Civil Authority** -- "We" do not pay for loss caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

      "We" do pay for loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

   b. **Earth Movement or Volcanic Eruption** -- "We" do not pay for loss caused by any "earth movement" (other than "sinkhole collapse") or caused by eruption, explosion, or effusion of a volcano.

"We" do pay for direct loss by fire, explosion, or "volcanic action" resulting from either "earth movement" or eruption, explosion, or effusion of a volcano.

This exclusion does not apply to covered property while in transit.

However, "we" pay up to the Earthquake "limit" for loss caused by or resulting from an earthquake or volcanic eruption when an Earthquake "limit" is indicated on the "schedule of coverages". Volcanic eruption means the eruption, explosion, or effusion of a volcano.

c.  **Flood** -- "We" do not pay for loss caused by "flood", but if fire, explosion, or theft results, "we" do cover the loss caused by the fire, explosion, or theft.

This exclusion does not apply to covered property while in transit.

However, "we" pay up to the Flood and Sewer Backup and Water Below the Surface "limit" for loss caused by or resulting from a "flood" when a Flood and Sewer backup and Water Below the Surface "limit" is indicated on the "schedule of coverages".

d.  **Nuclear Hazard** -- "We" do not pay for loss caused by or resulting from a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. "We" do pay for direct loss by fire resulting from the nuclear hazard.

e.  **Ordinance or Law** -- "We" do not pay for loss or increased cost caused by enforcement of any code, ordinance, or law regulating the use, construction, or repair of any building or structure; or requiring the demolition of any building or structure including the cost of removing its debris.

f.  **Penalties** -- Except as provided under Supplemental Coverages - Contract Penalty, "we" do not pay for loss caused by penalties for non-completion or non-compliance with any contract terms or conditions.

g.  **Sewer Backup and Water Below the Surface** -- "We" do not pay for loss caused by:

1)  water that backs up through a sewer or drain; or
2)  water below the surface of the ground including water that exerts pressure on or flows, seeps, or leaks through or into a covered building or structure.

However, if fire, explosion, or theft results, "we" do cover the loss caused by the fire, explosion, or theft. This exclusion does not apply to covered property while in transit.

This exclusion does not apply to loss caused by sewer backup and water below the surface when a:

1)  Flood and Sewer Backup and Water Below the Surface "limit"; or
2)  Sewer Backup and Water Below the Surface "limit"

is indicated on the "schedule of coverages".

h.  **War and Military Action** -- "We" do not pay for loss caused by:

1)  War, including undeclared war or civil war; or
2)  a warlike action by a military force, including action taken to prevent or defend against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or
3)  insurrection, rebellion, revolution, or unlawful seizure of power including action taken by governmental authority to prevent or defend against any of these.

With regard to any action that comes within the "terms" of this exclusion and involves nuclear reaction, nuclear radiation, or radioactive contamination, this War and Military Action Exclusion will apply in place of the Nuclear Hazard Exclusion.

2. "We" do not pay for loss or damage that is caused by or results from one or more of the following excluded causes or events:

   a. **Criminal, Fraudulent, or Dishonest Acts** -- "We" do not pay for loss caused by or resulting from criminal, fraudulent, dishonest, or illegal acts alone or in collusion with another by:

      1) "you";
      2) others who have an interest in the property;
      3) others to whom "you" entrust the property;
      4) "your" partners, officers, directors, trustees, or joint adventurers; or
      5) the employees or agents of 1), 2), 3), or 4) above, whether or not they are at work.

      This exclusion does not apply to acts of destruction by "your" employees, but "we" do not pay for theft by employees.

      This exclusion does not apply to covered property in the custody of a carrier for hire.

   b. **Explosion, Rupture, or Bursting** -- "We" do not pay for loss caused by explosion, rupture, or bursting of steam boilers, steam or gas turbines, steam pipes, or steam engines.

      This exclusion applies only to loss or damage to the steam boilers, steam or gas turbines, steam pipes, or steam engines in which the loss occurred.

   c. **Loss of Use** -- "We" do not pay for loss caused by or resulting from loss of use, business interruption, delay, or loss of market.

   d. **Missing Property** -- "We" do not pay for missing property where the only proof of loss is unexplained or mysterious disappearance of covered property, or shortage of property discovered on taking inventory, or any other instance where there is no physical evidence to show what happened to the covered property. This exclusion does not apply to covered property in the custody of a carrier for hire.

   e. **Pollutants** -- "We" do not pay for loss caused by or resulting from release, discharge, seepage, migration, dispersal, or escape of "pollutants" unless the release, discharge, seepage, migration, dispersal, or escape is caused by a "specified peril". "We" do pay for any resulting loss caused by a "specified peril".

   f. **Voluntary Parting** -- "We" do not pay for loss caused by or resulting from voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

3. "We" do not pay for loss or damage if one or more of the following exclusions apply to the loss. But if loss by a covered peril results, "we" will pay for the resulting loss.

   a. **Contamination or Deterioration** -- "We" do not pay for loss caused by contamination or deterioration including corrosion, decay, fungus, mildew, mold, rot, rust, or any quality, fault, or weakness in the covered property that causes it to damage or destroy itself.

   b. **Defects, Errors, and Omissions** -- "We" do not pay for loss caused by:

      1) an act, defect, error, or omission (negligent or not) relating to:

         a) design or specifications;
         b) workmanship or construction; or
         c) repair, renovation, or remodeling; or

      2) a defect, weakness, inadequacy, fault, or unsoundness in materials.

c. **Electrical Currents** -- "We" do not pay for loss caused by arcing or by electrical currents other than lightning.

However, this exclusion does not apply to loss resulting from testing as described under Supplemental Coverages - Testing.

d. **Mechanical Breakdown** -- "We" do not pay for loss caused by mechanical breakdown including centrifugal force.

However, this exclusion does not apply to loss resulting from testing as described under Supplemental Coverages - Testing.

e. **Temperature/Humidity** -- "We" do not pay for loss caused by humidity, dampness, dryness, or changes in or extremes of temperature.

f. **Wear and Tear** -- "We" do not pay for loss caused by wear and tear, marring, or scratching.

# WHAT MUST BE DONE IN CASE OF LOSS

1. **Notice** -- In case of a loss, "you" must:

   a. give "us" or "our" agent prompt notice including a description of the property involved ("we" may request written notice); and

   b. give notice to the police when the act that causes the loss is a crime.

2. **Protect Property** -- "You" must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss. "We" do pay the reasonable costs incurred by "you" for necessary repairs or emergency measures performed solely to protect covered property from further damage by a peril insured against if a peril insured against has already caused a loss to covered property. "You" must keep an accurate record of such costs. However, "we" do not pay for such repairs or emergency measures performed on property which has not been damaged by a peril insured against. This does not increase "our" "limit".

3. **Proof of Loss** -- "You" must send "us", within 60 days after "our" request, a signed, sworn proof of loss. This must include the following information:

   a. the time, place, and circumstances of the loss;

   b. other policies of insurance that may cover the loss;

   c. "your" interest and the interests of all others in the property involved, including all mortgages and liens;

   d. changes in title of the covered property during the policy period; and

   e. estimates, specifications, inventories, and other reasonable information that "we" may require to settle the loss.

4. **Examination** -- "You" must submit to examination under oath in matters connected with the loss as often as "we" reasonably request and give "us" sworn statements of the answers. If more than one person is examined, "we" have the right to examine and receive statements separately and not in the presence of others.

5. **Records** -- "You" must produce records, including tax returns and bank microfilms of all cancelled checks relating to value, loss, and expense and permit copies and extracts to be made of them as often as "we" reasonably request.

6. **Damaged Property** -- "You" must exhibit the damaged and undamaged property as often as "we" reasonably request and allow "us" to inspect or take samples of the property.

7. **Volunteer Payments** -- "You" must not, except at "your" own expense, voluntarily make any payments, assume any obligations, pay or offer any rewards, or incur any other expenses except as respects protecting property from further damage.

8. **Abandonment** -- "You" may not abandon the property to "us" without "our" written consent.

9. **Cooperation** -- "You" must cooperate with "us" in performing all acts required by this policy.

## VALUATION

1. **Actual Cost To Repair, Replace, or Rebuild** -- The value of covered property will be based on the lesser of the following amounts:

   a. The actual cost to repair, replace, or rebuild the covered property with materials of like kind and quality. The actual cost may include material, labor, reasonable overhead and profit, and delivery charges.

   b. The amount "you" actually spend to repair, replace, or rebuild the covered property.

   In no event will "we" pay more than the "limit" indicated on the "schedule of coverages".

   This valuation provision does not apply to paragraphs 2. and 3. under Valuation.

2. **Pair or Set** -- The value of a lost or damaged article that is part of a pair or set is based on a reasonable proportion of the value of the entire pair or set. The loss is not considered a total loss of the pair or set.

3. **Loss to Parts** -- The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

## HOW MUCH WE PAY

1. **Insurable Interest** -- "We" do not pay for more than "your" insurable interest in any property.

2. **Deductible** -- "We" pay only that part of "your" loss over the deductible amount indicated on the "schedule of coverages" in any one occurrence.

3. **Earthquake Period** -- All earthquakes or volcanic eruptions that occur within a 168-hour period will be considered a single loss. This 168-hour period is not limited by the policy expiration.

4. **Loss Settlement Terms** -- Subject to paragraphs 1., 2., 3., 5., 6., and 7. under How Much We Pay, "we" pay the lesser of:

   a. the amount determined under Valuation;

   b. the cost to repair, replace, or rebuild the property with material of like kind and quality to the extent practicable; or

   c. the "limit" that applies to the covered property.

5. **Coinsurance** -- When a coinsurance percentage is indicated on the "schedule of coverages", the following conditions apply.

   "We" only pay a part of the loss if the "limit" is less than the value of the covered property multiplied by the percentage indicated on the "schedule of coverages". "Our" part of the loss is determined using the following steps:

a. determine the expected value of the covered property using the coinsurance percentage indicated on the "schedule of coverages". This figure is based on the estimated value of the property at completion of installation had no loss occurred;

b. divide the "limit" for covered property by the result determined in 5.a. above;

c. multiply the total amount of loss, after the application of any deductible, by the result determined in 5.b. above.

The most "we" pay is the amount determined in 5.c. above or the "limit", whichever is less. "We" do not pay any remaining part of the loss.

If there is more than one "limit" indicated on the "schedule of coverages" for this coverage, this procedure applies separately to each "limit".

If there is only one "limit" indicated on the "schedule of coverages" for this coverage, this procedure applies to the total of all covered property to which the "limit" applies.

6. **Insurance Under More Than One Coverage** -- If more than one coverage of this policy insures the same loss, "we" pay no more than the actual claim, loss, or damage sustained.

7. **Insurance Under More Than One Policy** -- "You" may have another policy subject to the same "terms" as this policy. If "you" do, "we" will pay "our" share of the covered loss. "Our" share is the proportion that the applicable "limit" under this policy bears to the "limit" of all policies covering on the same basis.

If there is another policy covering the same loss, other than that described above, "we" pay only for the amount of covered loss in excess of the amount due from that other policy, whether "you" can collect on it or not. But "we" will not pay more than the applicable "limit".

# LOSS PAYMENT

1. **Our Options** -- In the event of loss covered by this coverage form, "we" have the following options:

   a. pay the value of the lost or damaged property;

   b. pay the cost of repairing or replacing the lost or damaged property;

   c. rebuild, repair, or replace the property with other property of equivalent kind and quality, to the extent practicable, within a reasonable time; or

   d. take all or any part of the property at the agreed or appraised value.

   "We" must give "you" notice of "our" intent to rebuild, repair, or replace within 30 days after receipt of a duly executed proof of loss.

2. **Your Losses** -- "We" will adjust all losses with "you". Payment will be made to "you" unless another loss payee is named in the policy. An insured loss will be payable 30 days after a satisfactory proof of loss is received, and the amount of the loss has been established either by written agreement with "you" or the filing of an appraisal award with "us".

3. **Property of Others** -- Losses to property of others may be adjusted with and paid to:

   a. "you" on behalf of the owner; or

   b. the owner.

   If "we" pay the owner, "we" do not have to pay "you". "We" may also choose to defend any suits arising from the owners at "our" expense.

## OTHER CONDITIONS

1. **Appraisal** -- If "you" and "we" do not agree on the amount of the loss or the actual cash value of covered property, either party may demand that these amounts be determined by appraisal.

   If either makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers will then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, "you" or "we" can ask a judge of a court of record in the state where the property is located to select an umpire.

   The appraisers will then determine and state separately the amount of each loss.

   The appraisers will also determine the value of covered property items at the time of the loss, if requested.

   If the appraisers submit a written report of any agreement to "us", the amount agreed upon will be the amount of the loss. If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three, sets the amount of the loss.

   Each appraiser will be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be paid equally by "you" and "us".

2. **Benefit to Others** -- Insurance under this coverage will not directly or indirectly benefit anyone having custody of "your" property.

3. **Conformity With Statute** -- When a condition of this coverage is in conflict with an applicable law, that condition is amended to conform to that law.

4. **Estates** -- This provision applies only if the insured is an individual.

   On "your" death, "we" cover the following as an insured:

   a. the person who has custody of "your" property until a legal representative is qualified and appointed; or

   b. "your" legal representative.

   This person or organization is an insured only with respect to property covered by this coverage.

   This coverage does not extend past the policy period indicated on the "schedule of coverages".

5. **Misrepresentation, Concealment, or Fraud** -- This coverage is void as to "you" and any other insured if, before or after a loss:

   a. "You" or any other insured have willfully concealed or misrepresented:

      1) a material fact or circumstance that relates to this insurance or the subject thereof; or
      2) "your" interest herein.

   b. There has been fraud or false swearing by "you" or any other insured with regard to a matter that relates to this insurance or the subject thereof.

6. **Policy Period** -- "We" pay for a covered loss that occurs during the policy period.

7. **Recoveries** -- If "we" pay "you" for the loss and lost or damaged property is recovered, or payment is made by those responsible for the loss, the following provisions apply:

   a. "you" must notify "us" promptly if "you" recover property or receive payment;

   b. "we" must notify "you" promptly if "we" recover property or receive payment;

c. any recovery expenses incurred by either are reimbursed first;

d. "you" may keep the recovered property but "you" must refund to "us" the amount of the claim paid or any lesser amount to which "we" agree; and

e. if the claim paid is less than the agreed loss due to a deductible or other limiting "terms" of this policy, any recovery will be prorated between "you" and "us" based on "our" respective interest in the loss.

8. **Restoration of Limits** -- A loss "we" pay under this coverage does not reduce the applicable "limits".

9. **Subrogation** -- If "we" pay for a loss, "we" may require "you" to assign to "us" "your" right of recovery against others. "You" must do all that is necessary to secure "our" rights. "We" do not pay for a loss if "you" impair this right to recover.

"You" may waive "your" right to recover from others in writing before a loss occurs.

10. **Suit Against Us** -- No one may bring a legal action against "us" under this coverage unless:

a. all of the "terms" of this coverage have been complied with; and

b. the suit has been brought within two years after "you" first have knowledge of the loss.

If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by law.

11. **Territorial Limits** -- "We" cover property while it is in the United States of America, its territories and possessions, Canada, and Puerto Rico.

12. **Carriers For Hire** -- "You" may accept bills of lading or shipping receipts issued by carriers for hire that limit their liability to less than the actual cash value of the covered property.

13. **When Coverage Ceases** -- Coverage ends when one of the following first occurs:

a. this policy expires or is cancelled;

b. the covered property is accepted by the purchaser;

c. "your" insurable interest in the covered property ceases;

d. "you" abandon "your" installation, construction, or rigging project with no intent to complete it;

e. the installation, construction, or rigging project has been completed for more than 30 days; or

f. the covered property has been put to its intended use. However, this does not apply to roofs or walls.

**IM 7100 12 01**

Copyright, American Association of Insurance Services, 2001

# CONTRACTORS' EQUIPMENT COVERAGE
# SCHEDULED EQUIPMENT FORM

## AGREEMENT

In return for "your" payment of the required premium, "we" provide the coverage described herein subject to all the "terms" of the Contractors' Equipment Coverage. This coverage is also subject to the "schedule of coverages" and additional policy conditions relating to assignment or transfer of rights or duties, cancellation, changes or modifications, inspections, and examination of books and records.

Endorsements and schedules may also apply. They are identified on the "schedule of coverages".

Refer to Definitions for words and phrases that have special meaning. These words and phrases are shown in quotation marks or bold type.

## DEFINITIONS

1. The words "you" and "your" mean the persons or organizations named as the insured on the "schedule of coverages".

2. The words "we", "us", and "our" mean the company providing this coverage.

3. "Contractors' equipment" means machinery, equipment, and tools of a mobile nature that "you" use in "your" contracting, installation, erection, repair, or moving operations or projects. "Contractors' equipment" does not mean:

    a. self-propelled vehicles designed and used primarily to carry mounted equipment; or

    b. vehicles designed for highway use that are unlicensed and not operated on public roads.

4. "Equipment schedule" means a schedule of "contractors' equipment" that is attached to this policy and that describes each piece of covered equipment.

5. "Jobsite" means any location, project, or work site where "you" are in the process of construction, installation, erection, repair, or moving.

6. "Limit" means the amount of coverage that applies.

7. "Pollutant" means:

    a. any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be recycled, reclaimed, or reconditioned, as well as disposed of; and

    b. electrical or magnetic emissions, whether visible or invisible, and sound emissions.

8. "Schedule of coverages" means:

    a. all pages labeled schedule of coverages or schedules which pertain to this coverage; and

    b. declarations or supplemental declarations which pertain to this coverage.

9. "Sinkhole collapse" means the sudden settlement or collapse of earth supporting the covered property into subterranean voids created by the action of water on a limestone or similar rock formation. It does not include the value of the land or the cost of filling sinkholes.

10. "Specified perils" means aircraft; civil commotion; explosion; falling objects; fire; hail; leakage from fire extinguishing equipment; lightning; riot; "sinkhole collapse"; smoke; sonic boom; vandalism; vehicles; "volcanic action"; water damage; weight of ice, snow, or sleet; and windstorm.

Falling objects does not include loss to personal property in the open or to the interior of buildings or structures or to personal property inside buildings or structures unless the exterior of the roof or walls are first damaged by a falling object.

Water damage means the sudden or accidental discharge or leakage of water or steam as a direct result of breaking or cracking of a part of the system or appliance containing the water or steam.

11. "Terms" means all provisions, limitations, exclusions, conditions, and definitions that apply.

12. "Volcanic action" means airborne volcanic blast or airborne shock waves; ash, dust, or particulate matter; or lava flow. It does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss to the covered property.

## PROPERTY COVERED

"We" cover the following property unless the property is otherwise covered, excluded, or subject to limitations.

**Scheduled Equipment** -- "We" cover direct physical loss caused by a covered peril to:

1. "your" "contractors' equipment"; and

2. "contractors' equipment" of others in "your" care, custody, or control;

described on the "equipment schedule".

## PROPERTY NOT COVERED

1. **Aircraft or Watercraft** -- "We" do not cover aircraft or watercraft.

2. **Automobiles and Trucks** -- "We" do not cover automobiles, motor trucks, tractors, trailers, and similar conveyances designed for highway use.

3. **Contraband** -- "We" do not cover contraband or property in the course of illegal transportation or trade.

4. **Leased or Rented Property** -- "We" do not cover property that "you" lease or rent to others.

5. **Loaned Property** -- "We" do not cover property that "you" loan to others.

6. **Underground Mining Operations** -- "We" do not cover property while stored or operated underground in connection with any mining operations.

7. **Waterborne Property** -- "We" do not cover property while waterborne except while in transit in the custody of a carrier for hire.

## COVERAGE EXTENSION

The following Coverage Extension indicates an applicable "limit". This "limit" may also be shown on the "schedule of coverages". If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

Unless otherwise indicated, the coverage provided below is part of and not in addition to the applicable "limit" for coverage described under Property Covered.

The "limit" provided under the Coverage Extension cannot be combined or added to the "limit" for any Supplemental Coverage.

The following coverage extension is not subject to and not considered in applying coinsurance when coinsurance conditions are a part of this coverage.

**Debris Removal** -- "We" pay the cost to remove the debris of covered property that is caused by a covered peril. This coverage does not include costs to:

1.  extract "pollutants" from land or water; or

2.  remove, restore, or replace polluted land or water.

"We" will not pay any more under this coverage than 25% of the amount "we" pay for the direct loss. "We" will not pay more for loss to property and debris removal combined than the "limit" for the damaged property.

However, "we" pay up to an additional $5,000 for debris removal expense when the debris removal expense exceeds 25% of the amount "we" pay for direct loss or when the loss to property and debris removal combined exceeds the "limit" for the damaged property.

"We" do not pay any expenses unless they are reported to "us" in writing within 180 days from the date of direct physical loss to covered property.

# SUPPLEMENTAL COVERAGES

The following Supplemental Coverages indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages". If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Supplemental Coverage, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, a "limit" for a Supplemental Coverage provided below is separate from, and not part of, the applicable "limit" for coverage described under Property Covered. The "limit" available for coverage described under a Supplemental Coverage:

a.  is the only "limit" available for the described coverage; and

b.  is not the sum of the "limit" indicated for a Supplemental Coverage and the "limit" for coverage described under Property Covered.

The "limit" provided under a Supplemental Coverage cannot be combined or added to the "limit" for any other Supplemental Coverage or Coverage Extension.

The following supplemental coverages are not subject to and not considered in applying coinsurance when coinsurance conditions are a part of this coverage.

1.  **Newly Purchased Equipment** -- In the event that "you" purchase additional "contractors' equipment" during the policy period, "we" extend coverage to the additional purchased equipment for up to 30 days.

    The most that "we" pay for any one loss under this Supplemental Coverage is the lesser of:

    a.  the actual cash value of the newly purchased equipment; or

    b.  the "limit" for newly purchased equipment indicated on the "schedule of coverages". If no "limit" is indicated, then 30% of the Catastrophe Limit indicated on the "schedule of coverages" applies to this Supplemental Coverage.

    This Supplemental Coverage will end when any of the following first occur:

    a.  this policy expires;

    b.  30 days expire after "you" purchase the equipment; or

c.   "you" report the newly purchased equipment to "us".

2.   **Pollutant Cleanup and Removal** -- "We" pay "your" expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release, or escape of the "pollutants" is caused by a covered peril that occurs during the policy period. The expenses are paid only if they are reported to "us" in writing within 180 days from the date the covered peril occurs.

"We" do not pay the cost of testing, evaluating, observing, or recording the existence, level, or effects of "pollutants". However, "we" pay the cost of testing which is necessary for the extraction of "pollutants" from land or water.

The most "we" pay for any one "jobsite" or location is $10,000 for the sum of all such expenses arising out of a covered peril occurring during each separate 12-month period of this policy.

## PERILS COVERED

"We" cover risks of direct physical loss unless the loss is limited or caused by a peril that is excluded.

## PERILS EXCLUDED

1.   "We" do not pay for loss if one or more of the following exclusions apply to the loss, regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events.

a.   **Civil Authority** -- "We" do not pay for loss caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

"We" do pay for loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

b.   **Nuclear Hazard** -- "We" do not pay for loss caused by or resulting from a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. "We" do pay for direct loss by fire resulting from the nuclear hazard.

c.   **War** -- "We" do not pay for loss caused by war. This means:

1)   declared war, undeclared war, or civil war;
2)   insurrection, rebellion, revolution, or unlawful seizure of power;
3)   a warlike act by a military force or by military personnel; or
4)   the destruction, seizure, or use of property for a military purpose.

This exclusion also applies to loss or damage caused by or in connection with any action taken to prevent or defend against an actual or expected attack as described in 1), 2), or 3) above.

If an act described above involves nuclear reaction, nuclear radiation, or radioactive contamination, this War Exclusion will apply to loss that results from such nuclear event in place of the Nuclear Hazard Exclusion.

2. "We" do not pay for loss or damage if one or more of the following exclusions apply to the loss.

   a. **Criminal, Fraudulent, or Dishonest Acts** -- "We" do not pay for loss caused by or resulting from criminal, fraudulent, dishonest, or illegal acts alone or in collusion with another by:

      1) "you";
      2) others who have an interest in the property;
      3) others to whom "you" entrust the property;
      4) "your" partners, officers, directors, trustees, or joint adventurers; or
      5) the employees or agents of 1), 2), 3), or 4) above, whether or not they are at work.

      This exclusion does not apply to acts of destruction by "your" employees, but "we" do not pay for theft by employees.

      This exclusion does not apply to covered property in the custody of a carrier for hire.

   b. **Contamination or Deterioration** -- "We" do not pay for loss caused by contamination or deterioration including corrosion, decay, fungus, mildew, mold, rot, rust, or any quality, fault, or weakness in the covered property that causes it to damage or destroy itself.

   c. **Loss of Use** -- "We" do not pay for loss caused by or resulting from loss of use, business interruption, delay, or loss of market.

   d. **Missing Property** -- "We" do not pay for missing property where the only proof of loss is unexplained or mysterious disappearance of covered property, or shortage of property discovered on taking inventory, or any other instance where there is no physical evidence to show what happened to the covered property. This exclusion does not apply to covered property in the custody of a carrier for hire.

   e. **Pollutants** -- "We" do not pay for loss caused by or resulting from release, discharge, seepage, migration, dispersal, or escape of "pollutants" unless the release, discharge, seepage, migration, dispersal, or escape is caused by a "specified peril". "We" do pay for any resulting loss caused by a "specified peril".

   f. **Puncture, Blowout, and Road Damage** -- "We" do not pay for loss caused by puncture, blowout, and road damage to tires and tubes mounted on vehicles. However, "we" do pay for puncture, blowout, or road damage caused by a "specified peril".

   g. **Temperature/Humidity** -- "We" do not pay for loss caused by humidity, dampness, dryness, or changes in or extremes of temperature.

   h. **Weight of Load** -- "We" do not pay for loss caused by the weight of a load which, under the operating conditions at the time of a loss, exceeds the registered lifting capacity of any equipment or machine.

   i. **Voluntary Parting** -- "We" do not pay for loss caused by or resulting from voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

3. "We" do not pay for loss or damage if one or more of the following exclusions apply to the loss. But if loss by fire or explosion results, "we" do pay for the resulting loss.

   a. **Mechanical Breakdown** -- "We" do not pay for loss caused by any:

      1) structural, mechanical, or remodeling process; or
      2) structural, mechanical, or electrical breakdown or malfunction.

   b. **Wear and Tear** -- "We" do not pay for loss caused by wear and tear, marring, or scratching.

## WHAT MUST BE DONE IN CASE OF LOSS

1. **Notice** -- In case of a loss, "you" must:

   a. give "us" or "our" agent prompt notice including a description of the property involved ("we" may request written notice); and

   b. give notice to the police when the act that causes the loss is a crime.

2. **Protect Property** -- "You" must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss. "We" do pay the reasonable costs incurred by "you" for necessary repairs or emergency measures performed solely to protect covered property from further damage by a peril insured against if a peril insured against has already caused a loss to covered property. "You" must keep an accurate record of such costs. However, "we" do not pay for such repairs or emergency measures performed on property which has not been damaged by a peril insured against. This does not increase "our" "limit".

3. **Proof of Loss** -- "You" must send "us", within 60 days after "our" request, a signed, sworn proof of loss. This must include the following information:

   a. the time, place, and circumstances of the loss;

   b. other policies of insurance that may cover the loss;

   c. "your" interest and the interests of all others in the property involved, including all mortgages and liens;

   d. changes in title of the covered property during the policy period; and

   e. estimates, specifications, inventories, and other reasonable information that "we" may require to settle the loss.

4. **Examination** -- "You" must submit to examination under oath in matters connected with the loss as often as "we" reasonably request and give "us" sworn statements of the answers. If more than one person is examined, "we" have the right to examine and receive statements separately and not in the presence of others.

5. **Records** -- "You" must produce records, including tax returns and bank microfilms of all canceled checks relating to value, loss, and expense and permit copies and extracts to be made of them as often as "we" reasonably request.

6. **Damaged Property** -- "You" must exhibit the damaged and undamaged property as often as "we" reasonably request and allow "us" to inspect or take samples of the property.

7. **Volunteer Payments** -- "You" must not, except at "your" own expense, voluntarily make any payments, assume any obligations, pay or offer any rewards, or incur any other expenses except as respects protecting property from further damage.

8. **Abandonment** -- "You" may not abandon the property to "us" without "our" written consent.

9. **Cooperation** -- "You" must cooperate with "us" in performing all acts required by this policy.

## VALUATION

1. **Actual Cash Value** -- The value of covered property will be based on the actual cash value at the time of the loss (with a deduction for depreciation) except as provided in paragraphs 2. and 3. under Valuation.

2. **Pair or Set** -- The value of a lost or damaged article which is part of a pair or set is based on a reasonable proportion of the value of the entire pair or set. The loss is not considered a total loss of the pair or set.

3. **Loss to Parts** -- The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

## HOW MUCH WE PAY

1. **Insurable Interest** -- "We" do not cover more than "your" insurable interest in any property.

2. **Deductible** -- "We" pay only that part of "your" loss over the deductible amount indicated on the "schedule of coverages" in any one occurrence.

3. **Loss Settlement Terms** -- Subject to paragraphs 1., 2., 4., 5., and 6. under How Much We Pay, "we" pay the lesser of:

   a. the amount determined under Valuation;

   b. the cost to repair, replace, or rebuild the property with material of like kind and quality to the extent practicable; or

   c. the "limit" that applies to the covered property. However, the most "we" pay for loss in any one occurrence is the Catastrophe Limit indicated on the "schedule of coverages".

4. **Coinsurance** -- "We" only pay a part of the loss if the "limit" is less than the percentage of the value of covered property that is indicated on the "schedule of coverages". "Our" part of the loss is determined using the following steps:

   a. multiply the percent indicated on the "schedule of coverages" by the value of the covered property at the time of loss. If no percentage is indicated on the "schedule of coverages", the applicable coinsurance percentage will be 80%;

   b. divide the "limit" for covered property by the result determined in 4.a. above;

   c. multiply the total amount of loss, after the application of any deductible, by the result determined in 4.b. above.

The most "we" pay is the amount determined in 4.c. above or the "limit", whichever is less. "We" do not pay any remaining part of the loss.

If there is more than one "limit" indicated on the "schedule of coverages" for this coverage part, this procedure applies separately to each "limit".

If there is only one "limit" indicated on the "schedule of coverages" for this coverage, this procedure applies to the total of all covered property to which the "limit" applies.

The coinsurance provisions described above do not apply to the coverages provided under Coverage Extension and the Supplemental Coverages.

5. **Insurance Under More Than One Coverage** -- If more than one coverage of this policy insures the same loss, "we" pay no more than the actual claim, loss, or damage sustained.

6. **Insurance Under More Than One Policy** -- "You" may have another policy subject to the same "terms" as this policy. If "you" do, "we" will pay "our" share of the covered loss. "Our" share is the proportion that the applicable "limit" under this policy bears to the "limit" of all policies covering on the same basis.

If there is another policy covering the same loss, other than that described above, "we" pay only for the amount of covered loss in excess of the amount due from that other policy, whether "you" can collect on it or not. But "we" do not pay more than the applicable "limit".

## LOSS PAYMENT

1. **Our Options** -- "We" have the following options:

   a. pay the value of the loss;

   b. pay the cost of repairing or replacing the loss;

   c. rebuild, repair, or replace with property of like kind and quality, to the extent practicable, within a reasonable time;

   d. take all or any part of the damaged property at the agreed or appraised value.

   "We" must give "you" notice of "our" intent to rebuild, repair, or replace within 30 days after receipt of a duly executed proof of loss.

2. **Your Losses** -- "We" adjust all losses with "you". Payment will be made to "you" unless another loss payee is named in the policy. An insured loss will be payable 30 days after a satisfactory proof of loss is received, and the amount of the loss has been established either by written agreement with "you" or the filing of an appraisal award with "us".

3. **Property of Others** -- Losses to property of others may be adjusted with and paid to:

   a. "you" on behalf of the owner; or

   b. the owner.

   If "we" pay the owner, "we" do not have to pay "you". "We" may also choose to defend any suits arising from the owners at "our" expense.

## OTHER CONDITIONS

1. **Appraisal** -- If "you" and "we" do not agree on the amount of the loss or the actual cash value of covered property, either party may demand that these amounts be determined by appraisal.

   If either makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers will then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, "you" or "we" can ask a judge of a court of record in the state where the property is located to select an umpire.

   The appraisers will then determine and state separately the amount of each loss.

   The appraisers will also determine the value of covered property items at the time of the loss, if requested.

   If the appraisers submit a written report of any agreement to "us", the amount agreed upon will be the amount of the loss. If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three, sets the amount of the loss.

   Each appraiser will be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be paid equally by "you" and "us".

2. **Benefit to Others** -- Insurance under this coverage will not directly or indirectly benefit anyone having custody of "your" property.

3. **Conformity With Statute** -- When a condition of this coverage is in conflict with an applicable law, that condition is amended to conform to that law.

4. **Estates** -- This provision applies only if the insured is an individual.

   On "your" death, "we" cover the following as an insured:

   a. the person who has custody of "your" property until a legal representative is qualified and appointed; or

   b. "your" legal representative.

   This person or organization is an insured only with respect to property covered by this coverage.

   This coverage does not extend past the policy period indicated on the "schedule of coverages".

5. **Misrepresentation, Concealment, or Fraud** -- This coverage is void as to "you" and any other insured if, before or after a loss:

   a. "you" or any other insured have willfully concealed or misrepresented:

      1) a material fact or circumstance that relates to this insurance or the subject thereof; or
      2) "your" interest herein.

   b. there has been fraud or false swearing by "you" or any other insured with regard to a matter that relates to this insurance or the subject thereof.

6. **Policy Period** -- "We" pay for a covered loss that occurs during the policy period.

7. **Recoveries** -- If "we" pay "you" for the loss and lost or damaged property is recovered, or payment is made by those responsible for the loss, the following provisions apply:

   a. "you" must notify "us" promptly if "you" recover property or receive payment;

   b. "we" must notify "you" promptly if "we" recover property or receive payment;

   c. any recovery expenses incurred by either are reimbursed first;

   d. "you" may keep the recovered property but "you" must refund to "us" the amount of the claim paid or any lesser amount to which "we" agree; and

   e. if the claim paid is less than the agreed loss due to a deductible or other limiting "terms" of this policy, any recovery will be pro rated between "you" and "us" based on "our" respective interest in the loss.

8. **Restoration of Limits** -- A loss "we" pay under this coverage does not reduce the total applicable "limit" unless it is a total loss to a scheduled item. In the event of a total loss to a scheduled item, "we" refund the unearned premium on that item.

9. **Subrogation** -- If "we" pay for a loss, "we" may require "you" to assign to "us" "your" right of recovery against others. "You" must do all that is necessary to secure "our" rights. "We" do not pay for a loss if "you" impair this right to recover.

   "You" may waive "your" right to recover from others in writing before a loss occurs.

10. **Suit Against Us** -- No one may bring a legal action against "us" under this coverage unless:

    a. all of the "terms" of this coverage have been complied with; and

    b. the suit has been brought within two years after "you" first have knowledge of the loss.

    If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by law.

11. **Territorial Limits** -- "We" cover property while it is in the United States of America, its territories and possessions, Canada, and Puerto Rico.

**IM 7001 12 01**

Copyright, American Association of Insurance Services, 2001

**AAIS**
**IM 7006 08 99**
**Page 1 of 1**

# SCHEDULE OF COVERAGES
# CONTRACTORS' EQUIPMENT COVERAGE

(The information required below may be indicated on
a separate schedule or supplemental declarations.)

**LIMITS**

Limit of Insurance

**CatastropheLimit** -- The most "we" pay for
loss in any one occurrence is:                     $826,890

Additional Debris Removal Expenses                 $0

Pollutant Cleanup and Removal                      $0

Newly Purchased Equipment

    -- Percentage of Catastrophe Limit          0%
    -- Dollar Limit                              $0

**COINSURANCE**

(check one)

[X] 80%          [] 90%          [] 100%          [] Other %

**VALUATION**

-- Actual Cash Value

**DEDUCTIBLE**

Deductible Amount                                  $1,000

**OPTIONAL COVERAGES AND ENDORSEMENTS**
IM70120799

Copyright, American Association of Insurance Services, 1999

**AAIS**
**IM 7030 07 99**

# EQUIPMENT SCHEDULE

(The information required below may be indicated
on the "schedule of coverages".)

**SCHEDULED EQUIPMENT**

| Item No. | Description of Equipment | Limit |
|---|---|---|
| 1 | HITACI ZAXIS MDL#200,S#HCM1G600100113171 | $75,000 |
| 2 | HITACI ZAXIS, MDL#120, S#FF01S1Q071461 | $65,000 |
| 3 | 2015 JOHN DEER, MDL#75, S#1FF075GXTEJ015492 | $105,778 |
| 4 | 2011 JOHN DEER, MDL#35D, S#1FF035DXLA0265986 | $68,000 |
| 5 | 2014 JOHN DEER, MDL#35G, S#1FF035GXEEK272896 | $36,000 |
| 6 | 2007 JOHN  DEER, MDL#450J, S#T040JX144881 | $42,000 |
| 7 | 2007 JOHN DEER, MDL#310SG, S#T0310SG961283 | $25,000 |
| 8 | 2006 DYNA-PAC, MDL#CA152, S#64221876 | $40,000 |
| 9 | 1994 ROSCO SWEEPER | $7,000 |
| 10 | KOMATSU D51EKI S#B20646  TOPCON BASE STATION & RIVER ATTACHMENTS | $363,112 |

**IM 7030 07 99**

Copyright, American Association of Insurance Services, 1999

**AAIS**
**IM 7012 07 99**
**Page 1 of 1**

This endorsement changes the
Contractors' Equipment Coverage
**-- PLEASE READ THIS CAREFULLY --**

# EQUIPMENT LEASED OR RENTED FROM OTHERS ENDORSEMENT

## SCHEDULE

(The information required below may be
indicated on the "schedule of coverages".)

**Limit**
The most "we" pay for equipment leased or rented from others is: $350,000

**Reporting Conditions**
    Rate
    Deposit Premium
    Minimum Premium

[X  ] Reporting Conditions Do Not Apply

## SUPPLEMENTAL COVERAGES

**Property Leased or Rented From Others --**
"We" cover direct physical loss caused by a
covered peril to "contractors' equipment" that
"you" have leased or rented from others.

## REPORTING CONDITIONS

**Reporting Conditions --** Within 30 days after
the end of the policy period, "you" must report
to "us" the total amount of "your" expenditures for
"contractors' equipment" that "you" lease or rent
from others.

"We" will compute the premium using the rate
indicated for Equipment Leased or Rented From
Others multiplied, per $100, by the expenditures
that "you" report to "us".

"We" will compare the total computed premium
to the deposit premium.  If it is more than the
deposit premium, "you" will pay "us" the
difference. If it is less than the deposit premium
"we" will pay "you" the difference, subject to the
described minimum premium.

If this coverage is canceled, "you" must report
the total amount of expenditures up to and
including the date of cancellation.

**IM 7012 07 99**
Copyright, American Association of Insurance Services,
1999

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

# AMENDATORY ENDORSEMENT
## WASHINGTON

1.  Under Definitions, if applicable, the definition of "volcanic action" is deleted and replaced by:

    "Volcanic action" means airborne volcanic blast or airborne shock waves; ash, dust, or particulate matter; or lava flow. It includes the cost to remove the initial deposit of ash, dust, or particulate matter that causes direct physical loss to the covered property. It does not include subsequent deposits arising from the movement of volcanic dust or ash by wind or other means.

2.  Under Perils Excluded, the first paragraph of item 1. is deleted and replaced by:

    "We" do not pay for loss or damage caused by any of the following excluded events. Loss or damage will be considered to have been caused by an excluded event if that event:

    a.  directly and solely results in loss or damage; or

    b.  initiates a sequence of events that results in loss or damage, regardless of the nature of any intermediate or final event in that sequence.

3.  If actual cash value "terms" are a part of this policy, those "terms" are qualified by the following:

    Actual cash value may include a deduction for depreciation or an adjustment for appreciation, however caused.

4.  If Replacement Cost "terms" are a part of this policy, those "terms" are deleted and replaced by the following:

    **Replacement Cost** -- When replacement cost is shown on the "declarations" for covered property, the value of covered property will be based on the replacement cost without any deduction for depreciation.

The replacement cost is limited to the cost of repair or replacement with new materials of like kind and quality on the same site and used for the same purpose. The payment shall not exceed the amount "you" spend to repair or replace the damaged or destroyed property.

Replacement cost valuation does not apply until the damaged or destroyed property is repaired or replaced. "You" may make a claim for actual cash value before repair or replacement takes place, and later for the replacement cost if "you" notify "us" of "your" intent within 180 days after the loss.

5.  Under Other Conditions, the Appraisal condition is amended by the deletion of the following sentence:

    If there is an appraisal, "we" retain "our" right to deny the claim.

6.  Under Other Conditions, the Misrepresentation, Concealment, or Fraud condition is deleted and replaced by:

    **Misrepresentation, Concealment, or Fraud** -- This coverage is void if before or after a loss:

    a.  any insured has intentionally concealed or misrepresented:

        1)  a material fact or circumstance that relates to this insurance or the subject thereof; or
        2)  the insured's interest herein.

    b.  there has been fraud or false swearing by any insured with regard to a matter that relates to this insurance or the subject thereof.

7.  Under Other Conditions, the following addition amends Recoveries:

AAIS
**IM 3016 12 99**
**Page 2 of 2**

The Recoveries provision does not apply to a recovery that results from subrogation against others.

8. Under Other Conditions, the Subrogation condition is deleted and replaced by:

   **Subrogation** -- If "we" pay under this policy, "we" may require from an insured an assignment of the rights of recovery. "We" are not liable for a loss if an insured impairs "our" right to recover. "You" may waive "your" right to recover, in writing, before a loss occurs, without voiding coverage. If "we" pay a loss to or for an insured and the insured recovers from another party for the same loss, the insured will reimburse "us" as provided under Recoveries. If an insured assigns to "us" the rights of recovery under this provision and "we" recover from another party, "we" will make the insured whole before recovering for "our" loss.

9. Under Reporting Terms, if applicable, the following is added to Premium Adjustment:

   The minimum premium is not subject to a refund unless "we" cancel the policy.

**IM 3016 12 99**
Copyright, American Association of Insurance Services, 1999

# ARTISANS ADVANTAGE ENHANCED COVERAGE ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM**
**CAUSES OF LOSS – SPECIAL FORM**
**COMMERCIAL PROPERTY CONDITIONS**
**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

When this endorsement is attached to the policy, insurance under the Building and Personal Property Coverage Form, the Causes of Loss – Special Form, the Commercial Property Conditions and the Commercial General Liability Coverage Form is enhanced to provide the coverages described in this endorsement.  All other conditions of the policy continue to apply.

This coverage is subject to the provisions applicable to the Building and Personal Property Coverage Form, Causes of Loss – Special Form, the Commercial Property Conditions and the General Liability Coverage Form.

## SCHEDULE

| Coverage Enhancements | Limits of Insurance Each Location |
|---|---|
| **Property Coverage** | |
| Premises Boundary | 1,000 feet |
| | |
| **Property Coverage Extensions** | |
| Newly Acquired or Constructed Property | |
|     Buildings | $500,000. at Each Building |
|     Business Personal Property | $250,000. at Each Building |
| Personal Effects and Property of Others | $ 25,000. at Replacement Cost |
| Valuable Papers and Records (Other than Electronic Data) | $ 25,000. |
| Property Off-Premises (Including Laptops and Other Electronic Equipment) | $ 15,000. |
| Outdoor Property (Named Perils) | $ 1,000. per tree/shrub, max. limit $25,000. |
| Non-Owned Detached Trailers | $ 10,000. |
| Accounts Receivable | $ 50,000. |
| Property in Transit (Including Laptops and Other Electronic Equipment) | $ 15,000. |
| Fine Arts | $ 25,000. |
| | |
| **Property Additional Coverages** | |
| Debris Removal | $ 25,000. |
| Fire Department Service Charge | $ 5,000. |
| Pollutant Clean-up and Removal | $ 15,000. |
| Electronic Data | $ 25,000. |
| Interruption of Computer Operations | $ 15,000. |
| Arson Reward | $ 5,000. |
| Water Back-Up and Sump Overflow | $ 25,000. |
| Brands and Labels | $ 25,000. |
| Employee Theft | $ 10,000. |
| Business Income Including Extra Expense | $ 25,000. |
| Business Income from Dependent Properties | $ 10,000. |
| Claims Expenses | $ 10,000. |
| Inventory or Appraisal Cost | $ 5,000. |
| Money and Securities | |
|     Inside | $ 10,000. |
|     Outside | $ 5,000. |
| Off Premises Power Failure – Direct Damage | $ 10,000. |
| Ordinance or Law Coverage | |
|     Coverage A | Included within Building Limit. |
|     Coverages B and C Combined | 25% of Bldg. Limit, $150,000. maximum |
| Outdoor Signs | $ 10,000. |
| Recharging of Fire Extinguishers | $ 5,000. |
| Unauthorized Business Card Use | $ 5,000. |
| Forgery or Alteration | $ 10,000. |
| Salespersons Samples | $ 2,500. |

**Inland Marine Coverages**

| | |
|---|---|
| Installation Coverage | $ 10,000. |
| Contractors Equipment Coverages: | |
| Small Tools | $  5,000. (Maximum limit per item $1,000) |
| Employee Small Tools | $  1,000. (Maximum limit per item $250) |
| Leased and Rented Equipment | $  5,000. |
| Rental Reimbursement | $  1,000. |

**General Liability Additional Coverages**

| | |
|---|---|
| Blanket Additional Insured (Including Primary Non-Contributing Coverage) | Included in Each Occurrence Limit |
| Mobile Equipment Broadened Coverage | Included in Each Occurrence Limit |
| Aggregate Limit Per Project | Included in Each Occurrence Limit |
| Blanket Waiver | Included in Each Occurrence Limit |
| Voluntary Property Damage Coverage | $  2,500. |

The following applies to coverages under this endorsement only.

---

**Property Coverage**

---

The phrase 'within 100 feet of the described premises' used in Paragraphs **a.(5)(b)**, **b.** and **c.(2)** under **A.1. Covered Property** of the **BUILDING AND PERSONAL PROPERTY COVERAGE FORM** and Paragraph **2.c.(1)** under **C. Limitations** of the **CAUSES OF LOSS – SPECIAL FORM** is replaced by the phrase 'within 1,000 feet of the described premises'.

---

**Property Coverage Extensions**

---

Paragraph **A.5. Coverage Extensions** of the **BUILDING AND PERSONAL PROPERTY COVERAGE FORM** is deleted in its entirety and replaced by the following:

**5.   Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the described premises.

If a Coinsurance percentage of 80% or more or, a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a.   Newly Acquired Or Constructed Property**

**(1)   Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)**   Your new buildings while being built on the described premises; and

**(b)**   Buildings you acquire at locations, other than the described premises, intended for:

**(i)**   Similar use as the building described in the Declarations; or

**(ii)**   Use as a warehouse.

The most we will pay for loss or damage under this Extension is $500,000 at each building.

**(2)   Your Business Personal Property**

**(a)**   If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)**   Business personal property, including such property that you newly acquire, at any location you acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

**(ii)**   Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

**(iii)**  Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(b)**   This Extension does not apply to:

Includes copyrighted material of Insurance Services Office, Inc. and American Association of Insurance Services, Inc., with their permission

    **(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

    **(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to:

**(a)** Personal effects owned by you, your officers, your partners or members, your managers or your employees.

**(b)** Personal property of others in your care, custody or control.

This Extension does not apply to employee tools.

**(2)** The most we will pay for loss or damage under this Extension is $25,000 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**(3) Extension Of Replacement Cost To Personal Property Of Others**

**(a)** Replacement Cost coverage is extended to apply to personal property of others.

**(b)** Paragraphs **3.b.(1)** and **4.** under **G. Optional Coverages** of the **BUILDING AND PERSONAL PROPERTY COVERAGE FORM** are deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**(c)** With respect to replacement cost on the personal property of others the following limitation applies:

If an item of personal property of others is subject to a written contract which governs your liability for loss or damage to that item, then valuation of that item will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to direct physical loss or damage to valuable papers and records that you own, or that are in your care, custody or control, caused by or resulting from a Covered Cause of Loss. This Extension includes the cost to research lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** Coverage under this Extension is limited to the "specified causes of loss" as defined in the **CAUSES OF LOSS – SPECIAL FORM**, and Collapse as set forth in that form.

**(3)** This Extension does not apply to:

**(a)** Property held as samples or for delivery after sale;

**(b)** Property in storage away from the premises shown in the Declarations.

**(4)** Section **B. Exclusions** in the **CAUSES OF LOSS – SPECIAL FORM** does not apply to this Extension, except for:

**(a)** Paragraph **B.1.c.** Governmental Action;

**(b)** Paragraph **B.1.d.** Nuclear Hazard;

**(c)** Paragraph **B.1.f.** War And Military Action;

**(d)** Paragraph **B.2.f.**;

**(e)** Paragraph **B.2.g.**; and

**(f)** Paragraph **B.3.**

**(5)** The most we will pay under this Extension for loss or damage to valuable papers and records in any one occurrence at each described premises is $25,000.

For valuable papers and records not at a described premises, the most we will pay is $5,000 in any one occurrence.

Such amounts are additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

**d. Property Off–Premises (Including Laptops And Other Electronic Equipment)**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $15,000.

**e. Outdoor Property (Named Perils)**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, retaining walls (other than retaining walls that are a part of a building), radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Vandalism;

**(5)** Vehicle Damage;

**(6)** Riot or Civil Commotion; or

**(7)** Aircraft.

The most we will pay for loss or damage under this Extension is $25,000, but not more than $1,000 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**f. Non-Owned Detached Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

**(a)** The trailer is used in your business;

**(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

**(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

**(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

**(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Extension is $10,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**g. Accounts Receivable**

**(1)** You may extend the insurance that applies to Your Business Personal Property to accounts receivable. We will pay:

Includes copyrighted material of Insurance Services Office, Inc. and American Association of Insurance Services, Inc., with their permission

**(a)** All amounts due from your customers that you are unable to collect;

**(b)** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

**(c)** Collection expenses in excess of your normal collection expenses that are made necessary by "loss"; and

**(d)** Other reasonable expenses that you incur to re-establish your records of accounts receivable;

that result from direct physical loss or damage by any Covered Cause of Loss to your records of accounts receivable.

**(2)** The most we will pay under this Extension for loss or damage in any one occurrence at each described "premises" is $50,000.

**(3)** Section **B.Exclusions** in the **CAUSES OF LOSS – SPECIAL FORM** does not apply to this Extension, except for:

**(a)** Paragraph **B.1.c.** Governmental Action;

**(b)** Paragraph **B.1.d.** Nuclear Hazard;

**(c)** Paragraph **B.1.f.** War And Military Action;

**(d)** Paragraph **B.2.f.**;

**(e)** Paragraph **B.2.g.**; and

**(f)** Paragraph **B.3.**

**(4)** The following additional exclusion applies to the Extension:

We will not pay for:

**(a)** Loss or damage caused by or resulting from alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money," "securities" or other property.

This exclusion applies only to the extent of the wrongful giving, taking or withholding.

**(b)** Loss or damage caused by or resulting from bookkeeping, accounting or billing errors or omissions.

**(c)** Any loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

**h. Property In Transit (Including Laptops And Other Electronic Equipment)**

**F.1.** under **Additional Coverage Extensions** of the **CAUSES OF LOSS – SPECIAL FORM** is deleted and replaced with the following:

**1. Property In Transit (Including Laptops And Other Electronic Equipment)**

This Extension applies only to your personal property to which this form applies.

**a.** You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 1,000 feet from the described premises.  Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

**b.** Loss or damage must be caused by or result from one the following causes of loss:

**(1)** Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

**(2)** Vehicle collision, upset or overturn.  Collision means accidental contact of your vehicle with another vehicle or object.  It does not mean your vehicle's contact with the road bed.

**(3)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle.  There must be visible marks of the forced entry.

**c.** The most we will pay for loss or damage under this Extension is $15,000.

**i. Fine Arts**

**(1)** You may extend the insurance that applies to Your Business Personal Property to cover "fine arts" owned by you and located on the premises described in the Declarations

**(2)** In addition to the exclusions in **CAUSES OF LOSS – SPECIAL FORM** we will not pay for loss or damage caused   by or resulting from repairing, restoration, or retouching processes.

**(3)** In the event of loss or damage, we will pay the actual cash value of the item.  The actual cash value will be the price you paid for the item, or the value as determined by an appraisal of the item not more than 360 days prior to the date of loss or damage.  In no event will the actual cash value exceed the amount necessary to repair or replace the item with substantially like property.

**(4)** The most we will pay for "fine arts" at any premises described in the Declarations is $25,000.

Each of these Extensions is additional insurance unless otherwise indicated.  The Additional Condition, Coinsurance, does not apply to these Extensions.

---

**Property Additional Coverages**

---

The following are Additional Coverages.  The Additional Condition, Coinsurance, does not apply to these coverages.

**A. Debris Removal**

**A.4.a.** of the **BUILDING AND PERSONAL PROPERTY COVERAGE FORM** is deleted and replaced as follows:

**a. Debris Removal**

**(1)** Subject to Paragraphs **(3)** and **(4),** we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Extract "pollutants" from land or water; or

**(b)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4),** the following provisions apply:

**(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

**(4)** We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)**  The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5) Examples**

**Example #1**

| | |
|---|---|
| Limit of Insurance | $  90,000 |
| Amount of Deductible | $      500 |
| Amount of Loss | $  50,000 |
| Amount of Loss Payable | $  49,500 |
| ($50,000 – $500) | |
| Debris Removal Expense | $  10,000 |
| Debris Removal Expense Payable | $  10,000 |
| ($10,000 is 20% of $50,000) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example #2**

| | |
|---|---|
| Limit of Insurance | $  90,000 |
| Amount of Deductible | $      500 |
| Amount of Loss | $  80,000 |
| Amount of Loss Payable | $  79,500 |
| ($80,000 – $500) | |
| Debris Removal Expense | $  35,500 |

Includes copyrighted material of Insurance Services Office, Inc. and American Association of Insurance Services, Inc., with their permission

Debris Removal Expense

Payable

| | | |
|---|---|---|
| Basic Amount | $ | 10,500 |
| Additional Amount | $ | 25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500). The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($35,500) exceeds 25% of the loss payable plus the deductible ($35,500 is 44.375% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $35,500 = $115,000) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4)**. Thus the total payable for debris removal expense in this example is $35,500.

**B.   Fire Department Service Charge**

**A.4.c.** of the **BUILDING AND PERSONAL PROPERTY COVERAGE FORM** is deleted and replaced as follows:

**c.   Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $5,000 for your liability for fire department service charges:

**(1)**  Assumed by contract or agreement prior to loss; or

**(2)**  Required by local ordinance.

No Deductible applies to this Additional Coverage.

**C.   Pollutant Clean-up And Removal**

**A.4.d.** of the **BUILDING AND PERSONAL PROPERTY COVERAGE FORM** is deleted and replaced as follows:

**d.   Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $15,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

**D.   Electronic Data**

**A.4.f.** of the **BUILDING AND PERSONAL PROPERTY COVERAGE FORM** is deleted and replaced as follows:

**f.   Electronic Data**

**(1)**  Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)**  Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data, which has been destroyed or corrupted by a Covered Cause of Loss.  To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)**  In addition to the "specified causes of loss" as defined in the **CAUSES OF LOSS – SPECIAL FORM**, and Collapse as set forth in that form, the following are covered causes of loss:

**(a)**  A virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation.  But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

**(b)**  Changes in your electrical power supply, including interruption, power surge, blackout or brownout, if the cause of such event originates 100 feet or less from any premises described in the Declarations;

**(c)**  Dishonest acts committed by your employees acting alone or in collusion with other persons, except you or your partners, directors or trustees, but theft by employees is not covered;

    **(d)** Dampness or dryness of atmosphere or changes in or extremes of temperature;

    **(e)** Floods, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not; and

    **(f)** Earth movement, such as an earthquake, landslide or earth sinking, rising or shifting.

**(4)** The most we will pay under this **Additional Coverage – Electronic Data** is $25,000 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved.

## E. Interruption Of Computer Operations

We will pay your necessary "Extra Expense" to continue normal operations caused by an interruption in computer operations due to destruction or corruption of your electronic data due to a Covered Cause of Loss.

We will also pay for your actual "Business Income" if you must close all or part of your business due to destruction or corruption of your electronic data due to a Covered Cause of Loss.

The most we will pay under this coverage is $15,000 for any one occurrence.

Under this **Additional Coverage – Interruption Of Computer Operations**, electronic data has the meaning set forth in Paragraph **5. Limitation – Interruption of Computer Operations** included in **Additional Coverage – Business Income Including Extra Expense** of this form.

## F. Arson Reward

We will reimburse you for an arson reward that you give to someone who discloses information that leads to the conviction of a person or persons for arson at the premises described in the Declarations.

The most we will pay under this coverage is $5,000 each occurrence.

## G. Water Back-Up And Sump Overflow

**1.** We will pay for direct physical loss or damage to Covered Property caused by or resulting from:

    **a.** Water which backs up through or overflows from a sewer or drain; or

    **b.** Water which overflows from a sump, even if the overflow results from mechanical breakdown of a sump pump or its related equipment.

However, with respect to Paragraph **b.** above, we will not pay the cost of repairing or replacing a sump pump or its related equipment in the event of mechanical breakdown.

**2.** The coverage described in Paragraph **1.** above does not apply to loss or damage resulting from an insured's failure to:

    **a.** Keep a sump pump or its related equipment in proper working condition; or

    **b.** Perform the routine maintenance or repair necessary to keep a sewer or drain free from obstructions.

**3.** The most we will pay under this coverage is $25,000 each occurrence.

**4.** With respect to the coverage provided in this **Additional Coverage – Water Back-Up and Sump Overflow**, Paragraph **3.** of the **Water Exclusion** included in this Policy does not apply.

## H. Brands And Labels

If branded or labeled merchandise that is Covered Property is damaged by a Covered Cause of Loss, we may take all or part of the property at an agreed or appraised value.  If so, you may:

**1.** Stamp the word 'Salvage' on the merchandise or its containers, if the stamp will not physically damage the merchandise; or

**2.** Remove the brands and labels, if doing so will not physically damage the merchandise or its containers to comply with the law.

We will pay reasonable costs you incur to perform the activity described in Paragraphs **1.** and **2.** above.  The most we will pay for these costs and the value of the damaged property under this Additional Coverage is $25,000.

Payments under this Additional Coverage are subject to and not in addition to the Limits of Insurance.

## I. Employee Theft

**1.** We will pay for direct loss of or damage to Your Business Personal Property and your "money" and "securities" resulting from "theft" committed by any of your "employees" acting alone or in collusion with other persons (except you or your partners, members or managers) with the manifest intent to:

    **a.** Cause you to sustain loss or damage; and also

    **b.** Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

        **(1)** Any "employee"; or

        **(2)** Any other person or organization.

Includes copyrighted material of Insurance Services Office, Inc. and American Association of Insurance Services, Inc., with their permission

2. We will not pay for loss or damage:

    **a.** Resulting from any dishonest or criminal act that you or any of your partners, members, officers, "managers," directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose commit, whether acting alone or in collusion with other persons; or

    **b.** The only proof of which as to its existence or amount is one or both of the following:

        **(1)** An inventory computation; or

        **(2)** A profit and loss computation.

3. The most we will pay under this Additional Coverage for loss or damage in any one occurrence is $10,000.

4. All loss or damage:

    **a.** Caused by one or more "employees"; and

    **b.** Involving a single act or series of related acts;

    is considered one occurrence.

5. We will pay only for loss or damage you sustain through acts committed or events occurring during the policy period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

6. This Additional Coverage does not apply to loss caused by an "employee" after discovery by:

    **a.** You; or

    **b.** Any of your partners, officers or directors, or members or "managers" not in collusion with the "employee";

    of any "theft" or any other dishonest act committed by that "employee" before or after being hired by you.

7. **Extended Period To Discover Loss**

    **a.** We will pay for loss that you sustained prior to the effective date of termination or cancellation of this policy, which is discovered by you no later than 1 year from the date of that termination or cancellation.

    **b.** However, this extended period to discover loss terminates immediately upon the effective date of any other insurance obtained by you replacing in whole or in part the insurance afforded by this policy, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

8. If you discover a loss or damage during the policy period that you (or any predecessor in interest) sustained during the period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Additional Coverage, provided:

    **a.** This Additional Coverage became effective at the time of cancellation or termination of the prior insurance; and

    **b.** The loss or damage would have been covered by this Additional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

9. The insurance under Paragraph **8.** above is provided within, and not in addition to, the Limit of Insurance applying to this Additional Coverage and is limited to the lesser of the amount recoverable under:

    **a.** This Additional Coverage as of its effective date; or

    **b.** The prior insurance, had it remained in effect.

10. None of the exclusions in Section **B. Exclusions** of the **CAUSES OF LOSS – SPECIAL FORM** apply to Employee Theft Coverage provided under this endorsement except:

    **a. B.1.c. Governmental Action;**

    **b. B.1.d. Nuclear Hazard;** and

    **c. B.1.f. War And Military Action.**

11. We will not pay for loss as specified below:

    **a. Acts Committed by You or Your Partners**

    Loss resulting from any dishonest or criminal act committed by your or any of your partners whether acting alone or in collusion with other persons.

    **b. Indirect Loss**

    Loss that is an indirect result of any act or occurrence covered by this insurance including, but not limited to, loss resulting from:

        **(1)** Your inability to realize income that you would have realized had there been no loss of, or loss from damage to "money" and "securities".

        **(2)** Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this Additional Coverage.

**(3)** Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this Additional Coverage.

    **c.** **Legal Expenses**

        Expenses related to any legal action.

**12. Ownership Of Property; Interests Covered**

    The property covered under this Additional Coverage is limited to property:

    **a**. That you own or lease;

    **b.** That you hold for others; or

    **c.** For which you are legally liable, except for property inside the premises of a "client" of yours.

    However, this coverage is for your benefit only.  It provides no rights or benefits to any other person or organization.  Any claim for loss that is covered under this coverage must be presented by you.

**13. Valuation – Settlement**

    Subject to the Limit of Insurance, we will pay for:

    **a.** Loss of "money" but only up to and including its face value.  We may, at our option, pay for loss of "money" issued by any country other than the United States of America:

        **(1)** At face value in the "money" issued by that country; or

        **(2)** In the United States of America dollar equivalent determined by the rate of exchange published in The Wall Street Journal on the day the loss was discovered.

    **b.** Loss of "securities" but only up to and including their value at the close of business on the day that loss was discovered.  We may, at our option:

        **(1)** Pay the value of such "securities" or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those "securities";

        **(2)** Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities." However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:

            **(a)** Value of the "securities" at the close of business on the day the loss was discovered; or

            **(b)** Limit of Insurance.

**J.** **Business Income Including Extra Expense**

    **1.** **Coverage**

        **a.** **Business Income**

            Business Income means the:

            **(1)** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

            **(2)** Continuing normal operating expenses incurred, including payroll.

            For manufacturing risks, Net Income includes the net sales value of production.

            Business Income includes "Rental Value."

            We will pay the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration." The "suspension" must be caused by direct physical loss of or damage to property at the premises described in the Declarations, including personal property in the open (or in a vehicle) within 1,000 feet, caused by or resulting from any Covered Cause of Loss.

        **b.** **Extra Expense**

            Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

            We will pay Extra Expense (other than the expenses to repair or replace property) to:

            **(1)** Avoid or minimize the "suspension" of business and to continue operations at the premises described in the Declarations or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location;

            **(2)** Minimize the "suspension" of business if you cannot continue "operations."

            We will pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage.

        Includes copyrighted material of Insurance Services Office, Inc. and American Association of Insurance Services, Inc., with their permission        MP 97 67 10 10

**2. Additional Coverages**

**a. Alterations And New Buildings**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

**(1)** New buildings or structures, whether complete or under construction;

**(2)** Alterations or additions to existing buildings or structures; and

**(3)** Machinery, equipment, supplies or building materials located on or within 1,000 feet of the described premises and:

**(a)** Used in the construction, alterations or additions; or

**(b)** Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations," the "period of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

**b. Civil Authority**

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided both of the following apply:

**(1)** Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

**(2)** The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

**(1)** Four consecutive weeks after the date of that action; or

**(2)** When Civil Authority for Business Income ends;

whichever is later.

**c. Extended Business Income**

**(1) Business Income Other Than "Rental Value"**

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this additional coverage, we will pay for the actual loss of Business Income you incur during the period that:

**(a)** Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore your "operations," with reasonable speed, to the level which would generate the "business income" amount that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 30 consecutive days after the date determined in **(1)(a)** above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(2) "Rental Value"**

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this additional coverage, we will pay for the actual loss of "Rental Value" you incur during the period that:

**(a)** Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 30 consecutive days after the date determined in **(2)(a)** above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

## 3. Limits of Insurance

The most we will pay for loss under this **Additional Coverage - Business Income Including Extra Expense** in any one occurrence is $25,000.

Payments under the following additional coverages will not increase the applicable Limit of Insurance:

**a.** Alterations and New Buildings;

**b.** Civil Authority; or

**c.** Extended Business Income.

## 4. Valuation

The following is added to **E.7. Valuation** of the **BUILDING AND PERSONAL PROPERTY COVERAGE FORM**:

**g.** The amount of Business Income loss will be determined based on:

**(1)** The Net Income of the business before the direct physical loss or damage occurred;

**(2)** The likely Net Income of the business if no loss or damage occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

**(3)** The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

**(4)** Other relevant sources of information, including:

**(a)** Your financial records and accounting procedures;

**(b)** Bills, invoices and other vouchers; and

**(b)** Deeds, liens or contracts.

**h.** The amount of Extra Expense will be determined based on:

**(1)** All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred.  We will deduct from the total of such expenses:

**(a)** The salvage value that remains of any property bought for temporary use during the "period of restoration" once "operations" are resumed; and

**(b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

**(2)** Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

## i. Loss Payment

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Additional Coverage and:

**(1)** We have reached an agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

## j. Resumption of Operations

We will reduce the amount of your:

**(1)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations," in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**(2)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

If you do not resume "operations," or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

   Includes copyrighted material of Insurance Services Office, Inc. and American Association of Insurance Services, Inc., with their permission

**5. Limitation – Interruption of Computer Operations**

    **a.** Coverage for Business Income does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the **Additional Coverage – Interruption Of Computer Operations**.

    **b.** Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the **Additional Coverage – Interruption Of Computer Operations**.

    **c.** Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**K. Business Income From Dependent Properties**

    **1.** We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the coverage period. The "suspension" must be caused by direct physical loss of or damage at the premises of a dependent property caused by or resulting from a Covered Cause of Loss.

    However, this Additional Coverage does not apply when the only loss to dependent property is loss or damage to electronic data, including destruction or corruption of electronic data. If the dependent property sustains loss or damage to electronic data and other property, coverage under this Additional Coverage will not continue once the other property is repaired, rebuilt or replaced. Electronic data has the meaning set forth in Paragraph **5. Limitation – Interruption of Computer Operations** included in **Additional Coverage – Business Income Including Extra Expense** of this form.

    The most we will pay under this Additional Coverage is $10,000 in any one occurrence.

    **2.** We will reduce the amount of your Business Income loss, other than Extra Expense, to the extent you can resume "operations," in whole or in part, by using any other available:

        **a.** Source of materials; or

        **b.** Outlet for your products.

    **3.** If you do not resume "operations," or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

    **4.** Business Income, as it pertains to this **Additional Coverage – Business Income From Dependent Properties**, means:

        **a.** Net income (net profit or loss before income taxes) that would have been earned or incurred if no physical loss or damage had occurred, but not including any net income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss; and

        **b.** Continuing normal operating expenses incurred, including ordinary payroll.

    **5.** Dependent property means property operated by others whom you depend on to:

        **a.** Deliver materials or services to you, or to others for your account. But services does not mean water, communication or power supply services;

        **b.** Accept your products or services;

        **c.** Manufacture your products for delivery to your customers under contract for sale; or

        **d.** Attract customers to your business.

    The dependent property must be located in the coverage territory of this policy.

    **6.** The coverage period for Business Income under this Additional Coverage:

        **a.** Begins 72 hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the premises of the dependent property; and

        **b.** Ends on the date when the property at the premises of the dependent property should be repaired, rebuilt or replaced with reasonable speed and similar quality.

    **7.** The Business Income coverage period, as stated in Paragraph **6.**, does not include any increased period required due to the enforcement of any ordinance or law that:

        **a.** Regulates the construction, use or repair, or requires the tearing down, of any property; or

        **b.** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

    The expiration date of this policy will not reduce the Business Income coverage period.

**L. Claims Expenses**

In the event of covered loss or physical damage we will pay up to $10,000 in any one occurrence as an additional Limit of Insurance to cover reasonable expenses incurred by you at our specific request to assist us in:

**1.** The investigation of a claim or suit; or

**2.** The determination of the amount of loss, such as taking inventory, or auditing business records.

**M. Inventory Or Appraisal Cost**

We will pay up to $5,000 each occurrence for the cost of any inventory or appraisal required as a result of direct physical loss or damage to covered property caused by or resulting from a Covered Cause of Loss.

**N. Money And Securities**

**1.** We will pay for loss of "money" and "securities" used in your business caused by "theft," disappearance or destruction. The most we will pay for loss in any one "occurrence" under this coverage is:

    **a.** $10,000 for "money" and "securities" while inside the "premises" or a "banking premises."

    **b.** $5,000 for "money" and "securities" while in the care and custody of a "messenger."

**2. Additional Exclusions Applicable to Money And Securities**

We will not pay for loss as specified below:

    **a.** Loss resulting from accounting or arithmetical errors or omissions;

    **b.** Loss resulting from the giving or surrendering of property in any exchange or purchase.

    **a.** Loss of property contained in any money operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

    **d.** Loss resulting from any dishonest or criminal act committed by any of your "employees," directors, trustees or authorized representatives:

        **(1)** Acting alone or in collusion with other persons; or

        **(2)** While performing services for you or otherwise.

    **e.** Loss of property after it has been transferred or surrendered to a person or place outside the "premises" or "banking premises."

        **(1)** On the basis of unauthorized instructions; or

        **(2)** As a result of a threat to do:

            **(a)** Bodily harm to any person; or

            **(b)** Damage to any property.

        **(3)** But, this exclusion does not apply to loss of "money" and "securities" while outside the "premises" or "banking premises" in the care and custody of a "messenger" if you:

            **(a)** Had no knowledge of any threat at the time the conveyance began; or

            **(b)** Had knowledge of a threat at the time the conveyance began, but the loss was not related to the threat.

    **f.** Loss resulting from your, or anyone acting on your express or implied authority, being induced by any dishonest act to voluntarily part with title to or possession of any property.

**3. Additional Conditions**

    **a.** The reference to "money" and "securities" in Subparagraph **A.2.a. Property Not Covered** of the **BUILDING AND PERSONAL PROPERTY COVERAGE FORM** does not apply to the coverage provided by this form.

    **b.** You must keep records of all "money" and "securities" so we can verify the amount of loss or damage.

**O. Off Premises Power Failure – Direct Damage**

**1.** With respect to coverage provided in this **Additional Coverage – Off Premises Power Failure – Direct Damage**, Exclusion **B.1.e.** of the **CAUSES OF LOSS – SPECIAL FORM** is deleted in its entirety and replaced as follows:

    **e. Utility Services**

    The failure of utility service (other than Power Supply Service) supplied to the described premises, however caused, if the failure occurs away from the described premises.  Failure includes lack of sufficient capacity and reduction in supply.

    But if the failure of utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

    This exclusion does not apply to the Business Income coverage or to Extra Expense coverage.  Instead, the Special Exclusion in Paragraph **B.4.a.(1)** applies to these coverages.

Includes copyrighted material of Insurance Services Office, Inc. and American Association of Insurance Services, Inc., with their permission

2. The following Additional Coverage is added:

**Off Premises Power Failure – Direct Damage**

   **a.** We will pay for loss of or damage to Covered Property caused by an interruption in Power Supply Service to the described premises.  The interruption in Power Supply Service must result from direct physical loss or damage by a Covered Cause of Loss to property that is located off the described premises.

   **b.** Coverage under this Additional Coverage does not apply to loss or damage to electronic data, including destruction or corruption of electronic data.  The term electronic data has the meaning set forth in Paragraph **5. Limitation – Interruption of Computer Operations** included in **Additional Coverage – Business Income Including Extra Expense** of this form.

   **c.** Power Supply Service means the following types of property supplying electricity, steam or gas to the described premises:

      **(1)** Utility generating plants;

      **(2)** Switching stations;

      **(3)** Substations;

      **(4)** Transformers; and

      **(5)** Transmission lines, including overhead transmission lines.

   **d.** The most we will pay for any one occurrence is $10,000.

**P. Ordinance Or Law Coverage**

Exclusion **B.1.a. Ordinance Or Law** of the **CAUSES OF LOSS – SPECIAL FORM** is deleted and the following coverage applies:

1. Ordinance or Law Coverage applies only if the following is satisfied.

   **a.** The ordinance or law:

      **(1)** Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

      **(2)** Is in force at the time of loss.

      But coverage under this endorsement applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this endorsement.

   **b.** **(1)** The building sustains direct physical damage that is covered under this policy and such damage results in enforcement of the ordinance or law; or

      **(2)** The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of the ordinance or law.

      **(3)** But if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this additional coverage even if the building has also sustained covered direct physical damage.

   **c.** In the situation described in **1.b.(2)** above, we will not pay the full amount of loss otherwise payable under the terms of **Coverage A** and/or **Coverage B and C Combined** of this additional coverage.  Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

      However, if the covered direct physical damage, alone, would have resulted in enforcement of the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of **Coverages A** and/or **B and C Combined** of this endorsement.

2. Under this coverage, we will not pay for loss due to any ordinance or law that:

   **a.** You were required to comply with before the loss, even if the building was undamaged; and

   **b.** You failed to comply with.

3. Under this coverage, we will not pay for:

   **a.** Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus," wet or dry rot or bacteria; or

   **b.** The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants," "fungus," wet or dry rot or bacteria.

**4. Coverage A:  Coverage for Loss to the Undamaged Portion of the Building**

**a.** If a Covered Cause of Loss occurs to covered building property at the premises described in the Declarations, we will pay for the loss in value of the undamaged portion of the building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building.

**b. Coverage A** is included within the Limit of Insurance applicable to the covered building property at the premises described in the Declarations.  **Coverage A** does not increase the Limit of Insurance.

**c.** Loss will be determined as follows:

**(1)** If the Replacement Cost Coverage Option applies and the property is repaired or replaced, on the same premises or another premises, we will not pay more than the lesser of:

**(a)** The amount you actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

**(b)** The Limit of Insurance shown in the Declarations as applicable to the covered building property.

**(2)** If the Replacement Cost Coverage Option applies and the property is **not** repaired or replaced, or if the Replacement Cost Coverage Option does **not** apply, we will not pay more than the lesser of:

**(a)** The actual cash value of the building at the time of loss; or

**(b)** The Limit of Insurance shown in the Declarations as applicable to the covered building property.

**5. Coverages B:  Demolition Cost and C: Increased Cost of Construction (Combined)**

If a Covered Cause of Loss occurs to covered building property, we will pay up to 25 percent (25%) of the Limit of Insurance applicable to building property at the premises described in the Declarations, subject to a maximum limit of $150,000, for the total of all covered losses (combined) for Demolition Cost and Increased Cost of Construction.  Subject to these limits of coverage, the following conditions will apply:

**a. Demolition Cost**

**(1)** With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

**(2)** The Coinsurance Additional Condition does not apply to Demolition Cost.

**(3)** We will not pay more than the amount you actually spend to demolish and clear the site of the premises described in the Declarations.

**b. Increased Cost of Construction**

**(1)** With respect to the building that has sustained covered direct physical damage, we will pay the increased cost to:

**(a)** Repair or reconstruct damaged portions of that building property; and/or

**(b)** Reconstruct or remodel undamaged portions of that building property, whether or not demolition is required;

when the increased cost is a consequence of enforcement of the minimum requirements of the ordinance or law.

However:

**(a)** This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

**(b)** We will not pay for increased cost of construction if the building is not repaired, reconstructed or remodeled.

The Coinsurance Additional Condition does not apply to Increased Cost of Construction**.**

**(2)** When covered building property is damaged or destroyed by a Covered Cause of Loss and Increased Cost of Construction applies to that property in accordance with **b.(1)** above, coverage for the Increased Cost of Construction also applies to repair or reconstruction of the following, subject to the same conditions stated in **b.(1)**:

**(a)** The cost of excavations, grading, backfilling and filling;

**(b)** Foundation of the building;

**(c)** Pilings; and

**(d)** Underground pipes, flues and drains.

The items listed in **(2)(a)** through **(2)(d)** above are deleted from Property Not Covered, but only with respect to the coverage described in this provision **5.b.**

**(3)** Loss Payment will be determined as follows:

   Includes copyrighted material of Insurance Services Office, Inc. and American Association of Insurance Services, Inc., with their permission

**(a)** We will not pay:

    **(i)** Until the property is actually repaired or replaced, at the same or another premises; and

    **(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years.  We may extend this period in writing during the two years.

**(b)** If the building is repaired or replaced at the same premises, or you elect to rebuild at another premises, the most we will pay is the increased cost of construction at the same premises.

## Q.  Outdoor Signs

**1.** We will pay for direct physical loss of or damage to all Outdoor Signs at the premises described in the Declarations:

    **a.** owned by you; or

    **b.** owned by others but in your care, custody or control.

**2.** None of the exclusions in Section **B. Exclusions** of the **CAUSES OF LOSS – SPECIAL FORM** apply to Outdoor Signs provided under this coverage except:

    **a.** **B.1.c. Governmental Action**;

    **b.** **B.1.d. Nuclear Hazard**; and

    **c.** **B.1.f. War and Military Action**.

**3.** We will not pay for loss or damage caused by or resulting from:

    **a.** wear and tear;

    **b.** hidden or latent defect;

    **c.** rust;

    **d.** corrosion; or

    **e.** mechanical breakdown.

The most we will pay for loss of or damage in any one occurrence is $10,000.

## R.  Recharging Of Fire Extinguishers

We will pay for expenses you incur for the recharging of Fire Extinguishers made necessary by the fighting of a fire at the premises described in the Declarations or adjacent to such property.

The most we will pay for any one occurrence is $5,000.

## S.  Unauthorized Business Card Use

We will pay for the loss of "money" resulting from theft, forgery or unauthorized use of credit, debit or charge cards issued in the business name to you, your partners or officers, including:

**1.** Fund transfer cards;

**2.** Charge plates; and

**3.** Telephone cards.

The most we will pay under this Additional Coverage during each 12 month period of this policy (including any extension of less than one year), is $5,000.

We will not pay for loss resulting from the use of any credit, debit or charge card if not customarily used in your business.

## T.  Forgery Or Alteration

**1.** We will pay for loss resulting directly from "forgery" or alteration of checks, drafts, promissory notes, or similar written promises, orders or directions to pay a sum certain in "money" that are:

    **(a)** Made or drawn by or drawn upon you; or

    **(b)** Made or drawn by one acting as your agent;

    or that are purported to have been so made or drawn.

    For the purposes of this Insuring Agreement, a substitute check as defined in the Check Clearing for the 21st Century Act shall be treated the same as the original it replaced.

**2.** If you are sued for refusing to pay any instrument covered in Paragraph **1.** above**,** on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur and pay in that defense.

**3.** The most we will pay for any loss in any one "occurrence" including legal expenses is $10,000.

## U.  Salespersons Samples

**1.** We will pay for loss of or damage to Covered Property from a Covered Cause of Loss to samples (including their containers) of your stock in trade that are:

    **(a)** Owned by you; or

**(b)** The property of others for which you are legally liable.

But this coverage applies only while such property is:

**(a)** In the custody of your salespersons or authorized sales representatives;

**(b)** In your custody, if you are an individual, while you are acting as a salesperson; or

**(c)** In due course of transit to or from your premises and your salespersons or authorized sales representatives.

**3.** **Additional Exclusion Applicable to Salespersons Samples**

We will not pay for loss as specified below:

Theft from an unattended vehicle unless at the time of theft, its windows, doors and compartments were closed and locked and there are visible signs that the theft was the result of forced entry.

**4.** The most we will pay under this coverage is $2,500 in any one occurrence.

---

**Inland Marine Coverages**

---

The following coverages are added under **4. Additional Coverages** of the **BUILDING AND PERSONAL PROPERTY COVERAGE FORM**. The Additional Condition, Coinsurance, does not apply to these coverages.

**A.** **Installation Coverage**

**1.** **Coverage**

**a.** We will pay for loss of or damage to the following property:

**(1)** Materials, supplies, equipment, machinery and fixtures owned by you or in your care, custody or control, and which are to be installed by you or at your direction; and

**(2)** Temporary structures built or assembled by you on site, including cribbing, scaffolding and construction forms.

This property is covered while:

**(1)** At any job site you do not own, lease or operate;

**(2)** Awaiting and during installation, or awaiting acceptance by the purchaser;

**(3)** At a "temporary storage location."

But property in transit is not covered except as provided under Property Extension – Property In Transit.

**b.** This Additional Coverage does not apply to:

**(1)** An existing building or structure to which an addition, alteration, improvement or repair is being made;

**(2)** Property stored at a permanent warehouse or storage yard that you own;

**(3)** A plan, blueprint, design or specification; and

**(4)** Machinery, tools, equipment, supplies or similar property that will not become a permanent part of the project. This includes contractors equipment and other tools belonging to a contractor or sub-contractor.

**c.** We will not pay for loss or damage caused by or resulting from any of the following:

**(1)** The cost to make good or replace faulty or defective materials or workmanship;

**(2)** Penalties for noncompletion or non-compliance with any contract terms or conditions;

**(3)** Testing including stand-up performance, stress, pressure, overload testing of the covered property;

**(4)** A fault, defect, deficiency, error or omission in a plan, blueprint, design or specification; or

**(5)** The weight of a load when it exceeds the designed capacity of any property covered under this Additional Coverage to lift, move or support the load from any position.

**2.** The following is added to **E.7. Valuation** of the **BUILDING AND PERSONAL PROPERTY COVERAGE FORM:**

**f.** As respects your materials, supplies, machinery, fixtures and equipment and similar property of others in your care, custody or control which will become a permanent part of your installation, fabrication or erection project, the value of covered property may be valued as follows:

**(1)** **Actual Cost to Repair, Replace or Rebuild.** The value of covered property will be based on the lesser of the following accounts:

**(a)** The actual cost to repair, replace or rebuild the covered property with materials of like kind and quality. The actual cost may include material, labor and reasonable overhead expenses; or

**(b)** The amount you actually spend to repair, replace or rebuild the covered property.

Includes copyrighted material of Insurance Services Office, Inc. and American Association of Insurance Services, Inc., with their permission

This valuation provision does not apply to Paragraphs **(2)** or **(3)** below.

 **(2) Pair or Set.** The value of a lost or damaged article which is part of a pair or set is based on a reasonable proportion of the value of the entire pair or set. The loss is not considered a total loss of the pair or set.

 **(3) Loss to Parts.** The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

**3. Limit of Insurance**

The most we will pay for loss or damage to property covered under this Additional Coverage is $10,000 per occurrence.

This is the most we will pay regardless of:

 **a.** The number of job sites you do not own, lease or operate; or

 **b.** "Temporary storage locations."

**4.** With respect to this coverage, **Installation Coverage**, Section **D. Deductible** of the **BUILDING AND PERSONAL PROPERTY COVERAGE FORM** is deleted and replaced by the following:

 **D. Deductible**

 We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds $500. We will then pay the amount of loss or damage in excess of $500 up to the applicable limit of insurance.

**5.** Paragraph **e.** of **C.1. Limitations** of the **CAUSES OF LOSS – SPECIAL FORM** is replaced by the following:

 **e.** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

 But, this limitation does not apply to covered property in the custody of a carrier for hire.

**6.** The following are added to **F. Additional Conditions** of the **BUILDING AND PERSONAL COVERAGE FORM:**

 **3. Carriers for Hire**

 You may accept bills of lading or shipping receipts issued by carriers for hire that limit their liability to less than the actual cash value of the covered property.

 **4.** Coverage provided under the Installation Coverage will end when one of the following first occurs:

  **(1)** This policy expires or is cancelled;

  **(2)** The property covered under this Additional Coverage is accepted by the purchaser;

  **(3)** Your interest in the property covered under this Additional Coverage ceases;

  **(4)** You abandon the project to be performed by you for the purchaser, with no intention to complete it;

  **(5)** 90 days after the project to be performed by you for the purchaser is completed, unless we specify a different date in writing.

**B. Contractors Equipment Coverage**

**1. Your "Small Tools" and "Small Tools" Owned by Your Employees**

We will pay for your "small tools" and "small tools" owned by your employees. The most we will pay is as follows:

Limit for Your "Small Tools":        $5,000. (maximum limit per item $1,000)

Limit for "Small Tools" Owned by Your Employees:    $1,000. (maximum limit per item $250)

**Leased and Rented Equipment**

We will pay for contractors' equipment that is leased or rented from others to you. Contractors' equipment means machinery, equipment, and tools of a mobile nature that you use in your contracting, installation, erection, or moving operations or projects. The most we will pay for property leased or rented from others is $5,000.

 **a.** Coverage applies only to covered property while:

  **(1)** At the described premises;

  **(2)** On a "client's" premises; or

  **(3)** In transit directly between the described premises and a "client's" premises and while in a motor vehicle owned, leased or operated by the named insured.

 **b.** The coverage provided by this Additional Coverage applies only to loss caused by or resulting from the following causes of loss and only if they are Covered Causes of Loss:

  **(1)** Fire;

  **(2)** Lightning;

  **(3)** Explosion;

  **(4)** Aircraft;

**(5)** Vandalism and malicious mischief; or

**(6)** Theft.

**c.** The following is added to **A.2. Property Not Covered** of the **BUILDING AND PERSONAL PROPERTY COVERAGE FORM**:

**r.** Property while stored or operated underground in connection with any mining operations.

**d.** The following is added to Paragraph **2.** of **B. Exclusions** of the **CAUSES OF LOSS - SPECIAL FORM**:

**n.** We will not pay for loss or damage caused by puncture, blowout and road damage to tires and tubes mounted on vehicles. However, we do pay for puncture, blowout or road damage caused by a specified peril.

**o.** We will not pay for loss caused by humidity, dampness, dryness or changes in or extremes of temperature.

**p.** We will not pay for loss caused by the weight of a load which, under the operating conditions at the time of a loss, exceeds the registered lifting capacity of any equipment or machine.

**q.** We will not pay for loss due to theft or mysterious disappearance from any vehicle or attached container. We will pay for loss due to burglary when there are signs of forcible entry to a locked vehicle or container.

**e.** **E.7. Valuation** of the **BUILDING AND PERSONAL PROPERTY COVERAGE FORM** is deleted and replaced by the following:

**7.** **Valuation**

We will determine the value of covered property in the event of loss or damage as follows:

**a.** At actual cash value at the time of the loss (with a deduction for depreciation) except as provided in Paragraphs **b.** and **c.** following.

**b.** **Pair or Set**. The value of a lost or damaged article which is part of a pair or set is based on a reasonable proportion of the value of the entire pair or set. The loss is not considered a total loss of the pair or set.

**c.** **Loss to Parts**. The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

**2.** **Rental Reimbursement**

In the event of loss by a covered peril to covered contractors' equipment that you own, we will reimburse you for your expense to rent similar equipment while your equipment is inoperable. The most we will reimburse you for rental reimbursement expenses is $1,000. We will continue to reimburse you for the rental of equipment after the expiration date of this coverage provided the loss occurred before the expiration date.

We will not reimburse you:

**a.** If you can continue or resume your operations with similar equipment that is available to you at no additional expense to you; or

**b.** For the rental expense of any equipment unless you make every reasonable effort to repair, replace or rebuild the inoperable equipment after the covered loss occurs.

**3.** With respect to this Additional Coverage, **Contractors Equipment Coverage**, Section **D. Deductible** of the **BUILDING AND PERSONAL PROPERTY COVERAGE FORM** is deleted and replaced by the following:

**D.** **Deductible**

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds $500. We will then pay the amount of loss or damage in excess of $500 up to the applicable limit of insurance.

We will not reimburse you for the rental of equipment until after 72 hours have passed since the covered property was rendered inoperable. After 72 hours have passed, we will only reimburse you for the rental expense that you actually incur.

The deductible of $500 does not apply to rental reimbursement expenses.

---

## General Liability Additional Coverages

---

The following Additional Coverages are added to the **COMMERCIAL GENERAL LIABILITY COVERAGE FORM**.

**A.** **Blanket Additional Insured Coverage**

**1.** **SECTION II – WHO IS AN INSURED** of the **COMMERCIAL GENERAL LIABILITY COVERAGE FORM** is amended to include as an insured any person or organization (referred to as Additional Insured) whom you are required to add as an Additional Insured on this policy under:

**a.** A written contract or agreement; and

**b.** Where a certificate of insurance showing that person or organization as an additional insured has been issued; and

Includes copyrighted material of Insurance Services Office, Inc. and
American Association of Insurance Services, Inc., with their permission

    **c.** When the written contract or agreement and certificate of insurance are currently in effect or becoming in effect during the term of the policy and executed prior to the "bodily injury," "property damage," or "personal and advertising injury."

**2.** The insurance provided to the Additional Insured is limited as follows:

    **a.** The Additional Insured is only an additional insured for:

        **(1)** "Bodily injury," "property damage," or "personal and advertising injury" caused in whole or in part by negligent acts or omissions of the Named Insured or anyone directly or indirectly employed by the Named Insured or for whose acts a Named Insured may be liable.

        **(2)** Liability arising out of your ongoing operations for the Additional Insured by or for you.  A person's or organization's status as an insured under this coverage ends when your operations for that insured are completed.

    **b.** The Limits of Insurance applicable to the Additional Insured are those specified in the written contract or agreement but not more than the Limits of Insurance specified in the Declarations for this policy. The Limits of Insurance applicable to the Additional Insured are inclusive of and not in addition to the Limits of Insurance shown in the Declarations for the Named Insured.

**3.** In addition to the other exclusions applicable to **Section I**, **Coverages A.**, **B.** and **C.** of the **COMMERCIAL GENERAL LIABILITY COVERAGE FORM**, the insurance provided to the Additional Insured does not apply to:

    **a.** "Property damage" to:

        **(1)** Property owned, used, occupied by, loaned or rented to the Additional Insured;

        **(2)** Property in the care, custody or control of the Additional Insured or over which the Additional Insured are for any purpose exercising physical control; or

        **(3)** "Your work" performed for the Additional Insured.

    **b.** "Bodily injury," "property damage," or "personal and advertising injury" arising out of an architect's, engineer's or surveyor's rendering or failure to render any professional services for you, for the Additional Insured or for others, including, but not limited to:

        **(1)** The preparing, approving or failure to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

        **(2)** Supervisory, inspection or engineering services.

    **c.** "Bodily injury" or "property damage" occurring after:

        **(1)** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured at the site of the covered operations has been completed; or

        **(2)** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**4.** **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS,** Paragraph **4. Other Insurance,** is amended to add the following subparagraph:

    **d.** **Additional Insured's Other Insurance As Excess Insurance**

    To the extent required by an "insured contract," this insurance is primary on behalf of the Additional Insured; and any other insurance maintained by the Additional Insured is excess and not contributory with this insurance. If the "insured contract" does not require this provision, then Paragraph **a.** above will apply.

**B. Mobile Equipment Broadened Coverage**

**V.12.f.(1)** of the **COMMERCIAL GENERAL LIABILITY COVERAGE FORM** is replaced by the following:

**(1)** Equipment designed primarily for:

    **(a)** Snow Removal;

    **(b)** Road maintenance, but not construction or resurfacing; or

    **(c)** Street cleaning.

Except the above provisions do not apply to self-propelled vehicles of less than 1,000 pounds gross vehicle weight which are not intended for use on a highway.

**C. Aggregate Limit Per Project**

The General Aggregate Limit under **SECTION III – LIMITS OF INSURANCE** of the **COMMERCIAL GENERAL LIABILITY COVERAGE FORM** applies separately to each of your projects away from premises owned by or rented to you.

**D. Blanket Waiver Of Transfer Of Rights Of Recovery Against Others To Us**

The **Transfer Of Rights Of Recovery Against Others To Us** Condition (**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**) is amended by the addition of the following:

We waive any right of recovery we may have against any person or organization to whom you by written contract or written agreement have waived your own right or recovery for loss caused by that person or organization because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a written contract or written agreement with that person or organization and included in the "products-completed operations hazard."

This provision does not apply unless the written contract or written agreement has been executed prior to the "occurrence" or offense giving rise to the "bodily injury" or "property damage."

**E. Voluntary Property Damage Coverage**

1. We will, at your request, pay but not defend any claim for "property damage" to the property of others otherwise excluded under **A.2.j.(4)**, **(5)** and **(6)** of the **COMMERCIAL GENERAL LIABILITY COVERAGE FORM** provided that:

   a. Such "property damage" takes place while such property is in your care, custody or control, or is property of others over which you, for any purpose, are exercising or have exercised physical control; and

   b. Such "property damage" takes place away from any premises you own, rent or lease; and

   c. Such "property damage" takes place within the "coverage territory" and during the policy term; and

   d. Such "property damage" takes place only during your operations that are known to us, are scheduled on the policy and for which a premium has been charged.

2. The insurance under this additional coverage does not apply to "property damage" to property:

   a. Held by you for servicing, repair, storage or sale at premises owned by, rented or leased to you;

   b. While being transported by or caused by the ownership, maintenance, operation, use, "loading or unloading" of any "auto," watercraft or aircraft; or

   c. Owned or occupied by or rented to you.

3. **Deductible**

   This additional coverage will apply only to that amount of any loss in each "occurrence" that exceeds $500.

   The terms of the policy with respect to your duties in the event of "occurrence," claim or "suit" and the Company's right to investigate, negotiate and settle any claim or "suit" apply irrespective of the application of the deductible amount of $500. We may pay any part or all of the deductible amount of $500 to effect settlement of any claim or "suit." Upon notification of the action taken, you must promptly reimburse us for such part of the deductible amount as has been paid by us.

4. **Limits of Liability**

   The Limit of Liability for this additional coverage shall not exceed $2,500 for each "occurrence" and is the limit of the Company's liability for all damages on account of each claim or "suit" covered herein.  The annual aggregate Limit of Liability is $2,500 and is, subject to the above provisions respecting each claim, the total limit of the Company's liability for all damages.

5. **Settlement**

   In the event of loss covered by this additional coverage, you shall, if requested by us, replace the property or furnish the labor and materials necessary for repairs thereto at actual cost to you, excluding prospective profit or overhead charges of any nature.  Any property so paid for or replaced shall, at our option, become the property of the Company.  Payment hereunder shall not constitute an admission of liability of you or, except as stated herein, of the Company.

---

**Additional Conditions**

---

**A. Insurance Under Two Or More Coverages**

The following is added to Paragraph **C. Insurance under Two or More Coverages** of the **COMMERCIAL PROPERTY CONDITIONS:**

If a Coverage Form is attached to this policy that provides a limit for any coverage provided by this endorsement; the limit shown in the **SCHEDULE** and the coverage provided by this endorsement are deleted and replaced by the limit and coverage provided by the Coverage Form.

**B. Limits Of Insurance**

Regardless of the number of buildings at a location covered by this endorsement, the most we will pay under this Coverage Enhancement endorsement in any one occurrence is the applicable Limits of Insurance shown in the **SCHEDULE** on page 1 of this endorsement.

Includes copyrighted material of Insurance Services Office, Inc. and American Association of Insurance Services, Inc., with their permission

**C. Deductibles**

The Deductible described in section **D.** of the **BUILDING AND PERSONAL PROPERTY COVERAGE FORM** applies to each of the Coverage Enhancements except as shown below:

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds $500.  We will then pay the amount of loss or damage in excess of $500 up to the applicable Limit of Insurance for the following enhancements:

**1.** Personal Effects and Property of Others

**2.** Valuable Papers and Records (Other than Electronic Data)

**3.** Property Off-Premises (Including Laptops and Other Electronic Equipment)

**4.** Outdoor Property (Named Perils)

**5.** Accounts Receivable

**6.** Property in Transit (Including Laptops and Other Electronic Equipment)

**7.** Fine Arts

**8.** Electronic Data

**9.** Water Back-Up and Sump Overflow

**10.** Employee Theft

**11.** Money and Securities

**12.** Forgery or Alteration

No deductible provisions apply to the following enhancements:

**1.** Fire Department Service Charge

**2.** Arson Reward

**3.** Claims Expenses

**4.** Inventory or Appraisal Cost

**5.** Recharging of Fire Extinguishers

**6.** Rental Reimbursement

**D. Additional Definitions**

The following **Additional Definitions** apply to this endorsement only:

**1.** **"Banking Premises"** means the interior of that portion of any building occupied by a banking institution or similar safe depository.

**2.** **"Business Income"** means the:

    **a.** Net income (Net Profit or Loss before income taxes) that would have been earned had no loss occurred; and

    **b.** Continuing normal operating expenses incurred, including payroll.

    For manufacturing risks, Net Income includes the net sales value of production.

**3.** **"Client"** as used in **Employee Theft** Coverage means any entity for whom you perform services under a written agreement.

**4.** **"Client"** as used in **Contractors Equipment** Coverage means an individual, company or organization with whom you have a written contract or work order for your services for a described premises and have billed for your services.

**5.** **"Employee"** as used in **Employee Theft** and **Money And Securities** Coverages means:

    **a.** **"Employee"** means:

        **(1)** Any natural person:

            **(a)** While in your service or for 30 days after termination of service;

            **(b)** Who you compensate directly by salary, wages or commissions; and

            **(c)** Who you have the right to direct and control while performing services for you;

        **(2)** Any natural person who is furnished temporarily to you:

            **(a)** To substitute for a permanent **"employee"** as defined in Paragraph **(1)** above, who is on leave; or

            **(b)** To meet seasonal or short-term work load conditions;

            while that person is subject to your direction and control and performing services for you, excluding, however, any such person while having care and custody of property outside the **"premises"**;

**(3)** Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in Paragraph **(2)** above;

**(4)** Any natural person who is your director or trustee while that person is handling **"money"** or **"securities."**

**(5)** Any natural person who is a former **"employee,"** director, partner, member (an owner of a limited liability company represented by its membership interest, who also may serve as a manager), manager (a person serving in a directorial capacity for a limited liability company), representative or trustee retained as a consultant while performing services for you; or

**(6)** Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of **"money"** or **"securities"** outside the **"premises."**

**b.** **"Employee"** does not mean:

**(1)** Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

**(2)** Any manager (a person serving in a directorial capacity for a limited liability company), director or trustee except while performing acts coming within the scope of the usual duties of an **"employee."**

**6.** **"Extra Expense"** means necessary expenses you incur during the **"period of restoration"** that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.  Coverage pertains to expenses (other than the expense to repair or replace property) which are incurred to

**a.** Avoid or minimize the **"suspension"** of business and to continue **"operations"** at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

**b.** Minimize the **"suspension"** of business if you cannot continue **"operations."**

**7.** **"Fine Arts"** means paintings, etchings, pictures, tapestries, art glass windows, valuable rugs, statuary, marbles, bronzes, antique furniture, rare books, antique silver, manuscripts, porcelains, rare glass, bric–a–brac, and similar property of rarity, historical value or artistic merit.

**8.** **"Finished Stock"** means stock you have manufactured.  Finished stock also includes whiskey and alcoholic products being aged.

**9.** "**Forgery**" means the signing of the name of another person or organization with intent to deceive; it does not mean a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity, for any purpose.

**10.** **"Loss"** as used in the **Accounts Receivable** Extension means accidental loss or damage.

**11.** **"Manager"** as used in **Employee Theft** Coverage means a person serving in a directorial capacity for a limited liability company.

**12.** **"Messenger"** means you, any of your partners or any employee while having care and custody of the property outside the **"premises."**

**13.** **"Money"** means:

**a.** Currency, coins and bank notes whether or not in current use; and

**b.** Travelers checks, register checks and money orders held for sale to the public.

**14.** **"Occurrence"** as used in the **Money And Securities** Coverage means an act or series of related acts involving one or more persons; or an act or event, or a series of related acts or events not involving any person.

**15.** **"Occurrence"** as used in the **Forgery Or Alteration** Coverage means all loss caused by any person or in which that person is involved, whether the loss involves one or more instruments.

**16.** **"Operations"** as used in the **Business Income Including Extra Expense** and **Business Income From Dependent Properties** Coverages **"Extra Expense"** Definition means your business activities occurring at the address shown in the Declaration that you occupy for your business.

**17.** **"Period of Restoration"** means the period of time that:

**a.** Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

**b.** Ends on the date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality.

**"Period of Restoration"** does not include any increased period required due to the enforcement of any ordinance of law that:

**(1)** Regulates the construction, use or repair, or requires the tearing down of any property; or

Includes copyrighted material of Insurance Services Office, Inc. and American Association of Insurance Services, Inc., with their permission

      **(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of **"pollutants."**

18. **"Pollutants"** as used in the **Business Income From Dependent Properties** Coverage and the **"Period of Restoration"** Definition means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

19. **"Premises"** as used in the **Money And Securities** Coverage and **"Employee"** and **"Messenger"** Definitions means the interior of that portion of any building you occupy in conducting your business.

20. **"Premises"** as used in the **Accounts Receivable** Extension means that interior of the building at the address shown in the Declarations that you occupy for your business.

21. **"Rental Value"** means the:

    a. Total anticipated rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, and

    b. Amount of all charges which are the legal obligation of the tenant(s) and which would otherwise be your obligations, and

    c. Fair rental value of any portion of the described premises which is occupied by you.

22. **"Securities"** means negotiable and non-negotiable instruments or contracts representing either **"money"** or other property and include:

    **a.** Tokens, tickets, revenue and other stamps whether or not in current use; and

    **b.** Evidences of debt issued in connection with credit or charge cards, which are not of your own issue but does not include **"money."**

23. **"Small Tools"** means any tool which can be moved easily by one person without mechanical assistance and/or can be hand held for the purpose of doing labor.

24. **"Suspension"** means the slowdown or cessation of your business activities.

25. **"Temporary Storage Location"** means a location where property that is to become a permanent part of a completed project is stored while waiting to be delivered to the job site:

    **a.** That you do not own, lease or operate; and

    **b.** Where work is in progress, or will begin in 30 days.

26. **"Theft"** as used in the **Employee Theft** and **Money And Securities** Coverages means the unlawful taking of **"money"** or **"securities"** to the deprivation of the insured.

All Other Conditions of this Policy apply.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WASHINGTON CHANGES - EQUIPMENT BREAKDOWN

This endorsement modifies insurance provided under the following:

EQUIPMENT BREAKDOWN ENHANCEMENT ENDORSEMENT

Paragraph **F.2.** is replaced by the following:

**2. Jurisdictional Inspections**

If any Covered Property under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf.

COMMERCIAL PROPERTY
CF 10 22 01 07

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA (INCLUDING FOOD CONTAMINATION BUSINESS INCOME EXCEPTION)

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

**C.** However, the exclusion in Paragraph **B.** does not apply to the following:

    **1.** Loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy; or

    **2.** Coverage otherwise provided under an endorsement for Food Contamination Business Income or Food Contamination Extra Expense (if such an endorsement is attached to this Coverage Part or Policy).

**D.** With respect to any loss or damage subject to the exclusion in Paragraph **B.**, such exclusion supersedes any exclusion relating to "pollutants".

**E.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

    **1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

    **2.** Additional Coverage – Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**F.** The terms of the exclusion in Paragraph **B.**, or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

Includes copyrighted material of
Insurance Services Office, Inc., with its permission

**COMMERCIAL AUTOMOBILE**
**WASHINGTON**
**PERSONAL INJURY PROTECTION COVERAGE**
**REJECTION FORM**

If you are an individual named insured, Basic Personal Injury Protection Benefits will be provided on your policy if it insures a motor vehicle registered or principally garaged in Washington.

You, as the Named Insured, have the right to select Increased Limits Personal Injury Protection Benefits or to reject Personal Injury Protection coverage in its entirety.  If you elect to reject this coverage, we must have your signed rejection in writing.

I hereby reject Personal Injury Protection coverage in its entirety.  This rejection is valid and binding on all persons who might have otherwise been insured under such coverage.  I understand that once I have rejected Personal Injury Protection coverage, it will not be subsequently added to this policy without my written request.

Named Insured: BLACK HILLS EXCAVATING INC_____

Policy Number: **44-CL-000494289-2**_____
(Including any renewal policy, regardless of a change in policy number.)

_____          _____
            Signature of Named Insured                                Date

Signature(s) are not required under subsequent renewal, reinstatement, transferred, substituted, amended, altered, modified or replacement policies issued by the same company, unless change of rejection or selection is requested by the Named Insured in writing.

A 2108 10 05

| | |
|---|---|
| **Named Insured:** | BLACK HILLS EXCAVATING INC |
| **Policy Number:** | 44-CL-000494289-2 |
| **Agent:** | 0000004654 RICE INSURANCE, LLC |

**COMMERCIAL GENERAL LIABILITY**
**GC 10 03 04 08**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## EXCLUSION – MULTI-UNIT RESIDENTIAL CONSTRUCTION

This endorsement modifies insurance provided under the following:

> **COMMERCIAL GENERAL LIABILITY COVERAGE PART**
> **OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART**
> **PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART**

This insurance does not apply to "bodily injury," "property damage" or "personal and advertising injury" arising out of:

**1.** "Your work" involving the exterior of any "multi-unit residential project" including the construction, mainte-nance, remodeling or repair of any new or existing structure. This includes but is not limited to roofing, siding, guttering, caulking, sealing, framing, foundation work, carpentry, door/window repair or installation, and ma-sonry work.

**2.** Any of "your products" which will or have become a part of the real property of any "multi-unit residential project."

As respects the application of this exclusion to "bodily injury" and "property damage," this exclusion:

**1.** Only applies to the "products-completed operations hazard."

**2.** Does not apply to "your work" in connection with interior pre-construction, construction, post-construction, remodeling, maintenance or repair of any new or existing "multi-unit residential project" if the work is per-formed entirely within the confines of the inner walls of the building(s).

**3.** Does not apply to "your work" involving the exterior of the structure in connection with any plumbing, heating and air conditioning or electrical work.

**4.** Does not apply to "your work" involving external land and site improvements such as retaining walls, land-scaping, excavation, grading of land or soil compaction on the grounds of any "multi-unit residential project."

For the purposes of this endorsement, the following definitions are added:

**1.** "Multi-unit residential project" means a condominium, townhouse, apartment or similar structure, used for the purpose of residential occupancy, which has either:

    **a.** More than four units in any one building; or

    **b.** More than four, four-unit buildings at any one "development."

    This does not include motels, hotels, nursing homes or assisted living facilities.

**2.** "Development" is defined as a building or group of buildings with the same ownership or constructed under a master plan regardless of the number of phases or length of time taken to complete construction.

_____
        (Insured's Signature)

_____
        (Date)

**I understand this signed acknowledgement will apply to all future renewals, continuations and changes in my policy unless I notify you otherwise in writing.**

COMMERCIAL AUTO
BA 20 60 04 11

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# COMMERCIAL AUTO COVERAGE FORM ENHANCEMENT ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.  SECTION II – LIABILITY COVERAGE, A.1. Who Is An Insured,** is amended by the addition of the following:

**1.  Broadened Named Insured**

Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, and there is no other similar insurance available to that organization.

However, insurance provided by this provision:

**a.**  Is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.**  Does not apply to "bodily injury" or "property damage" resulting from an "accident" that occurred before you acquired or formed the organization;

**c.**  Does not apply to an insured under any other automobile liability policy, or would be an insured under such a policy but for the exhaustion of such policy's limits of insurance or the termination of such policy; and

**d.**  No newly acquired or formed organization is an insured with respect to any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**2.  Blanket Additional Insured**

Any person or organization with respect to the operation, maintenance, or use, of a covered "auto" that you are required to include as additional insured on the Coverage Form in a written agreement or written "insured contract" that is signed and executed by you before the "bodily injury" or "property damage" occurs.

However, such person or organization is an insured:

**a.**  Only for "bodily injury" or "property damage" caused by an "accident" which takes place after you executed the written agreement or written "insured contract";

**b.**  Is in effect during the policy period; and

**c.**  Only for damages to which this insurance applies and only to the extent that person or organization qualifies as an "insured" under the Who Is An Insured provision contained in Section II.

**B.  Employee Hired Autos**

**1.  SECTION II – LIABILITY COVERAGE, A.1. Who Is An Insured,** is amended by the addition of the following:

An "employee" of yours is an "insured" while operating an "auto" hired or rented under a contract or agreement in that "employee's" name, with your permission, while performing duties related to the conduct of your business.

**2.  Under SECTION IV – BUSINESS AUTO CONDITIONS, B.5., Other Insurance,** Paragraph **b.** is deleted and replaced with the following:

**b.**  For Hired Auto Physical Damage Coverage, the following are deemed to be covered "autos" you own:

**(1)**  Any covered "auto" you lease, hire, rent or borrow; and

**(2)** Any covered "auto" hired or rented by your "employee" under a contract in that individual "employee's" name, with your permission, while performing duties related to the conduct of your business.

However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

If Employee Hired Autos Coverage Form **CA 20 54** is attached to this policy, then the Employee Hired Autos coverage described above does not apply.

**C. Supplementary Payments**

Under **SECTION II – LIABILITY COVERAGE, A.2., Coverage Extensions, a. Supplementary Payments,** Paragraphs **a.(2)** and **a.(4)** are deleted and replaced by the following:

**(2)** Up to $2,500 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover.  We do not have to furnish these bonds.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $500 a day because of time off from work.

**D. Transportation Expenses**

Under **SECTION III – PHYSICAL DAMAGE COVERAGE, A.4., Coverage Extensions, a. Transportation Expenses** is deleted in its entirety and replaced with the following:

**a. Transportation Expenses**

We will pay up to $50 per day to a maximum of $1,500 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type.  We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage, including Theft Coverage.  We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

**E. Loss Of Use Expenses**

Under **SECTION III – PHYSICAL DAMAGE COVERAGE, A. Coverage, 4. Coverage Extensions,** the last paragraph under **b. Loss Of Use Expenses** is replaced as follows:

However, the most we will pay for any expenses for loss of use is $65 per day, to a maximum of $1,000.

**F. Theft Expense**

Under **SECTION III – PHYSICAL DAMAGE COVERAGE, A.4., Coverage Extensions,** the following is added:

If Comprehensive Coverage is purchased on a covered "auto", and that covered "auto" is stolen, we will pay the expense of returning that stolen auto to you.  The limit for this coverage extension is $1,000.

**G. Rental Agency Expense**

Under **SECTION III – PHYSICAL DAMAGE COVERAGE, A.4., Coverage Extensions,** the following is added:

We will pay the following expenses that you or any or your "employees" are legally obligated to pay because of a written contract or written agreement entered into for use of a rental vehicle in the conduct of your business:

Maximum amount we will pay for any one written contract or written agreement:

**1.** $2,500 for loss of income incurred by the rental agency during the period of time that vehicle is out of use due as a result of actual damage to, or "loss" of, that vehicle, including income lost due to absence of that vehicle for use as a replacement;

**2.** $2,500 for decrease in trade-in value of the rental vehicle because of actual damage to that vehicle arising out of a covered "loss"; and

**3.** $2,500 for administrative expenses incurred by the rental agency, as stated in the written contract or written agreement.

**4.** Maximum total amount payable under Paragraphs **1., 2.** and **3.** combined is $7,500.

**H. Hired Auto Physical Damage**

Under **SECTION III – PHYSICAL DAMAGE COVERAGE, A.4., Coverage Extensions,** the following is added:

If hired "autos" are covered "autos" for Liability Coverage, and if Comprehensive, Specified Causes Of Loss, or Collision Coverage as provided under this Coverage Part, then coverage is extended to "autos" you hire without a driver, subject to the following:

**1.** The most we will pay for "loss" to any hired "auto" is $35,000 or the actual cash value or cost to repair or replace, whichever is less, minus a deductible.

**2.** The deductible will be equal to the largest deductible applicable to any owned "auto" for that coverage.

Coverage provided by this extension applies only to "autos" you hire of the private passenger type or light truck (gross vehicles weight 10,000 pounds or less) type vehicles.

If a limit for Hired Auto – Physical Damage is shown in the Declarations, then that limit replaces, and is not added to, the $35,000 limit indicated above.

**I. Airbag Coverage**

Under **SECTION III – PHYSICAL DAMAGE COVERAGE, B. Exclusions,** Paragraph **3.a.** is replaced as follows:

**a.** Wear and tear, freezing, mechanical or electrical breakdown. However, mechanical or electrical breakdown does not apply to the unintended discharge of an airbag. Any loss covered under this provision is excess over any other collectible insurance or warranty.

**J. Glass Breakage**

Under **SECTION III – PHYSICAL DAMAGE COVERAGE, D., Deductible,** the following is added:

However, if Comprehensive or Specified Causes Of Loss Coverage is purchased on a covered "auto", any deductible shown in the Declarations as applying to the covered "auto" will not apply to glass breakage if the damaged glass is repaired in a manner acceptable to us rather than replaced.

**K. Rental Reimbursement**

**SECTION III – PHYSICAL DAMAGE COVERAGE** is amended by the addition of the following:

If Physical Damage Coverage for which a premium is shown, is designated in the Declarations for a covered "auto" we will provide Rental Reimbursement Coverage.

**1.** We will pay for rental reimbursement expenses incurred by you for the rental of an "auto" because of "loss" to a covered "auto". Payment applies in addition to the otherwise applicable amount of each coverage you have on a covered "auto". No deductible applies to this coverage.

**2.** We will pay only for those expenses incurred during the policy period beginning 24 hours after the "loss" and ending, regardless of the policy's expiration, with the lesser of the following number of days:

**a.** 30 days; or

**b.** The number of days reasonably required to repair or replace the covered "auto". If "loss' is caused by theft, this number of days is added to the number of days it takes to locate the covered "auto" and return it to you.

**3.** Our payment is limited to the lesser of the following amounts:

**a.** $40 any one day; or

**b.** Necessary and actual expenses incurred.

**4.** This coverage does not apply while there are spare or reserve "autos" available to you for your operations.

**5.** If "loss" results from the total theft of a covered "auto" of the private passenger type, we will pay under this coverage only that amount of your rental reimbursement expenses which is not already provided for under Paragraph **A.4. Coverage Extensions, a. Transportation Expenses**.

If Rental Reimbursement Coverage Form **CA 99 23** is attached to this policy, then the Rental Reimbursement Coverage described above does not apply.

**L. Blanket Waiver of Subrogation**

Under **SECTION IV – BUSINESS AUTO CONDITIONS, A. Loss Conditions,** Paragraph **5., Transfer Of Rights Of Recovery Against Others To Us,** is amended by the addition of the following:

We will, however, waive any right of recovery we may have against any person or organization because of payments we make for "bodily injury" or "property damage" arising out of the operation of a covered "auto" when you have assumed liability for such "bodily injury" or "property damage" under an "insured contract".

This provision does not apply unless the permit has been issued or the written contract or written agreement has been executed, prior to the "bodily injury" or "property damage".

**M.  Unintentional Failure To Disclose Hazards**

Under **SECTION IV – BUSINESS AUTO CONDITIONS, B. General Conditions,** Paragraph **2. Conceal-ment, Misrepresentation Or Fraud,** is amended by the addition of the following:

The unintentional omission of, or unintentional error in, any information given by you shall not prejudice your rights under this insurance.  However, this provision does not affect our right to collect additional premium or exercise our right of cancellation or non-renewal.

**N.  Duties In The Event Of Accident, Claim, Suit Or Loss**

Under **SECTION IV – BUSINESS AUTO CONDITIONS, A.2. Duties In The Event Of Accident, Claim, Suit Or Loss,** Paragraph **2.a.,** is deleted and replaced with the following:

**a.**  In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss" after it becomes known to:

**(1)**  You, if you are an individual;

**(2)**  A partner or member, if you are a partnership or joint venture;

**(3)**  A member or manager, if you are a limited liability company; or

**(4)**  An executive officer or insurance manager if you are an organization other than a partnership, joint venture or limited liability company.

Notice should include the following:

**(1)**  How, when and where the "accident" or "loss" occurred;

**(2)**  The "insured's" name and address; and

**(3)**  To the extent possible, the names and addresses of any injured persons and witnesses.

Your "employees" may know of an "accident", claim, "suit" or "loss".  This will not mean that you have such knowledge of an "accident", claim, "suit" or "loss".

AG 00 82 05 03

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WAR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY POLICY

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **SECTION I – COVERAGES, Coverage A – Excess Liability Coverage**:

    **g.** **War**

      "Bodily injury," "property damage," "personal injury" or "advertising injury," however caused, arising, directly or indirectly, out of:

      **1)** War, including undeclared or civil war; or

      **2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

      **3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**B.** Exclusion **o.** under Paragraph **2., Exclusions** of **SECTION I – COVERAGES, Coverage B – Extended Liability Coverage** is replaced by the following:

    **o.** **War**

      "Bodily injury," "property damage", "personal injury" or "advertising injury," however caused, arising, directly or indirectly, out of:

      **1)** War, including undeclared or civil war; or

      **2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

      **3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WATERCRAFT EXCLUSION ENDORSEMENT

Coverage **B** of this insurance does not apply to "injury" arising out of the ownership, maintenance, use or entrustment to others of any watercraft owned or operated by or rented or loaned to any insured.   Use includes operation and loading or unloading.

This exclusion does not apply to:

**(1)** Watercraft while ashore on premises you own or rent;

**(2)** Watercraft you do not own that are:

    **(a)** Less than 26 feet long; and

    **(b)** Not being used to carry persons or property for a charge.

AG 0055 (11-87)

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## AMENDATORY ENDORSEMENT - WASHINGTON

Condition **8.** Premium Audit of SECTION V is deleted.

**COMMERCIAL GENERAL LIABILITY**
**GC 10 30 10 10**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WASHINGTON DISEASE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability**:

This insurance does not apply to "bodily injury," "property damage" or "advertising and personal injury" arising out of:

**1.** The transmission of the Acquired Immune Deficiency Syndrome (AIDS) virus or AIDS related complex by any insured; or

**2.** The transmission of any disease by an insured through sexual contact.

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## ASBESTOS EXCLUSION - WASHINGTON

This policy does not apply to any "injury" arising out of or resulting from the effects of exposure to asbestos fibers and related pollution exposures.

The Company shall not have any duty to defend any suit against you seeking damages on account of any such "injury."

All other terms and conditions remain unchanged.

AG0074 (01-98)

COMMERCIAL GENERAL LIABILITY
GC 10 24 07 09

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# BLANKET ADDITIONAL INSURED –
# COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured any person or organization for whom you are performing operations when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured for completed operations.  Such person or organization is an additional insured only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" performed for that additional insured and included in the "products-completed operations hazard."

**B.** With respect to the insurance afforded to these additional insureds, the following limitations apply:

   **1.** This additional insured status is granted only at the locations listed in the written contract.

   **2.** Coverage is limited to "your work" that is described in the classifications or schedule of hazards shown in the General Liability Declarations of this policy.

**C.** With respect to the insurance afforded to these additional insureds, the following exclusion applies:

This insurance does not apply to:

"Bodily injury" or "property damage" which occurs prior to the execution of the written contract or the effective date of this endorsement.

Includes copyrighted material of
Insurance Services Office, Inc., with its permission

# COMMERCIAL UMBRELLA LIABILITY OCCURRENCE COVERAGE FORM
## QUICK REFERENCE
## READ YOUR POLICY CAREFULLY

**DECLARATIONS PAGE**                                                        **PAGE**

    Named Insured & Mailing Address
    Policy Period
    Description of Business & Location
    Coverages & Limits of Insurance

**SECTION I - COVERAGES**
    Coverage A - Excess Liability Coverage ................................................................................. 1
        Insuring Agreement ........................................................................................................ 1
        Exclusions ...................................................................................................................... 1
        Minimum Retention .......................................................................................................... 1
    Coverage B - Extended Liability Coverage ............................................................................. 1
        Insuring Agreement ........................................................................................................ 1
        Exclusions ...................................................................................................................... 2
        Deductible ....................................................................................................................... 3

**SECTION II - WHO IS AN INSURED - COVERAGE B** ..................................................................... 3
    ("Who is insured" on Coverage A is in the underlying policy)

**SECTION III - DEFENSE OF CLAIMS OR SUITS** ........................................................................... 3
    With respect to Coverage A ................................................................................................... 3
    With respect to Coverage B ................................................................................................... 4
    With respect to Coverages A & B ........................................................................................... 4

**SECTION IV - LIMITS OF INSURANCE** ......................................................................................... 4

**SECTION V - CONDITIONS** ........................................................................................................... 4
    1.   Appeals ..................................................................................................................... 5
    2.   Bankruptcy ................................................................................................................ 5
    3.   Duties in Event of "Incident", Claim or "Suit" ........................................................... 5
    4.   Legal Action against Us ............................................................................................. 5
    5.   Maintenance of "Underlying Insurance" ..................................................................... 5
    6.   Other Insurance ......................................................................................................... 5
    7.   Policy Period .............................................................................................................. 5
    8.   Premium Audit ........................................................................................................... 6
    9.   Representations ......................................................................................................... 6
    10.  Separation of Insureds .............................................................................................. 6
    11.  Transfer of Rights of Recovery against Others to Us ................................................. 6

**SECTION VI - DEFINITIONS** ......................................................................................................... 6
    1.   Advertising Injury ....................................................................................................... 6
    2.   Aggregate Limit ......................................................................................................... 6
    3.   Bodily Injury .............................................................................................................. 6
    4.   Coverage Territory ..................................................................................................... 6
    5.   Defense Expense ....................................................................................................... 6
    6.   Incident ...................................................................................................................... 6
    7.   Impaired Property ...................................................................................................... 7
    8.   Injury ......................................................................................................................... 7
    9.   Occurrence ................................................................................................................ 7
    10.  Occurrence Limit ....................................................................................................... 7
    11.  Personal Injury .......................................................................................................... 7
    12.  Products-Completed Operations Hazard ................................................................... 7
    13.  Property Damage ....................................................................................................... 7
    14.  Suit ........................................................................................................................... 7
    15.  Underlying Insurance ................................................................................................. 7
    16.  Underlying Insurer ..................................................................................................... 7
    17.  Underlying Policy ....................................................................................................... 7
    18.  Your Product ............................................................................................................. 7
    19.  Your Work ................................................................................................................. 8

# COMMERCIAL UMBRELLA LIABILITY OCCURRENCE COVERAGE FORM

## INTRODUCTION

Various provisions in this policy restrict coverage. Read the entire policy and any "underlying insurance" carefully to determine rights, duties and what is covered and not covered.

Throughout this policy the words "you" and "yours" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

With respect to Coverage A, the words "this insurance" mean the excess liability insurance provided under this Policy.

The word "insured" means any person or organization qualifying as such under **SECTION II - WHO IS AN INSURED** for Coverage B, and any person qualifying as such under "underlying insurance" for Coverage A.

Other words and phrases that appear in quotation marks have special meaning. Refer to **SECTION VI - DEFINITIONS** of this Policy.

## SECTION I - COVERAGES

### Coverage A - Excess Liability Coverage

**1.   Insuring Agreement**

    **a.**   We will pay those sums, in excess of the amount payable under the terms of any "underlying insurance," that the insured becomes legally obligated to pay as damages because of "injury" or damage to which this insurance applies, provided that the "underlying insurance" also applies, or would apply but for the exhaustion of its applicable limits of insurance. If, however, a Minimum Retention applies, as set forth in paragraph **3.** below, we will pay only those sums in excess of the Minimum Retention.

    **b.**   We will have the right to participate in the defense of claims or suits against the insured seeking damages because of "injury" or damage to which this insurance may apply. We will have a duty to defend such claims or "suits" when the applicable limit of insurance of the "underlying insurance" has been used up by payment of judgments, settlements and any cost or expense subject to such limit.

        This right or duty to defend is limited as set forth in **SECTION III - DEFENSE OF CLAIMS OR SUITS**.

    **c.**   The amount we will pay for damages and "defense expense" is limited as described in **SECTION IV - LIMITS OF INSURANCE**. Damages includes prejudgment interest awarded against the insured.

    **d.**   This coverage is written with the understanding that all "underlying insurance" is written on an "occurrence" basis.

    **e.**   This insurance is subject to the same terms, conditions, agreements, exclusions and definitions as the "underlying insurance," except:

        **1)**   We will have no obligation under this insurance with respect to any claims or "suit" that is settled without our consent; and

        **2)**   With respect to any provisions to the contrary contained in this insurance.

**2.   Exclusions - Coverage A**

The exclusions applicable to the "underlying insurance" also apply to this insurance. Additionally, this insurance does not apply to:

    **a.**   Damage by fire to premises rented to you.

    **b.**   Any obligation to pay expenses under any medical payments coverage.

    **c.**   Any obligation to reimburse an insurer as provided by the terms of the "Endorsement for Motor Carrier Policies of Insurance for Public Liability under Sections 29 and 30 of the Motor Carrier Act of 1980" or under the terms of any similar endorsement required by Federal or state statute.

    **d.**   Any obligation imposed by law under any automobile no-fault, uninsured motorist, underinsured motorist, workers compensation, disability benefits or unemployment compensation law or any similar law.

    **e.**   "Injury" excluded by the Nuclear Energy Liability Exclusion Endorsement attached to this policy.

    **f.**   "Injury" arising out of the rendering of or failure to render any professional services.

**3.   Minimum Retention**

The Minimum Retention, if any, shown in the Declarations applies to all "injury" and damage arising out of any one "incident," if at the time of the first claim or "suit" for any such "injury" or damage the applicable "aggregate limit" of the "underlying insurance" has been used up by payment of judgments, settlements, and any costs or expenses subject to such limit.

### Coverage B - Extended Liability Coverage

**1.   Insuring Agreement**

    **a.**   We will pay those sums that the insured becomes legally obligated to pay as damages because of "injury" to which this insurance applies. This insurance applies only to "injury" which occurs during the policy period. The "injury" must be caused by an "occurrence." This insurance applies only to "injury" which occurs in the "coverage territory."

**b.** We have the right and duty to defend claims or "suits" against the insured seeking such damages and to pay for the "defense expense." This right and duty is limited as described in **SECTION III - DEFENSE OF CLAIMS OR SUITS.**

**c.** We have no obligation under this insurance to make payments or to perform acts or services except as provided for under **a.** and **b.** above.

**d.** Damages include prejudgment interest awarded against the insured.

**2. Exclusions - Coverage B**

This insurance does not apply to:

**a.** "Injury" that is the subject of the insurance policies shown in the Schedule of Underlying Insurance in the Declarations.

**b.** "Bodily Injury" or "Property Damage" expected or intended from the standpoint of the insured.

**c.** "Injury" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement.

**d.** Any obligation of the insured under a workers compensation, disability benefits or unemployment compensation law or any similar law.

**e.** **1)** "Injury" arising out of the actual, alleged or threatened discharge, dispersal, release or escape of pollutants:

    **a)** At or from premises you own, rent or occupy;

    **b)** At or from any site or location used by or for you or others for the handling, storage, disposal, processing or treatment of waste;

    **c)** Which are at any time transported, handled, stored, treated, disposed of, or processed as waste by or for you or any person or organization for whom you may be legally responsible; or

    **d)** At or from any site or location on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations:

      **(i)** If the pollutants are brought on or to the site or location in connection with such operations; or

      **(ii)** If the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize the pollutants.

**2)** Any loss, cost or expense arising out of any governmental direction or request that you test for, monitor, clean up, remove, contain, treat, detoxify or neutralize pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

Subparagraphs **a)** and **d)(i)** of paragraph **1)** of this exclusion do not apply to "bodily injury" or "property damage" caused by heat, smoke or fumes from a hostile fire. As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

**f.** "Injury" for which any insured may be held liable by reason of:

    **1)** Causing or contributing to the intoxication of any person;

    **2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

    **3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

**g.** "Property damage" to:

    **1)** Property you own, rent, or occupy;

    **2)** Premises you sell, give away or abandon; if the "property damage" arises out of any part of those premises;

    **3)** Property loaned to you.

**h.** "Property damage" to "your product" arising out of it or any part of it.

**i.** "Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard."

**j.** "Property damage" to "impaired property" or property that has not been physically injured, arising out of:

    **1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

    **2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

**k.** Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

    **1)** "Your product";

    **2)** "Your work"; or

    **3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**l.** Any obligation imposed under any of the following laws:

    **1)** Employees' Retirement Income Security Act (E.R.I.S.A.) of 1974 as now or hereafter a-mended; or

    **2)** Any first party personal injury, automobile no-fault, uninsured motorists, underinsured motorists law or any similar law.

**m.** "Injury" excluded by the Nuclear Energy Liability Exclusion Endorsement attached to this policy.

**n.** "Injury" arising out of the rendering of or failure to render any professional services.

**o.** "Injury" due to war, whether or not declared, or any act or condition incident to war.  War includes civil war, insurrection, rebellion or revolution.

**p.** Any obligation to reimburse an insurer as provided by the Terms of the "Endorsement for Motor Carrier Policies of insurance for Public Liability under Section 29 and 30 of the Motor Carrier Act of 1980" or under the Terms of any similar endorsement required by Federal or state statute.

**q.** "Injury" arising out of the ownership, maintenance, use or entrustment to others of any aircraft owned or operated by or rented or loaned to any Insured. Use includes operation and loading or unloading.

**3. Deductible - Per Claim**

The deductible is the amount stated in Declarations. The deductible shall apply separately to all damages because of "injury" sustained by one person or organization as the result of any one "incident."

We will only pay for damages in excess of the deductible amount, up to the amount of insurance available.  The deductible does not apply to the payment of "defense expenses."

**SECTION II - WHO IS AN INSURED - COVERAGE B**

**1.** If you are designated in the Declarations as:

    **a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

    **b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

    **c.** An organization other than a partnership or joint venture, you are an insured.  Your executive officers and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**2.** Each of the following is also an insured:

    **a.** Your employees, other than your executive officers, but only for acts within the scope of their employment by you.

However, none of these employees is an insured for "bodily injury" or "personal injury" to you or to a co-employee while in the course of his or her employment.

    **b.** Any person (other than your employee) or any organization while acting as your real estate manager.

    **c.** Any person or organization having proper temporary custody of your property if you die, but only:

        **1)** With respect to liability arising out of the maintenance or use of that property; and

        **2)** Until your legal representative has been appointed.

    **d.** Your legal representative if you die, but only with respect to duties as such.  That representative will have all your rights and duties under this Policy.

**3.** Any organization you newly acquire or form, other than a partnership or joint venture, and over which you maintain ownership or majority interest, will be deemed to be a Named Insured if there is no other similar insurance available to that organization.  However:

    **a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

    **b.** Coverage does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

    **c.** Coverage does not apply to "personal injury" or "advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

**SECTION III - DEFENSE OF CLAIMS OR SUITS**

**1.** With respect to Coverage A only:

    **a.** When we have the duty to defend, we will pay for all "defense expense" once our duty to defend begins.  We may make investigation of any claim or "suit" as we think appropriate.

    If we exercise our right to defend when there is no duty, we will pay only that "defense expense" we incur.

    If we provide a defense, we may investigate any claims or "suit" at our discretion.  We may settle such claim or "suit" within the Amount of Insurance available at the time of the settlement.

**b.** Our right or duty to defend ends when we have used up the Amount of Insurance available in the payment of any combination of judgments or settlements as provided under **SECTION IV - LIMITS OF INSURANCE**. This applies both to claims and "suits" pending at that time and those filed thereafter.

**2.** With respect to Coverage B only:

**a.** We have the right and duty to defend claims or "suits" against the insured seeking damages payable under this insurance. We may make:

**1)** Investigation of any claim or "suit," and

**2)** Settlement within the applicable Amount of Insurance available;

as we think appropriate.

**b.** Our right and duty to defend such claims or "suits" end when we have used up the Amount of Insurance available, as provided under **SECTION IV - LIMITS OF INSURANCE**. This applies both to claims and "suits" pending at that time and those filed thereafter.

**3.** With respect to Coverages A & B:

**a.** When we control the defense of a claim or "suit," we will pay for the "defense expense." If by mutual agreement or court order the insured assumes control before the applicable Amount of Insurance available is used up, we will reimburse the insured for reasonable "defense expense."

**b.** As soon as practicable after we become aware that an Amount of Insurance available is used up:

**1)** We will notify you of any outstanding claims and "suits" subject to that Amount; and

**2)** You will then arrange to assume control of the defense of all such claims and "suits" against you or any other insured when our right or duty to defend them ends.

**c.** We will assist the insured in the transfer of control of the defense of claims and "suits" under **a.** or **b.** above. Until such arrangements are completed, we will take on behalf of any insured those steps that we think appropriate:

**1)** To avoid a default in any claim or "suit"' or

**2)** To the continued defense of a claim or "suit."

You agree that if we take such steps:

**1)** We do not waive or give up any of our rights under this insurance; and

**2)** You will reimburse us for any "defense expense" that arises out of such steps if the applicable Amount of Insurance available has been used up.

## SECTION IV - LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay under the terms of this insurance regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought;

**c.** Persons or organizations making claims or bringing "suits."

**2.** The Amount of Insurance stated as the General Aggregate Limit is the most we will pay for damages under Coverage A and B, other than damages because of "injury" or damage;

**a.** Included within "the products-completed operations hazard"; or

**b.** Arising out of the ownership, operation, maintenance, use, loading, unloading, or entrustment to others of an auto.

Each payment we make for such damages reduces by the amount of the payment the General Aggregate Limit. This reduced limit will then be the Amount of Insurance available for damages of these kinds.

**3.** The Amount of Insurance stated as the Products-Completed Operations Aggregate Limit is the most we will pay under Coverages A and B for damages because of "injury" or damage included in the "products-completed operations hazard."

Each payment we make for such damages reduces by the amount of the payment the "Products-Completed Operations Aggregate Limit. This reduced limit will then be the Amount of Insurance available for damages of these kinds.

**4.** Subject to **2.** or **3.** above, whichever applies, or with respect to "injury" or damage arising out of the ownership, operation, maintenance, use, loading or unloading, or entrustment to others of an auto, the Each Incident Limit is the most we will pay for the sum of damages under Coverages A and B because of all "injury" and damage arising out of any one "incident."

**5.** The Limits of this policy apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limit of Insurance.

## SECTIONS V - CONDITIONS

If any of the following conditions are contrary to Conditions contained in the "underlying insurance" the provisions contained in this policy apply.

1. **Appeals**

   In the event the "underlying insurer" elects not to appeal a judgment in excess of the limits of the "underlying insurance," we may elect to make such appeal. If we so elect, we shall be liable, in addition to the applicable Amount of Insurance, for all "defense expenses" we incur.

2. **Bankruptcy**

   a. In the event of bankruptcy or insolvency of any "underlying insurer," the insurance afforded by this policy shall not replace such "underlying insurance" but shall apply as if the "underlying insurance" was valid and collectible.

   b. Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

3. **Duties in the Event of "Incident," Claim or "Suit"**

   a. You must see to it that we are notified as soon as practicable of an "incident" which may result in a claim to which this insurance applies. To the extent possible notice should include:

      1) How, when and where the "incident" took place;

      2) The names and addresses of any injured persons and witnesses; and

      3) The nature and location of any "injury" or damage arising out of the "incident."

      Notice of an "incident" is not notice of a claim.

   b. If a claim is received by any insured you must:

      1) Immediately record the specifics of the claim and the date received; and

      2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim as soon as practicable.

   c. You and any other involved insured must:

      1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or a "suit;"

      2) Authorize us to obtain records and other information;

      3) Cooperate with us in the investigation, settlement or defense of the claim or "suit;" and

      4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of "injury" or damage to which this insurance may also apply.

      5) Notify us immediately of any judgment or settlement of any claim or "suit" brought against any insured.

   d. No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

4. **Legal Action Against Us**

   No person or organization has a right under this Policy:

   a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   b. To sue us on this Policy unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Policy or that are in excess of the limits of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

5. **Maintenance of "Underlying Insurance"**

   a. You agree to maintain the "underlying insurance" in full force and effect during the term of this policy, and to inform us within 30 days of any replacement of that "underlying insurance" by the same or another company.

   b. You must notify us immediately:

      1) Of any changes to the "underlying insurance." We may adjust our premium accordingly from the effective date of the change to the "underlying insurance";

      2) If any "underlying insurance" is cancelled or not renewed and you do not replace it, we may cancel the portion of this insurance that applies to that "underlying insurance" as of the date of termination of the "underlying insurance."

   c. Reduction or exhaustion of the "aggregate limit" of any "underlying insurance" by payments for judgments, settlements or "defense expense" will not be a failure to maintain "underlying insurance" in full force and effect.

   d. No statement contained in this Condition limits our right to cancel or not renew this Policy.

6. **Other Insurance**

   This insurance is excess over any other valid and collectible insurance whether primary, excess, contingent or any other basis, except other insurance written specifically to be excess over this insurance.

7. **Policy Period**

   This insurance will respond to "injury" or damage that occurs, or arises from an offense committed, during the policy period of this insurance shown in the Declarations.

8. **Premium Audit**

   a. We will compute all premiums for this Policy in accordance with our rules and rates.

   b. Premium shown in this Policy as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy term is greater than the earned premium, we will return the excess to the first Named Insured. If the Policy Limit of this insurance is used up prior to the end of the Policy Period, the premium is fully earned.

   c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

9. **Representations**

   By accepting this policy, you agree:

   a. The statements in the Declarations are accurate and complete;

   b. Those statements are based upon representations you made to us; and

   c. We have issued this policy in reliance upon your representations.

10. **Separation of Insureds**

   Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Policy to the first Named Insured, this insurance applies:

   a. As if each Named Insured were the only Named Insured; and

   b. Separately to each insured against whom claim is made or "suit" is brought.

11. **Transfer of Rights of Recovery Against Others to Us**

   If the insured has rights to recover all or part of any payment we have made under this Policy, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

## SECTION VI - DEFINITIONS

1. "Advertising injury" means "injury" arising out of one or more of the following offenses:

   a. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   b. Oral or written publication of material that violates a person's right of privacy;

   c. Misappropriation of advertising ideas or style of doing business; or

   d. Infringement of copyright, title or slogan, committed in the course of advertising your goods, products or services.

2. "Aggregate limit" means the maximum amount stated in the policy for which the insurer will be liable, regardless of the number of covered claims.

3. "Bodily Injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage Territory" means anywhere in the world if the insured's responsibility to pay damages is determined in a "suit" on the merits, in the United States of America (including its territories and possessions), Puerto Rico and Canada or in a settlement we agree to.

5. "Defense expense" means payments allocated to a specific claim or "suit" for its investigation, settlement, or defense, including:

   a. Attorney fees and all other litigation expenses.

   b. The cost of bonds to appeal a judgment or award in any "suit" we defend.

   c. Up to $250 for the cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which bodily injury liability coverage under this insurance applies.

   d. The cost of bonds to release attachments, but only for bond amounts within the Amount of Insurance available.

   e. Reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit," including actual loss of earnings up to $100 a day because of time off from work.

   f. Costs taxed against the insured in the "suit."

   g. Interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the amount available for the judgment under the provisions of **SECTION IV - LIMITS OF INSURANCE**.

   "Defense expense" does not include:

   a. Salaries and expenses of our employees or the insured's employees, other than:

      1) That portion of our employed attorneys' fees, salaries and expenses allocated to a specific claim or "suit"; and

      2) The expense described in **e.** above.

   b. Fees and expenses of independent adjusters we hire.

6. "Incident" means:

   a. With respect to "bodily injury" to persons other than your employees and "property damage," an accident, including continuous or repeated exposure to substantially the same general harmful conditions;

**b.** With respect to "bodily injury" to your employees arising out of and in the course of their employment by you, the accident or disease which causes the "bodily injury"; and

**c.** With respect to offenses committed by the insured resulting in "personal injury" or "advertising injury" other than "bodily injury," all such "injury" sustained by any one person or organization.

**7.** "Impaired property" means tangible property, other than "your product" or "your work," that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

**a.** The repair, replacement, adjustment or removal of "your product" or "your work"; or

**b.** Your fulfilling the terms of the contract or agreement.

**8.** "Injury" means "bodily injury," "property damage," "advertising injury" or "personal injury."

**9.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**10.** "Occurrence limit" means any specific limit, other than an "aggregate limit," applicable to any "underlying insurance," regardless of whether such limit is subject to an "aggregate limit" in the "underlying policy."

**11.** "Personal Injury" means "injury" other than "bodily injury," arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** Wrongful entry into, or eviction of a person from, a room, dwelling or premises that the person occupies;

**d.** Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

**e.** Oral or written publication of material that violates a person's right of privacy, arising out of the conduct of your business, excluding advertising, publishing, broadcasting or telecasting done by or for you.

**12. a.** "Products-completed operations hazard" includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**1)** Products that are still in your physical possession; or

**2)** Work that has not yet been completed or abandoned.

**b.** "Your work" will be deemed completed at the earliest of the following times:

**1)** When all of the work called for in your contract has been completed.

**2)** When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

**3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Works that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**c.** "Products-completed operations hazard" does not include "bodily injury" or "property damage" arising out of:

**1)** The transportation of property, unless the "injury" or damage arises out of a condition in or on a vehicle created by the "loading or unloading" of it;

**2)** The existence of tools, uninstalled equipment or abandoned or unused materials.

**13.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property; or

**b.** Loss of use of tangible property that is not physically injured.

**14.** "Suit" means a civil proceeding in which damages to which this insurance applies are alleged. "Suit" includes an arbitration proceeding alleging such damages to which you must submit or you submit with our consent.

**15.** "Underlying insurance" means the liability insurance coverage provided under policies shown in the Declarations, for the limits and periods indicated. It includes any policies issued to replace those policies during the term of this insurance that provide:

**a.** At least the same policy limits;

**b.** The same hazards insured against, except as modified by general program revisions or as agreed to by us in writing.

**16.** "Underlying insurer" means any insurer who issues a policy of "underlying insurance."

**17.** "Underlying policy" means a policy providing "underlying insurance."

**18.** "Your product" means:

**a.** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**1)** You;

**2)** Others trading under your name; or

**3)** A person or organization whose business or assets you have acquired; and

**b.** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in **a.** and **b.** above.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

**19.** "Your work" means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in **a.** or **b.** above.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CHILD MOLESTATION EXCLUSION

This policy does not apply to any "injury" sustained by any person arising out of or resulting from the molesting of minors by:

1.  Any insured;

2.  Any employee of any insured, or

3.  Any person performing volunteer services for or on behalf of any insured.

The Company shall not have any duty to defend any suit against the insured seeking damages on accounts of any such injury.

All other terms and conditions remain unchanged.

AG 0056 (11-87)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF COVERAGE
# SUBJECT TO AMENDED LIMITS

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY POLICY

The following is added to paragraph **2.** Exclusions of **COVERAGE A - EXCESS LIABILITY COVERAGE (Section 1):**

**9.** This insurance does not apply to "injury" for which coverage is provided by an endorsement to an "underlying policy" when that endorsement includes specific Limits of Insurance or amended Limits of Insurance which apply for the coverage afforded by the endorsement.

AG 0060 (04-93)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLLUTION EXCLUSION

This insurance does not apply to:

**1.** "Injury" arising out of the actual, alleged or threatened discharge, dispersal, release or escape of pollutants:

   **a**. At or from premises you own, rent or occupy;

   **b**. At or from any site or location used by or for you or others for the handling, storage, disposal, processing or treatment of waste;

   **c**. Which are at any time transported, handled, stored, treated, disposed of, or processed as waste by or for you or any person or organization for whom you may be legally responsible; or

   **d**. At or from any site or location on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations:

      **(1)** if the pollutants are brought on or to the site or location in connection with such operations; or

      **(2)** if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize the pollutants.

**2.** Any loss, cost, or expense arising out of any governmental direction or request that you test for, monitor, clean up, remove, contain, treat, detoxify or neutralize pollutants.

Pollutants means solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

Subparagraphs **a.** and **d.(1)** of paragraph 1. of this exclusion do not apply to "bodily injury" or "property damage" caused by heat, smoke or fumes from a hostile fire. As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

AG 0058 (11-87)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF UNDERLYING POLICIES APPLICABLE

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY POLICY

The following is added to paragraph **2. Exclusions of COVERAGE B- EXTENDED LIABILITY COVERAGE (Section I):**

**r.**  This insurance does not apply to any "injury" excluded under the insurance shown in the Schedule of Underlying Insurance.

AG0061 (04-93)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WASHINGTON - FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY POLICY

**A.** The following exclusion is added to Paragraph **2., Exclusions – Coverage A** of **SECTION I – COVERAGES, Coverage A – Excess Liability Coverage**:

**g.  Fungi or Bacteria**

**1)** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for consumption**.**

**2)** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents.

**3)** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2., Exclusions – Coverage B** of **SECTION I – COVERAGES, Coverage B – Extended Liability Coverage**:

**r.  Fungi or Bacteria**

**1)** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for consumption.

**2)** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents.

**3)** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to **SECTION VI - Definitions**:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

COMMERCIAL LIABILITY UMBRELLA
CU 21 30 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

**COMMERCIAL LIABILITY UMBRELLA**
**CU 21 36 01 15**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF PUNITIVE DAMAGES
# RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM PUNITIVE DAMAGES**

Damages arising, directly or indirectly, out of a "certified act of terrorism" that are awarded as punitive damages.

**B.** The following definition is added:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

© Insurance Services Office, Inc., 2015

**WASHINGTON INSURANCE IDENTIFICATION CARD**

| COMPANY NUMBER | COMPANY | ☑ COMMERCIAL | ☐ PERSONAL |
|---|---|---|---|
| 43494 | American Hallmark Insurance Company of Texas, 777 Main Street, Suite 1000, FORT WORTH, TX 76102 | | |

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 44-CL-000494289-2 | 05/05/2019 | 05/05/2020 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 2007 | Olympic / TRAILER | 1C9TF20207T997271 |

AGENCY/COMPANY ISSUING CARD
**RICE INSURANCE, LLC
P O BOX 639
BELLINGHAM, WA 98227-0639**

INSURED

**BLACK HILLS EXCAVATING INC
7216 187TH AVE SW
ROCHESTER, WA 98579**

SEE IMPORTANT NOTICE ON REVERSE SIDE

**WASHINGTON INSURANCE IDENTIFICATION CARD**

| COMPANY NUMBER | COMPANY | ☑ COMMERCIAL | ☐ PERSONAL |
|---|---|---|---|
| 43494 | American Hallmark Insurance Company of Texas, 777 Main Street, Suite 1000, FORT WORTH, TX 76102 | | |

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 44-CL-000494289-2 | 05/05/2019 | 05/05/2020 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 2007 | Olympic / TRAILER | 1C9TF20207T997271 |

AGENCY/COMPANY ISSUING CARD
**RICE INSURANCE, LLC
P O BOX 639
BELLINGHAM, WA 98227-0639**

INSURED

**BLACK HILLS EXCAVATING INC
7216 187TH AVE SW
ROCHESTER, WA 98579**

SEE IMPORTANT NOTICE ON REVERSE SIDE

THIS CARD MUST BE KEPT IN THE INSURED

VEHICLE AND PRESENTED UPON DEMAND

IN CASE OF ACCIDENT: Report all accidents to your Agent/Company as soon as possible. Obtain the following information:

    1. Name and address of each driver, passenger and witness.

    2. Name of Insurance Company and policy number for each vehicle involved.

**ACORD 50 (2007/02)**

© ACORD CORPORATION 1983-2007. All rights reserved.

THIS CARD MUST BE KEPT IN THE INSURED

VEHICLE AND PRESENTED UPON DEMAND

IN CASE OF ACCIDENT: Report all accidents to your Agent/Company as soon as possible. Obtain the following information:

    1. Name and address of each driver, passenger and witness.

    2. Name of Insurance Company and policy number for each vehicle involved.

**ACORD 50 (2007/02)**

© ACORD CORPORATION 1983-2007. All rights reserved.

**WASHINGTON INSURANCE IDENTIFICATION CARD**

COMPANY NUMBER
43494

COMPANY
American Hallmark Insurance Company of Texas, 777 Main Street, Suite 1000, FORT WORTH, TX 76102

☑ COMMERCIAL   ☐ PERSONAL

POLICY NUMBER
44-CL-000494289-2

EFFECTIVE DATE
05/05/2019

EXPIRATION DATE
05/05/2020

YEAR
2007

MAKE/MODEL
Ford / F150 TRUCK

VEHICLE IDENTIFICATION NUMBER
1FTRG14W07HA15893

AGENCY/COMPANY ISSUING CARD
**RICE INSURANCE, LLC**
**P O BOX 639**
**BELLINGHAM, WA 98227-0639**

INSURED

**BLACK HILLS EXCAVATING INC**
**7216 187TH AVE SW**
**ROCHESTER, WA 98579**

SEE IMPORTANT NOTICE ON REVERSE SIDE

---

**WASHINGTON INSURANCE IDENTIFICATION CARD**

COMPANY NUMBER
43494

COMPANY
American Hallmark Insurance Company of Texas, 777 Main Street, Suite 1000, FORT WORTH, TX 76102

☑ COMMERCIAL   ☐ PERSONAL

POLICY NUMBER
44-CL-000494289-2

EFFECTIVE DATE
05/05/2019

EXPIRATION DATE
05/05/2020

YEAR
2007

MAKE/MODEL
Ford / F150 TRUCK

VEHICLE IDENTIFICATION NUMBER
1FTRG14W07HA15893

AGENCY/COMPANY ISSUING CARD
**RICE INSURANCE, LLC**
**P O BOX 639**
**BELLINGHAM, WA 98227-0639**

INSURED

**BLACK HILLS EXCAVATING INC**
**7216 187TH AVE SW**
**ROCHESTER, WA 98579**

SEE IMPORTANT NOTICE ON REVERSE SIDE

THIS CARD MUST BE KEPT IN THE INSURED

VEHICLE AND PRESENTED UPON DEMAND

IN CASE OF ACCIDENT: Report all accidents to your Agent/Company as soon as possible. Obtain the following information:

    1. Name and address of each driver, passenger and witness.

    2. Name of Insurance Company and policy number for each vehicle involved.

ACORD 50 (2007/02)                                  © ACORD CORPORATION 1983-2007. All rights reserved.

THIS CARD MUST BE KEPT IN THE INSURED

VEHICLE AND PRESENTED UPON DEMAND

IN CASE OF ACCIDENT: Report all accidents to your Agent/Company as soon as possible. Obtain the following information:

    1. Name and address of each driver, passenger and witness.

    2. Name of Insurance Company and policy number for each vehicle involved.

ACORD 50 (2007/02)                                  © ACORD CORPORATION 1983-2007. All rights reserved.

**WASHINGTON INSURANCE IDENTIFICATION CARD**

| COMPANY NUMBER | COMPANY | ☑ COMMERCIAL | ☐ PERSONAL |
|---|---|---|---|
| 43494 | American Hallmark Insurance Company of Texas, 777 Main Street, Suite 1000, FORT WORTH, TX 76102 | | |

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 44-CL-000494289-2 | 05/05/2019 | 05/05/2020 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 2014 | Ford / F350 TRUCK | 1FR8W3BTXEEA04206 |

AGENCY/COMPANY ISSUING CARD
**RICE INSURANCE, LLC
P O BOX 639
BELLINGHAM, WA 98227-0639**

INSURED

**BLACK HILLS EXCAVATING INC
7216 187TH AVE SW
ROCHESTER, WA 98579**

SEE IMPORTANT NOTICE ON REVERSE SIDE

**WASHINGTON INSURANCE IDENTIFICATION CARD**

| COMPANY NUMBER | COMPANY | ☑ COMMERCIAL | ☐ PERSONAL |
|---|---|---|---|
| 43494 | American Hallmark Insurance Company of Texas, 777 Main Street, Suite 1000, FORT WORTH, TX 76102 | | |

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 44-CL-000494289-2 | 05/05/2019 | 05/05/2020 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 2014 | Ford / F350 TRUCK | 1FR8W3BTXEEA04206 |

AGENCY/COMPANY ISSUING CARD
**RICE INSURANCE, LLC
P O BOX 639
BELLINGHAM, WA 98227-0639**

INSURED

**BLACK HILLS EXCAVATING INC
7216 187TH AVE SW
ROCHESTER, WA 98579**

SEE IMPORTANT NOTICE ON REVERSE SIDE

THIS CARD MUST BE KEPT IN THE INSURED

VEHICLE AND PRESENTED UPON DEMAND

IN CASE OF ACCIDENT: Report all accidents to your Agent/Company as soon as possible. Obtain the following information:

1. Name and address of each driver, passenger and witness.

2. Name of Insurance Company and policy number for each vehicle involved.

ACORD 50 (2007/02)

© ACORD CORPORATION 1983-2007. All rights reserved.

THIS CARD MUST BE KEPT IN THE INSURED

VEHICLE AND PRESENTED UPON DEMAND

IN CASE OF ACCIDENT: Report all accidents to your Agent/Company as soon as possible. Obtain the following information:

1. Name and address of each driver, passenger and witness.

2. Name of Insurance Company and policy number for each vehicle involved.

ACORD 50 (2007/02)

© ACORD CORPORATION 1983-2007. All rights reserved.

**WASHINGTON INSURANCE IDENTIFICATION CARD**

COMPANY NUMBER
43494

COMPANY ☑ COMMERCIAL ☐ PERSONAL
American Hallmark Insurance Company of Texas, 777 Main Street, Suite 1000,
FORT WORTH, TX 76102

POLICY NUMBER
44-CL-000494289-2

EFFECTIVE DATE
05/05/2019

EXPIRATION DATE
05/05/2020

YEAR
2008

MAKE/MODEL
Ford / F550 TRUCK

VEHICLE IDENTIFICATION NUMBER
1FDAF56RX8EA19235

AGENCY/COMPANY ISSUING CARD
RICE INSURANCE, LLC
P O BOX 639
BELLINGHAM, WA 98227-0639

INSURED

BLACK HILLS EXCAVATING INC
7216 187TH AVE SW
ROCHESTER, WA 98579

SEE IMPORTANT NOTICE ON REVERSE SIDE

---

**WASHINGTON INSURANCE IDENTIFICATION CARD**

COMPANY NUMBER
43494

COMPANY ☑ COMMERCIAL ☐ PERSONAL
American Hallmark Insurance Company of Texas, 777 Main Street, Suite 1000,
FORT WORTH, TX 76102

POLICY NUMBER
44-CL-000494289-2

EFFECTIVE DATE
05/05/2019

EXPIRATION DATE
05/05/2020

YEAR
2008

MAKE/MODEL
Ford / F550 TRUCK

VEHICLE IDENTIFICATION NUMBER
1FDAF56RX8EA19235

AGENCY/COMPANY ISSUING CARD
RICE INSURANCE, LLC
P O BOX 639
BELLINGHAM, WA 98227-0639

INSURED

BLACK HILLS EXCAVATING INC
7216 187TH AVE SW
ROCHESTER, WA 98579

SEE IMPORTANT NOTICE ON REVERSE SIDE

THIS CARD MUST BE KEPT IN THE INSURED

VEHICLE AND PRESENTED UPON DEMAND

IN CASE OF ACCIDENT: Report all accidents to your Agent/Company as soon as possible. Obtain the following information:

1. Name and address of each driver, passenger and witness.

2. Name of Insurance Company and policy number for each vehicle involved.

**ACORD 50 (2007/02)**

© ACORD CORPORATION 1983-2007. All rights reserved.

THIS CARD MUST BE KEPT IN THE INSURED

VEHICLE AND PRESENTED UPON DEMAND

IN CASE OF ACCIDENT: Report all accidents to your Agent/Company as soon as possible. Obtain the following information:

1. Name and address of each driver, passenger and witness.

2. Name of Insurance Company and policy number for each vehicle involved.

**ACORD 50 (2007/02)**

© ACORD CORPORATION 1983-2007. All rights reserved.

Page **8** of **18**

**WASHINGTON INSURANCE IDENTIFICATION CARD**

| COMPANY NUMBER | COMPANY | ☑ COMMERCIAL | ☐ PERSONAL |
|---|---|---|---|
| 43494 | American Hallmark Insurance Company of Texas, 777 Main Street, Suite 1000, FORT WORTH, TX 76102 | | |

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 44-CL-000494289-2 | 05/05/2019 | 05/05/2020 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 2015 | Olympic / FLATBED TRAILER | 1C9TF3639F2997046 |

AGENCY/COMPANY ISSUING CARD
**RICE INSURANCE, LLC
P O BOX 639
BELLINGHAM, WA 98227-0639**

INSURED

**BLACK HILLS EXCAVATING INC
7216 187TH AVE SW
ROCHESTER, WA 98579**

SEE IMPORTANT NOTICE ON REVERSE SIDE

---

**WASHINGTON INSURANCE IDENTIFICATION CARD**

| COMPANY NUMBER | COMPANY | ☑ COMMERCIAL | ☐ PERSONAL |
|---|---|---|---|
| 43494 | American Hallmark Insurance Company of Texas, 777 Main Street, Suite 1000, FORT WORTH, TX 76102 | | |

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 44-CL-000494289-2 | 05/05/2019 | 05/05/2020 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 2015 | Olympic / FLATBED TRAILER | 1C9TF3639F2997046 |

AGENCY/COMPANY ISSUING CARD
**RICE INSURANCE, LLC
P O BOX 639
BELLINGHAM, WA 98227-0639**

INSURED

**BLACK HILLS EXCAVATING INC
7216 187TH AVE SW
ROCHESTER, WA 98579**

SEE IMPORTANT NOTICE ON REVERSE SIDE

THIS CARD MUST BE KEPT IN THE INSURED

VEHICLE AND PRESENTED UPON DEMAND

IN CASE OF ACCIDENT: Report all accidents to your Agent/Company as soon as possible. Obtain the following information:

    1. Name and address of each driver, passenger and witness.

    2. Name of Insurance Company and policy number for each vehicle involved.

**ACORD 50 (2007/02)**

© ACORD CORPORATION 1983-2007. All rights reserved.

THIS CARD MUST BE KEPT IN THE INSURED

VEHICLE AND PRESENTED UPON DEMAND

IN CASE OF ACCIDENT: Report all accidents to your Agent/Company as soon as possible. Obtain the following information:

    1. Name and address of each driver, passenger and witness.

    2. Name of Insurance Company and policy number for each vehicle involved.

**ACORD 50 (2007/02)**

© ACORD CORPORATION 1983-2007. All rights reserved.

**WASHINGTON INSURANCE IDENTIFICATION CARD**

COMPANY NUMBER
43494

COMPANY                                            ☑ COMMERCIAL    ☐ PERSONAL
American Hallmark Insurance Company of Texas, 777 Main Street, Suite 1000,
FORT WORTH, TX 76102

POLICY NUMBER                      EFFECTIVE DATE                EXPIRATION DATE
44-CL-000494289-2                   05/05/2019                    05/05/2020

YEAR            MAKE/MODEL                    VEHICLE IDENTIFICATION NUMBER
1987            Freightliner / TRUCK           1FUYZCYB4HH404327

AGENCY/COMPANY ISSUING CARD
RICE INSURANCE, LLC
P O BOX 639
BELLINGHAM, WA 98227-0639

INSURED

BLACK HILLS EXCAVATING INC
7216 187TH AVE SW
ROCHESTER, WA 98579

SEE IMPORTANT NOTICE ON REVERSE SIDE

**WASHINGTON INSURANCE IDENTIFICATION CARD**

COMPANY NUMBER
43494

COMPANY                                            ☑ COMMERCIAL    ☐ PERSONAL
American Hallmark Insurance Company of Texas, 777 Main Street, Suite 1000,
FORT WORTH, TX 76102

POLICY NUMBER                      EFFECTIVE DATE                EXPIRATION DATE
44-CL-000494289-2                   05/05/2019                    05/05/2020

YEAR            MAKE/MODEL                    VEHICLE IDENTIFICATION NUMBER
1987            Freightliner / TRUCK           1FUYZCYB4HH404327

AGENCY/COMPANY ISSUING CARD
RICE INSURANCE, LLC
P O BOX 639
BELLINGHAM, WA 98227-0639

INSURED

BLACK HILLS EXCAVATING INC
7216 187TH AVE SW
ROCHESTER, WA 98579

SEE IMPORTANT NOTICE ON REVERSE SIDE

THIS CARD MUST BE KEPT IN THE INSURED

VEHICLE AND PRESENTED UPON DEMAND

IN CASE OF ACCIDENT: Report all accidents to your Agent/Company as soon as possible. Obtain the following information:

1. Name and address of each driver, passenger and witness.

2. Name of Insurance Company and policy number for each vehicle involved.

**ACORD 50 (2007/02)**

© ACORD CORPORATION 1983-2007. All rights reserved.

THIS CARD MUST BE KEPT IN THE INSURED

VEHICLE AND PRESENTED UPON DEMAND

IN CASE OF ACCIDENT: Report all accidents to your Agent/Company as soon as possible. Obtain the following information:

1. Name and address of each driver, passenger and witness.

2. Name of Insurance Company and policy number for each vehicle involved.

**ACORD 50 (2007/02)**

© ACORD CORPORATION 1983-2007. All rights reserved.

**WASHINGTON INSURANCE IDENTIFICATION CARD**

| COMPANY NUMBER | COMPANY | ☑ COMMERCIAL | ☐ PERSONAL |
|---|---|---|---|
| 43494 | American Hallmark Insurance Company of Texas, 777 Main Street, Suite 1000, FORT WORTH, TX 76102 | | |

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 44-CL-000494289-2 | 05/05/2019 | 05/05/2020 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 1985 | Chevrolet / PICKUP | GDK6D1F8FV628008 |

AGENCY/COMPANY ISSUING CARD
**RICE INSURANCE, LLC**
**P O BOX 639**
**BELLINGHAM, WA 98227-0639**

INSURED

**BLACK HILLS EXCAVATING INC**
**7216 187TH AVE SW**
**ROCHESTER, WA 98579**

SEE IMPORTANT NOTICE ON REVERSE SIDE

**WASHINGTON INSURANCE IDENTIFICATION CARD**

| COMPANY NUMBER | COMPANY | ☑ COMMERCIAL | ☐ PERSONAL |
|---|---|---|---|
| 43494 | American Hallmark Insurance Company of Texas, 777 Main Street, Suite 1000, FORT WORTH, TX 76102 | | |

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 44-CL-000494289-2 | 05/05/2019 | 05/05/2020 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 1985 | Chevrolet / PICKUP | GDK6D1F8FV628008 |

AGENCY/COMPANY ISSUING CARD
**RICE INSURANCE, LLC**
**P O BOX 639**
**BELLINGHAM, WA 98227-0639**

INSURED

**BLACK HILLS EXCAVATING INC**
**7216 187TH AVE SW**
**ROCHESTER, WA 98579**

SEE IMPORTANT NOTICE ON REVERSE SIDE

THIS CARD MUST BE KEPT IN THE INSURED

VEHICLE AND PRESENTED UPON DEMAND

IN CASE OF ACCIDENT: Report all accidents to your Agent/Company as soon as possible. Obtain the following information:

    1. Name and address of each driver, passenger and witness.

    2. Name of Insurance Company and policy number for each vehicle involved.

**ACORD 50 (2007/02)**                                        © ACORD CORPORATION 1983-2007. All rights reserved.

THIS CARD MUST BE KEPT IN THE INSURED

VEHICLE AND PRESENTED UPON DEMAND

IN CASE OF ACCIDENT: Report all accidents to your Agent/Company as soon as possible. Obtain the following information:

    1. Name and address of each driver, passenger and witness.

    2. Name of Insurance Company and policy number for each vehicle involved.

**ACORD 50 (2007/02)**                                        © ACORD CORPORATION 1983-2007. All rights reserved.

**WASHINGTON INSURANCE IDENTIFICATION CARD**

COMPANY NUMBER
43494

COMPANY          ☑ COMMERCIAL   ☐ PERSONAL
American Hallmark Insurance Company of Texas, 777 Main Street, Suite 1000,
FORT WORTH, TX 76102

POLICY NUMBER                 EFFECTIVE DATE              EXPIRATION DATE
44-CL-000494289-2             05/05/2019                 05/05/2020

YEAR            MAKE/MODEL                VEHICLE IDENTIFICATION NUMBER
2006            Ford / F250 PICKUP        1FTSF21936EB58343

AGENCY/COMPANY ISSUING CARD
RICE INSURANCE, LLC
P O BOX 639
BELLINGHAM, WA 98227-0639

INSURED

BLACK HILLS EXCAVATING INC
7216 187TH AVE SW
ROCHESTER, WA 98579

SEE IMPORTANT NOTICE ON REVERSE SIDE

**WASHINGTON INSURANCE IDENTIFICATION CARD**

COMPANY NUMBER
43494

COMPANY          ☑ COMMERCIAL   ☐ PERSONAL
American Hallmark Insurance Company of Texas, 777 Main Street, Suite 1000,
FORT WORTH, TX 76102

POLICY NUMBER                 EFFECTIVE DATE              EXPIRATION DATE
44-CL-000494289-2             05/05/2019                 05/05/2020

YEAR            MAKE/MODEL                VEHICLE IDENTIFICATION NUMBER
2006            Ford / F250 PICKUP        1FTSF21936EB58343

AGENCY/COMPANY ISSUING CARD
RICE INSURANCE, LLC
P O BOX 639
BELLINGHAM, WA 98227-0639

INSURED

BLACK HILLS EXCAVATING INC
7216 187TH AVE SW
ROCHESTER, WA 98579

SEE IMPORTANT NOTICE ON REVERSE SIDE

THIS CARD MUST BE KEPT IN THE INSURED

VEHICLE AND PRESENTED UPON DEMAND

IN CASE OF ACCIDENT: Report all accidents to your Agent/Company as soon as possible. Obtain the following information:

    1. Name and address of each driver, passenger and witness.

    2. Name of Insurance Company and policy number for each vehicle involved.

**ACORD 50 (2007/02)**
© ACORD CORPORATION 1983-2007. All rights reserved.

THIS CARD MUST BE KEPT IN THE INSURED

VEHICLE AND PRESENTED UPON DEMAND

IN CASE OF ACCIDENT: Report all accidents to your Agent/Company as soon as possible. Obtain the following information:

    1. Name and address of each driver, passenger and witness.

    2. Name of Insurance Company and policy number for each vehicle involved.

**ACORD 50 (2007/02)**

© ACORD CORPORATION 1983-2007. All rights reserved.

**WASHINGTON INSURANCE IDENTIFICATION CARD**

| COMPANY NUMBER | COMPANY | ☑ COMMERCIAL | ☐ PERSONAL |
|---|---|---|---|
| 43494 | American Hallmark Insurance Company of Texas, 777 Main Street, Suite 1000, FORT WORTH, TX 76102 | | |

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 44-CL-000494289-2 | 05/05/2019 | 05/05/2020 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 1992 | International / 8000 | 1HSHBAYN5NH457132 |

AGENCY/COMPANY ISSUING CARD
**RICE INSURANCE, LLC**
**P O BOX 639**
**BELLINGHAM, WA 98227-0639**

INSURED

**BLACK HILLS EXCAVATING INC**
**7216 187TH AVE SW**
**ROCHESTER, WA 98579**

SEE IMPORTANT NOTICE ON REVERSE SIDE

**WASHINGTON INSURANCE IDENTIFICATION CARD**

| COMPANY NUMBER | COMPANY | ☑ COMMERCIAL | ☐ PERSONAL |
|---|---|---|---|
| 43494 | American Hallmark Insurance Company of Texas, 777 Main Street, Suite 1000, FORT WORTH, TX 76102 | | |

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 44-CL-000494289-2 | 05/05/2019 | 05/05/2020 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 1992 | International / 8000 | 1HSHBAYN5NH457132 |

AGENCY/COMPANY ISSUING CARD
**RICE INSURANCE, LLC**
**P O BOX 639**
**BELLINGHAM, WA 98227-0639**

INSURED

**BLACK HILLS EXCAVATING INC**
**7216 187TH AVE SW**
**ROCHESTER, WA 98579**

SEE IMPORTANT NOTICE ON REVERSE SIDE

THIS CARD MUST BE KEPT IN THE INSURED

VEHICLE AND PRESENTED UPON DEMAND

IN CASE OF ACCIDENT: Report all accidents to your Agent/Company as soon as possible. Obtain the following information:

    1. Name and address of each driver, passenger and witness.

    2. Name of Insurance Company and policy number for each vehicle involved.

**ACORD 50 (2007/02)**

© ACORD CORPORATION 1983-2007. All rights reserved.

THIS CARD MUST BE KEPT IN THE INSURED

VEHICLE AND PRESENTED UPON DEMAND

IN CASE OF ACCIDENT: Report all accidents to your Agent/Company as soon as possible. Obtain the following information:

    1. Name and address of each driver, passenger and witness.

    2. Name of Insurance Company and policy number for each vehicle involved.

**ACORD 50 (2007/02)**

© ACORD CORPORATION 1983-2007. All rights reserved.

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS
5420 LYNDON B JOHNSON FWY, STE 1100, Dallas, TX 75240
## COMMON POLICY DECLARATIONS
GENERAL CHANGE ENDORSEMENT

**POLICY NO:** 44-CL-000494289-02/001

### NAMED INSURED AND MAILING ADDRESS

BLACK HILLS EXCAVATING INC
7216 187TH AVE SW
ROCHESTER, WA 98579

### AGENCY AND MAILING ADDRESS                    4654

RICE INSURANCE, LLC
P O BOX 639
BELLINGHAM, WA 98227-0639

**POLICY PERIOD**: FROM 05/05/2019 TO 05/05/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

Effective 05/05/2019 this policy amended as shown.

### COMMON POLICY DECLARATIONS
For an additional/return premium, the items below are changed as indicated:

```
THE FOLLOWING UNIT IS DELETED:
1985 CHEVROLET PICKUP #28008
THE FOLLOWING UNITS ARE ADDED:
2006 KENWORTH T800 #57881
2006 FORD F350 TRUCK #93220
```

| | |
|---|---|
| NO ADDITIONAL OR RETURN PREMIUM DUE FOR COMMERCIAL PROPERTY | NO CHANGE |
| NO ADDITIONAL OR RETURN PREMIUM DUE FOR COMMERCIAL GENERAL LIABILITY | NO CHANGE |
| NO ADDITIONAL OR RETURN PREMIUM DUE FOR COMMERCIAL INLAND MARINE | NO CHANGE |
| ADDITIONAL PREMIUM DUE FOR COMMERCIAL AUTO | $1,706 |
| ADDITIONAL PREMIUM DUE FOR COMMERCIAL UMBRELLA | $340 |
| ADDITIONAL PREMIUM DUE FOR THIS CHANGE: | $2,046 |

### FORMS AND ENDORSEMENTS APPLICABLE TO ALL COVERAGE PARTS
See Forms Schedule

# American Hallmark Insurance Company of Texas
5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240
## COMMERCIAL AUTOMOBILE POLICY
GENERAL CHANGE ENDORSEMENT

<table>
<tr><td>

**POLICY NO:** 44-CL-000494289-02/001

**RENEWAL OF:** 44-CL-000494289-1

</td></tr>
</table>

| NAMED INSURED AND MAILING ADDRESS | AGENCY AND MAILING ADDRESS    4654 |
|---|---|
| BLACK HILLS EXCAVATING INC<br>7216 187TH AVE SW<br>ROCHESTER, WA 98579 | RICE INSURANCE, LLC<br>P O BOX 639<br>BELLINGHAM, WA 98227-0639 |

**POLICY PERIOD:** FROM 05/05/2019 TO 05/05/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE

Effective 05/05/2019 this policy is amended as shown.

## ITEM ONE

**THE NAMED INSURED IS:**   Corporation          **BUSINESS DESCRIPTION:**   EXCAVATION CONTRACTOR

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

## ITEM TWO – SCHEDULE OF COVERAGES AND COVERED AUTOS

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". **"Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the Covered Autos Section of the Business Auto Coverage Form next to the name of the coverage.**

| COVERED AUTOS SYMBOLS | COVERAGES | LIMITS | PREMIUM |
|---|---|---|---|
| 1 | Liability | $1,000,000 Each Accident<br>See Item Four For Hired Borrowed Auto<br>See Item Five For Non Owned Liability | $          2,507 |
|  | Personal Injury Protection - PIP (Or Equivalent No-Fault Coverage) | Separately Stated In Each PIP Endorsement | $ |
| 7 | Auto Medical Payments | See Item Three | $          78 |
| 7 | Uninsured Motorists - UM | Included In Underinsured Motorist Coverage | $ |
| 7 | Underinsured Motorists - UIM | $1,000,000 Each Accident | $          172 |

# American Hallmark Insurance Company of Texas

5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240

## COMMERCIAL AUTOMOBILE POLICY

GENERAL CHANGE ENDORSEMENT

| POLICY NO: 44-CL-000494289-02/001 | EFFECTIVE DATE: 05/05/2019 |
|---|---|
| INSURED: BLACK HILLS EXCAVATING INC | AGENT: RICE INSURANCE, LLC |

| COVERED AUTOS SYMBOLS | COVERAGES | LIMITS | PREMIUM |
|---|---|---|---|
| 7 | Physical Damage:  Comprehensive Coverage | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus Deductible For Each Covered Auto (See Item Three), But No Deductible Applies To Loss Caused By Fire Or Lightning.<br><br>See Item Four For Hired Or Borrowed Autos. | $ 71 |
| | Physical Damage: Specified Causes Of Loss Coverage | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus Deductible For Each Covered Auto (See Item Three) For Loss Caused By Mischief Or Vandalism.<br><br>See Item Four for Hired or Borrowed Autos. | $ |
| 7 | Physical Damage: Collision Coverage | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus Deductible For Each Covered Auto (See Item Three).<br><br>See Item Four for Hired or Borrowed Autos. | $ 186 |
| | Physical Damage: Towing And Labor | $      For Each Disablement Of A Private Passenger Auto | $ |
| | | PREMIUM FOR ENDORSEMENTS | $ |
| | | ESTIMATED POLICY PREMIUM | $ 1,706.00 |
| | | *This policy may be subject to final audit | |

| | |
|---|---|
| TOTAL ADDITIONAL PREMIUM FOR COMMERCIAL AUTO | $ 1,706.00 |

# American Hallmark Insurance Company of Texas

5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240

## COMMERCIAL AUTOMOBILE POLICY

GENERAL CHANGE ENDORSEMENT

| | |
|---|---|
| **POLICY NO:** 44-CL-000494289-02/001 | **EFFECTIVE DATE:** 05/05/2019 |
| **INSURED:** BLACK HILLS EXCAVATING INC | **AGENT:** RICE INSURANCE, LLC |

### ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

| NO | *KEY | TYPE | YEAR/MAKE/MODEL | VIN/SERIAL | ST | TERR |
|---|---|---|---|---|---|---|
| 7 | D | Trucks, Tractors and Trailers | 1985 Chevrolet PICKUP | GDK6D1F8FV628008 | WA | 035 |
| 10 | A | Trucks, Tractors and Trailers | 2006 Kenworth T800 | 1NKDXBEX76J157881 | WA | 035 |
| 11 | A | Trucks, Tractors and Trailers | 2006 Ford F350 TRUCK | 1FRWW30Y66EB93220 | WA | 035 |

| | ZONE | | | | | | |
|---|---|---|---|---|---|---|---|
| NO | ORG | DEST | CLASS | SIZE/SEAT | RADIUS | USE | INDUSTRY |
| 7 | | | 33484 | Heavy Trucks | Local(Up To 50 Miles) | Commercial | Contractors |
| 10 | | | 40471 | Extra-Heavy Trucks | Local(Up To 50 Miles) | | Dump And Transit Mix |
| 11 | | | 21484 | Medium Trucks | Local(Up To 50 Miles) | Service | Contractors |

| | LIABILITY | | | | PIP | | | ADDED PIP | | PEDESTRIAN PIP |
|---|---|---|---|---|---|---|---|---|---|---|
| NO | LIMIT | DED | DED TYPE | PREM | LIMIT | PREM | DED | LIMIT | PREM | PREM |
| 7 | $0 | $0 | CSL | -$1,119 | N/A | $0 | N/A | N/A | $0 | $0 |
| 10 | $1,000,000 | $0 | CSL | $1,783 | N/A | $0 | N/A | N/A | $0 | $0 |
| 11 | $1,000,000 | $0 | CSL | $724 | N/A | $0 | N/A | N/A | $0 | $0 |

| | **MED PAY | | UM | | UMPD | | UIM | | UIMPD | |
|---|---|---|---|---|---|---|---|---|---|---|
| NO | LIMIT | PREM | LIMIT | PREM | LIMIT | PREM | LIMIT | PREM | LIMIT | PREM |
| 7 | $0 | -$39 | Incl in UIM | Incl in UIM | $0 | $0 | $0 | -$86 | $0 | $0 |
| 10 | $5,000 | $39 | Incl in UIM | Incl in UIM | $0 | $0 | $1,000,000 | $86 | $0 | $0 |
| 11 | $5,000 | $39 | Incl in UIM | Incl in UIM | $0 | $0 | $1,000,000 | $86 | $0 | $0 |

| | COST | STATED | OTC | | | COLLISION | | TOWING | | AUDIO | | TAPE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NO | NEW | AMT | COVERAGE | DED | PREM | DED | PREM | LIMIT | PREM | LIMIT | PREM | PREM |
| 7 | $24,670 | $0 | Comprehensive | $0 | -$22 | $0 | -$42 | $0 | $0 | $0 | $0 | $0 |
| 10 | $95,000 | $0 | Comprehensive | $1,000 | $45 | $1,000 | $138 | $0 | $0 | $0 | $0 | $0 |
| 11 | $28,585 | $0 | Comprehensive | $500 | $26 | $1,000 | $48 | $0 | $0 | $0 | $0 | $0 |

| NO | UNIT PREM | STATE FEES | TOTAL AMOUNT |
|---|---|---|---|
| 7 | -$1,308 | $0.00 | -$1,308.00 |
| 10 | $2,091 | $0.00 | $2,091.00 |
| 11 | $923 | $0.00 | $923.00 |

*KEY: "A" = Add, "D" = Delete, "M" = Modify.  **MED PAY = Extraordinary Medical Benefits in Pennsylvania

# American Hallmark Insurance Company of Texas

5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240

## COMMERCIAL AUTOMOBILE POLICY

GENERAL CHANGE ENDORSEMENT

| | |
|---|---|
| **POLICY NO:** 44-CL-000494289-02/001 | **EFFECTIVE DATE:** 05/05/2019 |
| **INSURED:** BLACK HILLS EXCAVATING INC | **AGENT:** RICE INSURANCE, LLC |

**THESE DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS, AND SUPPLEMENTAL FORM DECLARATION(S), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.**

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240

**Commercial Umbrella Liability**

GENERAL CHANGE ENDORSEMENT

| |
|---|
| **POLICY NO:** 44-CL-000494289-02/001 |
| **RENEWAL OF:** 44-CL-000494289-1 |

**NAMED INSURED AND MAILING ADDRESS**

| |
|---|
| BLACK HILLS EXCAVATING INC<br>7216 187TH AVE SW<br>ROCHESTER, WA 98579 |

**AGENCY AND MAILING ADDRESS**   0000004654

| |
|---|
| RICE INSURANCE, LLC<br>P O BOX 639<br>BELLINGHAM, WA 98227-0639 |

**POLICY PERIOD**: FROM 05/05/2019 TO 05/05/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

| LIMITS OF INSURANCE | |
|---|---|
| LIMIT – PER INCIDENT | $5,000,000 |
| GENERAL AGGREGATE LIMIT | $5,000,000 |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $5,000,000 |

| | |
|---|---|
| MINIMUM RETENTION COVERAGE A | $0 |
| DEDUCTIBLE COVERAGE B | $10,000 |

| DESCRIPTION OF BUSINESS |
|---|
| FORM OF BUSINESS:<br>☐ INDIVIDUAL          ☐ PARTNERSHIP          ☐ JOINT VENTURE          ☐ TRUST<br><br>☐ LIMITED LIABILITY COMPANY          ☒ ORGANIZATION, INCLUDING A CORPORATION (BUT NOT INCLUDING A PARTNERSHIP, JOINT VENTURE OR LIMITED LIABILITY COMPANY)<br>☐ OTHER<br><br><br>BUSINESS DESCRIPTION:     EXCAVATION CONTRACTOR |

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240

**Commercial Umbrella Liability**

GENERAL CHANGE ENDORSEMENT

| | |
|---|---|
| **POLICY NO:** 44-CL-000494289-02/001<br>**INSURED:** BLACK HILLS EXCAVATING INC | **EFFECTIVE DATE:** 05/05/2019<br>**AGENT:** RICE INSURANCE, LLC |

| SCHEDULE OF UNDERLYING INSURANCE | | |
|---|---|---|
| **TYPE OF INSURANCE** | **CARRIER**<br>**POLICY NUMBER**<br>**POLICY PERIOD** | **LIMITS OF INSURANCE** |
| *General Liability* | *American Hallmark Insurance Company of Texas*<br>*44-CL-000494289-2*<br>*05/05/2019 to 05/05/2020* | $2,000,000   GENERAL AGGREGATE<br>$2,000,000   PROD/COMP OPS AGGREGATE<br>$1,000,000   EACH OCCURRENCE |
| *Commercial Auto* | *American Hallmark Insurance Company of Texas*<br>*44-CL-000494289-2*<br>*05/05/2019 to 05/05/2020* | $1,000,000   EACH ACCIDENT / OCCURRENCE |
| *Employers Liability* | *AMERICAN HALLMARK INSURANCE CO OF TEXAS*<br>*44-CL-000494289-2*<br>*05/05/2019 to 05/05/2020* | BODILY INJURY /<br>$1,000,000   EACH ACCIDENT<br>$1,000,000   DISEASE POLICY LIMIT<br>$1,000,000   DISEASE EACH EMPLOYEE |

06-10-19
CL 01 09 16

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240

**Commercial Umbrella Liability**

GENERAL CHANGE ENDORSEMENT

| | |
|---|---|
| **POLICY NO:** 44-CL-000494289-02/001 | **EFFECTIVE DATE:** 05/05/2019 |
| **INSURED:** BLACK HILLS EXCAVATING INC | **AGENT:** RICE INSURANCE, LLC |

TERRORISM RISK INSURANCE ACT CHARGE IS $205

| TOTAL COMMERCIAL UMBRELLA LIABILITY PREMIUM | $ | 340 |
|---|---|---|

**FORMS AND ENDORSEMENTS**
**APPLYING TO THIS COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:**
See Forms Schedule

**THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS, AND SUPPLEMENTAL FORM DECLARATIONS), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.**

06-10-19
CL 01 09 16

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS
### 5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240
## FORMS SCHEDULE

**POLICY NO:** 44-CL-000494289-2

**ACCOUNT NUMBER:**

| NAMED INSURED AND MAILING ADDRESS | AGENCY AND MAILING ADDRESS    4654 |
|---|---|
| BLACK HILLS EXCAVATING INC<br>7216 187TH AVE SW<br>ROCHESTER, WA 98579 | RICE INSURANCE, LLC<br>P O BOX 639<br>BELLINGHAM, WA 98227-0639 |

**POLICY PERIOD:**   FROM 05/05/2019 TO 05/05/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**NOTE:  IF NO ENTRY APPEARS ON THE FOLLOWING ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION  IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

| INTERLINE FORMS | | APPLICABLE COVERAGE PARTS |
|---|---|---|
| IL1201 11-85 | Policy Changes | Commercial Auto,       Added<br>General Liability,<br>Commercial Inland<br>Marine, Commercial<br>Property |

| COMMERCIAL GENERAL LIABILITY FORMS | | |
|---|---|---|
| CG2196 03-05 | Silica or Silica-Related Dust Exclusion | Added |
| GC1110 06-18 | Lead Exclusion | Added |

| COMMERCIAL AUTO FORMS | | |
|---|---|---|
| CA2134 01-08 | Washington Underinsured Motorists Coverage | Modified |
| A2107 10-05 | Washington Underinsured Motorists Coverage<br>Selection/Rejection Form | Modified |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

Policy Change
Number **001**

| POLICY NUMBER<br>**44-CL-000494289-2** | POLICY CHANGES EFFECTIVE<br>**05/05/2019** | COMPANY<br>**American Hallmark Insurance Company of Texas** |
|---|---|---|
| NAMED INSURED<br>**BLACK HILLS EXCAVATING INC** | | AUTHORIZED REPRESENTATIVE |

COVERAGE PARTS AFFECTED
**Commercial Property**
**Commercial Automobile**

CHANGES
**THE FOLLOWING UNIT IS DELETED:**
**1985 CHEVROLET PICKUP #28008**
**THE FOLLOWING UNITS ARE ADDED:**
**2006 KENWORTH T800 #57881**
**2006 FORD F350 TRUCK #93220**

_____
Authorized Representative Signature

POLICY NUMBER: 44-CL-000494289-2

**COMMERCIAL AUTO**
**CA 21 34 01 08**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WASHINGTON UNDERINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or for "garage operations" conducted in, Washington, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

---

**Named Insured:**  BLACK HILLS EXCAVATING INC

**Endorsement Effective Date:**  05/05/2019

---

**SCHEDULE**

---

| | | |
|---|---|---|
| **"Bodily Injury" And "Property Damage":** | $ | **Each "Accident"** |
| **Or** | | |
| **"Bodily Injury":** | $ | **Each "Accident"** |

This endorsement provides "bodily injury" and "property damage" underinsured motorists coverage unless an "X" is entered below:

☐ If an "X" is entered in this box, this endorsement provides "bodily injury" underinsured motorists coverage only for the following "autos":

**Description Of "Autos":**

---

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

---

**A. Coverage**

**1.** We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "underinsured motor vehicle". The damages must result from "bodily injury" or "property damage" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "underinsured motor vehicle".

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

**1.** An individual, then the following are "insureds":

**a.** The Named Insured and any "family members".

**b.** Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

**c.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

---

CA 21 34 01 08 © ISO Properties, Inc., 2007 Page 1 of 4 ☐

**2.** A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

  **a.** Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

  **b.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

  **c.** The Named Insured for "property damage" only.

**C. Exclusions**

This insurance does not apply to:

**1.** The benefit of any insurer or self-insurer under any workers' compensation law or any similar disability benefits law.

**2.** The benefit of any insurer of property.

**3.** "Bodily injury" sustained by:

  **a.** An individual Named Insured while "occupying" any vehicle owned by that Named Insured or made available for that Named Insured's regular use that is not a covered "auto" for Liability Coverage under this Coverage Form;

  **b.** Any "family member" while "occupying" any vehicle owned by that "family member" or available for that "family member's" regular use that is not a covered "auto" for Liability Coverage under this Coverage Form; or

  **c.** Any "family member" while "occupying" any vehicle owned by the Named Insured or made available for the Named Insured's regular use that is insured for Liability Coverage on a primary basis under any other Coverage Form or policy.

**4.** Property contained in or struck by any vehicle owned by or available for the regular use of the Named Insured or any "family member", if the Named Insured is an individual, which is not a covered "auto" for Liability Coverage under this Coverage Form.

**5.** The first $300 of the amount of "property damage" to the property of each "insured" as the result of any one "accident" caused by a hit-and-run vehicle as described in Paragraph **5.d.** of the definition of "underinsured motor vehicle". In all other cases, this insurance does not apply to the first $100 of the amount of "property damage" to the property of each "insured" as the result of any one "accident".

**6.** Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**7.** "Bodily injury" or "property damage" to an "insured" while operating or "occupying" a motorcycle or motor driven cycle which is not a covered "auto" for Liability Coverage under this Coverage Form.

**8.** Punitive or exemplary damages.

**9.** "Bodily injury" or "property damage" arising directly or indirectly out of:

  **a.** War, including undeclared or civil war;

  **b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

  **c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

**1.** Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the limit shown in the Schedule or in the Declarations.

**2.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage Form, Medical Payments Coverage Endorsement or Personal Injury Protection Coverage Endorsement attached to this Coverage Part.

We will not make a duplicate payment under this Coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

**E. Changes In Conditions**

The conditions are changed for Washington Underinsured Motorists Coverage as follows:

**1. Other Insurance** in the Business Auto and Garage Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Truckers and Motor Carrier Coverage Forms are replaced by the following:

If there is other applicable insurance available under one or more policies or provisions of coverage:

  **a.** The maximum recovery under all coverage forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any coverage form or policy providing coverage on either a primary or excess basis.

**b.** Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible underinsured motorists insurance providing coverage on a primary basis.

**c.** If the coverage under this Coverage Form is provided:

   **(1)** On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

   **(2)** On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss** is changed by adding the following:

   **a.** A person seeking Underinsured Motorists Coverage must also promptly notify us in writing of a tentative settlement between the "insured" and the insurer of an "underinsured motor vehicle", and allow us 30 days to advance payment to that "insured" in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such "underinsured motor vehicle". However, this provision does not apply if failure to notify us does not prejudice our right to recover payment from the person legally responsible for the "accident".

**3. Legal Action Against Us** is replaced by the following:

   **a.** No one may bring a legal action against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form.

   **b.** Any legal action against us under this Coverage Form must be brought within one year after the date on which the cause of action accrues.

If this action is brought pursuant to Sec. 3 of RCW 48.30 then 20 days prior to filing such an action, you are required to provide written notice of the basis for the cause of action to us and the Office of the Insurance Commissioner. Such notice may be sent by regular mail, registered mail or certified mail with return receipt requested.

**4. Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid. We shall be entitled to recovery only after the "insured" has been fully compensated for damages.

Our rights do not apply under this provision with respect to damages caused by an "accident" with an "underinsured motor vehicle" if we:

   **a.** Have been given prompt notice of a tentative settlement between an "insured" and the insurer of an "underinsured motor vehicle"; and

   **b.** Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification:

   **(1)** That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Underinsured Motorists Coverage; and

   **(2)** We also have a right to recover the advanced payment.

**5.** The following condition is added:

**ARBITRATION**

   **a.** If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "underinsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. We will pay all arbitration expenses. Arbitration expenses will not include the "insured's" attorney's fees or any expenses incurred in producing evidence or witnesses.

© ISO Properties, Inc., 2007

**b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Property damage" means injury to or destruction of the property of an "insured".

**2.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

**3.** "Occupying" means in, upon, getting in, on, out or off.

**4.** "Suit" means a civil proceeding in which:

**a.** Damages because of "bodily injury" or "property damage"; or

**b.** A "covered pollution cost or expense" to which this insurance applies, are alleged.

"Suit" includes:

**(1)** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed; or

**(2)** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed.

**5.** "Underinsured motor vehicle" means a land motor vehicle or "trailer":

**a.** For which no liability bond or policy applies at the time of an "accident"; or

**b.** For which liability bonds or policies apply at the time of the "accident", but the amount paid under all of the bonds or policies to an "insured" is not enough to pay the full amount an "insured" is legally entitled to recover as damages caused by the "accident"; or

**c.** For which all insuring or bonding companies deny coverage or are or become insolvent; or

**d.** That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must either:

**(1)** Hit an "insured", a covered "auto" or a vehicle an "insured" is "occupying"; or

**(2)** Cause "bodily injury" or "property damage" with no physical contact with the "insured" or the vehicle the "insured" was "occupying" at the time of the "accident" provided:

**(a)** The facts of the "accident" can be corroborated by competent evidence other than the testimony of any person having an underinsured motorists coverage claim as a result of such "accident"; and

**(b)** Someone reports the "accident" to the police within 72 hours of the "accident".

However, "underinsured motor vehicle" does not include any vehicle:

**a.** For which the Liability Coverage of this Coverage Form applies. However, if the Named Insured is an individual and that Named Insured or any "family member" sustains damages while "occupying", or when struck by, an "auto" which is a covered "auto" for Liability Coverage under this Coverage Form, this exception to this definition of an "underinsured motor vehicle" does not apply to that Named Insured or any such "family member".

**b.** Owned by a governmental unit or agency. This provision does not apply if the governmental unit or agency is unable to pay damages because of financial inability or insolvency.

**6.** Whenever the terms "uninsured motorists coverage" or "uninsured motor vehicle" appear in the Coverage Form or any endorsements attached to the Coverage Form, they are replaced by the terms "underinsured motorists coverage" and "underinsured motor vehicle" for covered "autos" licensed in or "garage operations" conducted in Washington.

POLICY NUMBER: **44-CL-000494289-2**                                                     SD0001 0110

## SUPPLEMENTAL FORM DECLARATION FOR CA2134 0108

## WASHINGTON UNDERINSURED MOTORISTS COVERAGE

| |
|---|
| Endorsement Effective: **05/05/2019** |
| Named Insured: **BLACK HILLS EXCAVATING INC** |

### SCHEDULE

| Vehicles |
|---|

| | | |
|---|---|---|
| **"Bodily Injury" And "Property Damage":** | **$** | **Each "Accident"** |
| **Or** | | |
| **"Bodily Injury":** | **$** | **1,000,000 Each "Accident"** |

This endorsement provides "bodily injury" and "property damage" underinsured motorists coverage unless an "X" is entered below:

[X] If an "X" is entered in this box, this endorsement provides "bodily injury" underinsured motorists coverage only for the following "autos":

**Description Of "Autos":** Vehicle 2, 2007 Ford F150 TRUCK, VIN-1FTRG14W07HA15893
Vehicle 3, 2014 Ford F350 TRUCK, VIN-1FR8W3BTXEEA04206
Vehicle 4, 2008 Ford F550 TRUCK, VIN-1FDAF56RX8EA19235
Vehicle 6, 1987 Freightliner TRUCK, VIN-1FUYZCYB4HH404327
Vehicle 8, 2006 Ford F250 PICKUP, VIN-1FTSF21936EB58343
Vehicle 9, 1992 International 8000, VIN-1HSHBAYN5NH457132
Vehicle 10, 2006 Kenworth T800, VIN-1NKDXBEX76J157881
Vehicle 11, 2006 Ford F350 TRUCK, VIN-1FRWW30Y66EB93220

COMMERCIAL GENERAL LIABILITY
CG 21 96 03 05

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

© ISO Properties, Inc., 2004

COMMERCIAL GENERAL LIABILITY
GC 11 10 06 18

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LEAD EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

   **2. Exclusions**

   This insurance does not apply to:

   **Lead**

   **a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected absorption, inhalation of, or ingestion of any form of lead.

   **b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, any form of lead.

   **c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, any form of lead by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

   **2. Exclusions**

   This insurance does not apply to:

   **Lead**

   **a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any form of lead.

   **b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, lead, by any insured or by any other person or entity.

**COMMERCIAL AUTOMOBILE**
**WASHINGTON**
**UNDERINSURED MOTORISTS COVERAGE**
**(includes uninsured)**
**SELECTION / REJECTION FORM**

This form of auto insurance must be provided with every auto liability policy issued, delivered, renewed or extended with respect to a motor vehicle registered or principally garaged in Washington, with limits equal to the liability limits of your policy.

You, as the Named Insured (or Spouse), have the right to select lower limits of Underinsured Motorists Bodily Injury Coverage in writing, but not lower than those required by the Washington Financial Responsibility Law. You also have the right to reject this coverage in writing. You may not select limits higher than the liability limits of your policy.

Underinsured Motorists Property Damage Coverage may be selected in amounts at least equal to the Washington Financial Responsibility Law. Underinsured Motorists Property Damage Coverage is subject to a $300 deductible for accidents caused by a hit-and-run or phantom vehicle and to a $100 deductible for all other accidents.

### PLEASE SELECT ONE OF THE FOLLOWING OPTIONS:

1. ☐ I want Underinsured Motorists Coverage at limits of:

   ___$25,000___ / ___$50,000___ or ___$50,000___
   (per person)    (per accident) (combined single limits)

   which are the minimum limits required by the Washington Financial Responsibility Law for bodily injury. I hereby reject only the Property Damage portion of Underinsured Motorists Coverage.

2. ☐ I want Underinsured Motorists Coverage at limits of:

   ___$25,000___ / ___$50,000___ / ___$10,000___ or ___$60,000___
   (per person)    (per accident) (per accident)    (combined single limits)

   which are the minimum limits required by the Washington Financial Responsibility Law for bodily injury and property damage.

3. ☑ I want Underinsured Motorists Coverage at limits of:

   0 / 0    or 1,000,000
   (per person)    (per accident) (combined single limits)

   I hereby reject only the Property Damage portion of Underinsured Motorists Coverage.

4. ☑ I want Underinsured Motorists Coverage at limits of:

   0  / 0 / 0   or    1,000,000
   (per person) (per accident) (per accident)    (combined single limits)

5. ☐ I hereby reject Underinsured Motorists Coverage in its entirety.

Policy Number: **44-CL-000494289-2**
(including any renewal policy, regardless of a change in policy number.)

Named Insured: **BLACK HILLS EXCAVATING INC**

_____          _____
(Signature of Named Insured or Spouse)                    Date

Signature(s) are not required under subsequent renewal, reinstatement, transferred, substituted, amended, altered, modified or replacement policies issued by the same company, unless change of rejection or selection is requested by the Named Insured or Spouse in writing.

A 2107 10 05

## WASHINGTON INSURANCE IDENTIFICATION CARD

COMPANY NUMBER
43494

COMPANY
American Hallmark Insurance Company of Texas, 5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240

☑ COMMERCIAL   ☐ PERSONAL

POLICY NUMBER
44-CL-000494289-2

EFFECTIVE DATE
05/05/2019

EXPIRATION DATE
05/05/2020

YEAR
2006

MAKE/MODEL
Kenworth / T800

VEHICLE IDENTIFICATION NUMBER
1NKDXBEX76J157881

AGENCY/COMPANY ISSUING CARD
**RICE INSURANCE, LLC**
**P O BOX 639**
**BELLINGHAM, WA 98227-0639**

INSURED

**BLACK HILLS EXCAVATING INC**
**7216 187TH AVE SW**
**ROCHESTER, WA 98579**

SEE IMPORTANT NOTICE ON REVERSE SIDE

## WASHINGTON INSURANCE IDENTIFICATION CARD

COMPANY NUMBER
43494

COMPANY
American Hallmark Insurance Company of Texas, 5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240

☑ COMMERCIAL   ☐ PERSONAL

POLICY NUMBER
44-CL-000494289-2

EFFECTIVE DATE
05/05/2019

EXPIRATION DATE
05/05/2020

YEAR
2006

MAKE/MODEL
Kenworth / T800

VEHICLE IDENTIFICATION NUMBER
1NKDXBEX76J157881

AGENCY/COMPANY ISSUING CARD
**RICE INSURANCE, LLC**
**P O BOX 639**
**BELLINGHAM, WA 98227-0639**

INSURED

**BLACK HILLS EXCAVATING INC**
**7216 187TH AVE SW**
**ROCHESTER, WA 98579**

SEE IMPORTANT NOTICE ON REVERSE SIDE

THIS CARD MUST BE KEPT IN THE INSURED

VEHICLE AND PRESENTED UPON DEMAND

IN CASE OF ACCIDENT: Report all accidents to your Agent/Company as soon as possible. Obtain the following information:

    1. Name and address of each driver, passenger and witness.

    2. Name of Insurance Company and policy number for each vehicle involved.

**ACORD 50 (2007/02)**

© ACORD CORPORATION 1983-2007. All rights reserved.

THIS CARD MUST BE KEPT IN THE INSURED

VEHICLE AND PRESENTED UPON DEMAND

IN CASE OF ACCIDENT: Report all accidents to your Agent/Company as soon as possible. Obtain the following information:

    1. Name and address of each driver, passenger and witness.

    2. Name of Insurance Company and policy number for each vehicle involved.

**ACORD 50 (2007/02)**

© ACORD CORPORATION 1983-2007. All rights reserved.

**WASHINGTON INSURANCE IDENTIFICATION CARD**

COMPANY NUMBER
43494

COMPANY
American Hallmark Insurance Company of Texas, 5420 LYNDON B JOHNSON
FWY, STE 1100, DALLAS, TX 75240

☑ COMMERCIAL      ☐ PERSONAL

POLICY NUMBER
44-CL-000494289-2

EFFECTIVE DATE
05/05/2019

EXPIRATION DATE
05/05/2020

YEAR
2006

MAKE/MODEL
Ford / F350 TRUCK

VEHICLE IDENTIFICATION NUMBER
1FRWW30Y66EB93220

AGENCY/COMPANY ISSUING CARD
RICE INSURANCE, LLC
P O BOX 639
BELLINGHAM, WA 98227-0639

INSURED

BLACK HILLS EXCAVATING INC
7216 187TH AVE SW
ROCHESTER, WA 98579

SEE IMPORTANT NOTICE ON REVERSE SIDE

---

**WASHINGTON INSURANCE IDENTIFICATION CARD**

COMPANY NUMBER
43494

COMPANY
American Hallmark Insurance Company of Texas, 5420 LYNDON B JOHNSON
FWY, STE 1100, DALLAS, TX 75240

☑ COMMERCIAL      ☐ PERSONAL

POLICY NUMBER
44-CL-000494289-2

EFFECTIVE DATE
05/05/2019

EXPIRATION DATE
05/05/2020

YEAR
2006

MAKE/MODEL
Ford / F350 TRUCK

VEHICLE IDENTIFICATION NUMBER
1FRWW30Y66EB93220

AGENCY/COMPANY ISSUING CARD
RICE INSURANCE, LLC
P O BOX 639
BELLINGHAM, WA 98227-0639

INSURED

BLACK HILLS EXCAVATING INC
7216 187TH AVE SW
ROCHESTER, WA 98579

SEE IMPORTANT NOTICE ON REVERSE SIDE

THIS CARD MUST BE KEPT IN THE INSURED

VEHICLE AND PRESENTED UPON DEMAND

IN CASE OF ACCIDENT: Report all accidents to your Agent/Company as soon as possible. Obtain the following information:

1. Name and address of each driver, passenger and witness.

2. Name of Insurance Company and policy number for each vehicle involved.

ACORD 50 (2007/02)                                    © ACORD CORPORATION 1983-2007. All rights reserved.

THIS CARD MUST BE KEPT IN THE INSURED

VEHICLE AND PRESENTED UPON DEMAND

IN CASE OF ACCIDENT: Report all accidents to your Agent/Company as soon as possible. Obtain the following information:

1. Name and address of each driver, passenger and witness.

2. Name of Insurance Company and policy number for each vehicle involved.

ACORD 50 (2007/02)                                    © ACORD CORPORATION 1983-2007. All rights reserved.

# American Hallmark Insurance Company of Texas

5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240

## COMMERCIAL AUTOMOBILE POLICY

GENERAL CHANGE ENDORSEMENT

| |
|---|
| **POLICY NO:** 44-CL-000494289-02/002 |
| **RENEWAL OF:** 44-CL-000494289-1 |

| NAMED INSURED AND MAILING ADDRESS | AGENCY AND MAILING ADDRESS          4654 |
|---|---|
| BLACK HILLS EXCAVATING INC<br>7216 187TH AVE SW<br>ROCHESTER, WA 98579 | RICE INSURANCE, LLC<br>P O BOX 639<br>BELLINGHAM, WA 98227-0639 |

**POLICY PERIOD:** FROM 05/05/2019 TO 05/05/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE

Effective 05/13/2019 this policy is amended as shown.

## ITEM ONE

**THE NAMED INSURED IS:**   Corporation          **BUSINESS DESCRIPTION:**   EXCAVATION CONTRACTOR

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**ITEM TWO – SCHEDULE OF COVERAGES AND COVERED AUTOS**

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". **"Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the Covered Autos Section of the Business Auto Coverage Form next to the name of the coverage.**

| COVERED AUTOS SYMBOLS | COVERAGES | LIMITS | PREMIUM |
|---|---|---|---|
| 1 | Liability | $1,000,000 Each Accident<br>See Item Four For Hired Borrowed Auto<br>See Item Five For Non Owned Liability | $         1,787 |
| | Personal Injury Protection - PIP (Or Equivalent No-Fault Coverage) | Separately Stated In Each PIP Endorsement | $ |
| 7 | Auto Medical Payments | See Item Three | $            38 |
| 7 | Uninsured Motorists - UM | Included In Underinsured Motorist Coverage | $ |
| 7 | Underinsured Motorists - UIM | $1,000,000 Each Accident | $            84 |

07-02-19<br>CL 01 09 16

# American Hallmark Insurance Company of Texas

5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240

## COMMERCIAL AUTOMOBILE POLICY

GENERAL CHANGE ENDORSEMENT

| | |
|---|---|
| **POLICY NO:** 44-CL-000494289-02/002 | **EFFECTIVE DATE:** 05/05/2019 |
| **INSURED:** BLACK HILLS EXCAVATING INC | **AGENT:** RICE INSURANCE, LLC |

| COVERED AUTOS SYMBOLS | COVERAGES | LIMITS | PREMIUM |
|---|---|---|---|
| 7 | Physical Damage: Comprehensive Coverage | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus Deductible For Each Covered Auto (See Item Three), But No Deductible Applies To Loss Caused By Fire Or Lightning.<br><br>See Item Four For Hired Or Borrowed Autos. | $ 45 |
| | Physical Damage: Specified Causes Of Loss Coverage | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus Deductible For Each Covered Auto (See Item Three) For Loss Caused By Mischief Or Vandalism.<br><br>See Item Four for Hired or Borrowed Autos. | $ |
| 7 | Physical Damage: Collision Coverage | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus Deductible For Each Covered Auto (See Item Three).<br><br>See Item Four for Hired or Borrowed Autos. | $ 135 |
| | Physical Damage: Towing And Labor | $    For Each Disablement Of A Private Passenger Auto | $ |
| | | PREMIUM FOR ENDORSEMENTS | $ |
| | | ESTIMATED POLICY PREMIUM | $ 2,089.00 |
| | | *This policy may be subject to final audit | |

| | |
|---|---|
| TOTAL ADDITIONAL PREMIUM FOR COMMERCIAL AUTO | $ 2,089.00 |

# American Hallmark Insurance Company of Texas

5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240

## COMMERCIAL AUTOMOBILE POLICY

GENERAL CHANGE ENDORSEMENT

| | |
|---|---|
| **POLICY NO:** 44-CL-000494289-02/002 | **EFFECTIVE DATE:** 05/05/2019 |
| **INSURED:** BLACK HILLS EXCAVATING INC | **AGENT:** RICE INSURANCE, LLC |

### ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

| NO | *KEY | TYPE | YEAR/MAKE/MODEL | VIN/SERIAL | ST | TERR |
|---|---|---|---|---|---|---|
| 12 | A | Trucks, Tractors and Trailers | 1993 International 4000 4900 | 1HTSDPPN9PH530232 | WA | 035 |

| NO | ZONE ORG | ZONE DEST | CLASS | SIZE/SEAT | RADIUS | USE | INDUSTRY |
|---|---|---|---|---|---|---|---|
| 12 | | | 40484 | Extra-Heavy Trucks | Local(Up To 50 Miles) | | Contractors |

| NO | LIABILITY LIMIT | DED | DED TYPE | PREM | PIP LIMIT | PIP PREM | DED | ADDED PIP LIMIT | ADDED PIP PREM | PEDESTRIAN PIP PREM |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | $1,000,000 | $0 | CSL | $1,787 | N/A | $0 | N/A | N/A | $0 | $0 |

| NO | **MED PAY LIMIT | **MED PAY PREM | UM LIMIT | UM PREM | UMPD LIMIT | UMPD PREM | UIM LIMIT | UIM PREM | UIMPD LIMIT | UIMPD PREM |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | $5,000 | $38 | Incl in UIM | Incl in UIM | $0 | $0 | $1,000,000 | $84 | $0 | $0 |

| NO | COST NEW | STATED AMT | OTC COVERAGE | OTC DED | OTC PREM | COLLISION DED | COLLISION PREM | TOWING LIMIT | TOWING PREM | AUDIO LIMIT | AUDIO PREM | TAPE PREM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | $70,000 | $0 | Comprehensive | $1,000 | $45 | $1,000 | $135 | $0 | $0 | $0 | $0 | $0 |

| NO | UNIT PREM | STATE FEES | TOTAL AMOUNT |
|---|---|---|---|
| 12 | $2,089 | $0.00 | $2,089.00 |

*KEY: "A" = Add, "D" = Delete, "M" = Modify.  **MED PAY = Extraordinary Medical Benefits in Pennsylvania

# American Hallmark Insurance Company of Texas

5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240

## COMMERCIAL AUTOMOBILE POLICY

GENERAL CHANGE ENDORSEMENT

| | |
|---|---|
| **POLICY NO:** 44-CL-000494289-02/002 | **EFFECTIVE DATE:** 05/05/2019 |
| **INSURED:** BLACK HILLS EXCAVATING INC | **AGENT:** RICE INSURANCE, LLC |

**THESE DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS, AND SUPPLEMENTAL FORM DECLARATION(S), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.**

07-02-19
CL 01 09 16

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240

**Commercial Umbrella Liability**

GENERAL CHANGE ENDORSEMENT

**POLICY NO:** `44-CL-000494289-02/002`

**RENEWAL OF:** `44-CL-000494289-1`

**NAMED INSURED AND MAILING ADDRESS**

```
BLACK HILLS EXCAVATING INC
7216 187TH AVE SW
ROCHESTER, WA 98579
```

**AGENCY AND MAILING ADDRESS**   `0000004654`

```
RICE INSURANCE, LLC
P O BOX 639
BELLINGHAM, WA 98227-0639
```

**POLICY PERIOD**: FROM 05/05/2019 TO 05/05/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

| LIMITS OF INSURANCE | |
|---|---|
| LIMIT – PER INCIDENT | $5,000,000 |
| GENERAL AGGREGATE LIMIT | $5,000,000 |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $5,000,000 |

| | |
|---|---|
| MINIMUM RETENTION COVERAGE A | $0 |
| DEDUCTIBLE COVERAGE B | $10,000 |

| DESCRIPTION OF BUSINESS | | | |
|---|---|---|---|
| FORM OF BUSINESS: | | | |
| ☐ INDIVIDUAL | ☐ PARTNERSHIP | ☐ JOINT VENTURE | ☐ TRUST |
| ☐ LIMITED LIABILITY COMPANY | ☑ ORGANIZATION, INCLUDING A CORPORATION (BUT NOT INCLUDING A PARTNERSHIP, JOINT VENTURE OR LIMITED LIABILITY COMPANY) | | |
| ☐ OTHER | | | |

BUSINESS DESCRIPTION:   `EXCAVATION CONTRACTOR`

07-02-19
CL 01 09 16

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240

**Commercial Umbrella Liability**

GENERAL CHANGE ENDORSEMENT

| | |
|---|---|
| **POLICY NO:** 44-CL-000494289-02/002<br>**INSURED:** BLACK HILLS EXCAVATING INC | **EFFECTIVE DATE:** 05/05/2019<br>**AGENT:** RICE INSURANCE, LLC |

| SCHEDULE OF UNDERLYING INSURANCE | | |
|---|---|---|
| **TYPE OF INSURANCE** | **CARRIER**<br>**POLICY NUMBER**<br>**POLICY PERIOD** | **LIMITS OF INSURANCE** |
| *General Liability* | *American Hallmark Insurance Company of Texas*<br>*44-CL-000494289-2*<br>*05/05/2019 to 05/05/2020* | $2,000,000 GENERAL AGGREGATE<br>$2,000,000 PROD/COMP OPS AGGREGATE<br>$1,000,000 EACH OCCURRENCE |
| *Commercial Auto* | *American Hallmark Insurance Company of Texas*<br>*44-CL-000494289-2*<br>*05/05/2019 to 05/05/2020* | $1,000,000 EACH ACCIDENT / OCCURRENCE |
| *Employers Liability* | *AMERICAN HALLMARK INSURANCE CO OF TEXAS*<br>*44-CL-000494289-2*<br>*05/05/2019 to 05/05/2020* | BODILY INJURY /<br>$1,000,000 EACH ACCIDENT<br>$1,000,000 DISEASE POLICY LIMIT<br>$1,000,000 DISEASE EACH EMPLOYEE |

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240

**Commercial Umbrella Liability**

GENERAL CHANGE ENDORSEMENT

| | |
|---|---|
| **POLICY NO:** 44-CL-000494289-02/002 | **EFFECTIVE DATE:** 05/05/2019 |
| **INSURED:** BLACK HILLS EXCAVATING INC | **AGENT:** RICE INSURANCE, LLC |

TERRORISM RISK INSURANCE ACT CHARGE IS $221

| | | |
|---|---|---|
| TOTAL COMMERCIAL UMBRELLA LIABILITY PREMIUM | $ | 542 |

**FORMS AND ENDORSEMENTS**
**APPLYING TO THIS COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:**
See Forms Schedule

**THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS, AND SUPPLEMENTAL FORM DECLARATIONS), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.**

07-02-19
CL 01 09 16

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240

## FORMS SCHEDULE

**POLICY NO:** 44-CL-000494289-2

**ACCOUNT NUMBER:**
**NAMED INSURED AND MAILING ADDRESS**

BLACK HILLS EXCAVATING INC
7216 187TH AVE SW
ROCHESTER, WA 98579

**AGENCY AND MAILING ADDRESS**          4654

RICE INSURANCE, LLC
P O BOX 639
BELLINGHAM, WA 98227-0639

**POLICY PERIOD:**   FROM 05/05/2019 TO 05/05/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**NOTE:  IF NO ENTRY APPEARS ON THE FOLLOWING ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION  IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

| INTERLINE FORMS | | APPLICABLE COVERAGE PARTS |
|---|---|---|
| IL1201 11-85 | Policy Changes | General Liability,   Modified Commercial Inland Marine, Commercial Property |

| COMMERCIAL AUTO FORMS | | |
|---|---|---|
| CA2134 01-08 | Washington Underinsured Motorists Coverage | Modified |
| A2107 10-05 | Washington Underinsured Motorists Coverage Selection/Rejection Form | Modified |

07-02-19

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

Policy Change
Number **002**

| POLICY NUMBER<br>**44-CL-000494289-2** | POLICY CHANGES<br>EFFECTIVE<br><br>05/13/2019 | COMPANY<br>**American Hallmark Insurance Company of Texas** |
|---|---|---|
| NAMED INSURED<br>**BLACK HILLS EXCAVATING INC** | | AUTHORIZED REPRESENTATIVE |

| COVERAGE PARTS AFFECTED<br>**Commercial Property**<br>**Commercial Automobile** |
|---|

| CHANGES |
|---|
| **The following unit is added:**<br>**1993 International 4000 4900 #30232** |

_____
Authorized Representative Signature

POLICY NUMBER: 44-CL-000494289-2

**COMMERCIAL AUTO**
**CA 21 34 01 08**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WASHINGTON UNDERINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or for "garage operations" conducted in, Washington, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

---

**Named Insured:**  BLACK HILLS EXCAVATING INC

**Endorsement Effective Date:**  05/13/2019

---

### SCHEDULE

| | | |
|---|---|---|
| **"Bodily Injury" And "Property Damage":** | $ | **Each "Accident"** |
| **Or** | | |
| **"Bodily Injury":** | $ | **Each "Accident"** |

This endorsement provides "bodily injury" and "property damage" underinsured motorists coverage unless an "X" is entered below:

☐ If an "X" is entered in this box, this endorsement provides "bodily injury" underinsured motorists coverage only for the following "autos":

**Description Of "Autos":**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

---

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "underinsured motor vehicle". The damages must result from "bodily injury" or "property damage" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "underinsured motor vehicle".

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   **a.** The Named Insured and any "family members".

   **b.** Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   **c.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

---

**CA 21 34 01 08**

© ISO Properties, Inc., 2007

**Page 1 of 4**   ☐

**2.** A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   **a.** Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   **b.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

   **c.** The Named Insured for "property damage" only.

## C. Exclusions

This insurance does not apply to:

**1.** The benefit of any insurer or self-insurer under any workers' compensation law or any similar disability benefits law.

**2.** The benefit of any insurer of property.

**3.** "Bodily injury" sustained by:

   **a.** An individual Named Insured while "occupying" any vehicle owned by that Named Insured or made available for that Named Insured's regular use that is not a covered "auto" for Liability Coverage under this Coverage Form;

   **b.** Any "family member" while "occupying" any vehicle owned by that "family member" or available for that "family member's" regular use that is not a covered "auto" for Liability Coverage under this Coverage Form; or

   **c.** Any "family member" while "occupying" any vehicle owned by the Named Insured or made available for the Named Insured's regular use that is insured for Liability Coverage on a primary basis under any other Coverage Form or policy.

**4.** Property contained in or struck by any vehicle owned by or available for the regular use of the Named Insured or any "family member", if the Named Insured is an individual, which is not a covered "auto" for Liability Coverage under this Coverage Form.

**5.** The first $300 of the amount of "property damage" to the property of each "insured" as the result of any one "accident" caused by a hit-and-run vehicle as described in Paragraph **5.d.** of the definition of "underinsured motor vehicle". In all other cases, this insurance does not apply to the first $100 of the amount of "property damage" to the property of each "insured" as the result of any one "accident".

**6.** Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**7.** "Bodily injury" or "property damage" to an "insured" while operating or "occupying" a motorcycle or motor driven cycle which is not a covered "auto" for Liability Coverage under this Coverage Form.

**8.** Punitive or exemplary damages.

**9.** "Bodily injury" or "property damage" arising directly or indirectly out of:

   **a.** War, including undeclared or civil war;

   **b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   **c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## D. Limit Of Insurance

**1.** Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the limit shown in the Schedule or in the Declarations.

**2.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage Form, Medical Payments Coverage Endorsement or Personal Injury Protection Coverage Endorsement attached to this Coverage Part.

We will not make a duplicate payment under this Coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

## E. Changes In Conditions

The conditions are changed for Washington Underinsured Motorists Coverage as follows:

**1. Other Insurance** in the Business Auto and Garage Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Truckers and Motor Carrier Coverage Forms are replaced by the following:

If there is other applicable insurance available under one or more policies or provisions of coverage:

   **a.** The maximum recovery under all coverage forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any coverage form or policy providing coverage on either a primary or excess basis.

**b.** Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible underinsured motorists insurance providing coverage on a primary basis.

**c.** If the coverage under this Coverage Form is provided:

 **(1)** On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

 **(2)** On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss** is changed by adding the following:

**a.** A person seeking Underinsured Motorists Coverage must also promptly notify us in writing of a tentative settlement between the "insured" and the insurer of an "underinsured motor vehicle", and allow us 30 days to advance payment to that "insured" in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such "underinsured motor vehicle". However, this provision does not apply if failure to notify us does not prejudice our right to recover payment from the person legally responsible for the "accident".

**3. Legal Action Against Us** is replaced by the following:

**a.** No one may bring a legal action against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form.

**b.** Any legal action against us under this Coverage Form must be brought within one year after the date on which the cause of action accrues.

If this action is brought pursuant to Sec. 3 of RCW 48.30 then 20 days prior to filing such an action, you are required to provide written notice of the basis for the cause of action to us and the Office of the Insurance Commissioner. Such notice may be sent by regular mail, registered mail or certified mail with return receipt requested.

**4. Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid. We shall be entitled to recovery only after the "insured" has been fully compensated for damages.

Our rights do not apply under this provision with respect to damages caused by an "accident" with an "underinsured motor vehicle" if we:

**a.** Have been given prompt notice of a tentative settlement between an "insured" and the insurer of an "underinsured motor vehicle"; and

**b.** Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification:

 **(1)** That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Underinsured Motorists Coverage; and

 **(2)** We also have a right to recover the advanced payment.

**5.** The following condition is added:

**ARBITRATION**

**a.** If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "underinsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. We will pay all arbitration expenses. Arbitration expenses will not include the "insured's" attorney's fees or any expenses incurred in producing evidence or witnesses.

**b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Property damage" means injury to or destruction of the property of an "insured".

**2.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

**3.** "Occupying" means in, upon, getting in, on, out or off.

**4.** "Suit" means a civil proceeding in which:

**a.** Damages because of "bodily injury" or "property damage"; or

**b.** A "covered pollution cost or expense" to which this insurance applies, are alleged.

"Suit" includes:

**(1)** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed; or

**(2)** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed.

**5.** "Underinsured motor vehicle" means a land motor vehicle or "trailer":

**a.** For which no liability bond or policy applies at the time of an "accident"; or

**b.** For which liability bonds or policies apply at the time of the "accident", but the amount paid under all of the bonds or policies to an "insured" is not enough to pay the full amount an "insured" is legally entitled to recover as damages caused by the "accident"; or

**c.** For which all insuring or bonding companies deny coverage or are or become insolvent; or

**d.** That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must either:

**(1)** Hit an "insured", a covered "auto" or a vehicle an "insured" is "occupying"; or

**(2)** Cause "bodily injury" or "property damage" with no physical contact with the "insured" or the vehicle the "insured" was "occupying" at the time of the "accident" provided:

**(a)** The facts of the "accident" can be corroborated by competent evidence other than the testimony of any person having an underinsured motorists coverage claim as a result of such "accident"; and

**(b)** Someone reports the "accident" to the police within 72 hours of the "accident".

However, "underinsured motor vehicle" does not include any vehicle:

**a.** For which the Liability Coverage of this Coverage Form applies. However, if the Named Insured is an individual and that Named Insured or any "family member" sustains damages while "occupying", or when struck by, an "auto" which is a covered "auto" for Liability Coverage under this Coverage Form, this exception to this definition of an "underinsured motor vehicle" does not apply to that Named Insured or any such "family member".

**b.** Owned by a governmental unit or agency. This provision does not apply if the governmental unit or agency is unable to pay damages because of financial inability or insolvency.

**6.** Whenever the terms "uninsured motorists coverage" or "uninsured motor vehicle" appear in the Coverage Form or any endorsements attached to the Coverage Form, they are replaced by the terms "underinsured motorists coverage" and "underinsured motor vehicle" for covered "autos" licensed in or "garage operations" conducted in Washington.

POLICY NUMBER: **44-CL-000494289-2**                                      SD0001 0110

## SUPPLEMENTAL FORM DECLARATION FOR CA2134 0108

## WASHINGTON UNDERINSURED MOTORISTS COVERAGE

| |
|---|
| Endorsement Effective: **05/13/2019** |
| Named Insured: **BLACK HILLS EXCAVATING INC** |

### SCHEDULE

| Vehicles | | |
|---|---|---|
| "Bodily Injury" And "Property Damage": **Or** | $ | Each "Accident" |
| "Bodily Injury": | $ | **1,000,000** Each "Accident" |

This endorsement provides "bodily injury" and "property damage" underinsured motorists coverage unless an "X" is entered below:

[X] If an "X" is entered in this box, this endorsement provides "bodily injury" underinsured motorists coverage only for the following "autos":

**Description Of "Autos":**  Vehicle 2, 2007 Ford F150 TRUCK, VIN-1FTRG14W07HA15893
Vehicle 3, 2014 Ford F350 TRUCK, VIN-1FR8W3BTXEEA04206
Vehicle 4, 2008 Ford F550 TRUCK, VIN-1FDAF56RX8EA19235
Vehicle 6, 1987 Freightliner TRUCK, VIN-1FUYZCYB4HH404327
Vehicle 8, 2006 Ford F250 PICKUP, VIN-1FTSF21936EB58343
Vehicle 9, 1992 International 8000, VIN-1HSHBAYN5NH457132
Vehicle 10, 2006 Kenworth T800, VIN-1NKDXBEX76J157881
Vehicle 11, 2006 Ford F350 TRUCK, VIN-1FRWW30Y66EB93220
Vehicle 12, 1993 International 4000 4900, VIN-1HTSDPPN9PH530232

**COMMERCIAL AUTOMOBILE**
**WASHINGTON**
**UNDERINSURED MOTORISTS COVERAGE**
**(includes uninsured)**
**SELECTION / REJECTION FORM**

This form of auto insurance must be provided with every auto liability policy issued, delivered, renewed or extended with respect to a motor vehicle registered or principally garaged in Washington, with limits equal to the liability limits of your policy.

You, as the Named Insured (or Spouse), have the right to select lower limits of Underinsured Motorists Bodily Injury Coverage in writing, but not lower than those required by the Washington Financial Responsibility Law.  You also have the right to reject this coverage in writing.  You may not select limits higher than the liability limits of your policy.

Underinsured Motorists Property Damage Coverage may be selected in amounts at least equal to the Washington Financial Responsibility Law.  Underinsured Motorists Property Damage Coverage is subject to a $300 deductible for accidents caused by a hit-and-run or phantom vehicle and to a $100 deductible for all other accidents.

### PLEASE SELECT ONE OF THE FOLLOWING OPTIONS:

1. ☐   I want Underinsured Motorists Coverage at limits of:

       $25,000   /   $50,000   or     $50,000
   (per person)    (per accident) (combined single limits)

   which are the minimum limits required by the Washington Financial Responsibility Law for bodily injury.  I hereby reject only the Property Damage portion of Underinsured Motorists Coverage.

2. ☐ I want Underinsured Motorists Coverage at limits of:

       $25,000   /   $50,000   /   $10,000   or    $60,000
   (per person)    (per accident) (per accident)    (combined single limits)

   which are the minimum limits required by the Washington Financial Responsibility Law for bodily injury and property damage.

3. ☑ I want Underinsured Motorists Coverage at limits of:

   0 / 0   or 1,000,000
   (per person)    (per accident) (combined single limits)

   I hereby reject only the Property Damage portion of Underinsured Motorists Coverage.

4. ☑ I want Underinsured Motorists Coverage at limits of:

   0  / 0  / 0  or    1,000,000
   (per person) (per accident)  (per accident)    (combined single limits)

5. ☐   I hereby reject Underinsured Motorists Coverage in its entirety.

Policy Number: **44-CL-000494289-2**
(including any renewal policy, regardless of a change in policy number.)

Named Insured: **BLACK HILLS EXCAVATING INC**

_____    _____
    (Signature of Named Insured or Spouse)        Date

Signature(s) are not required under subsequent renewal, reinstatement, transferred, substituted, amended, altered, modified or replacement policies issued by the same company, unless change of rejection or selection is requested by the Named Insured or Spouse in writing.

A 2107 10 05

**WASHINGTON INSURANCE IDENTIFICATION CARD**

COMPANY NUMBER
43494

COMPANY    ☑ COMMERCIAL    ☐ PERSONAL
American Hallmark Insurance Company of Texas, 5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240

POLICY NUMBER
44-CL-000494289-2

EFFECTIVE DATE
05/05/2019

EXPIRATION DATE
05/05/2020

YEAR
1993

MAKE/MODEL
International / 4000 4900

VEHICLE IDENTIFICATION NUMBER
1HTSDPPN9PH530232

AGENCY/COMPANY ISSUING CARD
**RICE INSURANCE, LLC**
**P O BOX 639**
**BELLINGHAM, WA 98227-0639**

INSURED

**BLACK HILLS EXCAVATING INC**
**7216 187TH AVE SW**
**ROCHESTER, WA 98579**

SEE IMPORTANT NOTICE ON REVERSE SIDE

**WASHINGTON INSURANCE IDENTIFICATION CARD**

COMPANY NUMBER
43494

COMPANY    ☑ COMMERCIAL    ☐ PERSONAL
American Hallmark Insurance Company of Texas, 5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240

POLICY NUMBER
44-CL-000494289-2

EFFECTIVE DATE
05/05/2019

EXPIRATION DATE
05/05/2020

YEAR
1993

MAKE/MODEL
International / 4000 4900

VEHICLE IDENTIFICATION NUMBER
1HTSDPPN9PH530232

AGENCY/COMPANY ISSUING CARD
**RICE INSURANCE, LLC**
**P O BOX 639**
**BELLINGHAM, WA 98227-0639**

INSURED

**BLACK HILLS EXCAVATING INC**
**7216 187TH AVE SW**
**ROCHESTER, WA 98579**

SEE IMPORTANT NOTICE ON REVERSE SIDE

THIS CARD MUST BE KEPT IN THE INSURED

VEHICLE AND PRESENTED UPON DEMAND

IN CASE OF ACCIDENT: Report all accidents to your Agent/Company as soon as possible. Obtain the following information:

    1. Name and address of each driver, passenger and witness.

    2. Name of Insurance Company and policy number for each vehicle involved.

**ACORD 50 (2007/02)**

© ACORD CORPORATION 1983-2007. All rights reserved.

THIS CARD MUST BE KEPT IN THE INSURED

VEHICLE AND PRESENTED UPON DEMAND

IN CASE OF ACCIDENT: Report all accidents to your Agent/Company as soon as possible. Obtain the following information:

    1. Name and address of each driver, passenger and witness.

    2. Name of Insurance Company and policy number for each vehicle involved.

**ACORD 50 (2007/02)**

© ACORD CORPORATION 1983-2007. All rights reserved.

# American Hallmark Insurance Company of Texas

5420 LYNDON B JOHNSON FWY, STE 1100, Dallas, TX 75240
**COMMERCIAL INLAND MARINE**
GENERAL CHANGE ENDORSEMENT

**POLICY NO:** 44-CL-000494289-02/003

**RENEWAL OF:** 44-CL-000494289-1

| **NAMED INSURED AND MAILING ADDRESS** | **AGENCY AND MAILING ADDRESS** 4654 |
|---|---|
| BLACK HILLS EXCAVATING INC<br>7216 187TH AVE SW<br>ROCHESTER, WA 98579 | RICE INSURANCE, LLC<br>P O BOX 639<br>BELLINGHAM, WA 98227-0639 |

**POLICY PERIOD:** FROM 05/05/2019 TO 05/05/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

| AAIS COVERAGE | Premium |
|---|---|
| **CONTRACTORS EQUIPMENT COVERAGE** | |
| **CONTRACTORS EQUIPMENT – SCHEDULED EQUIPMENT – LIMITED COVERAGE (IM7001)** | |
| SCHEDULE OF COVERAGES - CONTRACTORS EQUIPMENT COVERAGE (IM7006) | $180 |
| EQUIPMENT SCHEDULE (IM7030) | |

TERRORISM RISK INSURANCE ACT CHARGE IS $2

$2

| ADDITIONAL COMMERCIAL INLAND MARINE PREMIUM | $182 |
|---|---|

**FORMS AND ENDORSEMENTS**
**APPLYING TO COMMERCIAL INLAND MARINE COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:**
See Forms Schedule
**NOTE:  IF NO ENTRY APPEARS ON THE ABOVE ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

07-12-19
CL 01 09 16

# American Hallmark Insurance Company of Texas

5420 LYNDON B JOHNSON FWY, STE 1100, Dallas, TX 75240

**COMMERCIAL INLAND MARINE**

GENERAL CHANGE ENDORSEMENT

| | |
|---|---|
| **POLICY NO:** 44-CL-000494289-02/003 | **EFFECTIVE DATE:** 05/05/2019 |
| **INSURED:** BLACK HILLS EXCAVATING INC | **AGENT:** RICE INSURANCE, LLC |

**THESE DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS, AND SUPPLEMENTAL FORM DECLARATION(S), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY**

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS
5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240
## FORMS SCHEDULE

**POLICY NO:** 44-CL-000494289-2

**ACCOUNT NUMBER:**

| NAMED INSURED AND MAILING ADDRESS | AGENCY AND MAILING ADDRESS | 4654 |
|---|---|---|
| BLACK HILLS EXCAVATING INC<br>7216 187TH AVE SW<br>ROCHESTER, WA 98579 | RICE INSURANCE, LLC<br>P O BOX 639<br>BELLINGHAM, WA 98227-0639 | |

**POLICY PERIOD:**   FROM 05/05/2019 TO 05/05/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**NOTE:  IF NO ENTRY APPEARS ON THE FOLLOWING ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION  IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

| INTERLINE FORMS | | APPLICABLE COVERAGE PARTS |
|---|---|---|
| IL1201 11-85 | Policy Changes | General Liability,    Modified<br>Commercial Inland<br>Marine, Commercial<br>Property |

| COMMERCIAL INLAND MARINE FORMS | | |
|---|---|---|
| IM7030 07-99 | Equipment Schedule | Modified |
| IM7006 08-99 | Schedule of Coverages - Contractors' Equipment Coverage | Modified |

07-12-19

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

Policy Change
Number **003**

| POLICY NUMBER<br>**44-CL-000494289-2** | POLICY CHANGES EFFECTIVE<br>**06/12/2019** | COMPANY<br>**American Hallmark Insurance Company of Texas** |
|---|---|---|
| NAMED INSURED<br>**BLACK HILLS EXCAVATING INC** | | AUTHORIZED REPRESENTATIVE |

COVERAGE PARTS AFFECTED
**Commercial Property**
**Commercial Inland Marine**

CHANGES
**THE FOLLOWING EQUIPMENT UNDER INLAND MARINE COVERAGE IS ADDED:**
**MOTOR GRADER JOHN DEERE 770BH**

_____
Authorized Representative Signature

**AAIS**
**IM 7006 08 99**
**Page 1 of 1**

# SCHEDULE OF COVERAGES
# CONTRACTORS' EQUIPMENT COVERAGE

(The information required below may be indicated on
a separate schedule or supplemental declarations.)

**LIMITS**

Limit of Insurance

**CatastropheLimit** -- The most "we" pay for
loss in any one occurrence is:                          $856,890

Additional Debris Removal Expenses                      $0

Pollutant Cleanup and Removal                           $0

Newly Purchased Equipment

    -- Percentage of Catastrophe Limit          0%
    -- Dollar Limit                             $0

**COINSURANCE**

(check one)

[X] 80%          [] 90%          [] 100%          [] Other %

**VALUATION**

-- Actual Cash Value

**DEDUCTIBLE**

Deductible Amount                          $1,000

**OPTIONAL COVERAGES AND ENDORSEMENTS**

**IM 7006 08 99**

Copyright, American Association of Insurance Services, 1999

**AAIS**
**IM 7030 07 99**

# EQUIPMENT SCHEDULE

(The information required below may be indicated
on the "schedule of coverages".)

**SCHEDULED EQUIPMENT**

| Item No. | Description of Equipment | Limit |
|---|---|---|
| 1 | HITACI ZAXIS MDL#200,S#HCM1G600100113171 | $75,000 |
| 2 | HITACI ZAXIS, MDL#120, S#FF01S1Q071461 | $65,000 |
| 3 | 2015 JOHN DEER, MDL#75, S#1FF075GXTEJ015492 | $105,778 |
| 4 | 2011 JOHN DEER, MDL#35D, S#1FF035DXLA0265986 | $68,000 |
| 5 | 2014 JOHN DEER, MDL#35G, S#1FF035GXEEK272896 | $36,000 |
| 6 | 2007 JOHN  DEER, MDL#450J, S#T040JX144881 | $42,000 |
| 7 | 2007 JOHN DEER, MDL#310SG, S#T0310SG961283 | $25,000 |
| 8 | 2006 DYNA-PAC, MDL#CA152, S#64221876 | $40,000 |
| 9 | 1994 ROSCO SWEEPER | $7,000 |
| 10 | KOMATSU D51EKI S#B20646  TOPCON BASE STATION & RIVER ATTACHMENTS | $363,112 |
| 11 | MOTOR GRADER JOHN DEERE 770BH | $30,000 |

**IM 7030 07 99**

Copyright, American Association of Insurance Services, 1999

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

5420 LYNDON B JOHNSON FWY, STE 1100, Dallas, TX 75240

## COMMON POLICY DECLARATIONS

GENERAL CHANGE ENDORSEMENT

**POLICY NO:** 44-CL-000494289-02/004

**NAMED INSURED AND MAILING ADDRESS**

```
BLACK HILLS EXCAVATING INC
7216 187TH AVE SW
ROCHESTER, WA 98579
```

**AGENCY AND MAILING ADDRESS**                    4654

```
RICE INSURANCE, LLC
P O BOX 639
BELLINGHAM, WA 98227-0639
```

**POLICY PERIOD**:  FROM 05/05/2019 TO 05/05/2020  AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

Effective 07/16/2019  this policy amended as shown.

## COMMON POLICY DECLARATIONS

For an additional/return premium, the items below are changed as indicated:

```
VEH #13 A 2011 FORD F450 #5611 IS ADDED.
```

| | |
|---|---|
| NO ADDITIONAL OR RETURN PREMIUM DUE FOR COMMERCIAL PROPERTY | NO CHANGE |

| | |
|---|---|
| NO ADDITIONAL OR RETURN PREMIUM DUE FOR COMMERCIAL GENERAL LIABILITY | NO CHANGE |

| | |
|---|---|
| NO ADDITIONAL OR RETURN PREMIUM DUE FOR COMMERCIAL INLAND MARINE | NO CHANGE |

| | |
|---|---|
| ADDITIONAL PREMIUM DUE FOR COMMERCIAL AUTO | $768 |

| | |
|---|---|
| ADDITIONAL PREMIUM DUE FOR COMMERCIAL UMBRELLA | $128 |

| | |
|---|---|
| ADDITIONAL PREMIUM DUE FOR THIS CHANGE: | $896 |

**FORMS AND ENDORSEMENTS APPLICABLE TO ALL COVERAGE PARTS**
See Forms Schedule

# American Hallmark Insurance Company of Texas
5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240
## COMMERCIAL AUTOMOBILE POLICY
GENERAL CHANGE ENDORSEMENT

POLICY NO: 44-CL-000494289-02/004

RENEWAL OF: 44-CL-000494289-1

**NAMED INSURED AND MAILING ADDRESS**

BLACK HILLS EXCAVATING INC
7216 187TH AVE SW
ROCHESTER, WA 98579

**AGENCY AND MAILING ADDRESS**                    4654

RICE INSURANCE, LLC
P O BOX 639
BELLINGHAM, WA 98227-0639

**POLICY PERIOD:** FROM 05/05/2019 TO 05/05/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE

Effective 07/16/2019 this policy is amended as shown.

**ITEM ONE**

**THE NAMED INSURED IS:**    Corporation        **BUSINESS DESCRIPTION:**    EXCAVATION CONTRACTOR

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**ITEM TWO – SCHEDULE OF COVERAGES AND COVERED AUTOS**

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". **"Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the Covered Autos Section of the Business Auto Coverage Form next to the name of the coverage.**

| COVERED AUTOS SYMBOLS | COVERAGES | LIMITS | PREMIUM |
|---|---|---|---|
| 1 | Liability | $1,000,000 Each Accident<br>See Item Four For Hired Borrowed Auto<br>See Item Five For Non Owned Liability | $           581 |
| | Personal Injury Protection - PIP (Or Equivalent No-Fault Coverage) | Separately Stated In Each PIP Endorsement | $ |
| 7 | Auto Medical Payments | See Item Three | $            31 |
| 7 | Uninsured Motorists - UM | Included In Underinsured Motorist Coverage | $ |
| 7 | Underinsured Motorists - UIM | $1,000,000 Each Accident | $            69 |

# American Hallmark Insurance Company of Texas
5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240
## COMMERCIAL AUTOMOBILE POLICY
GENERAL CHANGE ENDORSEMENT

| | |
|---|---|
| **POLICY NO:** 44-CL-000494289-02/004 | **EFFECTIVE DATE:** 05/05/2019 |
| **INSURED:** BLACK HILLS EXCAVATING INC | **AGENT:** RICE INSURANCE, LLC |

| COVERED AUTOS SYMBOLS | COVERAGES | LIMITS | PREMIUM |
|---|---|---|---|
| 7 | Physical Damage:  Comprehensive Coverage | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus Deductible For Each Covered Auto (See Item Three), But No Deductible Applies To Loss Caused By Fire Or Lightning.<br><br>See Item Four For Hired Or Borrowed Autos. | $                 29 |
| | Physical Damage: Specified Causes Of Loss Coverage | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus Deductible For Each Covered Auto (See Item Three) For Loss Caused By Mischief Or Vandalism.<br><br>See Item Four for Hired or Borrowed Autos. | $ |
| 7 | Physical Damage: Collision Coverage | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus Deductible For Each Covered Auto (See Item Three).<br><br>See Item Four for Hired or Borrowed Autos. | $                 58 |
| | Physical Damage: Towing And Labor | $       For Each Disablement Of A Private Passenger Auto | $ |
| | | PREMIUM FOR ENDORSEMENTS | $ |
| | | ESTIMATED POLICY PREMIUM | $           768.00 |
| | | *This policy may be subject to final audit | |

| | |
|---|---|
| TOTAL ADDITIONAL PREMIUM FOR COMMERCIAL AUTO | $           768.00 |

# American Hallmark Insurance Company of Texas
5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240
## COMMERCIAL AUTOMOBILE POLICY
GENERAL CHANGE ENDORSEMENT

| POLICY NO: 44-CL-000494289-02/004 | EFFECTIVE DATE: 05/05/2019 |
|---|---|
| INSURED: BLACK HILLS EXCAVATING INC | AGENT: RICE INSURANCE, LLC |

## ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

| NO | *KEY | TYPE | YEAR/MAKE/MODEL | VIN/SERIAL | ST | TERR |
|---|---|---|---|---|---|---|
| 13 | A | Trucks, Tractors and Trailers | 2011 Ford F450 Super Duty Crew Cab | 1FDUF4GTXBEA65611 | WA | 035 |

| NO | ZONE ORG | ZONE DEST | CLASS | SIZE/SEAT | RADIUS | USE | INDUSTRY |
|---|---|---|---|---|---|---|---|
| 13 | | | 21484 | Medium Trucks | Local(Up To 50 Miles) | Service | Contractors |

| NO | LIABILITY LIMIT | DED | DED TYPE | PREM | PIP LIMIT | PREM | DED | ADDED PIP LIMIT | PREM | PEDESTRIAN PIP PREM |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | $1,000,000 | $0 | CSL | $581 | N/A | $0 | N/A | N/A | $0 | $0 |

| NO | **MED PAY LIMIT | PREM | UM LIMIT | PREM | UMPD LIMIT | PREM | UIM LIMIT | PREM | UIMPD LIMIT | PREM |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | $5,000 | $31 | Incl in UIM | Incl in UIM | $0 | $0 | $1,000,000 | $69 | $0 | $0 |

| NO | COST NEW | STATED AMT | OTC COVERAGE | DED | PREM | COLLISION DED | PREM | TOWING LIMIT | PREM | AUDIO LIMIT | PREM | TAPE PREM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | $30,000 | $0 | Comprehensive | $1,000 | $29 | $1,000 | $58 | $0 | $0 | $0 | $0 | $0 |

| NO | UNIT PREM | STATE FEES | TOTAL AMOUNT |
|---|---|---|---|
| 13 | $768 | $0.00 | $768.00 |

*KEY: "A" = Add, "D" = Delete, "M" = Modify.  **MED PAY = Extraordinary Medical Benefits in Pennsylvania

# American Hallmark Insurance Company of Texas

5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240

## COMMERCIAL AUTOMOBILE POLICY

GENERAL CHANGE ENDORSEMENT

| | |
|---|---|
| **POLICY NO:** 44-CL-000494289-02/004 | **EFFECTIVE DATE:** 05/05/2019 |
| **INSURED:** BLACK HILLS EXCAVATING INC | **AGENT:** RICE INSURANCE, LLC |

**THESE DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS, AND SUPPLEMENTAL FORM DECLARATION(S), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.**

08-06-19
CL 01 09 16

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240

**Commercial Umbrella Liability**

GENERAL CHANGE ENDORSEMENT

| |
|---|
| **POLICY NO:** 44-CL-000494289-02/004 |
| **RENEWAL OF:** 44-CL-000494289-1 |

**NAMED INSURED AND MAILING ADDRESS**

| |
|---|
| BLACK HILLS EXCAVATING INC<br>7216 187TH AVE SW<br>ROCHESTER, WA 98579 |

**AGENCY AND MAILING ADDRESS**   0000004654

| |
|---|
| RICE INSURANCE, LLC<br>P O BOX 639<br>BELLINGHAM, WA 98227-0639 |

**POLICY PERIOD**: FROM 05/05/2019 TO 05/05/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

| LIMITS OF INSURANCE | |
|---|---|
| LIMIT – PER INCIDENT | $5,000,000 |
| GENERAL AGGREGATE LIMIT | $5,000,000 |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $5,000,000 |

| | |
|---|---|
| MINIMUM RETENTION COVERAGE A | $0 |
| DEDUCTIBLE COVERAGE B | $10,000 |

| DESCRIPTION OF BUSINESS |
|---|
| FORM OF BUSINESS:<br>☐ INDIVIDUAL          ☐ PARTNERSHIP          ☐ JOINT VENTURE          ☐ TRUST<br><br>☐ LIMITED LIABILITY COMPANY          ☒ ORGANIZATION, INCLUDING A CORPORATION (BUT NOT INCLUDING A PARTNERSHIP, JOINT VENTURE OR LIMITED LIABILITY COMPANY)<br>☐ OTHER<br><br>BUSINESS DESCRIPTION:   EXCAVATION CONTRACTOR |

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240
**Commercial Umbrella Liability**
GENERAL CHANGE ENDORSEMENT

| POLICY NO: 44-CL-000494289-02/004 | EFFECTIVE DATE: 05/05/2019 |
|---|---|
| INSURED: BLACK HILLS EXCAVATING INC | AGENT: RICE INSURANCE, LLC |

| SCHEDULE OF UNDERLYING INSURANCE | | |
|---|---|---|
| **TYPE OF INSURANCE** | **CARRIER**<br>**POLICY NUMBER**<br>**POLICY PERIOD** | **LIMITS OF INSURANCE** |
| *General Liability* | *American Hallmark Insurance Company of Texas*<br>*44-CL-000494289-2*<br>*05/05/2019 to 05/05/2020* | $2,000,000 GENERAL AGGREGATE<br>$2,000,000 PROD/COMP OPS AGGREGATE<br>$1,000,000 EACH OCCURRENCE |
| *Commercial Auto* | *American Hallmark Insurance Company of Texas*<br>*44-CL-000494289-2*<br>*05/05/2019 to 05/05/2020* | $1,000,000 EACH ACCIDENT / OCCURRENCE |
| *Employers Liability* | *AMERICAN HALLMARK INSURANCE CO OF TEXAS*<br>*44-CL-000494289-2*<br>*05/05/2019 to 05/05/2020* | BODILY INJURY /<br>$1,000,000 EACH ACCIDENT<br>$1,000,000 DISEASE POLICY LIMIT<br>$1,000,000 DISEASE EACH EMPLOYEE |

08-06-19
CL 01 09 16

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240

**Commercial Umbrella Liability**

GENERAL CHANGE ENDORSEMENT

| | |
|---|---|
| **POLICY NO:** 44-CL-000494289-02/004 | **EFFECTIVE DATE:** 05/05/2019 |
| **INSURED:** BLACK HILLS EXCAVATING INC | **AGENT:** RICE INSURANCE, LLC |

TERRORISM RISK INSURANCE ACT CHARGE IS                                    $225

| TOTAL COMMERCIAL UMBRELLA LIABILITY PREMIUM | $ | 128 |
|---|---|---|

**FORMS AND ENDORSEMENTS**
**APPLYING TO THIS COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:**
See Forms Schedule

**THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS, AND SUPPLEMENTAL FORM DECLARATIONS), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.**

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240

## FORMS SCHEDULE

**POLICY NO:** 44-CL-000494289-2

**ACCOUNT NUMBER:**

**NAMED INSURED AND MAILING ADDRESS**

BLACK HILLS EXCAVATING INC
7216 187TH AVE SW
ROCHESTER, WA 98579

**AGENCY AND MAILING ADDRESS**          **4654**

RICE INSURANCE, LLC
P O BOX 639
BELLINGHAM, WA 98227-0639

**POLICY PERIOD:**  FROM 05/05/2019 TO 05/05/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**NOTE:  IF NO ENTRY APPEARS ON THE FOLLOWING ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION  IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

| INTERLINE FORMS | | APPLICABLE COVERAGE PARTS |
|---|---|---|
| IL1201 11-85 | Policy Changes | General Liability,    Modified Commercial Inland Marine, Commercial Property |

| COMMERCIAL AUTO FORMS | | |
|---|---|---|
| CA2134 01-08 | Washington Underinsured Motorists Coverage | Modified |
| A2107 10-05 | Washington Underinsured Motorists Coverage Selection/Rejection Form | Modified |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

Policy Change
Number **004**

| POLICY NUMBER<br>44-CL-000494289-2 | POLICY CHANGES<br>EFFECTIVE<br>07/16/2019 | COMPANY<br>**American Hallmark Insurance Company of Texas** |
|---|---|---|
| NAMED INSURED<br>**BLACK HILLS EXCAVATING INC** | | AUTHORIZED REPRESENTATIVE |
| COVERAGE PARTS AFFECTED<br>**Commercial Property**<br>**Commercial Automobile** | | |

| CHANGES |
|---|
| **VEH #13 A 2011 FORD F450 #5611 IS ADDED.** |

_____
Authorized Representative Signature

POLICY NUMBER: 44-CL-000494289-2

**COMMERCIAL AUTO**
**CA 21 34 01 08**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WASHINGTON UNDERINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or for "garage operations" conducted in, Washington, this endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
> GARAGE COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

---

**Named Insured:**  BLACK HILLS EXCAVATING INC

**Endorsement Effective Date:**  07/16/2019

---

## SCHEDULE

| | | |
|---|---|---|
| **"Bodily Injury" And "Property Damage":** | $ | **Each "Accident"** |
| **Or** | | |
| **"Bodily Injury":** | $ | **Each "Accident"** |

This endorsement provides "bodily injury" and "property damage" underinsured motorists coverage unless an "X" is entered below:

☐ If an "X" is entered in this box, this endorsement provides "bodily injury" underinsured motorists coverage only for the following "autos":

**Description Of "Autos":**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

---

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "underinsured motor vehicle". The damages must result from "bodily injury" or "property damage" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "underinsured motor vehicle".

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

   b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

---

**CA 21 34 01 08**          © ISO Properties, Inc., 2007          **Page 1 of 4**   ☐

**2.** A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

  **a.** Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

  **b.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

  **c.** The Named Insured for "property damage" only.

## C. Exclusions

This insurance does not apply to:

**1.** The benefit of any insurer or self-insurer under any workers' compensation law or any similar disability benefits law.

**2.** The benefit of any insurer of property.

**3.** "Bodily injury" sustained by:

  **a.** An individual Named Insured while "occupying" any vehicle owned by that Named Insured or made available for that Named Insured's regular use that is not a covered "auto" for Liability Coverage under this Coverage Form;

  **b.** Any "family member" while "occupying" any vehicle owned by that "family member" or available for that "family member's" regular use that is not a covered "auto" for Liability Coverage under this Coverage Form; or

  **c.** Any "family member" while "occupying" any vehicle owned by the Named Insured or made available for the Named Insured's regular use that is insured for Liability Coverage on a primary basis under any other Coverage Form or policy.

**4.** Property contained in or struck by any vehicle owned by or available for the regular use of the Named Insured or any "family member", if the Named Insured is an individual, which is not a covered "auto" for Liability Coverage under this Coverage Form.

**5.** The first $300 of the amount of "property damage" to the property of each "insured" as the result of any one "accident" caused by a hit-and-run vehicle as described in Paragraph **5.d.** of the definition of "underinsured motor vehicle". In all other cases, this insurance does not apply to the first $100 of the amount of "property damage" to the property of each "insured" as the result of any one "accident".

**6.** Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**7.** "Bodily injury" or "property damage" to an "insured" while operating or "occupying" a motorcycle or motor driven cycle which is not a covered "auto" for Liability Coverage under this Coverage Form.

**8.** Punitive or exemplary damages.

**9.** "Bodily injury" or "property damage" arising directly or indirectly out of:

  **a.** War, including undeclared or civil war;

  **b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

  **c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## D. Limit Of Insurance

**1.** Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the limit shown in the Schedule or in the Declarations.

**2.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage Form, Medical Payments Coverage Endorsement or Personal Injury Protection Coverage Endorsement attached to this Coverage Part.

We will not make a duplicate payment under this Coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

## E. Changes In Conditions

The conditions are changed for Washington Underinsured Motorists Coverage as follows:

**1. Other Insurance** in the Business Auto and Garage Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Truckers and Motor Carrier Coverage Forms are replaced by the following:

If there is other applicable insurance available under one or more policies or provisions of coverage:

  **a.** The maximum recovery under all coverage forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any coverage form or policy providing coverage on either a primary or excess basis.

© ISO Properties, Inc., 2007

**b.** Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible underinsured motorists insurance providing coverage on a primary basis.

**c.** If the coverage under this Coverage Form is provided:

**(1)** On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

**(2)** On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss** is changed by adding the following:

**a.** A person seeking Underinsured Motorists Coverage must also promptly notify us in writing of a tentative settlement between the "insured" and the insurer of an "underinsured motor vehicle", and allow us 30 days to advance payment to that "insured" in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such "underinsured motor vehicle". However, this provision does not apply if failure to notify us does not prejudice our right to recover payment from the person legally responsible for the "accident".

**3. Legal Action Against Us** is replaced by the following:

**a.** No one may bring a legal action against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form.

**b.** Any legal action against us under this Coverage Form must be brought within one year after the date on which the cause of action accrues.

If this action is brought pursuant to Sec. 3 of RCW 48.30 then 20 days prior to filing such an action, you are required to provide written notice of the basis for the cause of action to us and the Office of the Insurance Commissioner. Such notice may be sent by regular mail, registered mail or certified mail with return receipt requested.

**4. Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid. We shall be entitled to recovery only after the "insured" has been fully compensated for damages.

Our rights do not apply under this provision with respect to damages caused by an "accident" with an "underinsured motor vehicle" if we:

**a.** Have been given prompt notice of a tentative settlement between an "insured" and the insurer of an "underinsured motor vehicle"; and

**b.** Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification:

**(1)** That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Underinsured Motorists Coverage; and

**(2)** We also have a right to recover the advanced payment.

**5.** The following condition is added:

**ARBITRATION**

**a.** If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "underinsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. We will pay all arbitration expenses. Arbitration expenses will not include the "insured's" attorney's fees or any expenses incurred in producing evidence or witnesses.

**b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Property damage" means injury to or destruction of the property of an "insured".

**2.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

**3.** "Occupying" means in, upon, getting in, on, out or off.

**4.** "Suit" means a civil proceeding in which:

**a.** Damages because of "bodily injury" or "property damage"; or

**b.** A "covered pollution cost or expense" to which this insurance applies, are alleged.

"Suit" includes:

**(1)** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed; or

**(2)** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed.

**5.** "Underinsured motor vehicle" means a land motor vehicle or "trailer":

**a.** For which no liability bond or policy applies at the time of an "accident"; or

**b.** For which liability bonds or policies apply at the time of the "accident", but the amount paid under all of the bonds or policies to an "insured" is not enough to pay the full amount an "insured" is legally entitled to recover as damages caused by the "accident"; or

**c.** For which all insuring or bonding companies deny coverage or are or become insolvent; or

**d.** That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must either:

**(1)** Hit an "insured", a covered "auto" or a vehicle an "insured" is "occupying"; or

**(2)** Cause "bodily injury" or "property damage" with no physical contact with the "insured" or the vehicle the "insured" was "occupying" at the time of the "accident" provided:

**(a)** The facts of the "accident" can be corroborated by competent evidence other than the testimony of any person having an underinsured motorists coverage claim as a result of such "accident"; and

**(b)** Someone reports the "accident" to the police within 72 hours of the "accident".

However, "underinsured motor vehicle" does not include any vehicle:

**a.** For which the Liability Coverage of this Coverage Form applies. However, if the Named Insured is an individual and that Named Insured or any "family member" sustains damages while "occupying", or when struck by, an "auto" which is a covered "auto" for Liability Coverage under this Coverage Form, this exception to this definition of an "underinsured motor vehicle" does not apply to that Named Insured or any such "family member".

**b.** Owned by a governmental unit or agency. This provision does not apply if the governmental unit or agency is unable to pay damages because of financial inability or insolvency.

**6.** Whenever the terms "uninsured motorists coverage" or "uninsured motor vehicle" appear in the Coverage Form or any endorsements attached to the Coverage Form, they are replaced by the terms "underinsured motorists coverage" and "underinsured motor vehicle" for covered "autos" licensed in or "garage operations" conducted in Washington.

POLICY NUMBER: **44-CL-000494289-2**                                      SD0001  0110

## SUPPLEMENTAL FORM DECLARATION FOR CA2134 0108

## WASHINGTON UNDERINSURED MOTORISTS COVERAGE

| |
|---|
| Endorsement Effective: **07/16/2019** |
| Named Insured: **BLACK HILLS EXCAVATING INC** |

### SCHEDULE

<table>
<tr><td colspan="3"><b>Vehicles</b></td></tr>
<tr><td><b>"Bodily Injury" And "Property Damage":</b><br><b>Or</b></td><td>$</td><td align="right"><b>Each "Accident"</b></td></tr>
<tr><td><b>"Bodily Injury":</b></td><td>$</td><td align="right"><b>1,000,000 Each "Accident"</b></td></tr>
<tr><td colspan="3">This endorsement provides "bodily injury" and "property damage" underinsured motorists coverage unless an "X" is entered below:</td></tr>
<tr><td colspan="3">[X] If an "X" is entered in this box, this endorsement provides "bodily injury" underinsured motorists coverage only for the following "autos":</td></tr>
<tr><td colspan="3"><b>Description Of "Autos":</b> Vehicle 2, 2007 Ford F150 TRUCK, VIN-1FTRG14W07HA15893<br>
Vehicle 3, 2014 Ford F350 TRUCK, VIN-1FR8W3BTXEEA04206<br>
Vehicle 4, 2008 Ford F550 TRUCK, VIN-1FDAF56RX8EA19235<br>
Vehicle 6, 1987 Freightliner TRUCK, VIN-1FUYZCYB4HH404327<br>
Vehicle 8, 2006 Ford F250 PICKUP, VIN-1FTSF21936EB58343<br>
Vehicle 9, 1992 International 8000, VIN-1HSHBAYN5NH457132<br>
Vehicle 10, 2006 Kenworth T800, VIN-1NKDXBEX76J157881<br>
Vehicle 11, 2006 Ford F350 TRUCK, VIN-1FRWW30Y66EB93220<br>
Vehicle 12, 1993 International 4000 4900, VIN-1HTSDPPN9PH530232<br>
Vehicle 13, 2011 Ford F450 Super Duty Crew Cab, VIN-1FDUF4GTXBEA65611</td></tr>
</table>

**COMMERCIAL AUTOMOBILE**
**WASHINGTON**
**UNDERINSURED MOTORISTS COVERAGE**
**(includes uninsured)**
**SELECTION / REJECTION FORM**

This form of auto insurance must be provided with every auto liability policy issued, delivered, renewed or extended with respect to a motor vehicle registered or principally garaged in Washington, with limits equal to the liability limits of your policy.

You, as the Named Insured (or Spouse), have the right to select lower limits of Underinsured Motorists Bodily Injury Coverage in writing, but not lower than those required by the Washington Financial Responsibility Law.  You also have the right to reject this coverage in writing.  You may not select limits higher than the liability limits of your policy.

Underinsured Motorists Property Damage Coverage may be selected in amounts at least equal to the Washington Financial Responsibility Law.  Underinsured Motorists Property Damage Coverage is subject to a $300 deductible for accidents caused by a hit-and-run or phantom vehicle and to a $100 deductible for all other accidents.

### PLEASE SELECT ONE OF THE FOLLOWING OPTIONS:

1. ☐   I want Underinsured Motorists Coverage at limits of:

       $25,000    /   $50,000    or     $50,000   
   (per person)    (per accident) (combined single limits)

   which are the minimum limits required by the Washington Financial Responsibility Law for bodily injury.  I hereby reject only the Property Damage portion of Underinsured Motorists Coverage.

2. ☐ I want Underinsured Motorists Coverage at limits of:

       $25,000    /   $50,000    /   $10,000    or     $60,000   
   (per person)    (per accident) (per accident)    (combined single limits)

   which are the minimum limits required by the Washington Financial Responsibility Law for bodily injury and property damage.

3. ☑ I want Underinsured Motorists Coverage at limits of:

   0 / 0    or 1,000,000
   (per person)    (per accident) (combined single limits)

   I hereby reject only the Property Damage portion of Underinsured Motorists Coverage.

4. ☑ I want Underinsured Motorists Coverage at limits of:

   0   / 0 / 0   or    1,000,000
   (per person) (per accident)  (per accident)    (combined single limits)

5. ☐ I hereby reject Underinsured Motorists Coverage in its entirety.

Policy Number: **44-CL-000494289-2**
(including any renewal policy, regardless of a change in policy number.)

Named Insured: **BLACK HILLS EXCAVATING INC**

_____    _____
(Signature of Named Insured or Spouse)        Date

Signature(s) are not required under subsequent renewal, reinstatement, transferred, substituted, amended, altered, modified or replacement policies issued by the same company, unless change of rejection or selection is requested by the Named Insured or Spouse in writing.

A 2107 10 05

## WASHINGTON INSURANCE IDENTIFICATION CARD

COMPANY NUMBER
43494

COMPANY
American Hallmark Insurance Company of Texas, 5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240

☑ COMMERCIAL ☐ PERSONAL

POLICY NUMBER
44-CL-000494289-2

EFFECTIVE DATE
05/05/2019

EXPIRATION DATE
05/05/2020

YEAR
2011

MAKE/MODEL
Ford / F450 Super Duty Crew Cab

VEHICLE IDENTIFICATION NUMBER
1FDUF4GTXBEA65611

AGENCY/COMPANY ISSUING CARD
**RICE INSURANCE, LLC**
**P O BOX 639**
**BELLINGHAM, WA 98227-0639**

INSURED

**BLACK HILLS EXCAVATING INC**
**7216 187TH AVE SW**
**ROCHESTER, WA 98579**

SEE IMPORTANT NOTICE ON REVERSE SIDE

## WASHINGTON INSURANCE IDENTIFICATION CARD

COMPANY NUMBER
43494

COMPANY
American Hallmark Insurance Company of Texas, 5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240

☑ COMMERCIAL ☐ PERSONAL

POLICY NUMBER
44-CL-000494289-2

EFFECTIVE DATE
05/05/2019

EXPIRATION DATE
05/05/2020

YEAR
2011

MAKE/MODEL
Ford / F450 Super Duty Crew Cab

VEHICLE IDENTIFICATION NUMBER
1FDUF4GTXBEA65611

AGENCY/COMPANY ISSUING CARD
**RICE INSURANCE, LLC**
**P O BOX 639**
**BELLINGHAM, WA 98227-0639**

INSURED

**BLACK HILLS EXCAVATING INC**
**7216 187TH AVE SW**
**ROCHESTER, WA 98579**

SEE IMPORTANT NOTICE ON REVERSE SIDE

THIS CARD MUST BE KEPT IN THE INSURED

VEHICLE AND PRESENTED UPON DEMAND

IN CASE OF ACCIDENT: Report all accidents to your Agent/Company as soon as possible. Obtain the following information:

1. Name and address of each driver, passenger and witness.

2. Name of Insurance Company and policy number for each vehicle involved.

**ACORD 50 (2007/02)**

© ACORD CORPORATION 1983-2007. All rights reserved.

THIS CARD MUST BE KEPT IN THE INSURED

VEHICLE AND PRESENTED UPON DEMAND

IN CASE OF ACCIDENT: Report all accidents to your Agent/Company as soon as possible. Obtain the following information:

1. Name and address of each driver, passenger and witness.

2. Name of Insurance Company and policy number for each vehicle involved.

**ACORD 50 (2007/02)**

© ACORD CORPORATION 1983-2007. All rights reserved.

Page **2** of **2**

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

5420 LYNDON B JOHNSON FWY, STE 1100, Dallas, TX 75240

## COMMON POLICY DECLARATIONS

GENERAL CHANGE ENDORSEMENT

**POLICY NO:** 44-CL-000494289-02/005

### NAMED INSURED AND MAILING ADDRESS

```
BLACK HILLS EXCAVATING INC
7216 187TH AVE SW
ROCHESTER, WA 98579
```

### AGENCY AND MAILING ADDRESS                    4654

```
RICE INSURANCE, LLC
P O BOX 639
BELLINGHAM, WA 98227-0639
```

**POLICY PERIOD**: FROM 05/05/2019 TO 05/05/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

Effective 10/10/2019 this policy amended as shown.

## COMMON POLICY DECLARATIONS

For an additional/return premium, the items below are changed as indicated:

> Adding loss payee for leased/rented equipment

| | |
|---|---|
| NO ADDITIONAL OR RETURN PREMIUM DUE FOR COMMERCIAL PROPERTY | NO CHANGE |
| NO ADDITIONAL OR RETURN PREMIUM DUE FOR COMMERCIAL GENERAL LIABILITY | NO CHANGE |
| NO ADDITIONAL OR RETURN PREMIUM DUE FOR COMMERCIAL INLAND MARINE | NO CHANGE |
| NO ADDITIONAL OR RETURN PREMIUM DUE FOR COMMERCIAL AUTO | NO CHANGE |
| NO ADDITIONAL OR RETURN PREMIUM DUE FOR COMMERCIAL UMBRELLA | NO CHANGE |
| NO ADDITIONAL OR RETURN PREMIUM DUE FOR THIS CHANGE: | $0 |

**FORMS AND ENDORSEMENTS APPLICABLE TO ALL COVERAGE PARTS**
See Forms Schedule

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240

## FORMS SCHEDULE

POLICY NO: 44-CL-000494289-2

**ACCOUNT NUMBER:**

**NAMED INSURED AND MAILING ADDRESS**

```
BLACK HILLS EXCAVATING INC
7216 187TH AVE SW
ROCHESTER, WA 98579
```

**AGENCY AND MAILING ADDRESS**                    4654

```
RICE INSURANCE, LLC
P O BOX 639
BELLINGHAM, WA 98227-0639
```

**POLICY PERIOD:**   FROM 05/05/2019 TO 05/05/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**NOTE:  IF NO ENTRY APPEARS ON THE FOLLOWING ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION  IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

| COMMERCIAL INLAND MARINE FORMS | | |
|---|---|---|
| IM1668 01-01 | LOSS PAYABLE ENDORSEMENT | Added |

11-06-19

Page 1 of 1

**AAIS**                       This endorsement changes
**IM-1668  Ed 1.1**              the Inland Marine Coverage
**Page 1 of 1**              **-- PLEASE READ THIS CAREFULLY --**

# LOSS PAYABLE ENDORSEMENT

In addition to the policy "terms" contained within the Inland Marine Coverage(s), the following conditions apply to described property as indicated on the "declarations".

## LOSS PAYABLE

Any loss shall be adjusted with "you" and shall be payable to "you" and the loss payee described on the "declarations" as "your" and their interests appear.

## LENDER'S LOSS PAYABLE

Any loss shall be payable to "you" and the loss payee described on the "declarations" as interests appear. If more than one loss payee is named, they shall be paid in order of precedence.

The insurance for the loss payee continues in effect even when "your" insurance may be void because of "your" acts, neglect, or failure to comply with the coverage "terms". The insurance for the loss payee does not continue in effect if the loss payee is aware of changes in ownership or substantial increase in risk and does not notify "us".

If "we" cancel this policy, "we" notify the loss payee at least ten days before the effective date of cancellation if "we" cancel for "your" nonpayment of premium, or 45 days before the effective date of cancellation if "we" cancel for any other reason.

"We" may request payment of the premium from the loss payee, if "you" fail to pay the premium.

If "we" pay the loss payee for a loss where "your" insurance may be void, the loss payee's right to collect that portion of the debt from "you" then belongs to "us". This does not affect the loss payee's right to collect the remainder of the debt from "you". As an alternative, "we" may pay the loss payee the remaining principal and accrued interest in return for a full assignment of the loss payee's interest and any instruments given as security for the debt.

If "we" choose not to renew this policy, "we" give written notice to the loss payee at least ten days before the expiration date of this policy.

## CONTRACT OF SALE

Any loss shall be adjusted with "you" and shall be payable to "you" and the loss payee described on the "declarations" as "your" and their interests appear.

The loss payee described above is a person or organization "you" have entered into a contract with for the sale of covered property.

When covered property is the subject of a contract of sale, the word "you" also means the loss payee.

**IM-1668  Ed 1.1**
Copyright MCMXCIV
American Association of Insurance Services

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

5420 LYNDON B JOHNSON FWY, STE 1100, Dallas, TX 75240

## COMMON POLICY DECLARATIONS

GENERAL CHANGE ENDORSEMENT

**POLICY NO:** 44-CL-000494289-02/006

### NAMED INSURED AND MAILING ADDRESS

BLACK HILLS EXCAVATING INC
7216 187TH AVE SW
ROCHESTER, WA 98579

### AGENCY AND MAILING ADDRESS                     4654

RICE INSURANCE, LLC
P O BOX 639
BELLINGHAM, WA 98227-0639

**POLICY PERIOD**: FROM 05/05/2019 TO 05/05/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

Effective 02/07/2020 this policy amended as shown.

### COMMON POLICY DECLARATIONS

For an additional/return premium, the items below are changed as indicated:

    THE FOLLOWING LOCATION#2 IS ADDED.
    ADDED CLASS CODE 49451 WITH 1000 LIMIT.

| | |
|---|---|
| NO ADDITIONAL OR RETURN PREMIUM DUE FOR COMMERCIAL PROPERTY | NO CHANGE |

| | |
|---|---|
| ADDITIONAL PREMIUM DUE FOR COMMERCIAL GENERAL LIABILITY | $262 |

| | |
|---|---|
| NO ADDITIONAL OR RETURN PREMIUM DUE FOR COMMERCIAL INLAND MARINE | NO CHANGE |

| | |
|---|---|
| NO ADDITIONAL OR RETURN PREMIUM DUE FOR COMMERCIAL AUTO | NO CHANGE |

| | |
|---|---|
| ADDITIONAL PREMIUM DUE FOR COMMERCIAL UMBRELLA | $84 |

| | |
|---|---|
| ADDITIONAL PREMIUM DUE FOR THIS CHANGE: | $346 |

### FORMS AND ENDORSEMENTS APPLICABLE TO ALL COVERAGE PARTS
See Forms Schedule

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS
5420 LYNDON B JOHNSON FWY, STE 1100, Dallas, TX 75240
## GENERAL LIABILITY
GENERAL CHANGE ENDORSEMENT

**POLICY NO:** 44-CL-000494289-02/006

**RENEWAL OF:** 44-CL-000494289-1

**NAMED INSURED AND MAILING ADDRESS**

BLACK HILLS EXCAVATING INC
7216 187TH AVE SW
ROCHESTER, WA 98579

**AGENCY AND MAILING ADDRESS**                    4654

RICE INSURANCE, LLC
P O BOX 639
BELLINGHAM, WA 98227-0639

**POLICY PERIOD**: FROM 05/05/2019 TO 05/05/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**LOCATION OF ALL PREMISES YOU OWN, RENT OR OCCUPY:**
2   240 CUSTER WAY SW, Tumwater, WA 98501   ADDED

| LOC | CLASSIFICATION | CODE | PREMIUM BASIS | EXPOSURE | PMS RATE | PDTS RATE | OTHER RATE |
|-----|----------------|------|---------------|----------|----------|-----------|------------|
| 2 | Vacant Land (For-Profit)<br><br>Products-completed operations are subject to the General Aggregate Limit | 49451 | Number of Acres | 1,000 | 1.068 | 0 | |

STOP GAP COVERAGE (CG0442)                                                        $0

TERRORISM RISK INSURANCE ACT CHARGE IS                          $8

| ADDITIONAL GENERAL LIABILITY PREMIUM | $262 |
|---|---|

**FORMS AND ENDORSEMENTS**
**APPLYING TO THIS COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:**

02-27-20                                                                    Page 1 of 2
CL 01 09 16

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

5420 LYNDON B JOHNSON FWY, STE 1100, Dallas, TX 75240

## GENERAL LIABILITY

GENERAL CHANGE ENDORSEMENT

---

**POLICY NO:** 44-CL-000494289-02/006
**INSURED:** BLACK HILLS EXCAVATING INC

**EFFECTIVE DATE:** 05/05/2019
**AGENT:** RICE INSURANCE, LLC

---

**FORMS AND ENDORSEMENTS**
**APPLYING TO THIS COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:**
See Forms Schedule

**NOTE:  IF NO ENTRY APPEARS ON THE ABOVE ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

---

**THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS, AND SUPPLEMENTAL FORM DECLARATIONS), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.**

02-27-20
CL 01 09 16

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240

### Commercial Umbrella Liability

GENERAL CHANGE ENDORSEMENT

| |
|---|
| **POLICY NO:** 44-CL-000494289-02/006 |
| **RENEWAL OF:** 44-CL-000494289-1 |

**NAMED INSURED AND MAILING ADDRESS**

| |
|---|
| BLACK HILLS EXCAVATING INC<br>7216 187TH AVE SW<br>ROCHESTER, WA 98579 |

**AGENCY AND MAILING ADDRESS**   0000004654

| |
|---|
| RICE INSURANCE, LLC<br>P O BOX 639<br>BELLINGHAM, WA 98227-0639 |

**POLICY PERIOD**:  FROM 05/05/2019 TO 05/05/2020  AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

| LIMITS OF INSURANCE | |
|---|---|
| LIMIT – PER INCIDENT | $5,000,000 |
| GENERAL AGGREGATE LIMIT | $5,000,000 |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $5,000,000 |

| | |
|---|---|
| MINIMUM RETENTION COVERAGE A | $0 |
| DEDUCTIBLE COVERAGE B | $10,000 |

| DESCRIPTION OF BUSINESS |
|---|

FORM OF BUSINESS:

☐ INDIVIDUAL          ☐ PARTNERSHIP          ☐ JOINT VENTURE          ☐ TRUST

☐ LIMITED LIABILITY COMPANY     ☑ ORGANIZATION, INCLUDING A CORPORATION (BUT NOT INCLUDING A PARTNERSHIP, JOINT VENTURE OR LIMITED LIABILITY COMPANY)

☐ OTHER

BUSINESS DESCRIPTION:    EXCAVATION CONTRACTOR

02-27-20
CL 01 09 16

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240

**Commercial Umbrella Liability**

GENERAL CHANGE ENDORSEMENT

| | |
|---|---|
| **POLICY NO:** 44-CL-000494289-02/006 | **EFFECTIVE DATE:** 05/05/2019 |
| **INSURED:** BLACK HILLS EXCAVATING INC | **AGENT:** RICE INSURANCE, LLC |

| SCHEDULE OF UNDERLYING INSURANCE | | |
|---|---|---|
| **TYPE OF INSURANCE** | **CARRIER**<br>**POLICY NUMBER**<br>**POLICY PERIOD** | **LIMITS OF INSURANCE** |
| *General Liability* | *American Hallmark Insurance Company of Texas*<br>*44-CL-000494289-2*<br>*05/05/2019 to 05/05/2020* | $2,000,000 GENERAL AGGREGATE<br>$2,000,000 PROD/COMP OPS AGGREGATE<br>$1,000,000 EACH OCCURRENCE |
| *Commercial Auto* | *American Hallmark Insurance Company of Texas*<br>*44-CL-000494289-2*<br>*05/05/2019 to 05/05/2020* | $1,000,000 EACH ACCIDENT / OCCURRENCE |
| *Employers Liability* | *AMERICAN HALLMARK INSURANCE CO OF TEXAS*<br>*44-CL-000494289-2*<br>*05/05/2019 to 05/05/2020* | BODILY INJURY /<br>$1,000,000 EACH ACCIDENT<br>$1,000,000 DISEASE POLICY LIMIT<br>$1,000,000 DISEASE EACH EMPLOYEE |

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240
**Commercial Umbrella Liability**
GENERAL CHANGE ENDORSEMENT

| | |
|---|---|
| **POLICY NO:** 44-CL-000494289-02/006 | **EFFECTIVE DATE:** 05/05/2019 |
| **INSURED:** BLACK HILLS EXCAVATING INC | **AGENT:** RICE INSURANCE, LLC |

TERRORISM RISK INSURANCE ACT CHARGE IS                                   $236

| | | |
|---|---|---|
| TOTAL COMMERCIAL UMBRELLA LIABILITY PREMIUM | $ | 84 |

**FORMS AND ENDORSEMENTS**
**APPLYING TO THIS COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:**
See Forms Schedule

**THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS, AND SUPPLEMENTAL FORM DECLARATIONS), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.**

02-27-20
CL 01 09 16

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240

## FORMS SCHEDULE

**POLICY NO:** 44-CL-000494289-2

**ACCOUNT NUMBER:**

| NAMED INSURED AND MAILING ADDRESS | AGENCY AND MAILING ADDRESS     4654 |
|---|---|
| BLACK HILLS EXCAVATING INC<br>7216 187TH AVE SW<br>ROCHESTER, WA 98579 | RICE INSURANCE, LLC<br>P O BOX 639<br>BELLINGHAM, WA 98227-0639 |

**POLICY PERIOD:**   FROM 05/05/2019 TO 05/05/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**NOTE:  IF NO ENTRY APPEARS ON THE FOLLOWING ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION  IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

| INTERLINE FORMS | | APPLICABLE COVERAGE PARTS |
|---|---|---|
| IL1201 11-85 | Policy Changes | Commercial Auto,     Modified General Liability, Commercial Inland Marine, Commercial Property |

| COMMERCIAL INLAND MARINE FORMS | | |
|---|---|---|
| IM1668 01-01 | LOSS PAYABLE ENDORSEMENT | Modified |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

Policy Change
Number **006**

| POLICY NUMBER<br>**44-CL-000494289-2** | POLICY CHANGES<br>EFFECTIVE<br>**02/07/2020** | COMPANY<br>**American Hallmark Insurance Company of Texas** |
|---|---|---|
| NAMED INSURED<br>**BLACK HILLS EXCAVATING INC** | | AUTHORIZED REPRESENTATIVE |

COVERAGE PARTS AFFECTED
**General Liability**
**Commercial Property**

CHANGES

**THE FOLLOWING LOCATION#2 IS ADDED.**
**ADDED CLASS CODE 49451 WITH 1000 LIMIT.**

_____
Authorized Representative Signature

AAIS
**IM-1668  Ed 1.1**
Page 1 of 1

This endorsement changes
the Inland Marine Coverage
**-- PLEASE READ THIS CAREFULLY --**

# LOSS PAYABLE ENDORSEMENT

In addition to the policy "terms" contained within the Inland Marine Coverage(s), the following conditions apply to described property as indicated on the "declarations".

## LOSS PAYABLE

Any loss shall be adjusted with "you" and shall be payable to "you" and the loss payee described on the "declarations" as "your" and their interests appear.

## LENDER'S LOSS PAYABLE

Any loss shall be payable to "you" and the loss payee described on the "declarations" as interests appear. If more than one loss payee is named, they shall be paid in order of precedence.

The insurance for the loss payee continues in effect even when "your" insurance may be void because of "your" acts, neglect, or failure to comply with the coverage "terms". The insurance for the loss payee does not continue in effect if the loss payee is aware of changes in ownership or substantial increase in risk and does not notify "us".

If "we" cancel this policy, "we" notify the loss payee at least ten days before the effective date of cancellation if "we" cancel for "your" nonpayment of premium, or 45 days before the effective date of cancellation if "we" cancel for any other reason.

"We" may request payment of the premium from the loss payee, if "you" fail to pay the premium.

If "we" pay the loss payee for a loss where "your" insurance may be void, the loss payee's right to collect that portion of the debt from "you" then belongs to "us". This does not affect the loss payee's right to collect the remainder of the debt from "you". As an alternative, "we" may pay the loss payee the remaining principal and accrued interest in return for a full assignment of the loss payee's interest and any instruments given as security for the debt.

If "we" choose not to renew this policy, "we" give written notice to the loss payee at least ten days before the expiration date of this policy.

## CONTRACT OF SALE

Any loss shall be adjusted with "you" and shall be payable to "you" and the loss payee described on the "declarations" as "your" and their interests appear.

The loss payee described above is a person or organization "you" have entered into a contract with for the sale of covered property.

When covered property is the subject of a contract of sale, the word "you" also means the loss payee.

**IM-1668  Ed 1.1**
Copyright MCMXCIV
American Association of Insurance Services

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

5420 LYNDON B JOHNSON FWY, STE 1100, Dallas, TX 75240

## COMMON POLICY DECLARATIONS
GENERAL CHANGE ENDORSEMENT

**POLICY NO:** 44-CL-000494289-02/007

**NAMED INSURED AND MAILING ADDRESS**

BLACK HILLS EXCAVATING INC
3439 93RD AVE SW
OLYMPIA, WA 98512

**AGENCY AND MAILING ADDRESS**          4654

RICE INSURANCE, LLC
P O BOX 639
BELLINGHAM, WA 98227-0639

**POLICY PERIOD:** FROM 05/05/2019 TO 05/05/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

Effective 03/04/2020 insured's address is amended as shown above.

| TOTAL  PREMIUM DUE FOR THIS CHANGE | $0 |
|---|---|

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240

## FORMS SCHEDULE

**POLICY NO:** 44-CL-000494289-2

**ACCOUNT NUMBER:**
**NAMED INSURED AND MAILING ADDRESS**

BLACK HILLS EXCAVATING INC
3439 93RD AVE SW
OLYMPIA, WA 98512

**AGENCY AND MAILING ADDRESS**                4654

RICE INSURANCE, LLC
P O BOX 639
BELLINGHAM, WA 98227-0639

**POLICY PERIOD:**   FROM 05/05/2019 TO 05/05/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**NOTE:  IF NO ENTRY APPEARS ON THE FOLLOWING ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION  IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

| INTERLINE FORMS | | APPLICABLE COVERAGE PARTS |
|---|---|---|
| IL1201 11-85 | Policy Changes | General Liability,    Modified Commercial Inland Marine, Commercial Property |

| COMMERCIAL INLAND MARINE FORMS | | |
|---|---|---|
| IM1668 01-01 | LOSS PAYABLE ENDORSEMENT | Modified |

03-05-20

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

Policy Change
Number **007**

| POLICY NUMBER<br>**44-CL-000494289-2** | POLICY CHANGES EFFECTIVE<br><br>**03/04/2020** | COMPANY<br><br>**American Hallmark Insurance Company of Texas** |
|---|---|---|
| NAMED INSURED<br>**BLACK HILLS EXCAVATING INC** | | AUTHORIZED REPRESENTATIVE |

COVERAGE PARTS AFFECTED

CHANGES

_____
Authorized Representative Signature

**IL 12 01 11 85**            Copyright, Insurance Services Office, Inc.,   1983            **Page 1 of 1**   □
                              Copyright, ISO Commercial Risk Services, Inc.,   1983

AAIS
IM-1668  Ed 1.1
Page 1 of 1

This endorsement changes
the Inland Marine Coverage
**-- PLEASE READ THIS CAREFULLY --**

# LOSS PAYABLE ENDORSEMENT

In addition to the policy "terms" contained within the Inland Marine Coverage(s), the following conditions apply to described property as indicated on the "declarations".

## LOSS PAYABLE

Any loss shall be adjusted with "you" and shall be payable to "you" and the loss payee described on the "declarations" as "your" and their interests appear.

## LENDER'S LOSS PAYABLE

Any loss shall be payable to "you" and the loss payee described on the "declarations" as interests appear. If more than one loss payee is named, they shall be paid in order of precedence.

The insurance for the loss payee continues in effect even when "your" insurance may be void because of "your" acts, neglect, or failure to comply with the coverage "terms". The insurance for the loss payee does not continue in effect if the loss payee is aware of changes in ownership or substantial increase in risk and does not notify "us".

If "we" cancel this policy, "we" notify the loss payee at least ten days before the effective date of cancellation if "we" cancel for "your" nonpayment of premium, or 45 days before the effective date of cancellation if "we" cancel for any other reason.

"We" may request payment of the premium from the loss payee, if "you" fail to pay the premium.

If "we" pay the loss payee for a loss where "your" insurance may be void, the loss payee's right to collect that portion of the debt from "you" then belongs to "us". This does not affect the loss payee's right to collect the remainder of the debt from "you". As an alternative, "we" may pay the loss payee the remaining principal and accrued interest in return for a full assignment of the loss payee's interest and any instruments given as security for the debt.

If "we" choose not to renew this policy, "we" give written notice to the loss payee at least ten days before the expiration date of this policy.

## CONTRACT OF SALE

Any loss shall be adjusted with "you" and shall be payable to "you" and the loss payee described on the "declarations" as "your" and their interests appear.

The loss payee described above is a person or organization "you" have entered into a contract with for the sale of covered property.

When covered property is the subject of a contract of sale, the word "you" also means the loss payee.

IM-1668  Ed 1.1
Copyright MCMXCIV
American Association of Insurance Services

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS
5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240
## COMMON POLICY DECLARATIONS
GENERAL CHANGE ENDORSEMENT

**POLICY NO:** 44-CL-000494289-02/008

**NAMED INSURED AND MAILING ADDRESS**

BLACK HILLS EXCAVATING INC
3439 93RD AVE SW
OLYMPIA, WA 98512

**AGENCY AND MAILING ADDRESS**           4654

RICE INSURANCE, LLC
P O BOX 639
BELLINGHAM, WA 98227-0639

**POLICY PERIOD**: FROM 05/05/2019 TO 05/05/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

Effective 02/07/2020 this policy amended as shown.

**COMMON POLICY DECLARATIONS**
For an additional/return premium, the items below are changed as indicated:

AMENDING CLASS 49451 EXPOSURE TO 1 ACRE

| | |
|---|---|
| NO ADDITIONAL OR RETURN PREMIUM DUE FOR COMMERCIAL PROPERTY | NO CHANGE |
| RETURN PREMIUM DUE FOR COMMERCIAL GENERAL LIABILITY | -$262 |
| NO ADDITIONAL OR RETURN PREMIUM DUE FOR COMMERCIAL INLAND MARINE | NO CHANGE |
| NO ADDITIONAL OR RETURN PREMIUM DUE FOR COMMERCIAL AUTO | NO CHANGE |
| RETURN PREMIUM DUE FOR COMMERCIAL UMBRELLA | -$84 |
| RETURN PREMIUM DUE FOR THIS CHANGE: | -$346 |

**FORMS AND ENDORSEMENTS APPLICABLE TO ALL COVERAGE PARTS**
See Forms Schedule

05-07-20
CL 01 09 16

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS
### 5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240
## GENERAL LIABILITY
GENERAL CHANGE ENDORSEMENT

**POLICY NO:** 44-CL-000494289-02/008

**RENEWAL OF:** 44-CL-000494289-1

### NAMED INSURED AND MAILING ADDRESS

BLACK HILLS EXCAVATING INC
3439 93RD AVE SW
OLYMPIA, WA 98512

### AGENCY AND MAILING ADDRESS                4654

RICE INSURANCE, LLC
P O BOX 639
BELLINGHAM, WA 98227-0639

**POLICY PERIOD**: FROM 05/05/2019 TO 05/05/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

| LOC | CLASSIFICATION | CODE | PREMIUM BASIS | EXPOSURE | PMS RATE | PDTS RATE | OTHER RATE |
|-----|----------------|------|---------------|----------|----------|-----------|------------|
| 2 | Vacant Land (For-Profit)<br><br>Products-completed operations are subject to the General Aggregate Limit | 49451 | Number of Acres | 1 | 1.068 | 0 | |

STOP GAP COVERAGE (CG0442)                                            $0

TERRORISM RISK INSURANCE ACT CHARGE IS                        -$8

| | |
|---|---|
| RETURN GENERAL LIABILITY PREMIUM | **-$262** |

**FORMS AND ENDORSEMENTS**
**APPLYING TO THIS COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:**
See Forms Schedule

05-07-20
CL 01 09 16

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240

## GENERAL LIABILITY

GENERAL CHANGE ENDORSEMENT

| | |
|---|---|
| **POLICY NO:** 44-CL-000494289-02/008 | **EFFECTIVE DATE:** 05/05/2019 |
| **INSURED:** BLACK HILLS EXCAVATING INC | **AGENT:** RICE INSURANCE, LLC |

**FORMS AND ENDORSEMENTS**
**APPLYING TO THIS COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:**
**NOTE:  IF NO ENTRY APPEARS ON THE ABOVE ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

**THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS, AND SUPPLEMENTAL FORM DECLARATIONS), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.**

05-07-20
CL 01 09 16

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240

**Commercial Umbrella Liability**

GENERAL CHANGE ENDORSEMENT

**POLICY NO:** 44-CL-000494289-02/008

**RENEWAL OF:** 44-CL-000494289-1

**NAMED INSURED AND MAILING ADDRESS**

BLACK HILLS EXCAVATING INC
3439 93RD AVE SW
OLYMPIA, WA 98512

**AGENCY AND MAILING ADDRESS**   0000004654

RICE INSURANCE, LLC
P O BOX 639
BELLINGHAM, WA 98227-0639

**POLICY PERIOD**: FROM 05/05/2019 TO 05/05/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

| LIMITS OF INSURANCE | |
| --- | --- |
| LIMIT – PER INCIDENT | $5,000,000 |
| GENERAL AGGREGATE LIMIT | $5,000,000 |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $5,000,000 |

| | |
| --- | --- |
| MINIMUM RETENTION COVERAGE A | $0 |
| DEDUCTIBLE COVERAGE B | $10,000 |

| DESCRIPTION OF BUSINESS |
| --- |
| FORM OF BUSINESS: |

☐ INDIVIDUAL          ☐ PARTNERSHIP          ☐ JOINT VENTURE          ☐ TRUST

☐ LIMITED LIABILITY COMPANY          ☑ ORGANIZATION, INCLUDING A CORPORATION (BUT NOT INCLUDING A PARTNERSHIP, JOINT VENTURE OR LIMITED LIABILITY COMPANY)

☐ OTHER

BUSINESS DESCRIPTION:   EXCAVATION CONTRACTOR

05-07-20
CL 01 09 16

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240

**Commercial Umbrella Liability**

GENERAL CHANGE ENDORSEMENT

| | |
|---|---|
| **POLICY NO:** 44-CL-000494289-02/008<br>**INSURED:** BLACK HILLS EXCAVATING INC | **EFFECTIVE DATE:** 05/05/2019<br>**AGENT:** RICE INSURANCE, LLC |

| SCHEDULE OF UNDERLYING INSURANCE | | |
|---|---|---|
| **TYPE OF INSURANCE** | **CARRIER**<br>**POLICY NUMBER**<br>**POLICY PERIOD** | **LIMITS OF INSURANCE** |
| *General Liability* | *American Hallmark Insurance Company of Texas*<br>*44-CL-000494289-2*<br>*05/05/2019 to 05/05/2020* | $2,000,000   GENERAL AGGREGATE<br>$2,000,000   PROD/COMP OPS AGGREGATE<br>$1,000,000   EACH OCCURRENCE |
| *Commercial Auto* | *American Hallmark Insurance Company of Texas*<br>*44-CL-000494289-2*<br>*05/05/2019 to 05/05/2020* | $1,000,000   EACH ACCIDENT / OCCURRENCE |
| *Employers Liability* | *AMERICAN HALLMARK INSURANCE CO OF TEXAS*<br>*44-CL-000494289-2*<br>*05/05/2019 to 05/05/2020* |             BODILY INJURY /<br>$1,000,000   EACH ACCIDENT<br>$1,000,000   DISEASE POLICY LIMIT<br>$1,000,000   DISEASE EACH EMPLOYEE |

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240

**Commercial Umbrella Liability**

GENERAL CHANGE ENDORSEMENT

| | |
|---|---|
| **POLICY NO:** 44-CL-000494289-02/008 | **EFFECTIVE DATE:** 05/05/2019 |
| **INSURED:** BLACK HILLS EXCAVATING INC | **AGENT:** RICE INSURANCE, LLC |

TERRORISM RISK INSURANCE ACT CHARGE IS                                         $225

| | | |
|---|---|---|
| TOTAL COMMERCIAL UMBRELLA LIABILITY PREMIUM | $ | -84 |

**FORMS AND ENDORSEMENTS**
**APPLYING TO THIS COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:**
See Forms Schedule

**THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS, AND SUPPLEMENTAL FORM DECLARATIONS), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.**

05-07-20
CL 01 09 16

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

### 5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240
## FORMS SCHEDULE

**POLICY NO:** 44-CL-000494289-2

**ACCOUNT NUMBER:**
**NAMED INSURED AND MAILING ADDRESS**

```
BLACK HILLS EXCAVATING INC
3439 93RD AVE SW
OLYMPIA, WA 98512
```

**AGENCY AND MAILING ADDRESS**              4654

```
RICE INSURANCE, LLC
P O BOX 639
BELLINGHAM, WA 98227-0639
```

**POLICY PERIOD:**   FROM 05/05/2019 TO 05/05/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**NOTE:  IF NO ENTRY APPEARS ON THE FOLLOWING ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION  IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

| INTERLINE FORMS | | APPLICABLE COVERAGE PARTS |
|---|---|---|
| IL1201 11-85 | Policy Changes | General Liability,    Modified Commercial Inland Marine, Commercial Property |

| COMMERCIAL INLAND MARINE FORMS | | |
|---|---|---|
| IM1668 01-01 | LOSS PAYABLE ENDORSEMENT | Modified |

| COMMERCIAL AUTO FORMS | | |
|---|---|---|
| CA9989 05-01 | Washington Loss Payable Form Reg-335 | Deleted |

05-07-20

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

Policy Change
Number **008**

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| **44-CL-000494289-2** | **02/07/2020** | **American Hallmark Insurance Company of Texas** |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| **BLACK HILLS EXCAVATING INC** | |

COVERAGE PARTS AFFECTED
**General Liability**
**Commercial Property**

CHANGES
**AMENDING CLASS 49451 EXPOSURE TO 1 ACRE**

_____
Authorized Representative Signature

    Copyright, Insurance Services Office, Inc.,   1983
Copyright, ISO Commercial Risk Services, Inc.,   1983      ☐

AAIS
IM-1668  Ed 1.1
Page 1 of 1

This endorsement changes
the Inland Marine Coverage
-- PLEASE READ THIS CAREFULLY --

# LOSS PAYABLE ENDORSEMENT

In addition to the policy "terms" contained within the Inland Marine Coverage(s), the following conditions apply to described property as indicated on the "declarations".

## LOSS PAYABLE

Any loss shall be adjusted with "you" and shall be payable to "you" and the loss payee described on the "declarations" as "your" and their interests appear.

## LENDER'S LOSS PAYABLE

Any loss shall be payable to "you" and the loss payee described on the "declarations" as interests appear. If more than one loss payee is named, they shall be paid in order of precedence.

The insurance for the loss payee continues in effect even when "your" insurance may be void because of "your" acts, neglect, or failure to comply with the coverage "terms". The insurance for the loss payee does not continue in effect if the loss payee is aware of changes in ownership or substantial increase in risk and does not notify "us".

If "we" cancel this policy, "we" notify the loss payee at least ten days before the effective date of cancellation if "we" cancel for "your" nonpayment of premium, or 45 days before the effective date of cancellation if "we" cancel for any other reason.

"We" may request payment of the premium from the loss payee, if "you" fail to pay the premium.

If "we" pay the loss payee for a loss where "your" insurance may be void, the loss payee's right to collect that portion of the debt from "you" then belongs to "us". This does not affect the loss payee's right to collect the remainder of the debt from "you". As an alternative, "we" may pay the loss payee the remaining principal and accrued interest in return for a full assignment of the loss payee's interest and any instruments given as security for the debt.

If "we" choose not to renew this policy, "we" give written notice to the loss payee at least ten days before the expiration date of this policy.

## CONTRACT OF SALE

Any loss shall be adjusted with "you" and shall be payable to "you" and the loss payee described on the "declarations" as "your" and their interests appear.

The loss payee described above is a person or organization "you" have entered into a contract with for the sale of covered property.

When covered property is the subject of a contract of sale, the word "you" also means the loss payee.

IM-1668  Ed 1.1
Copyright MCMXCIV
American Association of Insurance Services

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS
5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240
## COMMON POLICY DECLARATIONS
WORKSHEET

**POLICY NO:** 44-CL-000494289-02/008

**NAMED INSURED AND MAILING ADDRESS**

BLACK HILLS EXCAVATING INC
3439 93RD AVE SW
OLYMPIA, WA 98512

**AGENCY AND MAILING ADDRESS**                4654

RICE INSURANCE, LLC
P O BOX 639
BELLINGHAM, WA 98227-0639

**POLICY PERIOD**:  FROM 05/05/2019 TO 05/05/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

Effective **02/07/2020** this policy amended as shown.

| THIS POLICY CONSIST OF THE COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. | | |
|---|---|---|
| | | **PREMIUM** |
| COMMERCIAL PROPERTY | $ | NO CHANGE |
| COMMERCIAL GENERAL LIABILITY | $ | -262 |
| COMMERCIAL CRIME | $ | NOT COVERED |
| COMMERCIAL INLAND MARINE | $ | NO CHANGE |
| COMMERCIAL AUTO | $ | NO CHANGE |
| COMMERCIAL UMBRELLA | $ | -84 |
| **TOTAL PREMIUM** | **$** | **-346.00** |

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS
### 5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240
## GENERAL LIABILITY
#### WORKSHEET ENDORSEMENT

**POLICY NO:** 44-CL-000494289-02/008

**RENEWAL OF:** 44-CL-000494289-1

**NAMED INSURED AND MAILING ADDRESS**

BLACK HILLS EXCAVATING INC
3439 93RD AVE SW
OLYMPIA, WA 98512

**AGENCY AND MAILING ADDRESS**          4654

RICE INSURANCE, LLC
P O BOX 639
BELLINGHAM, WA 98227-0639

**POLICY PERIOD:**   FROM 05/05/2019 TO 05/05/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

ENDORSEMENT DATE:   02/07/2020
CONTROL DATE:        05/05/2019

PRODUCT VERSION:   19.1.0
PRO-RATE FACTOR:   0.238

PRIMARY STATE:    **WA**

## COMMERCIAL GENERAL LIABILITY COVERAGE

### LIMITS

| PER OCCURRENCE | GENERAL AGGREGATE | PROD/CO AGGREGATE | PERSONAL & ADVERTISING INJURY | PREMISES RENTED | MEDICAL EXPENSE | BI DED AMOUNT PREMISES - PRODUCTS | PD DED AMOUNT PREMISES- PRODUCTS | COMB DED AMOUNT PREMISES- PRODUCTS | PER CLAIM/ OCC |
|---|---|---|---|---|---|---|---|---|---|
| $1,000,000 | $2,000,000 | $2,000,000 | $1,000,000 | $100,000 | $5,000 | | | | |

## LOCATIONS AND CLASS RATING

### LOCATION #  2
State: **WA**                         Territory: **502**

| CLASS | DESCRIPTION | EXPOSURE | IL TABLE | COVERAGE | FORMULA | ANNUAL PREMIUM | TERM PREMIUM |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS
5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240
## GENERAL LIABILITY
WORKSHEET ENDORSEMENT

| CLASS | DESCRIPTION | EXPOSURE | IL TABLE | COVERAGE | FORMULA | ANNUAL PREMIUM | TERM PREMIUM |
|---|---|---|---|---|---|---|---|
| 49451 | Vacant Land (For-Profit)<br><br>A-Rates Applied | 1 | 2 | Premises/Operations Liability | (FINAL RATE * RATING EXPO)<br><br>FINAL RATE = 1.068; RATING EXPO = 1<br><br>FINAL RATE = ROUND(( ADJ BASE RATE * SCHED FTR),3)<br><br>ADJ BASE RATE = 1.257; SCHED FTR = .85<br><br>ADJ BASE RATE = ROUND(( BASE RATE * COV CHG FTR * IL LESS DED FTR * DMG RENT FTR * MED EXP ILF * MISC CRDT FTR * TIER FACTOR),3)<br><br>BASE RATE = .771; COV CHG FTR = 1; IL LESS DED FTR = 1.63; DMG RENT FTR = 1; MED EXP ILF = 1; MISC CRDT FTR = 1; TIER FACTOR = 1<br><br>BASE RATE = ROUND(( LOSS COST ELP OVERRIDE * LOSS COST MULTIPLIER * CO DEV * CLMS MD FTR),3)<br><br>LOSS COST ELP OVERRIDE = 0.67; LOSS COST MULTIPLIER = 1.15; CO DEV = 1; CLMS MD FTR = 1<br><br>PKG MOD FTR = 1<br><br>RATING EXPO = ROUND (EXPO/EXPO RATE PER FTR)<br><br>EXPO = 1;EXPO RATE PER FTR = 1 | $1 | -$254 Modified |
| 49451 | Vacant Land (For-Profit) | 1 | - | Products/Completed Operations Liability | (FINAL RATE * RATING EXPO)<br><br>FINAL RATE = 0; RATING EXPO = 1<br><br>FINAL RATE = ROUND(( ADJ BASE RATE * SCHED FTR),3)<br><br>ADJ BASE RATE = 0; SCHED FTR = .85<br><br>ADJ BASE RATE = ROUND(( BASE RATE * COV CHG FTR * IL LESS DED FTR * MISC CRDT FTR * TIER FACTOR),3)<br><br>BASE RATE = 0; COV CHG FTR = 1; IL LESS DED FTR = 0; MISC CRDT FTR = 1; TIER FACTOR = 1<br><br>BASE RATE = ROUND(( LOSS COST ELP OVERRIDE * LOSS COST MULTIPLIER * CO DEV * CLMS MD FTR),3)<br><br>LOSS COST ELP OVERRIDE = 0; LOSS COST MULTIPLIER = 1.2; CO DEV = 1; CLMS MD FTR = 1<br><br>PKG MOD FTR = 1<br><br>RATING EXPO = ROUND (EXPO/EXPO RATE PER FTR)<br><br>EXPO = 1;EXPO RATE PER FTR = 1 | $0 | $0 Modified |
| | | | | | Return  Location Premium | $1 | -$254 |

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240

## GENERAL LIABILITY

WORKSHEET ENDORSEMENT

**MINIMUM PREMIUM(S)**

| SUBLINE | MINIMUM PREMIUM | BALANCE TO MINIMUM |
|---|---|---|
| Prem/Ops<br>SUBLINE MIN PREM <= TOT CLASS ANN PREM<br>0<br><br>SUBLINE MIN PREM = 180; TOT CLASS ANN PREM = 6947<br><br>LC x ILF = 278   Sch Fct = .85 Exp Fct = 1  Pkg Mod = .76 | $180 | $0<br>Modified |

**TERRORISM RATING**  Rating State: WA

| COVERAGE | RATING FORMULA | ANNUAL PREMIUM | TRANSACTION PREMIUM |
|---|---|---|---|
| TERRORISM IS   ACCEPTED | round(Annual Premium * Accepted/Rejected Factor,0)<br><br><br>Annual Premium = 12595; Accepted/Rejected Factor = .03; | $378 | -$8 |
| | Additional or Return Total Premium | $378 | -$8 |

| | | |
|---|---|---|
| **Total Transaction Premium:** | $ | -262 |
| **Total Surcharge / Taxes / Fees:** | $ | 0.00 |
| **Total Premium:** | $ | -262.00 |

05-07-20

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS
5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240
**Commercial Umbrella Liability**
WORKSHEET ENDORSEMENT

| | |
|---|---|
| **POLICY NO:** 44-CL-000494289-02/008 | |
| **RENEWAL OF:** 44-CL-000494289-1 | |

| **NAMED INSURED AND MAILING ADDRESS** | **AGENCY AND MAILING ADDRESS**   0000004654 |
|---|---|
| BLACK HILLS EXCAVATING INC<br>3439 93RD AVE SW<br>OLYMPIA, WA 98512 | RICE INSURANCE, LLC<br>P O BOX 639<br>BELLINGHAM, WA 98227-0639 |

**POLICY PERIOD**: FROM 05/05/2019 TO 05/05/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

| | | | |
|---|---|---|---|
| ENDORSEMENT DATE: | 02/07/2020 | PRODUCT VERSION: | 19.1.0 |
| CONTROL DATE: | 05/05/2019 | PRO-RATE FACTOR: | 0.238 |
| | | SCHEDULED FTR: | 1.03 |

**UMBRELLA LIMIT:**  $5,000,000                              **PRIMARY STATE:**   WA

| LOB | LIMITS | PREMIUM | MODIFIED PREMIUM | TABLE RATE FTR | SCHEDULE FTR | ACTUAL PREMIUM |
|---|---|---|---|---|---|---|
| General Liability | $1,000,000 | $0 | $0 | 1<br><br>0.08 | 1.03 | $0 |
| General Liability | $1,000,000 | $7,387 | $7,387 | 2<br><br>0.14 | 1.03 | $1,065 |
| General Liability | $1,000,000 | $786 | $786 | 3<br><br>0.23 | 1.03 | $186 |
| General Liability | $1,000,000 | $0 | $0 | A | 1.03 | $0 |

05-07-20                                                                                                Page 1 of 3

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | 0.13 | | |
| General Liability | $1,000,000 | $5,274 | $5,274 | B<br>0.18 | 1.03 | $978 |
| General Liability | $1,000,000 | $0 | $0 | C<br>0.23 | 1.03 | $0 |
| Commercial Auto | $1,000,000 | $5,245 | $5,245 | HVY/EXT HVY/TRCT<br>0.19 | 1.03 | $1,026 |
| Commercial Auto | $1,000,000 | $3,646 | $3,646 | LGT/MED/ALL OTHER<br>0.14 | 1.03 | $526 |
| Commercial Auto | $1,000,000 | $0 | $0 | *GARAGE*<br>*0.14* | *1.03* | $0 |
| | | | | *TOTAL ACTUAL PREMIUM* | | $7,562 |

| | ACTUAL PREMIUM | BALANCE TO LAYER MINIMUM | ANNUAL PREMIUM | TRANSACTION PREMIUM |
|---|---|---|---|---|
| First Million | $3,781 | $0 | $3,781 | $3,781 |
| Second Million | $1,891 | $0 | $1,891 | $1,891 |
| Third Million | $946 | $0 | $946 | $946 |
| Fourth Million | $473 | $0 | $473 | $473 |
| Fifth Million | $237 | $188 | $425 | $425 |
| | | TOTAL UMBRELLA PREMIUM | $7,516 | $7,516 |

**TERRORISM RATING** Rating State: WA

| COVERAGE | RATING FORMULA | ANNUAL PREMIUM | TRANSACTION PREMIUM |
|---|---|---|---|
| TERRORISM IS ACCEPTED | round(Annual Premium * Accepted/Rejected Factor,0)<br><br>Annual Premium = 7516 ; Accepted/Rejected Factor = .03; | $225 | -$3 |
| | Additional or Return Total Premium | $225 | -$3 |

**Total Transaction Premium:**          $                                    -84.00

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS
5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240
## COMMON POLICY DECLARATIONS
GENERAL CHANGE ENDORSEMENT

POLICY NO: 44-CL-000494289-02/009

**NAMED INSURED AND MAILING ADDRESS**

BLACK HILLS EXCAVATING INC
3439 93RD AVE SW
OLYMPIA, WA 98512

**AGENCY AND MAILING ADDRESS**          4654

RICE INSURANCE, LLC
P O BOX 639
BELLINGHAM, WA 98227-0639

**POLICY PERIOD**:  FROM 05/05/2019 TO 05/05/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

Effective 04/30/2020  this policy amended as shown.

**COMMON POLICY DECLARATIONS**
For an additional/return premium, the items below are changed as indicated:

```
THE FOLLOWING EQUIPMENT UNDER INLAND MARINE COVERAGE IS ADDED:
2020 JOHN DEERE 325G COMPACT TRACK LOADER #65230
JOHN DEERE CPNSTRUCTION & FORESTRY COMPANY IS ADDED AS LOSS PAYEE
IN FAVOR OF EQUIPMENT 2020 JOHN DEERE 325G COMPACT TRACK LOADER
#65230
```

| | |
|---|---|
| NO ADDITIONAL OR RETURN PREMIUM DUE FOR COMMERCIAL PROPERTY | NO CHANGE |

| | |
|---|---|
| NO ADDITIONAL OR RETURN PREMIUM DUE FOR COMMERCIAL GENERAL LIABILITY | NO CHANGE |

| | |
|---|---|
| ADDITIONAL PREMIUM DUE FOR COMMERCIAL INLAND MARINE | $7 |

| | |
|---|---|
| NO ADDITIONAL OR RETURN PREMIUM DUE FOR COMMERCIAL AUTO | NO CHANGE |

| | |
|---|---|
| NO ADDITIONAL OR RETURN PREMIUM DUE FOR COMMERCIAL UMBRELLA | NO CHANGE |

| | |
|---|---|
| ADDITIONAL PREMIUM DUE FOR THIS CHANGE: | $7 |

**FORMS AND ENDORSEMENTS APPLICABLE TO ALL COVERAGE PARTS**
See Forms Schedule

# American Hallmark Insurance Company of Texas

5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240
**COMMERCIAL INLAND MARINE**
GENERAL CHANGE ENDORSEMENT

| |
|---|
| **POLICY NO:** 44-CL-000494289-02/009 |
| **RENEWAL OF:** 44-CL-000494289-1 |

| **NAMED INSURED AND MAILING ADDRESS** | **AGENCY AND MAILING ADDRESS**        4654 |
|---|---|
| BLACK HILLS EXCAVATING INC<br>3439 93RD AVE SW<br>OLYMPIA, WA 98512 | RICE INSURANCE, LLC<br>P O BOX 639<br>BELLINGHAM, WA 98227-0639 |

**POLICY PERIOD:** FROM 05/05/2019 TO 05/05/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

| **AAIS COVERAGE** | **Premium** |
|---|---|
| **CONTRACTORS EQUIPMENT COVERAGE** | |
| **CONTRACTORS EQUIPMENT – SCHEDULED EQUIPMENT – LIMITED COVERAGE (IM7001)** | |
| SCHEDULE OF COVERAGES - CONTRACTORS EQUIPMENT COVERAGE (IM7006) | $6 |
| EQUIPMENT SCHEDULE (IM7030) | |

TERRORISM RISK INSURANCE ACT CHARGE IS                         $1

$1

## LOSS PAYABLE SCHEDULE

**NAME AND ADDRESS OF LOSS PAYEE**
JOHN DEERE CPNSTRUCTION & FORESTRY COMPANY
6400 NW 86TH STREET PO BOX 6600
JOHNSTON, IA 50131

COVERED PROPERTY:  ITEM #12

LOSS PAYABLE PROVISION:  LOSS PAYABLE
EXTENDED NAME: ITS SUCCESSORS AND/OR ASSIGNS

| ADDITIONAL COMMERCIAL INLAND MARINE PREMIUM | $7 |
|---|---|

05-15-20
CL 01 09 16

# American Hallmark Insurance Company of Texas

5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240
**COMMERCIAL INLAND MARINE**
GENERAL CHANGE ENDORSEMENT

| | |
|---|---|
| **POLICY NO:** 44-CL-000494289-02/009 | **EFFECTIVE DATE:** 05/05/2019 |
| **INSURED:** BLACK HILLS EXCAVATING INC | **AGENT:** RICE INSURANCE, LLC |

**FORMS AND ENDORSEMENTS**
**APPLYING TO COMMERCIAL INLAND MARINE COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:**
See Forms Schedule
**NOTE:  IF NO ENTRY APPEARS ON THE ABOVE ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

**THESE DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS, AND SUPPLEMENTAL FORM DECLARATION(S), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY**

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS
5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240
## FORMS SCHEDULE

**POLICY NO:** 44-CL-000494289-2

**ACCOUNT NUMBER:**

| NAMED INSURED AND MAILING ADDRESS | AGENCY AND MAILING ADDRESS     4654 |
|---|---|
| BLACK HILLS EXCAVATING INC<br>3439 93RD AVE SW<br>OLYMPIA, WA 98512 | RICE INSURANCE, LLC<br>P O BOX 639<br>BELLINGHAM, WA 98227-0639 |

**POLICY PERIOD:**   FROM 05/05/2019 TO 05/05/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**NOTE:  IF NO ENTRY APPEARS ON THE FOLLOWING ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION  IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

| INTERLINE FORMS | | APPLICABLE COVERAGE PARTS |
|---|---|---|
| IL1201 11-85 | Policy Changes | General Liability,     Modified<br>Commercial Inland<br>Marine, Commercial<br>Property |

| COMMERCIAL INLAND MARINE FORMS | | |
|---|---|---|
| IM1668 01-01 | LOSS PAYABLE ENDORSEMENT | Modified |
| IM7030 07-99 | Equipment Schedule | Modified |
| IM7006 08-99 | Schedule of Coverages - Contractors' Equipment Coverage | Modified |

05-15-20                                                                                           Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

Policy Change
Number **009**

| POLICY NUMBER<br>44-CL-000494289-2 | POLICY CHANGES<br>EFFECTIVE<br>04/30/2020 | COMPANY<br>**American Hallmark Insurance Com-<br>pany of Texas** |
|---|---|---|
| NAMED INSURED<br>**BLACK HILLS EXCAVATING INC** | | AUTHORIZED REPRESENTATIVE |

COVERAGE PARTS AFFECTED
**Commercial Property**
**Commercial Inland Marine**

CHANGES

**THE FOLLOWING EQUIPMENT UNDER INLAND MARINE COVERAGE IS ADDED:**
**2020 JOHN DEERE 325G COMPACT TRACK LOADER #65230**
**JOHN DEERE CPNSTRUCTION & FORESTRY COMPANY IS ADDED AS LOSS PAYEE IN FAVOR OF**
**EQUIPMENT 2020 JOHN DEERE 325G COMPACT TRACK LOADER #65230**

_____
Authorized Representative Signature

 Copyright, Insurance Services Office, Inc.,   1983
Copyright, ISO Commercial Risk Services, Inc.,   1983

AAIS
IM-1668  Ed 1.1
Page 1 of 1

This endorsement changes
the Inland Marine Coverage
-- PLEASE READ THIS CAREFULLY --

# LOSS PAYABLE ENDORSEMENT

In addition to the policy "terms" contained within the Inland Marine Coverage(s), the following conditions apply to described property as indicated on the "declarations".

**LOSS PAYABLE**

Any loss shall be adjusted with "you" and shall be payable to "you" and the loss payee described on the "declarations" as "your" and their interests appear.

**LENDER'S LOSS PAYABLE**

Any loss shall be payable to "you" and the loss payee described on the "declarations" as interests appear. If more than one loss payee is named, they shall be paid in order of precedence.

The insurance for the loss payee continues in effect even when "your" insurance may be void because of "your" acts, neglect, or failure to comply with the coverage "terms". The insurance for the loss payee does not continue in effect if the loss payee is aware of changes in ownership or substantial increase in risk and does not notify "us".

If "we" cancel this policy, "we" notify the loss payee at least ten days before the effective date of cancellation if "we" cancel for "your" nonpayment of premium, or 45 days before the effective date of cancellation if "we" cancel for any other reason.

"We" may request payment of the premium from the loss payee, if "you" fail to pay the premium.

If "we" pay the loss payee for a loss where "your" insurance may be void, the loss payee's right to collect that portion of the debt from "you" then belongs to "us". This does not affect the loss payee's right to collect the remainder of the debt from "you". As an alternative, "we" may pay the loss payee the remaining principal and accrued interest in return for a full assignment of the loss payee's interest and any instruments given as security for the debt.

If "we" choose not to renew this policy, "we" give written notice to the loss payee at least ten days before the expiration date of this policy.

**CONTRACT OF SALE**

Any loss shall be adjusted with "you" and shall be payable to "you" and the loss payee described on the "declarations" as "your" and their interests appear.

The loss payee described above is a person or organization "you" have entered into a contract with for the sale of covered property.

When covered property is the subject of a contract of sale, the word "you" also means the loss payee.

IM-1668  Ed 1.1
Copyright MCMXCIV
American Association of Insurance Services

AAIS
IM 7006 08 99
Page 1 of 1

# SCHEDULE OF COVERAGES
# CONTRACTORS' EQUIPMENT COVERAGE

(The information required below may be indicated on
a separate schedule or supplemental declarations.)

**LIMITS**

Limit of Insurance

**CatastropheLimit** -- The most "we" pay for
loss in any one occurrence is:                    $925,902

Additional Debris Removal Expenses                $0

Pollutant Cleanup and Removal                     $0

Newly Purchased Equipment

    -- Percentage of Catastrophe Limit     0%
    -- Dollar Limit                        $0

**COINSURANCE**

(check one)

[X] 80%          [] 90%          [] 100%          [] Other %

**VALUATION**

-- Actual Cash Value

**DEDUCTIBLE**

Deductible Amount                    $1,000

**OPTIONAL COVERAGES AND ENDORSEMENTS**

IM 7006 08 99

Copyright, American Association of Insurance Services, 1999

**AAIS**
**IM 7030 07 99**

# EQUIPMENT SCHEDULE

(The information required below may be indicated
on the "schedule of coverages".)

### SCHEDULED EQUIPMENT

| Item No. | Description of Equipment | Limit |
|---|---|---|
| 1 | HITACI ZAXIS MDL#200,S#HCM1G600100113171 | $75,000 |
| 2 | HITACI ZAXIS, MDL#120, S#FF01S1Q071461 | $65,000 |
| 3 | 2015 JOHN DEER, MDL#75, S#1FF075GXTEJ015492 | $105,778 |
| 4 | 2011 JOHN DEER, MDL#35D, S#1FF035DXLA0265986 | $68,000 |
| 5 | 2014 JOHN DEER, MDL#35G, S#1FF035GXEEK272896 | $36,000 |
| 6 | 2007 JOHN  DEER, MDL#450J, S#T040JX144881 | $42,000 |
| 7 | 2007 JOHN DEER, MDL#310SG, S#T0310SG961283 | $25,000 |
| 8 | 2006 DYNA-PAC, MDL#CA152, S#64221876 | $40,000 |
| 9 | 1994 ROSCO SWEEPER | $7,000 |
| 10 | KOMATSU D51EKI S#B20646  TOPCON BASE STATION & RIVER ATTACHMENTS | $363,112 |
| 11 | MOTOR GRADER JOHN DEERE 770BH | $30,000 |
| 12 | 2020 JOHN DEERE 325G COMPACT TRACK LOADER #1T0325GMAKJ365230 | $69,012 |

**IM 7030 07 99**

Copyright, American Association of Insurance Services, 1999

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240

## COMMON POLICY DECLARATIONS
WORKSHEET

```
POLICY NO: 44-CL-000494289-02/009
```

**NAMED INSURED AND MAILING ADDRESS**

```
BLACK HILLS EXCAVATING INC
3439 93RD AVE SW
OLYMPIA, WA 98512
```

**AGENCY AND MAILING ADDRESS**                    4654

```
RICE INSURANCE, LLC
P O BOX 639
BELLINGHAM, WA 98227-0639
```

**POLICY PERIOD**: FROM 05/05/2019 TO 05/05/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

Effective **04/30/2020** this policy amended as shown.

**THIS POLICY CONSIST OF THE COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED.**

| | | PREMIUM |
|---|---|---|
| COMMERCIAL PROPERTY | $ | NO CHANGE |
| COMMERCIAL GENERAL LIABILITY | $ | NO CHANGE |
| COMMERCIAL CRIME | $ | NOT COVERED |
| COMMERCIAL INLAND MARINE | $ | 7 |
| COMMERCIAL AUTO | $ | NO CHANGE |
| COMMERCIAL UMBRELLA | $ | NO CHANGE |
| **TOTAL PREMIUM** | $ | **7.00** |

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS
### 5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240
## COMMERCIAL INLAND MARINE
### WORKSHEET ENDORSEMENT

**POLICY NO:** 44-CL-000494289-02/009

**RENEWAL OF:** 44-CL-000494289-1

**AGENCY AND MAILING ADDRESS**

**NAMED INSURED AND MAILING ADDRESS**                                     4654

```
BLACK HILLS EXCAVATING INC
3439 93RD AVE SW
OLYMPIA, WA 98512
```

```
RICE INSURANCE, LLC
P O BOX 639
BELLINGHAM, WA 98227-0639
```

**POLICY PERIOD:** FROM 05/05/2019 TO 05/05/2020 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

ENDORSEMENT DATE:   04/30/2020        PRODUCT VERSION:   19.1.0

CONTROL DATE:       05/05/2019        PRO-RATE FACTOR:   0.014

## AAIS COVERAGE – POLICY

| COVERAGE | RATING FORMULA | ANNUAL PREMIUM | TRANSACTION PREMIUM |
|---|---|---|---|
| Contractors Equipment Scheduled | Rate *(Equipment Limit/100) <br><br> Rate = .67; Equipment Limit = 925902; | $6,204 | $6 |
| Equipment Leased/Rented from Others | Rate *(Equipment Limit/100) <br><br> Rate = .67; Equipment Limit = 350000; | $2,345 | $0 |
| Installation Floater | Manual Premium <br><br> Manual Premium = 335; | $335 | $0 |

## TERRORISM RATING  Rating State: WA

| COVERAGE | RATING FORMULA | ANNUAL PREMIUM | TRANSACTION PREMIUM |
|---|---|---|---|
| TERRORISM IS   ACCEPTED | Round(Annual Premium * Accepted/Rejected Factor,0) <br><br> Annual Premium = 8884; Accepted/Rejected Factor = .01; | $89 | $1 <br><br> Modified |
| | TOTAL COVERAGE PREMIUM | $89 | $1 |

# AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

5420 LYNDON B JOHNSON FWY, STE 1100, DALLAS, TX 75240

## COMMERCIAL INLAND MARINE

WORKSHEET ENDORSEMENT

| | | |
|---|---|---|
| **Total Transaction Premium:** | $ | 7 |
| **Total Surcharge / Taxes / Fees:** | $ | 0.00 |
| **Total Premium:** | $ | 7.00 |

05-15-20