# EXHIBIT B

No: 130072-11

# Subcontract Agreement

*This agreement is made on:* Monday, October 01, 2012 *by and between*

**Contractor:**
G M NORTHRUP CORPORATION
15950 FRANKLIN TRAIL SE
PRIOR LAKE, MN 55372
(952) 226-3090
*Fax #:* (952) 226-3091

and

**Subcontractor:**
BLACK HILLS EXCAVATING I
7216 187TH AVE SW
ROCHESTER, WA 98579
(360) 701-0168
*Fax #* (360) 273-7108
contact: AARON HUFA

*Subcontractor agrees to furnish; skills, labor, materials, supplies and equipment to complete subcontacted work at project:*

OREILLY-BELFAIR, WA 23030 NE ROUTE 3 BELFAIR, WA 98528

*This work is to be performed in accordance with all plans and specifications, terms and conditions of Owner's Agreement / Contract dated:* *by and between*

*Contractor and Owner:* O'REILLY AUTO PARTS

The following work is to be completed by:

A. SCOPE OF WORK:
Provide all labor, equipment and materials needed for the demolition of site, and excavation, grading, sub base, and compaction per the geological report and plans and specs including addendums 1 thru 5, dated 3-21-12 including pkg lot and bldg slab, sidewalk, trash pad, drive entrance/apron, and curbs. Also includes erosion control and excavation and installation of construction of cleanout staging area, sanitary sewer, storm sewer, stormtech system, water services, and trenching and backfill for water, gas, phone, and electric. Pricing includes all required engineered fill and compaction to top of sub base elevations for bldg pad (6") and fill to top of sub base elevations in parking lot (6"), and also includes disposal of excess spoils on the site. Price includes cost of trade permit and City license if required.
a.hufana@comcast.net aaron@blackhills excavating.com

B. PAYMENT:
Contractor hereby agrees to pay Subcontractor for full, faithful, and prompt performance of this subcontract subject to all the terms and conditions of this page, and terms listed in Addendum A., the sum of
**TWO HUNDRED SIXTEEN THOUSAND AND ZERO HUNDREDTH DOLLARS, $216000.**
Upon Contractor's receipt, of all items required of Subcontactor, Contractor will pay Subcontractor within (30) days of receipt of Owner's payment. A signed and notarized lien waiver will be faxed and mailed by the Subcontractor immediately upon receipt of payment.

C. CONTRACT CHANGES: Any changes to this contract amount or the scope of the work must be agreed to in writing. Verbal change order(s) by either party are expressly forbidden.

D. OWNER'S CONDITIONS: Subcontractor agrees to be bound by the same contract terms and conditions as the Contractor is obligated to the owner as far as they relate to performance by the Subcontractor.

E. INSURANCE: Subcontractor agrees to provide a Certificate of Insurance with G. M. Northrup Corporation as "Additional Insured" on a primary and non-contributory basis.

F. LIEN RELEASE: Subcontractor agrees to certify to Contractor that all work completed with this agreement is free and clear of all claims, encumbrances, and liens for labor, services, or materials furnished.

G. INDEMNIFICATION: Subcontractor shall indemnify and save harmless the Contractor and its officers and employees, from all claims, loss, damage, injury, costs, and expenses of whatsoever kind or nature (including attorney's fees) howsoever the same may be caused resulting directly or indirectly from the nature of the work covered by the Subcontractor, and without limiting the generality of the forgoing, the same shall include injury or death to any person or persons and damage to any property, including but not limited to the Owner.

It is hereby acknowledged that both parties understand and agree to all the provisions of this agreement stated above.

Signed: [signature] Signed: ____________________

Name: Aaron Hufana Dan Imre

BLACK HILLS EXCAVATING I

Date: 10/2/12

SS# or TaxID # 20-2777708

G M NORTHRUP CORPORATION

Date:

[X] Corporation [ ] Other