# EXHIBIT C

# FINAL UNCONDITIONAL WAIVER OF LIEN

TO WHOM IT MAY CONCERN:

WHEREAS the undersigned has been employed by G.M. NORTHRUP CORPORATION to furnish EXCAVATION, SITE WORK, for the premises known as O'REILLY AUTO PARTS – 23030 NE ROUTE 3, BELFAIR, WA

| | |
|---|---|
| Amount of Subcontract | $ 216,000.00 |
| Plus Change Orders | $ 22,180.40 |
| Less Previous Payments | $ 184,480.00 |
| Amount of this Payment | $ 53,700.40 |
| Total Amount Remaining | $ 0 |

The undersigned, for and in consideration TWO HUNDRED THIRTY EIGHT THOUSAND ONE HUNDRED EIGHTY AND .40 ($238,180.40) dollars and other good and valuable considerations, the receipt whereof is hereby acknowledged, do(es) hereby waive and release any and all lien or claim of, or right to, lien, under the statutes of the State of FL, relating to mechanics' liens, with respect to and on said above-described premises, and the improvements thereon, and on the material, fixtures, apparatus or machinery furnished, and on the moneys, funds or other considerations due on account of labor, services, material, fixtures, apparatus or machinery, furnished by the undersigned for the above-described premises.

CONTRACTOR: BLACK HILLS EXCAVATING INC.

By: [signature]

STATE OF )
)ss.
COUNTY OF )

The foregoing instrument was acknowledged before me this 12 day of June, 2013 by Aaron Hufana who stated that they executed the same on behalf of Black Hills Excavating and that the statements made therein are true and correct.

[signature]
Notary Public

(SEAL) KAYLEE J. POWERS NOTARY PUBLIC COMMISSION EXPIRES OCTOBER 31, 2016 STATE OF WASHINGTON

My Commission Expires: 10-31-2016