HON. RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS, a foreign insurer,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN BECK, individually, SCOTT HOLLAND, individually, DANNA HOLLAND, individually, RHINE DEMOLITION LLC, a Washington corporation, RHINE GROUP INC., a Washington corporation, RON SPARKS INC., a foreign for-profit corporation, G.M. NORTHRUP CORPORATION, a Minnesota corporation, O'REILLY AUTOMOTIVE ENTERPRISES, LLC, a foreign for-profit corporation, and RSI STORES, INC, a foreign for-profit corporation,<br><br>Defendant. | No.  3:22-cv-5565 RSM<br><br>**ORDER GRANTING JOINT MOTION TO STRIKE TRIAL DATE AND ALL PRETRIAL DEADLINES** |

Having considered Plaintiff American Hallmark Insurance Company of Texas (Hallmark) and Defendants G.M. Northrup Corporation, Christian Beck, Scott Holland, Danna Holland, Rhine Demolition LLC, Rhine Group Inc., Ron Sparks Inc., O'Reilly Automotive Enterprises, LLC, and RSI Stores, Inc.'s Joint Motion to Strike Trial Date And All Pretrial Deadlines, it is hereby ORDERED as follows:

ORDER GRANTING
JOINT MOTION TO STRIKE TRIAL DATE AND ALL
PRETRIAL DEADLINES – 1

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

The trial date and all pretrial deadlines in this matter are hereby STRUCK pending the Court's consideration of Hallmark's Motion for Summary Judgment.

The Parties are ORDERED to present a Joint Status Report within thirty (30) days of the Court's ruling on Hallmark's motion, advising the Court as to whether any matters remain at issue for trial or whether the case may be dismissed.

DATED this 3rd day of April, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

LETHER LAW GROUP

*/s/ Eric J. Neal*
Thomas Lether, WSBA #18089
Eric J. Neal, WSBA #31863
Kevin J. Kay, WSBA #34546
1848 Westlake Avenue N., Suite 100
Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544
tlether@letherlaw.com
eneal@letherlaw.com
kkay@letherlaw.com
*Attorneys for Plaintiff American Hallmark Insurance Company of Texas*