UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN BECK, SCOTT HOLLAND, DANNA HOLLAND, RHINE DEMOLITION LLC, RHINE GROUP, INC., RON SPARKS, INC., G.M. NORTHRUP CORPORATION, O'REILLY AUTOMOTIVE ENTERPRISES, LLC, O'REILLY AUTO PARTS STORES, INC., and RSI Stores, Inc.,<br><br>Defendants. | Case No. C22-5565-RJB<br><br>TAXATION OF COSTS |

Having considered the filing for the cost bill herein (no opposition was filed by Defendants), costs in the above-entitled cause are hereby taxed against DEFENDANTS as indicated below and on behalf of PLAINTIFF AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS in the total uncontested amount of $731.00 and included in the judgment:

    I.    GM NORTHRUP CORPORATION: $407.00;

TAXATION OF COSTS - 1

II.    O'REILLY AUTO ENTERPRISES, LLC: $83.50;

III.    O'REILLY AUTO STORES, INC.: $83.50;

IV.    RHINE DEMOLITION, LLC: $78.50; and

V.    RHINE GROUP, LLC: $78.50

Entered this 28th day of August 2023.

                Ravi Subramanian, Clerk
                U. S. District Court

                By:  s/ Tyler Campbell
                      Tyler Campbell, Deputy Clerk

TAXATION OF COSTS - 2